14 GJ 393

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE DOW  MAGISTRATE JUDGE COLE | Sitting Judge if Other than Assigned Judge | Sunil R. Harjani |
|---|---|---|---|
| CASE NUMBER | 19-CR-00322 | DATE | 30 MAY 2019 |
| CASE TITLE | U.S. v. EDWARD M. BURKE, et al | | |

DOCKET ENTRY TEXT

## Grand Jury Proceeding

The Grand Jury for SPECIAL DECEMBER 2017 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

BOND SET IN 19CR01 TO STAND AS BOND IN THIS INSTANCE AS TO EDWARD M. BURKE.

TO SET PRELIMINARY BOND AT $10,000.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO PETER J. ANDREWS.

BOND SET IN 19CR322 TO STAND AS BOND IN THIS INSTANCE AS TO CHARLES CUI.

**FILED**
MAY 30 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE UNDER SEAL)

Courtroom Deputy Initials: