**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA
                        Plaintiff,

v.
                                               Case No.: 1:19−cr−00322
                                               Honorable Robert M. Dow Jr.

Edward M. Burke, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 19, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Edward M. Burke (1): Defendant Burke's unopposed motion for leave to file oversized briefs and to file sealed documents [82] is granted. Counsel are directed to confer and to submit to the Courtroom Deputy a proposal (agreed, if possible) on page limits and deadlines for the briefing on Defendant's motions. The Court agrees that in ordinary circumstances in camera submission of the materials referenced in paragraph 6 of the motion likely would be sufficient, but due to the extent to which counsel and the Court will need to work remotely during the pandemic, sealed electronic filings will allow for more efficient preparation of the briefs and rulings and are equally protective of the materials. Counsel also are given leave to publicly file their motions, responses, and replies (along with supporting materials) with redactions and to file unredacted versions under seal. Notice of motion date of 8/20/2020 is stricken and no appearances are necessary on that date. On the Court's own motion, due to the continuing use of the "A" and "B" calendar in this District to promote social distancing, the telephone status hearing set for 9/1/2020 is stricken and reset to 9/2/2020 at 9:45 a.m. Participants should use the Court's toll−free call−in number 877−336−1829, conference access code is 6963747. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.