UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD M. BURKE,<br>PETER J. ANDREWS, and<br>CHARLES CUI | No. 19 CR 322<br><br>Judge Robert M. Dow, Jr. |

### ORDER

Defendants having filed pretrial motions in the above-captioned case, and based upon the parties' agreement, it is hereby ORDERED as follows:

1. The government's briefs in response to defendants' pretrial motions shall be due on or before January 20, 2021. Any reply briefs are due on or before March 22, 2021.

2. On or before January 11, 2021, the parties shall submit to the Courtroom Deputy a proposal (agreed, if possible) regarding page limits for the response and reply briefs.

3. The due dates for responses and replies to pretrial motions previously set in Docket No. 125 are hereby stricken.

ENTER:

ROBERT M. DOW, JR.
*United States District Judge*

Date: 10/29/2020