IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 19 CR 322 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| EDWARD M. BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT BURKE'S MOTION FOR LEAVE TO
FILE A REPLY TO THE GOVERNMENT'S RESPONSE TO
BURKE'S FIRST CONSOLIDATED MOTIONS *IN LIMINE*__**

Defendant, **EDWARD M. BURKE**, by and through his undersigned attorneys, respectfully submits the following Motion for Leave to File a Reply to the Government's Response to his First Consolidated Motion *in Limine*.

1. Pursuant to a deadline set by the Court (Dkt. 210), the Government filed its Rule 404(b) Notice on August 25, 2023. (Dkt. 224). The Notice identified three specific matters and the evidence sought to be introduced on Fed. R. Evid. 404(b) grounds. (*Id.*)

2. On September 15, 2023, Defendant Burke filed a timely set of motions *in limine* directed to the matters raised in the Notice. (Dkt. 230).

3. On September 29, 2023 the Government filed its response to Burke's motion. (Dkt. 255).[1]

---

[1] Defense counsel do not know why the Government captioned its response as a "reply," although it cannot properly be considered a reply since the Government filed no motion, only a notice, and the

4. In its responsive brief, the Government introduces new matters it wishes to raise for the first time. (Dkt. 255 at 3). In addition, the Government relies extensively on cases that were decided on principles that were authoritatively discarded by the Seventh Circuit in *United States v. Gomez*, 763 F.3d 845, 853 (7th Cir. 2014) (*en banc*).

5. Defendant Burke could not reasonably have anticipated that the Government would rely on cases that were effectively discredited by *Gomez*.

6. Reply briefs are common on virtually every type of motion, and although there was no date established for replies in the Court's schedule, Defendant submitted his First Consolidated Motions *in Limine* two weeks before the due date in order to allow ample time if a reply was necessary.[2]

7. Given the content of the Government's response, Defendant respectfully suggests that a reply is both appropriate and necessary, and a proposed reply is attached as Exhibit A.

**WHEREFORE**, Mr. Burke respectfully seeks leave to file the attached reply in support of his First Consolidated Motions *In Limine*.

---

Defendant filed a motion, which is entitled to be supported with a reply. The effect of the Government's captioning is to incorrectly make the Defendant's reply appear to be a highly-disfavored sur-reply.

[2] The Defendant could have simply filed objections pursuant to the schedule but instead decided to advance its motions *in limine*.

Dated: October 6, 2023                                    Respectfully Submitted,

| | |
|---|---|
| **JENNER & BLOCK LLP** | **LOEB & LOEB LLP** |
| By: */s/ Charles B. Sklarsky* <br> Charles B. Sklarsky <br> Kimberly Rhum <br> 353 N. Clark Street <br> Chicago, IL 60654 <br> Tel: (312) 222-9350 <br> csklarsky@jenner.com <br> krhum@jenner.com | By: */s/ Joseph J. Duffy* <br> Joseph J. Duffy <br> Robin V. Waters <br> 321 N. Clark Street, Suite 2300 <br> Chicago, IL 60654 <br> Tel: (312) 464-3100 <br> jduffy@loeb.com <br> rwaters@loeb.com |
| | **GAIR EBERHARD NELSON DEDINAS LTD** |
| | By: */s/ Chris Gair* <br> Chris Gair <br> 1 East Wacker Drive, Suite 2600 <br> Chicago, IL 60601 <br> Tel: (312) 600-4901 <br> cgair@gairlawgroup.com |

*Attorneys for Edward M. Burke*