UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>EDWARD M. BURKE, )<br>PETER J. ANDREWS, and )<br>CHARLES CUI ) | No. 19 CR 322<br><br>Judge Virginia M. Kendall |

### **GOVERNMENT'S PROPOSED STATEMENT OF THE CASE**

The government respectfully submits the following statement of the case for presentation to the venire:

The indictment in this case charges that the defendants committed the following crimes:

Edward Burke is charged with racketeering, corruptly soliciting, demanding, accepting, or agreeing to accept things of value, use of an interstate facility to promote unlawful activity, attempted extortion, and conspiracy to commit extortion.

Peter Andrews is charged with attempted extortion, conspiracy to commit extortion, use of an interstate facility to promote unlawful activity, and making a false statement to the Federal Bureau of Investigation.

Charles Cui is charged with corruptly offering or agreeing to give things of value, use of an interstate facility to promote unlawful activity, and making a false statement to the Federal Bureau of Investigation. The defendants have pled not guilty to the charges.

Respectfully submitted.

MORRIS PASQUAL
Acting United States Attorney

By: /s/ *Sarah Streicker*
AMARJEET BHACHU
DIANE MacARTHUR
SARAH STREICKER
TIMOTHY CHAPMAN
SUSHMA RAJU
Assistant United States Attorneys
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 353-5300

2