UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 322 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| EDWARD M. BURKE, | ) | |
| PETER J. ANDREWS, and | ) | |
| CHARLES CUI | ) | |

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONNAIRE

The United States of America, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby submits a proposed questionnaire to be used during voir dire in the above-captioned matter.

The government further proposes that follow-up questioning of a prospective juror who provided an affirmative answer to the following questions should be conducted at sidebar and outside the hearing of the other venire members:

- Question 11, relating to residence in the City of Chicago's 14th or 25th Aldermanic Wards;

- Question 28, relating to opinions or feelings about elected City of Chicago officials;

- Question 47, relating to opinions or feelings about law enforcement agencies;

- Question 49, relating to past experience as a crime victim and/or a complaining party in a criminal case;

- Question 52, relating to experiences or feelings about the criminal justice system;

- Question 56, relating to exposure to media reports about the case;

- Question 59, relating to the use of deceptive investigative techniques;

- Question 60, relating to the government's procurement and use at trial of wiretaps and other recorded conversations; and

- Question 61, relating to the potential testimony of cooperating witnesses who engaged in wrongdoing.

Respectfully submitted.

MORRIS PASQUAL
Acting United States Attorney

By: /s/ *Timothy J. Chapman*
AMARJEET BHACHU
SARAH STREICKER
DIANE MacARTHUR
TIMOTHY J. CHAPMAN
SUSHMA RAJU
Assistant United States Attorneys
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 353-5300

2

# JUROR QUESTIONNAIRE

**I.** **BASIC INFORMATION**

1. Juror Number: _____

2. Full Name: _____

3. Gender: _____

4. Age: _____

5. In what community (city, town, village, etc.) do you currently live? Do not give a particular address, but if you live in Chicago, please identify the neighborhood or part of Chicago (for example, South Shore, Rogers Park, etc.).

    _____

6. How long have you lived at your current address? _____

7. Do you own or rent your residence? _____

8. How long have you lived in northern Illinois or Chicago: _____

9. Are you currently: (check all that apply)

    _____ Single and/or never married

    _____ Married

    _____ Separated

    _____ Divorced

    _____ Widowed

    _____ Living with a Partner/Significant Other

10. If you have children or stepchildren, please list for each child (include children and stepchildren who do not live with you), their sex, age, where they reside, education level, and (if applicable) occupation.

| Sex | Age | City of Residence | Education Level | Occupation & Employer (if college student, school attending & degree sought) |
|-----|-----|-------------------|-----------------|------------------------------------------------------------------------------|
|     |     |                   |                 |                                                                              |
|     |     |                   |                 |                                                                              |
|     |     |                   |                 |                                                                              |
|     |     |                   |                 |                                                                              |

11.    Have you or a close friend or family member ever lived within either the 14th Aldermanic Ward or the 25th Aldermanic Ward of the City of Chicago? If yes, please explain the person's relation to you, identify the Ward in which they lived, and the approximate time during which they lived in that Ward:

_____

_____

12.    Have you ever served in any branch of the armed forces of the United States (including military reserve or ROTC)? __ Yes __ No

13.    Which best describes highest educational level attained?

____ Some high school or less

____ High school diploma or G.E.D.

____ Some college or vocational school

____ Associate or bachelor's degree

____ Master's degree

____ Doctorate or other post graduate degree

14.    How active and interested are you in politics?

____ Very active and interested

____ Somewhat active and interested

____ Not very active or interested

15.    Have you ever taken any courses, worked, or volunteered in the field of Illinois state or local politics?

___ Yes ___ No

If yes, please explain:

_____

_____

16.    Have you or a close friend or family member ever run for political office or worked on a political campaign?

_____ Yes _____ No

If yes, please identify who ran for office or worked on a campaign, their relation to you, and the name of the public office and, if elected, how long in office:

_____

_____

17.    What is your current occupation? _____

2

18.     What other jobs have you had in your working life?

_____

_____

_____

19.     Have you ever served in a supervisory or management role? \_\_\_\_ Yes \_\_\_\_ No

20.     If you have a spouse/significant other, what is their occupation and current employer? (Note: if your spouse or significant other is retired, unemployed, or deceased, please answer by providing the last employment):

_____

_____

21.     Have you or a close friend or family member ever been employed by the City of Chicago?   \_\_\_\_ Yes \_\_\_\_ No

If yes, please identify who was employed, their relation to you, the nature of the employment (*e.g.*, the branch, department or agency of the City of Chicago) and the length of time employed there:

_____

_____

_____

22.     Have you or a close friend or family member ever owned, operated or held a managerial position in a business engaged in the construction, redevelopment or remodeling of real property in Cook County, including within the City of Chicago?

