**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: United States v. Edward M. Burke, et al.

Case Number: 19 CR 322

An appearance is hereby filed by the undersigned as attorney for:

Edward M. Burke

Attorney name (type or print): Blake Edwards

Firm: Gair Eberhard Nelson Dedinas Ltd.

Street address: 1 E. Wacker Drive, Suite 2600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6326850
(See item 3 in instructions)

Telephone Number: (312) 600-4900

Email Address: bedwards@gairlawgroup.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

✔ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 11, 2023

Attorney signature: S/ Blake Edwards
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023