# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                     Case No.: 1:19–cr–00322
                                                   Honorable Virginia M. Kendall

Charles Cui, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall as to Charles Cui, Edward M. Burke, Peter J. Andrews. Final Pretrial Conference set for 10/16/2023 is reset for 10:30 AM (PLEASE NOTE TIME CHANGE ONLY). Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.