**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 19 CR 322 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| EDWARD M. BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EDWARD M. BURKE'S OBJECTIONS
TO GOVERNMENT'S DRAFT EXHIBIT LIST**

Defendant, **EDWARD M. BURKE**, by and through his undersigned attorneys, respectfully submits his Objections to the Government's Draft Exhibit List. Mr. Burke respectfully reserves the right to amend his objections to the exhibits that the Government seeks to introduce at trial—by interposing new or different objections, or by withdrawing objections—based on the trial testimony elicited from the Government's witnesses, the Court's evidentiary rulings, and the arguments presented by the parties.

| Exhibit No. | Exhibit Date | Bates Number | Description | Objection |
|---|---|---|---|---|
| 0201 | 6/8/2015 | CC0000119-120 | Email from Tsaparas to Solis re job for Tsaparas' brother in law | **OBJ:** Hearsay not a business record; double hearsay (see MIL F); Relevance |
| 0202 | 3/31/2016 | 601W-2023-0000064-65 | Email from Jack George to Stephen Patton and others re OPO purchase | No objection |
| 0203 | 4/12/2016 | 2855-2856 | Email from Wendy to Klawiter, Reifman, George, Patton, and Frydland re Suspension of RFP and eminent domain process | No objection |
| 0204 | 4/12/2016 | 2857-2860 | Emails between Frydland, Reifman, Fields and others re OPO acquisition ordinance | No objection |
| 0205 | 4/13/2016 | 2849-2850 | Email from Ayakhan to Frydland and others re Chicago Tribune article on OPO sale | No objection |
| 0206 | 4/15/2016 | 2826 | Emails between Bonome and Frydland re purchase of OPO | No objection |
| 0207 | 5/5/2016 | 2666 | Email from Angel to Reifman, Bonome, kotak, Frydland, and others re OPO settlement offer | No objection |
| 0208 | 5/12/2016 | 601W-2023-0000042 | Emails between Reifman, Skydell, Klawiter, and others re 601W closing on purchase of OPO property | No objection |
| 0209 | 6/6/2016 | JLL_TS0000127 | Email from Prather to Callan, Sales, and Kerrigan re OPO temporary utilities | No objection |
| 0210 | 6/13/2016 | JLL_TS0000002 | Email from Prather to Mueller, Sales, and Kerrigan about OPO project schedules | No objection |
| 0211 | 6/28/2016 | JLL_TS0000093 | Email from Prather to Callan, Skydell, Sales, Uhlir, Callcott, and Kerrigan re: OPO priorities | No objection |
| 0212 | 7/13/2016 | 2377 | Email from Angel to Steffens, Aparicio, Cuvalo, and Schiefelbein re OPO settlement rder | No objection |
| 0213 | 7/13/2016 | 2378-2380 | Email from Angel to Reifman, Collins, Fryland and others re OPO settlement order | No objection |
| 0214 | 7/29/2016 | AMT_TS0000166-167 | Emails between Kruce, Prather, and others re OPO delaminating concrete falling onto tracks | No objection |
| 0215 | 8/1/2016 | AMT_TS0000165 | Email from Prather to Kurce re OPO delaminating concrete and Amtrak issues | No objection |

| | | | | |
|---|---|---|---|---|
| 0216 | 8/22/2016 | 601W-2023-0000024 | Emails between Skydell and Hall re Meeting with Mayor Emanuel meeting | No objection |
| 0217 | 10/4/2016 | AMT_TS0000183 | Email from Lang to Schiefelbein, Prather, Sriver, Kruce, and others re Meeting with Amtrak JLL and 601W | No objection |
| 0218 | 11/12/2016 | 601W-2023-0000001 | Emails from Lee to Skydell and Prather re assistance from Solis re OPO Amtrak issues | No objection |
| 0219 | 11/12/2016 | GJ_036-000057 | Emails re Phone Call between Harry Skydell & Ald. Solis | **OBJ to last ¶ on p.1:** Hearsay not a business record (MIL F); Speculation (MIL F) |
| 0220 | 11/14/2016 | 601W-2023-0000003 | Emails between Prather, Lee, Sales, and Skydell re assistance from Solis re OPO Amtrak issues | No objection |
| 0221 | 12/14/2016 | AMT_TS0000022 - 36 | Email re OPO Amtrak Issues and Call between Skydell and Solis | **OBJ to first email on p. 221-11:** Hearsay not a business record (see MIL F); Speculation (see MIL F) |
| 0222 | | | INTENTIONALLY BLANK | |
| 0223 | 12/14/2016 | AMT_TS0001209-1211 | Emails between Wolfe and Lang re Burke meeting | **OBJ:** Hearsay not a business record (see MIL F); Relevance |
| 0224 | 12/19/2016 | AMT_TS0000032-37 | Email from Lang to Bushong re OPO Amtrak and Hiring of Burke | **OBJ to first ¶ on page 1:** Hearsay not a business record (see MIL F); Speculation (see MIL F) |
| 0225 | 12/20/2016 | AMT_TS0000050-51 | Email between Scheinfeld, Lang, Koch, and Reifman re Conversation with Garner re Amtrak help and engagement in PA | No objection |
| 0226 | 12/21/2016 | GJ_036-000068 | Emails re meeting at City Hall | **OBJ to first ¶ on p.1:** Hearsay not a business record; double hearsay (see MIL F); Speculation (see MIL F) |
| 0227 | 12/23/2016 | AMT_TS0000055 | Email from Lang to Scheinfeld about meeting with Burke | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |

