## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                              Plaintiff,

v.                                                            Case No.: 1:19–cr–00322
                                                                    Honorable Virginia M. Kendall

Charles Cui, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall as to Charles Cui, Edward M. Burke and Peter J. Andrews. Jury Deliberations held on 12/19/2023 to be continued for 12/20/2023 at 9:00 AM. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.