Jim FitzGerald
January 8, 2024

**Hon. Virginia M. Kendall**
Dirksen Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Re: United States of America v. Edward M. Burke, et. al.

Your Honor:

I write in reference to the upcoming sentencing of Edward M. Burke for racketeering and other crimes associated with using his elected office for his personal gain. I have been a citizen of Chicago since 1987 (save one decade), and therefore I am a direct victim of Edward Burke's crimes.

The evidence presented at trial proved to the clear satisfaction of the jury not only the defendant's guilt, but also his central role over many decades in the continuing criminal enterprise that characterizes Chicago city politics, and the political landscape across Cook County and Illinois.

Ed Burke did not create graft in Chicago, but he perfected its application, he mentored its practitioners, and he perpetuated and reinforced an entrenched culture of political corruption, all to the detriment of millions of Chicagoans, and all for his own benefit. The victims of his crimes are not just fast-food franchisees, real estate developers and public museums. His victims include everyone with a ZIP code that begins with 606–, or has over the past half century. We're a lot poorer and a lot less free because of the chokehold Ed Burke and his conspiracy of political corruption has had on our city. I have been robbed by Ed Burke and his like of honest government services and any benefits that would have accrued to me had he provided those services honestly. I've paid the Chicago Graft Tax for far too long.

It is not enough to, once again, send an aging, crooked Chicago pol off to "Club Fed" for a few months of golf practice and tanning. Fifty-five times in the past 50 years the sight of aldermen being hauled off to prison right in front of his face had no effect at all on Ed Burke. Ed Burke deserves to spend any prison time in an actual prison, with other criminals, miscreants, reprobates, racketeers and thugs just like him. It's time all the other scheming Illinois politicians know that graft and corruption in Illinois is not a "Poor Guy," bump along the road to more corruption. It's time a message was sent and an example was made, that the days of old-school Chicago-style corruption will no longer be tolerated.

Ed Burke didn't leave one victim bleeding, he bled out an entire city for half a century. He deserves worse than a vacation in khaki.

Sincerely,

Jim FitzGerald