# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                                  Case No.: 1:19−cr−00322

                                                                         Honorable Virginia M. Kendall

Charles Cui, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 9, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall as to Charles Cui and Edward M. Burke. Unopposed Motion for extension of time to file Post Trial Motions [445] applies to both Defendant Burke and Cui. Post Trial Motions shall be due 2/19/2024; Government responses due 3/18/2024; replies due 4/1/2024. Sentencing set for Edward M. Burke is reset for 6/24/2024 at 10:00 AM due to 6/19/2024 being a federal holiday. Sentencing Position Papers shall be due by 6/10/2024. The Court directs the disclosure of the Probation Department's sentencing recommendation to both Defendant and the Government for both Defendants. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.