**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 19 CR 322 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| EDWARD M. BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EDWARD M. BURKE'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE HIS
<u>REPLY IN SUPPORT OF HIS POST-TRIAL MOTION</u>**

Defendant, **EDWARD M. BURKE**, by and through his undersigned attorneys, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 29, for an extension of time until April 24, 2024, to file his reply in support of his post-trial motion. The Government has no objection to the grant of this relief.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1.      On February 21, 2024, Mr. Burke timely filed a thirty-six page post-trial Motion for Judgment of Acquittal and for a New Trial. (Dkt. 455).

2.      On March 20, 2024, the Government filed a ninety-three page Response to Mr. Burke's post-trial motion. (Dkt. 461).

3.      Mr. Burke's reply in support of his post-trial motion is currently due on April 3, 2024 (Dkt. 454), and his sentencing is set for June 24, 2024. (Dkt. 450).

4.      For the reasons set forth below, counsel respectfully seek an extension of time until April 24, 2024 to prepare Mr. Burke's reply.

5.      First, the sheer length of the Government's Response brief—nearly triple the length of Mr. Burke's motion—will require added time to review beyond what counsel anticipated given the length and focus of Mr. Burke's motion.

6.      Second, counsel for Mr. Burke with the primary responsibility for drafting the reply brief, Mr. Gair and Ms. Waters, have pressing commitments in other matters during this time period which will make it impossible to complete both their review of the Government's Response and their draft of Mr. Burke's reply by the current deadline of April 3rd. For example, Ms. Waters is currently engaged in extensive briefing in connection with a 188-page petition for post-conviction relief in a capital case currently pending in Montgomery, Alabama captioned *Lisa Graham v. State of Alabama*, Case No. CC-2007-686.60. Ms. Waters is the primary author of Mrs. Graham's response to the State's 119-page Motion for Dismissal of Mrs. Graham's Post-Conviction Petition, which is due on April 15, 2024.

7.      Third, counsel have consulted with the Government, and can represent that it has no objection to the grant of the requested extension. In particular, the Government agreed to the requested extension on the condition that Mr. Burke not utilize the extension of the reply brief to argue for a change in the June 24th sentencing date, such that the parties agree the June 24th sentencing date should remain in place at this time.

8.      Finally, counsel submit that this motion is made in good faith and not for the purpose of delay.

WHEREFORE, Mr. Burke respectfully asks the Court to grant his request for an extension of time to file his reply in support of his post-trial motion by April 24, 2024.

Dated: March 27, 2024                              Respectfully Submitted,

**JENNER & BLOCK LLP**                             **LOEB & LOEB LLP**

By: */s/ Charles B. Sklarsky*                      By: */s/ Joseph J. Duffy*
    Charles B. Sklarsky                                Joseph J. Duffy
    Kimberly Rhum                                      Robin V. Waters
    353 N. Clark Street                                321 N. Clark Street, Suite 2300
    Chicago, IL 60654                                  Chicago, IL 60654
    Tel: (312) 222-9350                                Tel: (312) 464-3100
    csklarsky@jenner.com                               jduffy@loeb.com
    krhum@jenner.com                                   rwaters@loeb.com

                                                   **GAIR GALLO EBERHARD LLP**

                                                   By: */s/ Chris Gair*
                                                       Chris Gair
                                                       Blake Edwards
                                                       1 East Wacker Drive, Suite 2600
                                                       Chicago, IL 60601
                                                       Tel: (312) 600-4901
                                                       cgair@gairgallo.com
                                                       bedwards@gairgallo.com

                                                   *Attorneys for Edward M. Burke*