Dear Judge Kendall

My name is Jim Sheahan, and I lived on the Southside of Chicago my whole life. I have a wife and three grown daughters.

I am writing to you today, on behalf of Alderman Ed Burke. I am fortunate, in that I have known him for about 40 years. We have not always been on the same team politically, but working with him in city hall, I found him to be great.

I was in the mayor's office from 1989 until 1998, and I worked with the Alderman and his office many times.

I found him to alway be fair, honest and thorough.

I am sure you are aware of the Burke's association with Special Olympics. I have been on the Board and have served as past president of Special Olympics Chicago.

I am now the director of development for this great cause,

Ed Burke has always been there for Special Olympics. He has been fabulous to this cause.

I really know nothing about this case, and I sure you have a difficult decision for sentencing.

I am asking you to let Alderman Burke to come and work with me for Special Olympics Chicago. It makes more sense than sending an eighty year old guy to jail. We could really use his help, in finding support for Chicago's 4500 athletes. We could keep him very busy. And I know the Alderman would be a great asset.

Thank you

Jim "Skinny" Sheahan

P.S. I have not discussed this letter or proposal with anyone.