**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 19 CR 322 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| EDWARD M. BURKE, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT EDWARD M. BURKE'S REQUEST FOR
ORAL ARGUMENT ON HIS POST TRIAL MOTIONS**

Defendant, **EDWARD M. BURKE**, by and through his undersigned attorneys, respectfully requests that the Court grant oral argument on Mr. Burke's Motion for Judgment of Acquittal and for New Trial (Dkt. 455), which is now fully briefed. (Dkt. 461, 466). Mr. Burke's post-trial motions seek judgment of acquittal on (1) the Field Museums Counts and Related RICO Acts, (2) the Pole Sign Counts and Related RICO Acts, and (3) the Post Office and RICO Acts predicated on the Amtrak and Water Department theories of official action. (Dkt. 445). Mr. Burke seeks a new trial on the remaining Post Office Counts and RICO Acts, and an acquittal or a new trial on the RICO conviction in Count One. Given both the complexity and constitutional dimension of the issues, counsel submit that oral argument is appropriate, and could assist the Court in its determination of whether to grant Mr. Burke's motions.

WHEREFORE, Mr. Burke respectfully requests that the Court set a date for oral argument.

Dated: April 29, 2024	Respectfully submitted,

**JENNER & BLOCK LLP**	**LOEB & LOEB LLP**

By:	*/s/ Charles B. Sklarsky*	By:	*/s/ Joseph J. Duffy*
    Charles B. Sklarsky	    Joseph J. Duffy
    Kimberly Rhum	    Robin V. Waters
    353 N. Clark Street	    321 N. Clark Street, Suite 2300
    Chicago, IL 60654	    Chicago, IL 60654
    Tel: (312) 222-9350	    Tel: (312) 464-3100
    csklarsky@jenner.com	    jduffy@loeb.com
    krhum@jenner.com	    rwaters@loeb.com

**GAIR GALLO EBERHARD**

By:	*/s/ Chris Gair*
    Chris Gair
    Blake Edwards
    1 East Wacker Drive, Suite 2600
    Chicago, IL 60601
    Tel: (312) 600-4901
    cgair@gairlawgroup.com
    bedwards@gairlawgroup.com

*Attorneys for Edward M. Burke*