\_\_\_\_\_ Yes

\_\_\_\_\_ No

If yes, please identify the person, their relation to you, the name of the business, the nature of the work the business performed, the person's role at the business and how long the person worked there:

_____

_____

23.     Have you or a close friend or family member ever been involved in the business of challenging real estate tax assessments (*e.g.*, as an appraiser, lawyer, law firm employee, hearing officer, etc.)?

\_\_\_\_\_ Yes

\_\_\_\_\_ No

3

24. Have you or a close friend or family member had any personal or business dealings with the Chicago City Council (comprised of elected Alderpersons) or any of its committees, including the Committee on Finance and/or the Committee on Zoning, Landmarks and Building Standards? If yes, please identify the person, their relation to you, the nature of the business and when approximately the business activity occurred:

_____

_____

25. Have you had any personal or business dealings with any of the following administrative departments or agencies of the City of Chicago?

    Department of Buildings:   ____ Yes  ____ No

    Department of Planning and Development:   ____ Yes  ____ No

    Department of Water Management (beyond the routine payment of water and sewer utilities):
      ____ Yes   ____ No

    Department of Transportation:   ____ Yes  ____ No

26. Have you or a close friend or family member ever had to obtain a permit or license from the City of Chicago in relation to activity at property located in the City of Chicago? If yes, please describe the nature of the activity and the permit or license at issue:

_____

_____

27. Have you or a close friend or family member had any personal or business dealings with any elected Chicago Alderperson or their office staff? If yes, describe the interaction.

_____

_____

28. Do you have any opinions or feelings about elected City of Chicago officials, including but not limited to Alderpersons, that may impair your ability to fairly and impartially evaluate the evidence in this case and render a fair verdict?

    ____ Yes  ____ No

29. Have you or a close friend or family member ever been employed by, or have a close association with, any of the following companies:

    The United States Post Office:   ____ Yes  ____ No

    601W Companies (based in New York City):   ____ Yes  ____ No

    National Railroad Passenger Corporation (also known as "Amtrak"), which owns and operates Union Station in Chicago:   ____ Yes  ____ No

4

Tri-City Foods of Illinois: ＿＿ Yes ＿＿ No

Burger King: ＿＿ Yes ＿＿ No

Irving Park Property Holdings LLC: ＿＿ Yes ＿＿ No

Binny's Beverage Depot: ＿＿ Yes ＿＿ No

The Field Museum: ＿＿ Yes ＿＿ No

Klafter & Burke (a law firm): ＿＿ Yes ＿＿ No

KBC Law Group (a law firm): ＿＿ Yes ＿＿ No

## II.   ABILITY TO SERVE

30. The trial is expected to last approximately five to seven weeks. Would service on this case create any serious hardship for you?   ＿＿ Yes ＿＿ No

    If yes, please explain: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

31. Do you have any difficulty reading, speaking or understanding the English language that would affect your ability to serve as a juror?

    ＿＿ Yes ＿＿ No

    If yes, please explain: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

32. Do you have personal, religious, philosophical, or other beliefs that would make it difficult for you to sit in judgment of another?

    ＿＿ Yes ＿＿ No

    If yes, please explain: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

33. Is there anything else about your ability to serve as a juror that you think we should know about?

    ＿＿ Yes ＿＿ No

    If yes, please explain: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

III.    **PERSONAL INTERESTS**

34.    What are your hobbies, major interests, recreational pastimes, and spare-time activities? _____

_____

35.    What are three television shows you especially enjoy? _____

_____

36.    Are you active on social media? ____ Yes ____ No

If yes, what platforms do you use? (For example: Meta (formerly known as Facebook), X (formerly known as Twitter), Instagram, etc.):

_____

_____

37.    How often do you post comments on the internet?

__ Every day

__ Almost every day

__ Several times a week

__ Several times a month

__ Never

38.    Do you follow the news on a regular basis? ____ Yes ____ No

If yes, check all the news you follow on a regular basis:

___ World News                    ___ Domestic (US) news

___ Local News                    ___ Business/financial news

___ Sports News                   ___ Entertainment news

___ Other news (please specify): _____

39.    What are the most important sources of news for you?  Please also identify the particular newspaper, website, or television channel you most commonly read/watch.