| | | | | |
|---|---|---|---|---|
| 0228 | 12/31/2016 | AMT_TS0001066-1070 | Emails between Prather, McGrath, Watson, Skydell and others re OPO Progress report for December 1, 2016 | No objection |
| 0229 | 2/1/2017 | | Emails re Old Post Office - Chicago - Meeting w/ Greg Prather | No objection |
| 0230 | 2/27/2017 | GJ_039-000038 | Email from Synowiecki to Powers re Old Post Office City Water Synopsis | No objection |
| 0231 | 2/27/2017 | | Emails from Prather to Solis, Sanchez, and Sales Old Post Office City Water Synopsis | No objection |
| 0232 | 3/1/2017 | GJ_005-000060 | Emails re Aldermanic Acknowledgement Letter - Burger King remodel | No objection |
| 0233 | 3/10/2017 | | Emails from Rosario to Powers providing email address to Megan from Burke's office | No objection |
| 0234 | 3/15/2017 | | Email from Andrews to Powers re water and sewer mains | No objection |
| 0235 | 3/20/2017 | GJ_039-000044 | Email from Murphy to Powers re Old Post Office Water service | No objection |
| 0236 | 3/30/2017 | Zohaib Dhanani 0004 | Emails between Jeff Macdonald and Zohaib Dhanani about Burger King meeting | **OBJ:** Hearsay not a business record; double hearsay (see MIL F); Speculation (see MIL F) |
| 0237 | 4/12/2017 | WJA_TS0000005 - 6 | Email re Submission of App for Remodel Permit | No objection |
| 0238 | 4/24/2017 | AMT_TS0000241 | Emails between Prather and Haywood and others re OPO Track fan project | No objection |
| 0239 | 5/4/2017 | AMT_TS0000253-254 | Emails between Sanders and Hoelter re OPO Amtrak work recommending constructing management | No objection |
| 0240 | 5/10/2017 | AMT_TS0000073-76 | Emails between Frydland, Prather, McKenna, and others re OPO request for temp permit | No objection |
| 0241 | 5/15/2017 | AMT_TS0000098-100 | Emails between Prather, Schiefelbein, Ullrich, Lang, and others re OPO Amtrak coordination meeting | No objection |
| 0242 | 5/22/2017 | WJA_TS0000017 - 20 | Emails re BK 10366 Aldermanic Acknowledgement Letter | **OBJ:** Hearsay not a business record (see MIL F) |

| | | | | |
|---|---|---|---|---|
| 0243 | 5/22/2017 | Zohaib Dhanani 0009-10 | Email from Willie to Z. Dhanani and others re BK 10366 Aldermanic Acknowledgement Letter | **OBJ to first page:** Hearsay not a business record (see MIL F) |
| 0244 | 5/22/2017 | Zohaib Dhanani 0011 | Emails between S. Dhanani and Z. Dhanani re BK 10366 Aldermanic Acknowledgement Letter | **OBJ:** Hearsay not a business record (see MIL F) |
| 0245 | 5/23/2017 | AMT_TS0001380-1382 | Emails between Blaine, Hoelter, and Prather re OPO permits | No objection |
| 0246 | 5/26/2017 | 601W00000112 - 114 | Email re Burke power | **OBJ:** Hearsay not a business record (see MIL F) |
| 0247 | 6/13/2017 | AMT_TS0000321-322 | Email from Prather to Blaine, Godfrey, and others re OPO Scheduling of permitted track level work | No objection |
| 0248 | 6/13/2017 | WJ_001-000056 | Email attaching Aldermanic Acknowledgement Letter | **OBJ to pages 1-2:** Hearsay not a business record (see MIL F) |
| 0249 | 6/15/2017 | AMT_TS0000323-324 | Email from Blaine to Prather, Godfrey, and others re OPO Scheduling of permitted track level work | No objection |
| 0250 | 6/16/2017 | Zohaib Dhanani 0030 | Email re Meeting Burke at Burger King | No objection |
| 0251 | 6/19/2017 | | Email from Lang to Kruce re OPO scheduling of permitted track level work | No objection |
| 0252 | 6/20/2017 | WJA_TS0000021 - 23 | Emails re City of Chicago building permit for Burger King | No objection |
| 0253 | 6/21/2017 | Zohaib Dhanani 0039 - 40 | Email attaching City of Chicago building permit for Burger King | No objection |
| 0254 | 6/22/2017 | GJ_036-000073 | Email from Skydell to Burke detailing Amtrak issues | No objection |
| 0255 | 6/28/2017 | FM_000107 - 108 | Email re Field Museum fall intern | No objection |
| 0256 | 6/29/2017 | Zohaib Dhanani 0054 | Email re Diaz meeting with Pete Andrews | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0257 | 6/30/2017 | Zohaib Dhanani 0067-69 | Email attaching building permit dated 6/20/17 | **OBJ to pages 1-2:** Hearsay not a business record; double hearsay (see MIL F) |