___ Newspapers                    ___ TV

___ Radio                         ___ Magazines

___ Friends and family            ___ Internet

___ Podcasts                      ___ Opinion Blogs

___ Other (please specify): _____

Additional comments: _____

6

40.      If you are selected as a juror in this case, the Court will instruct you not to read, listen to or watch any news media accounts of the trial, including those on the Internet. Will you have any difficulties following this instruction?

     ____ Yes    ____ No

## IV.    PRIOR JURY SERVICE

41.      Have you ever served as a juror before?

     ____ Yes    ____ No

42.      If you answered yes, were you a:

     ____ juror in a criminal trial

     ____ juror in a civil trial

     ____ grand juror

43.      If you have served on a jury before, were you the foreperson?

     ____ Yes    ____ No

44.      If you have served as a trial juror before, did you reach a verdict? (If yes, do NOT specify the verdict.)

     ____ Yes    ____ No

## V.    GOVERNMENT

45.      Have you, a close friend, or family member ever worked for a federal, state, county, or municipal agency or entity?

     ____ Yes    ____ No

     If yes, please identify your relationship to that person, the agency or organization involved, and the nature of the employment? _____

     _____

46.      Have you, a close friend, or relative ever worked for federal, state, or municipal law enforcement (*e.g.*, FBI, U.S. Marshal Service, police, federal or state prosecutor, probation or corrections officer, etc.)?

     ____ Yes    ____ No

     If yes, please identify your relationship to that person, the agency or organization involved, and the nature of the employment? _____

     _____

47.      This case involves an investigation conducted by the Federal Bureau of Investigation (FBI) and the United States Attorney's Office. Have you had any

7

interactions with, or do you hold any opinions or feelings (positive or negative), regarding these agencies – or any law enforcement agency – that might make it difficult for you to fairly and impartially evaluate the evidence and render a fair verdict in this case?

____ Yes   ____ No

If yes, please explain: _____

_____

## VI.   CRIMINAL JUSTICE CONTACTS

48.   Have you, a family member, or close friend ever been arrested, charged with, or convicted of a crime other than a minor traffic violation? This includes any case that may have been dismissed, resulted in a deferred adjudication such as supervision, or resulted in a not guilty finding or verdict. ____ Yes   ____ No

If yes, please explain: _____

_____

49.   Have you, a close friend or family member ever been the victim of a crime or a complaining party in a criminal matter?   ____ Yes   ____ No.

If yes, please explain (if you prefer to not share the details on this written questionnaire, please write "Private"): _____

_____

50.   Have you ever been a witness in any legal proceeding? ____ Yes   ____ No

If yes, please explain: _____

_____

51.   If you answered yes to questions 48–50, is there anything about the experience you believe may affect your ability to be a fair and impartial juror?

____ Yes   ____ No

If yes, please explain: _____

_____

52.   Have you had any experiences (good or bad), or do you have feelings (good or bad) regarding judges, the judicial system, prosecutors, or defense attorneys that would affect your ability to be a fair juror?   ____ Yes   ____ No

If yes, please explain: _____

_____

8

VI.   **LEGAL FIELD**

53.   Have you, a family member, or close friend worked in the legal profession, such as in the role of a paralegal, lawyer, judge or courtroom staff?

      ____ Yes   ____ No

      If yes, please explain: _____

54.   Have you, a family member, or close friend ever been a party in a civil lawsuit?
      ____ Yes   ____ No

      If yes, please explain: _____

      _____

VII.  **THIS CASE**

55.   Is there anything that you may have heard, read, or seen about any of the defendants related to any subject at all that would affect your ability to be fair to all parties in this case?   ____ Yes   ____ No   ____ Not Sure

      If yes, or not sure, please explain: _____

      _____

      _____

56.   Under the law, anything that you may have seen or heard outside the courtroom is not evidence and must be completely disregarded. Media reports, and television, internet, and radio shows, other programming, or the opinions of people you know are not evidence and any verdict you reach cannot be influenced by what you may have read, seen, or heard through the media our other sources. Understanding this principle of law, would you be able to put aside anything you may have read, heard, or seen in the media or other sources, and base your decision solely on the evidence presented at trial?