| | | | | |
|---|---|---|---|---|
| 0258 | 7/14/2017 | | Emails between Synowiecki and M. Gabinski re Field Museum cover letter (City Hall computer) | No objection |
| 0259 | 7/10/2017 | GJ_005-000065 | Pam Smith provided Burke's assistant's contact info | No objection |
| 0260 | 7/13/2017 | FM_000047 - 49 | Emails re Burke recommendation of Gabinski | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0261 | 7/13/2017 | FM_001-000006 - 7 | Emails re Molly Gabinski internship | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0262 | 7/13/2017 | FM_TS0000116 | Email re Burke Initial Call about Gabinski | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0263 | 7/13/2017 | Zohaib Dhanani 0076-77 | Email re Alderman Burke contacts about driveway permits | **OBJ:** Hearsay not a business record (see MIL F) |
| 0264 | 7/14/2017 | FM_000372 - 374 | Email re Molly Gabinski | No objection |
| 0265 | 7/14/2017 | FM_TS0000121 | Email Attaching Gabinski Application | **OBJ to first ¶ on page 1:** Hearsay not a business record; double hearsay (see MIL F) |
| 0266 | 7/14/2017 | | Emails between C. Gabinski and Synowiecki re: M. Gabinski's TFM Application (City Hall computer) | No objection |
| 0267 | 7/17/2017 | GJ_005-000067 | Emails re City of Chicago driveway permits | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0268 | 8/11/2017 | GJ_014-000058 | Email re Field Museum price increase | No objection |
| 0269 | 8/14/2017 | FM_000587 - 588 | Email from Bekken to Katzenmeyer re Alderman Burke | No objection |
| 0270 | 8/23/2017 | GJ_022-000115 | Email from Cui to Burke soliciting help on pole sign permit | **OBJ:** Hearsay not a business record (see MIL F); Relevance (MIL L) |
| 0271 | 8/24/2017 | CUI_009-000256 | Email from Cui to Burke then forwarded by Cui to Ray Chin | **OBJ:** Hearsay not a business record (see MIL F); |

| | | | | Speculation (see MIL F); Relevance (MIL L)) |
|---|---|---|---|---|
| 0272 | 8/24/2017 | GJ_018-000026 | Email from Cui to Reveliotis giving notice of intent to award Burke tax work | **OBJ:** Hearsay not a business record; double hearsay (see MIL F); Speculation (see MIL F); Relevance (MIL L) |
| 0273 | 8/24/2017 | GJ_022-000117 | Emails between Cui and Burke discussing tax representation for Cui's properties | **OBJ:** Hearsay not a business record (see MIL F); Relevance (MIL L) |
| 0274 | 8/25/2017 | CUI_003-000003 | Email from Burke to Cui re Outreach from Klafter and Burke employee | **OBJ:** Hearsay not a business record (see MIL F); Relevance (MIL L) |
| 0275 | 8/28/2017 | GJ_008-000082 | Emails between Cui and Chin soliciting help because Burke had not responded to request for assistance with pole sign issue | **OBJ:** Hearsay not a business record (see MIL F); Relevance (MIL L) |
| 0276 | 8/30/2017 | GJ_009-000055 | Email from Burton to Frydland re Alderman Burke called | No objection |
| 0277 | 8/30/2017 | GJ_016-000171 | Emails between K&B attorney to Cui to initiate representation | No objection |
| 0278 | 9/1/2017 | GJ_012-000045 | Emails between Cui and Moore re Meeting with Judy Frydland | **OBJ:** Hearsay not a business record (see MIL F); Relevance; Rule 403 (MIL L) |
| 0279 | 9/5/2017 | | Email between Cui and Moore re Scheduling Meeting with Frydland | **OBJ:** Hearsay not a business record (see MIL F); Relevance; Rule 403 (MIL L) |
| 0280 | 9/6/2017 | GJ_009-000066 | Emails from Beaudet to Frydland and Moore re Binny's pole sign | **OBJ:** Hearsay not a business record (see MIL F); Relevance; Rule 403 (MIL L) |
| 0281 | 9/6/2017 | GJ_009-000069 | Emails re Binny's pole sign | **OBJ:** Hearsay not a business record (see MIL F); Relevance; Rule 403 (MIL L) |

| | | | | |
|---|---|---|---|---|
| 0282 | 9/7/2017 | | Email from Moore to Beaudet and Frydland attaching photo of pole sign | **OBJ:** Hearsay not a business record (see MIL F); Relevance; Rule 403 (MIL L) |
| 0283 | 9/7/2017 | GJ_012-000073 | Emails re 4901 Irving Park pole sign | **OBJ:** Hearsay not a business record; double hearsay (see MIL F); Relevance; Rule 403 (MIL L) |
| 0284 | 9/7/2017 | GJ_009-000077 | Emails re 4901 Irving Park pole sign | **OBJ:** Hearsay not a business record (see MIL F); Relevance; Rule 403 (MIL L) |
| 0285 | 9/8/2017 | GJ_014-000068 | Email re Offer of internship to Ald. Burke | No objection |
| 0286 | 9/8/2017 | GJ_009-000075 | Emails re 4901 Irving Park pole sign | **OBJ:** Hearsay not a business record (see MIL F); Relevance; Rule 403 (MIL L) |
| 0287 | 9/8/2017 | GJ_019-000057 | Emails re Executive Team Meeting - 9/11/17 | No objection |
| 0288 | 9/8/2017 | GJ_014-000069 | Emails re Field Museum internship | No objection |
| 0289 | 9/10/2017 | FM_001_001901 | Emails re Field Museum admissions rate increase | **OBJ:** Hearsay not a business record (MIL F); Speculation (MIL F) |
| 0290 | 9/11/2017 | FM_000017 - 21 | Email from Lariviere to Bekken explaining lack of response to Molly Gabinski's application and offering FT job at TFM | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0291 | 9/11/2017 | FM_TS0000076 - 77 | Emails re Good to go with Alderman Burke | No objection |
| 0292 | 9/11/2017 | GJ_019-000060 | Email from Livengood to Lariviere re second contact from Burke's office re Molly Gabinski | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0293 | 9/11/2017 | GJ_019-000067 | Email from Merriman to Johnston, Lariviere, and others re Molly Gabinski's application materials in Hireology | **OBJ:** Relevance |
| 0294 | 9/11/2017 | GJ_022-000100 | Emails between Field Museum employees, blind copying Burke, explaining lack of response to Molly Gabinski's application and offering FT job at TFM | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |

| | | | | |
|---|---|---|---|---|
| 0295 | 9/11/2017 | FM_000380 | Emails between Livengood and Synowiecki re Molly Gabinski | No objection |
| 0296 | 9/12/2017 | 601W00000280-281 | Emails between DiGrino, Schulze, Prather and others re OPO West Plaza TIF | No objection |
| 0297 | 9/12/2017 | FM_000023 - 24 | Emails between Lariviere to DeThorne and Exec Team re Gabinski and Public Relations Coordinator position | No objection |
| 0298 | 9/12/2017 | FM_000063 | Email re Public Relations Coordinator position | No objection |
| 0299 | 9/12/2017 | FM_000306 - 308 | Emails between Cleary, Lariviere, and Johnston re: FT job opportunity and informational interview for Molly | No objection |
| 0300 | 9/12/2017 | | Emails between Synowiecki and C. Gabinski re Field Museum PR Coordinator role (City Hall computer) | No objection |
| 0301 | 9/13/2017 | GJ_009-000079 | Email re Calling Ald. Burke's office concerning 4901 W. Irving Park | No objection |
| 0302 | 9/13/2017 | | Email re Field Museum rate increase approval | No objection |
| 0303 | 9/13/2017 | GJ_014-000077 | Email re Internship, senior day, rate increase | **OBJ:** Hearsay not a business record; double hearsay (MIL F) |
| 0304 | 9/13/2017 | | Emails re Arena and pole sign at 4901 Irving Park | No objection |
| 0305 | 9/15/2017 | FM_000644, 969 | Emails re Meeting with Burke on 9/20/2017 | No objection |
| 0306 | 9/17/2017 | SZD_001-000079 | Email from Zaidi to Z. Dhanani re GC License Received | No objection |
| 0307 | 9/19/2017 | FM_000241 - 244 | Emails re Field Museum PR Coordinator | No objection |
| 0308 | 9/22/2017 | DLA_001-000006-9 | Emails between DiGrino and Murphey re OPO West plaza TIF proposal | No objection |
| 0308-a | 9/22/2017 | DLA_001-000010-16 | Attachment to Email - OPO West plaza TIF proposal | No objection |
| 0309 | 9/28/2017 | Zohaib Dhanani 0089 | Email re start and finish date for BK remodel | No objection |
| 0310 | 10/2/2017 | AMT_TS0000432-433 | Emails between Haywood and Parlato re Amtrak coordination meeting on September 14, 2017 | No objection |
| 0311 | 10/3/2017 | | Email re Old Post Office Exhaust Fans | No objection |

| 0312 | 10/5/2017 | 601W00000332 - 334 | Emails re Meetings with Aldermen Solis and Burke | No objection |
| --- | --- | --- | --- | --- |
| 0313 | 10/10/2017 | | Emails re FW: Old Main Post Office Estoppel Certificate | No objection |
| 0314 | 10/10/2017 | | Emails re Old Main Post Office Estoppel Certificate | No objection |
| 0315 | 10/13/2017 | CCIG_027-000162-167 | Emails between Murphey, Reifman, Scudiero, Gorski and others re OPO TIF and Class L | No objection |
| 0316 | 10/17/2017 | CCIG_027-000143-150 | Emails between DiGrino and Murphey re OPO TIF funds | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0317 | 10/17/2017 | DLA_001-000017-18 | Email from DiGrino to Wellhausen re lack of DPD support for OPO TIF | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0318 | 10/18/2017 | Zohaib Dhanani 0090 | Email confirms remodel project began 10/18/17 | No objection |
| 0319 | 10/20/2017 | | Emails re Old Post Office Plenum Stability Project | No objection |
| 0320 | 10/24/2017 | Shoukat Dhanani 0001 | Email re Burke's Office Objection to Burger King Remodel | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0321 | 10/24/2017 | Zohaib Dhanani 0091 | Email regarding call from Ald. Burke's assistant, Pete, asking that rehab be shut down. | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0322 | 10/24/2017 | Zohaib Dhanani 0092 | Email confirming meeting with Pete Andrews on 10/26/17 | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0323 | 10/26/2017 | Zohaib Dhanani 0096 - 99 | Email re remodel permits | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0324 | 10/26/2017 | GJ_005-000071 | Emails re Burger King remodel | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0325 | 10/31/2017 | | Emails re Stop work order for Burger King remodel | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |

| | | | | |
|---|---|---|---|---|
| 0326 | 11/1/2017 | RPT_001-000125 | Email for Andrews re Drives Not On Burger King Property | No objection |
| 0327 | 11/1/2017 | WJA_TS0000047 - 50 | WJ Email to Pete re Plat of Survey | No objection |
| 0328 | 11/1/2017 | Zohaib Dhanani 0100 - 0103 | Email attaching plat of survey for BK | No objection |
| 0329 | 11/1/2017 | GJ_005-000073 | Emails re Burger King plat of survey | No objection |
| 0330 | 11/1/2017 | | Emails re Burger King plat of survey (handwriting and attachments) | No objection |
| 0331 | 11/2/2017 | Zohaib Dhanani 0105 - 106 | Email re Burger King driveway permit | **OBJ:** Hearsay not a business record; double hearsay (see MIL F); Speculation (see MIL F) |
| 0332 | 11/8/2017 | | Emails re Mail from Chicago Dept. of Buildings | No objection |
| 0333 | 11/13/2017 | Zohaib Dhanani 0133 - 137 | Emails re Burger King driveway permit, phone call w/ Assistant Commissioner | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0334 | 11/14/2017 | Zohaib Dhanani 0139-140 | Email re Meeting with Judith Frydland | No objection |
| 0335 | 11/17/2017 | | Email re Pete Andrews | No objection |
| 0336 | 11/21/2017 | Zohaib Dhanani 0155 - 160 | Emails re Burger King citation and meeting with Alderman | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0337 | 11/21/2017 | GJ_005-000084 | Email re Meeting with Commissioner for Dept. of Buildings, driveway application | **OBJ:** Hearsay not a business record (see MIL F) |
| 0338 | 11/28/2017 | RPT_001-000125 | Email from Dhanani to Johnson re Calling Alderman | **OBJ:** Hearsay not a business record; double hearsay (see MIL F); Speculation (see MIL F) |
| 0339 | 11/28/2017 | | Email re Burger King driveway permit application | No objection |
| 0340 | 11/28/2017 | GJ_010-000049 | Email re Burger King driveway permit application with handwriting | **OBJ as to handwritten notes on pp. 1, 7:** Relevance; Hearsay |