      ____ Yes   ____ No

      If no, please explain: _____

      _____

      _____

57.   The law requires that if you are selected as a juror, you perform your duties as a juror fairly. You cannot allow sympathy, prejudice, likes or dislikes, political opinions, or public opinion to influence your decision as a juror. With this principle in mind, do you believe that you can serve as a fair juror in this case?

      ____ Yes   ____ No

      If no, please explain: _____

      _____

9

58.   Would you have any difficulty giving testimony by a law enforcement officer the same weight that you would give to the testimony of any other witness?

      _____ Yes   _____ No

      If no, please explain: _____

      _____

59.   The evidence in this case may include evidence of the government utilizing ruses and a cooperating individual who concealed that they were working for the government. The government is permitted to use deceptive investigative techniques such as ruses and cooperating individuals in the enforcement of federal criminal law. Do you have any views about sting operations or deceptive investigative techniques that might affect your ability to be a fair and impartial juror?

      _____Yes   _____No

60.   The evidence in this case may include recordings of conversations that took place over telephones or during in-person meetings where one or more participants to the conversation was unaware that they were being recorded, including recordings obtained through the process known as a "wiretap." Before received in evidence, the Court will have ruled that this evidence is lawfully before you and you may give it the weight you deem appropriate. Do you hold any views about the government obtaining such recordings, or the use of such recordings as evidence at trial that might make it difficult for you to be fair to either the government or the defendants in this case?

      _____ Yes   _____ No

61.   You may hear testimony in this case from one or more witnesses who have admitted to illegal conduct, and agreed to cooperate with the government. Do you have any views about the use of individuals who cooperate with the government that would make it difficult for you to be fair either to the government or the defendants in this case?

      _____ Yes   _____ No

62. Do you or a close family member or friend personally know counsel for the government or counsel for any of the defendants?

| | |
|---|---|
| Amarjeet Bhachu | Robin Waters |
| Sarah Streicker | Andrew DeVooght |
| Diane MacArthur | Chris Gair |
| Timothy Chapman | Patrick Blegen |
| Sushma Raju | Leland Shalgos |
| Julia Schwartz | Todd Pugh |
| Matthew Kutcher | Chelsy Van Overmeiren |
| Michelle Kramer | Tinos Diamantatos |
| Charles Sklarsky | Megan Braden |
| Kimberly Rhum | William Peterson |
| Anton Valukas | Alex Berger |
| E.K. McWilliams | Vadim Glozman |
| Joseph Duffy | Daniel Radakovich |

\_\_\_\_ Yes  \_\_\_\_ No

If yes, please identify the attorney(s): _____

63. The following persons may be involved or mentioned at trial. Do you, a family member, or a close friend personally know any of these persons?

[THESE NAMES WILL BE ADDED LATER]

\_\_\_\_ Yes  \_\_\_\_ No

If yes, please provide the following information:

| Name of individual: | How do you, your family member or close friend know this individual? | How long have you, your family member, or your close friend known this witness? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

11

## XII.  CONCLUDING QUESTIONS

64.  Under the law, you must apply the law that Judge Kendall presents to you to the facts presented. You must follow Judge Kendall's instructions even if you disagree with them. Each instruction is important, and you must follow all of the instructions given. Do you feel you would have any problems following the Court's instructions on the law even if you personally disagree with them?

_____ Yes  _____ No

If yes, please explain: _____

_____

65.  Have you, from any of these questions or any other source, formed an opinion in this case that would affect your ability to be a fair juror?  _____ Yes  _____ No

If yes, please explain what opinion you have: _____

_____

66.  Is there anything that might make it difficult for you to be fair to either the government or any of the defendants in this case?  _____ Yes  _____ No

If yes, please explain: _____

_____

67.  Is there any matter not covered by this questionnaire that you think the attorneys or the Court might want to know about you when considering you as a juror in this case?  _____ Yes  _____ No

If yes, please explain: _____

_____

68.  Is there any matter that you would prefer to discuss privately?

_____ Yes  _____ No

If yes, please explain: _____

_____

## JUROR'S OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing the questionnaire.

12

Signature: _____

Print Name: _____

13

Please use the space below to finish any of your answers. Please specify the number of any questions to which you are completing an answer.