| 0341 | 11/29/2017 | | Email from Rivera to WJ with questions | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
|---|---|---|---|---|
| 0342 | 11/29/2017 | | Email re Helicopter Lift for Old Post Office | No objection |
| 0343 | 11/30/2017 | WJA_TS0000069 - 72 | Emails re Alderman called drive dept to further hold this | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0344 | 11/30/2017 | | Email from Johnson to Rivera re Existing driveway | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0345 | 12/5/2017 | Zohaib Dhanani 0161 - 162 | Emails re Burger King - City Delay | **OBJ:** Hearsay not a business record; double hearsay (see MIL F) |
| 0346 | 12/11/2017 | | Email re Alderman put on hold | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0347 | 12/13/2017 | WJA_TS0000078 - 82 | Email re Andrews said driveway permit issue cleared up | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0348 | 12/18/2017 | | Email from Burke's personal account to BK representative to arrange for hiring of K&B | No objection |
| 0349 | 12/19/2017 | | Email re Burger King permit entered | No objection |
| 0350 | 12/20/2017 | Jimmy Wachaa 0001 | Email from Burke's personal account to BK representative to arrange for hiring of K&B | No objection |
| 0351 | 1/18/2018 | DLA_001-000026 | Email from DiGrino to Synowiecki and Kaiden re OPO Class L summary for Burke | No objection |
| 0351-a | 1/18/2018 | DLA_001-000027 | Attachment to Email-OPO Class L summary | No objection |
| 0352 | 1/24/2018 | 601W00000360-361 | Emails between DiGrino, Skydell, Klawiter, and others re COF hearing on OPO Class L | No objection |
| 0353 | 1/24/2018 | DLA_001-000028-29 | Emails between Synowiecki and DiGrino re meeting with Burke re Class L | No objection |
| 0354 | 1/25/2018 | Zohaib Dhanani 0174 - 176 | Email re Burker King driveway permit received | **OBJ to first page:** Hearsay not a business record (see MIL F); Speculation (see MIL F) |

| | | | | |
|---|---|---|---|---|
| 0355 | 1/29/2018 | DLA_001-000030-31 | Emails between DiGrino, Benedict, and Butler re Urgent question from COF re OPO | **OBJ:** Hearsay not a business record (see MIL F); Relevance |
| 0356 | 2/12/2018 | AMT_TS0001223-1224 | Emails between Wolfe and Lang re Comed OPO issues | **OBJ:** Relevance |
| 0357 | 2/15/2018 | Zohaib Dhanani 0178-180 | Email re Remodel at Burger King Has Begun | No objection |
| 0358 | 2/26/2018 | GJ_037-000094 | Emails re Old Post Office water | No objection |
| 0359 | 3/12/2018 | AMT_TS0000804-805 | Emails between Haywood and Parlato re pace of Comed work | **OBJ:** Relevance |
| 0360 | 4/15/2018 | AMT_TS0000141-143 | Emails between Lang and Vicente Sanchez re OPO COMED work | **OBJ:** Relevance |
| 0361 | 4/26/2018 | Zohaib Dhanani 0238 | Email re Burger King Remodel Done | No objection |
| 0362 | 4/26/2018 | | Emails between Wachaa and Dhananis re Retention of KB | No objection |
| 0363 | 6/14/2018 | SZD_001-000003 | Emails between Caira and Jimmy Waacha re Klafter & Burke representation for Tricity IL Burger King locations | No objection |
| 0364 | 8/2/2018 | 601W00000643-644 | Emails between DiGrino, Skydell, Sales, and others re OPO TIF and Burke meeting | No objection |
| 0365 | 8/9/2018 | DLA_001-000040 | Email from DiGrino re OPO TIF summary | No objection |
| 0365-a | 8/9/2018 | DLA_001-000041 | Attachment to Email-OPO TIF summary | No objection |
| 0366 | 9/14/2018 | DLA_001-000044-46 | Emails between Synowiecki, DiGrino re discussion of OPO TIF with Burke | No objection |
| 0367 | 11/8/2018 | HS_0004 | Emails between Brian Oyster (JLL) and K&B attorney re: termination of legal representation on South Wacker building | No objection |
| 0368 | 11/13/2017 | | Emails from Johnson to Hutchinson and Franckowiak re Burger King remodel | **OBJ:** Hearsay not a business record; double hearsay (MIL F); Speculation (MIL F) |
| 0369 | N/A | | Email contact card for Rodney Ellis (City Hall computer) | **OBJ:** Relevance |
| 0370 | 12/14/2018 | CCIG_001-000001 | Email from Durns to Carney, Gallardo and Simon re BK driveway permit | No objection |

| | | | | |
|---|---|---|---|---|
| 0371 | 8/22/2017 | | Email from Cui to Chin re contact information for Burke | **OBJ:** Hearsay not a business record (see MIL F); Relevance (MIL L) |
| 0401 | 9/6/2012 | | Letter from Burke to Larivere re Fire Chief Badge | No objection |
| 0402 | 12/24/2012 | CCIG_001-000003 | Aldermanic Waiver for Proposed Driveways | No objection |
| 0403 | 11/25/2013 | CPD_TS0000017 -23 | Letter to Park District re Field Museum rate increase request | No objection |
| 0404 | 11/27/2013 | | Letter from Burke to Park District Supporting Field Museum Fee Increase (City Hall Computer) | No objection |
| 0405 | 3/5/2014 | JLL_TS0000097-124 | Condition Assessment Report - Chicago Union Station Train Shed | No objection |
| 0406 | 5/20/2015 | CCIG_001-000005 | Aldermanic Waiver for Proposed Driveways | No objection |
| 0407 | 9/4/2015 | GJ_016-000040 | Binny's Beverage Depot Lease | No objection |
| 0408 | 10/2/2015 | CPD_TS0000026-31 | Field Museum Letter to Park District re Proposed Admission Fee Increase | No objection |
| 0409 | 2/10/2016 | N/A | City Council Journal of Proceedings (Introduction of Cui TIF) | No objection |
| 0410 | 3/16/2016 | N/A | City Clerk Record - 4901 Irving Park TIF | No objection |
| 0411 | 3/16/2016 | N/A | City Council Journal of Proceedings (Cui TIF) | No objection |
| 0412 | 3/22/2016 | 601W-2023-0000066 | Letter from Jack George to Richard Wendy and Langdon Neal re OPO purchase | No objection |
| 0413 | 4/1/2016 | CCIG_027-000216-247 | OPO Redevelopment Plan April 2016 | No objection |
| 0414 | 6/28/2016 | GJ_016-000090 | Irving Park Property redevelopment agreement with city | No objection |
| 0415 | 9/1/2016 | AMT_TS0000955-959 | OPO Progress Report for September 1, 2016 | No objection |
| 0416 | 3/3/2017 | | Building Permit Application | No objection |
| 0417 | 3/6/2017 | | Electrical Permit Application | No objection |
| 0418 | 3/29/2017 | | Cui Pole Sign Permit Application | No objection |
| 0419 | 6/2/2017 | | Zoning Approval for Burger King remodel | No objection |
| 0420 | 6/20/2017 | | City of Chicago building permit for Burger King | No objection |

| | | | | |
|---|---|---|---|---|
| 0421 | 6/28/2017 | FM_001-000104 - 106 | 2017 Field Museum Internship Position Job Description and Requisition | No objection |
| 0422 | 6/30/2017 | N/A | City of Chicago Comprehensive Annual Financial Report for 2016 (Excerpt -- Organization Chart) | No objection |
| 0423 | 7/10/2017 | | Molly Gabinski Cover Letter (City Hall computer) | No objection |
| 0424 | 7/21/2017 | GJ_016-000166 | 4901 rental agreement with Binny's referencing pole sign permit | No objection |
| 0425 | 8/11/2017 | CPD_TS0000034 - 28 | Letter to Park District re Field Museum rate increase request | No objection |
| 0426 | 8/11/2017 | | Field Museum job description for Public Relations Coordinator | No objection |
| 0427 | 9/5/2017 | GJ_016-000177 | Contingent fee agreement between K&B and Cui | No objection |
| 0428 | 9/12/2017 | | Field Museum Public Relations Coordinator Job Description (City Hall computer) | No objection |
| 0429 | 9/13/2017 | CPD_TS0000032 - 33 | Chicago Park District Agenda showing Field Museum rate increase passed | No objection |
| 0430 | 9/13/2017 | N/A | Chicago Park District Meeting Minutes | No objection |
| 0431 | 9/13/2017 | N/A | Meeting Details for Chicago Park District - Meeting of Board of Commissioners | No objection |
| 0432 | 9/27/2017 | AMT_TS0000130- 131 | Letter to from Lang to Scheinfeld re Amtrak rejection of OPO fan design | No objection |
| 0433 | 10/27/2017 | RPT_005-000039 | CDOT Driveway Citation for Burger King | No objection |
| 0434 | 10/30/2017 | CCIG_001-000192 | Perino Mileage Reimbursement Form | No objection |
| 0435 | 11/1/2017 | CCIG_001_000193 | Perino Call Records | No objection |
| 0436 | 11/30/2017 | CCIG_027-000086 | DPD OPO Meeting agenda with CDOT | No objection |
| 0437 | 12/12/2017 | GJ_010-000045 | Ward office memorandum from Andrews to Burke | No objection |
| 0438 | 12/19/2017 | | Burger King application to DOT for driveway permits | No objection |
| 0439 | 1/24/2018 | WJA_TS0000090 - 91 | Driveway Permit Receipt | No objection |
| 0440 | 2/28/2018 | N/A | Chicago City Council Journal of Proceedings re Old Post Office Class L Designation | No objection |
| 0441 | 2/28/2018 | N/A | City Clerk Record - Old Post Office Class L Designation | No objection |
| 0442 | 3/30/2018 | | Cook County review of 2017 assessed value complaint | No objection |

| | | | | |
|---|---|---|---|---|
| 0443 | 5/18/2018 | Shoukat Dhanani 0020-21 | Klafter and Burke Contingent Fee Agreement for Burger King | No objection |
| 0444 | 6/29/2018 | N/A | City of Chicago Comprehensive Annual Financial Report for 2017 (Excerpt -- Organization Chart) | No objection |
| 0445 | 8/24/2018 | HS_0001 | Agreement between K&B and operating company for Sullivan Center (601W) | No objection |
| 0446 | | | INTENTIONALLY BLANK | |
| 0447 | 9/20/2018 | N/A | Chicago City Council Journal of Proceedings re Old Post Office TIF (Excerpt) | No objection |
| 0448 | 9/20/2018 | N/A | City Clerk Record - Old Post Office TIF | No objection |
| 0449 | 10/12/2018 | HS_0006 | Agreement between K&B and operating company for 1 South Wacker (601W) | No objection |
| 0450 | 11/29/2018 | | Grand Jury Document Subpoena to C. Cui | **OBJ:** Relevance; Rule 403 |
| 0451 | 12/20/2018 | HS_0003 | Letter from K&B to JLL terminating legal representation | No objection |
| 0452 | 1/15/2019 | | City of Chicago building review - Binny's Beverage Depot pole sign (LED Lighting) | No objection |
| 0453 | 1/15/2019 | | City of Chicago building review - Binny's Beverage Depot pole sign (Pillow Case Banner) | No objection |
| 0454 | 1/29/2019 | FM_TS0000001 - 02 | Letter from Burke to Larivere re Note of Support | No objection |
| 0455 | 4/1/2019 | N/A | IL Secretary of State LLC File Detail Report Irving Park Property Holdings | No objection |
| 0456 | 6/28/2019 | N/A | City of Chicago Comprehensive Annual Financial Report for 2018 (Excerpt -- Organization Chart) | No objection |
| 0457 | 10/6/2023 | N/A | Map of TriCity Burger King Locations | **OBJ:** Lack of Foundation |
| 0458 | N/A | FM_001058 - 001074 | Field Museum 2017 invoices | **OBJ:** Relevance |
| 0459 | N/A | SW_021-000375 | Zo Dhanani Business Card | No objection |
| 0460 | N/A | TS0000003 | Burger King Revenue Inc During Shutdown | **OBJ:** Relevance |
| 0461 | N/A | N/A | August to September 2017 Calendar | No objection |
| 0462 | N/A | GJ_010-000069 | Business cards for Tri-City Foods from Ward Office search | No objection |
| 0463 | N/A | GJ_041-000034 | City of Chicago 2016 to 2018 invoices | **OBJ:** Relevance |

| | | | | |
|---|---|---|---|---|
| 0464 | N/A | | Folder marked Tri-City Foods from Ward Office Search | **OBJ:** Relevance |
| 0465 | N/A | GJ_010-000070 | History of Burger King from Ward Office search | **OBJ:** Relevance |
| 0466 | N/A | | Metadata for Molly Gabinski Resume | **OBJ:** Relevance |
| 0467 | N/A | | Molly Gabinski Resume | No objection |
| 0468 | N/A | | TIF Summary (City Hall computer) | **OBJ:** Lack of Foundation |
| 0501 | 11/20/2013 | FM_TS0001078 | Preparation for meeting with Alderman Burke | No objection |
| 0502 | 11/22/2013 | FM_TS0001079 | Meeting with Alderman Burke | No objection |
| 0503 | 8/14/2015 | FM_TS0001084 | Calendar entry for Lariviere and Katzenmeyer meeting with Burke (TFM) | No objection |
| 0504 | 8/14/2015 | | Calendar entry for Lariviere meeting with Burke (City Hall Computer) | No objection |
| 0505 | 12/21/2016 | GJ_036-000067 | Appointment for Lang meeting with Burke at City Hall re Old Post Office | No objection |
| 0506 | 3/30/2017 | | Calendar entry for Burke to meet with Jeff Macdonald at Ward Office (City Hall computer) | No objection |
| 0507 | 6/14/2017 | | Calendar entry for Burke to meet at Burger King and lunch to follow with Dhananis (City Hall computer) | No objection |
| 0508 | 6/22/2017 | AMT_TS0000341 | Calendar entry from Lang to Prather, Kruce, and others re Amtrak OPO meeting to discuss survey work | No objection |
| 0509 | 9/20/2017 | | Calendar entry (City Hall computer) for Lariviere and Bekken meeting with Burke at COF | No objection |
| 0510 | 9/20/2017 | | Larivere calendar entry for meeting with Burke | No objection |
| 0511 | 11/20/2017 | CCIG_001-000007 | Frydland meeting with Warren Johnson Architects | **OBJ to pp. 2-4:** Hearsay not a business record; double hearsay (see MIL F); Lack of Foundation (as to handwritten notes) |
| 0512 | 12/12/2017 | | Calendar entry for Burke to meet at ULC with Dhananis (City Hall computer) | No objection |
| 0513 | 2/26/2018 | 601W00001673 | Calendar entry Burke meeting with DiGrino, Klawiter, Skydell, and others re OPO Class L | No objection |
| 0514 | 9/17/2018 | 601W00001672 | Calendar entry Burke meeting with DiGrino, Oyster, Skydell, and others re OPO | No objection |

| | | | | |
|---|---|---|---|---|
| 0601 | 6/14/2017 | GJ_004-000050 | Burger King surveillance photograph 1 | No objection |
| 0602 | 6/14/2017 | GJ_004-000051 | Burger King surveillance photograph 2 | No objection |
| 0603 | 6/14/2017 | RPT_001-000040 | Burger King surveillance photograph 3 | No objection |
| 0604 | 9/27/2017 | N/A | Photograph of 4901 Irving Park Road | No objection |
| 0605 | 11/29/2018 | SW_065-0000123 | Photograph of City Hall Office Desk - Name Plate | **OBJ:** Authenticity |
| 0606 | 11/29/2018 | SW_065-0000125 | Photograph of City Hall Office Desk - Dhanani Business Card | **OBJ:** Authenticity |
| 0607 | 11/29/2018 | N/A | Photograph of City Hall Office Entrance | No objection |
| 0608 | 11/29/2018 | N/A | Photograph of Entrance to Committees on Finance and Zoning | No objection |
| 0609 | 11/29/2018 | GJ_010-000087 | Shoukat Dhanani Photograph | No objection |
| 0610 | 11/29/2018 | GJ_010-000088 | Zohaib Dhanani Photograph | No objection |
| 0611 | 10/5/2023 | N/A | Photograph of 4901 Irving Park Road | No objection |
| 0612 | N/A | RPT_070-000004 | Photograph of Burger King Tow Signs | No objection |
| 0613 | N/A | RPT_070-000005 | Photograph of No Truck Parking Overnight Sign | No objection |
| 0614 | N/A | RPT_070-000006 | Photograph of No Truck Parking Overnight Sign 2 | No objection |
| 0615 | N/A | N/A | Aerial Photograph of 4060 S. Pulaski Road | No objection |
| 0616 | N/A | N/A | Aerial Photograph of 4901 W. Irving Park Road | No objection |
| 0617 | N/A | N/A | Aerial Photograph of Old Post Office | No objection |
| 0618 | N/A | N/A | DL Photograph - Charles Cui | No objection |
| 0619 | N/A | N/A | DL Photograph - Daniel Solis | No objection |
| 0620 | N/A | N/A | DL Photograph - Edward Burke | No objection |
| 0621 | N/A | N/A | DL Photograph - Harry Skydell | No objection |
| 0622 | N/A | N/A | DL Photograph - Pete Andrews | No objection |
| 0623 | N/A | N/A | Photograph of 1 S. Wacker Drive | No objection |
| 0624 | N/A | N/A | Photograph of 14th Ward Office Exterior | No objection |
| 0625 | N/A | N/A | Photograph of Burger King on Pulaski Ave. | No objection |
| 0626 | N/A | N/A | Photograph of Chicago City Hall Exterior | No objection |
| 0627 | N/A | N/A | Photograph of Field Museum | No objection |
| 0628 | N/A | N/A | Photograph of Sullivan Center | No objection |
| 0629 | N/A | N/A | Map of 4060 S. Pulaski Road | **OBJ:** Authenticity |
| 0630 | N/A | N/A | Map of 4901 W. Irving Park Road | No objection |

| | | | | | |
|---|---|---|---|---|---|
| 0631 | N/A | N/A | Map of Old Post Office | | No objection |
| 0701 | 1/11/2019 | EXPERT_002-000001 | David Espinoza Handwriting Exemplar (Item 1) | | No objection |
| 0702 | 1/11/2019 | EXPERT_003-000001 | Peter Andrews Handwriting Exemplar (Item 2) | | No objection |
| 0703 | 1/18/2019 | EXPERT_001-000001 | Expert Kulbacki's Report 1 (Indentation Examination) | | **OBJ:** Hearsay |
| 0704 | 1/18/2019 | IRS_035-0000007 | Expert Kulbacki Report 1 Notes | | **OBJ:** Hearsay |
| 0705 | 1/25/2019 | EXPERT_001-000005 | Expert Kulbacki's Report 2 (Comparison to David Espinoza Exemplar) | | **OBJ:** Hearsay |
| 0706 | 1/25/2019 | IRS_035-0000009 | Expert Kulbacki's Report 2 Notes | | **OBJ:** Hearsay |
| 0707 | 1/25/2019 | EXPERT_001-000007 | Expert Kulbacki's Report 3 (Comparison to Peter Andrews Exemplar) | | **OBJ:** Hearsay |
| 0708 | 1/25/2019 | IRS_035-0000031 | Expert Kulbacki's Report 3 Notes | | **OBJ:** Hearsay |
| 0709 | 9/1/2023 | N/A | Expert Kulbacki Curriculum Vitae | | **OBJ:** Hearsay |
| 0710 | 9/5/2019 | RCFLRPT_004-000001 | Report of Examination of Items Submitted for Examination to Regional Computer Forensics Laboratory | | **OBJ:** Hearsay |
| 0711 | 9/1/2023 | N/A | Expert Smith Curriculum Vitae | | **OBJ:** Hearsay |
| 0712 | 9/1/2023 | N/A | Mixon Presentation on Chicago City Council | | **OBJ:** Rules 702, 401, 403: (MIL to Exclude Proposed Expert Testimony of Prof. Mixon); Hearsay |
| 0713 | 9/1/2023 | N/A | Expert Mixon Curriculum Vitae | | **OBJ:** Rules 702, 401, 403: (MIL to Exclude Proposed Expert Testimony of Prof. Mixon); Hearsay |

| | |
|---|---|
| Dated: October 20, 2023 | Respectfully Submitted, |

JENNER & BLOCK LLP

By: /s/ *Charles B. Sklarsky*
    Charles B. Sklarsky
    Kimberly Rhum
    353 N. Clark Street
    Chicago, IL 60654
    Tel: (312) 222-9350
    csklarsky@jenner.com
    krhum@jenner.com

LOEB & LOEB LLP

By: /s/ *Joseph J. Duffy*
    Joseph J. Duffy
    Robin V. Waters
    321 N. Clark Street, Suite 2300
    Chicago, IL 60654
    Tel: (312) 464-3100
    jduffy@loeb.com
    rwaters@loeb.com

GAIR EBERHARD NELSON DEDINAS LTD

By: /s/ *Chris Gair*
    Chris Gair
    1 East Wacker Drive, Suite 2600
    Chicago, IL 60601
    Tel: 312-600-4901
    cgair@gairlawgroup.com

*Attorneys for Edward M. Burke*