# Exhibit A

# Key Letters

| | | | |
|---|---|---|---|
| A-1 | Amend, Patrick | A-26 | Kouretsos, Meg |
| A-2 | Badrov, Jeanette | A-27 | Leventhal, Bennett |
| A-3 | Bishop, Jeanne | A-28 | Losoya, JoAnn |
| A-4 | Burke, Anne | A-29 | Marchetti, Kate |
| A-5 | Burke, Edward Jr. | A-30 | Marquez, Daniel |
| A-6 | Burke, Jennifer | A-31 | McCarthy, Garry |
| A-7 | Burke, Sarah | A-32 | McNulty, Patrick |
| A-8 | Burke, Stephen | A-33 | Montgomery, James |
| A-9 | Burke, Travis | A-34 | Mullen, James |
| A-10 | Caira, Christopher | A-35 | Mulqueen, Michael |
| A-11 | Carli-Pociask, Dena | A-36 | Murphy, James |
| A-12 | Chyba, Deacon | A-37 | Murzyn, Jan Paul |
| A-13 | Ciolfi, Mary Ann | A-38 | Ortega-Piron, Jean |
| A-14 | Clair, Jack | A-39 | Roddy, Joseph |
| A-15 | Connelly, Rosemary | A-40 | Rodriguez, Rebecca |
| A-16 | Costello, John | A-41 | Rowlands, Mark |
| A-17 | Flood, Kevin | A-42 | Sanders, Susan |
| A-18 | Fratto, Anthony | A-43 | Schaefer, Russell |
| A-19 | Fuentes, Phil | A-44 | Siedlecki, Jonathan |
| A-20 | Garcia-Martinez, Gabriella | A-45 | Singer, William |
| A-21 | Geary, Adrienne | A-46 | Spratte, James |
| A-22 | Gibson, Kathleen | A-47 | Sullivan, John |
| A-23 | Houlihan  Smith, Margaret | A-48 | Walsh, Daniel |
| A-24 | Hurley, Thomas J. | A-49 | Zalot, Margaret |
| A-25 | Kiley, Clete | A-50 | Zizumbo, Julia |



March 12, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Deaborn Street
Chicago, Illinois 60604

Dear Judge Kendall,

I am writing this letter to voice my support for Former Alderman Ed Burke.

First, a little about myself – I was a firefighter paramedic with the City of Chicago for 24 years. I recently retired, due to an injury, at the Rank of Lieutenant. I have a severely handicapped 20-year-old son named Jordan. Jordan has very complex medical needs.   He has an extremely rare seizure disorder called Dravet syndrome, Autism, numerous sensory disorders, is wheelchair bound and a few years back he went blind.

Putting it mildly -The City of Chicago's medical insurance is NOT very accommodating to a person like Jordan. They much prefer healthy people over sick ones. They seem to fight us on every turn when it comes to care Jordan also had nursing care from the Blue Cross since he was around 7 years old.

Every few years they threaten to cancel care for Jordan and we have to jump though a bunch of hoops and appeals to continue care. Approximately in 2017, the City terminated his nursing care without much of a notice or recourse. Appeals failed and all options were exhausted. I pretty much resigned to the fact I would have to retire early to care for my son.

I was working at my assigned firehouse at 51st and Western and a coworker suggested I go and see "Eddie Burke – he's right down the street." Let me be clear – I did not know the man. I wouldn't have known him passing on the street. So out of options, I call to see if he's available. A man named Pete tells me to come over right now.

This is my first interaction with Alderman Burke. I walked in – hat in hand – to plead my case. He greeted me like he knew me. We discussed my problem and he seemed very sympathetic. He asked a few questions about me and about my son. He seemed as if he genuinely cared.

He asked me to hold on for a second and turned his chair and made a 1-minute phone call. He turned back around and said, "Ok. It's taken care of." I honestly didn't know what he meant at that point. I had to ask "what was?" He replied that my son's nursing care was reinstated and he "didn't want me to retire early."

A-1

I was speechless. I was in awe. This man – who does not know me – who doesn't owe me anything – took care of me. He could have easily told me sorry and sent me on my way – but he chose to help me in my time of need.

I think that speaks volumes of his character. He cared about this city. He cared about the people.

Fast forward a few years later – Alderman Burke gets indicted. Approximately 6 months after that, the City starts in on me again and they were coming at me hard this time. I was again lost. I turned to the only "friend" I had that I thought could help.

I felt horrible calling him. I knew he had enough on his plate that I doubt he'd take my phone call. He did. Not only did he take my phone call – he got me in touch with a few of his staff members who could also help me. He also continued to call me a few more times to make sure I got everything handled.

Again, this speaks to his character. He was in the beginning of a legal world wind and chose to take time to help a citizen and his family who needed help. He didn't have to – especially now – but he did. This is how I know he cared about this city, it's employees and citizens.

In closing, I know I have no business asking you for this, but I respectfully request leniency for Alderman Burke. Writing this letter on his behalf is the least I could do for the man who helped my family and myself so much. He is a good man and he also loved this City.

Thank you in advance for your consideration in this matter.


Respectfully submitted,

Pat Amend

A-1

*FROM THE DESK OF JEANETTE BADROV*

March 25, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I am a close family friend of the Burkes. I first came to know Mr. Burke as a young attorney fresh out of law school when I went to work with him at his real estate tax firm in 1992. Our families have been friends since Mr. Burke and my late father-in-law served together on the Chicago Police force in the 1960s. Mr. Burke and his family have been a constant in my life supporting me through all the ups and downs that life threw my way.

When my son was diagnosed with autism over 20 years ago, Mr. Burke told me that the treatments at the time were promising and that my son was going to be okay – my son is thriving. When serious mental illness pervaded my family soon after my son's autism diagnosis, Mr. Burke mentored me on career opportunities that would allow me to pay for my family's medical bills and even let me hang my shingle rent free in his ward office so that I could continue my solo law practice. When that serious mental illness caused people with whom I had been friends for years to turn away from me, Mr. Burke stood by me and checked up on me to see how I was holding up. No matter how busy Mr. Burke was, I always knew he would pick up my call, give me a friendly and non-judgmental ear, and be there for me and my family.

Part of the reason that I believe that Mr. Burke has been able to be such a constant in my life is his deep religious faith, sense of service, and commitment to family. Mr. Burke has attended church every day for decades. Mr. Burke went to seminary high school where giving back and sharing your successes were instilled as fundamental tenets. Mr. Burke also is a loving and proud father – those paternal instincts definitely kicked in throughout the decades of counseling me.

The investigation and trial have been very hard on the Burkes. Though very private to me about their health issues, both Mr. and Mrs. Burke have become more physically frail. Emotionally, it has been very hard for them to experience the shunning by people they thought were their friends – something they would never do as I know from personal experience.

My story is just one of many stories exemplifying a person who never forgot his humble beginnings, always gave back, and has been a steadfast mentor and friend for decades. I respectfully request of this Court to consider a lenient sentence for Mr. Burke and show him the compassion that he has consistently exhibited to me and others in his long, meaningful life.

Sincerely,

JEANETTE BADROV

A-2

April 21, 2024

Dear Judge Kendall,

I am an attorney and a family member of three murder victims, writing to you about Ed Burke. No one asked me to write this letter; I do so out of gratitude to this man who has shown me unmerited kindness and grace. Twice.

The first time was in 1990. I was a young associate at Mayer Brown when tragedy struck: my younger sister Nancy Bishop Langert, her husband Richard Langert and their unborn baby were shot to death in their Winnetka home. During the six months it took to catch their killer, wild theories about who had murdered my family members circulated in the press. The wildest of all, promulgated by former FBI Agent Ed Buckley, was that gunmen from the Irish Republican Army crossed the ocean and came to Winnetka to kill me because they believed I was a CIA spy, killing my sister Nancy instead when they mistook her for me.

The theory that the IRA would kill an American on U.S. soil was unprecedented and preposterous. That didn't stop the FBI from pursuing it relentlessly. FBI agents pressured me to tell them the names of everyone I knew in Northern Ireland. I told them instead that I didn't believe them, that I would not help them drag the investigation of the slaughter of my loved ones to Ireland instead of doing the good, solid law enforcement investigation that would yield the killer. In the end, the person who shot my family members to death turned out to be a 16-year-old New Trier high school student, David Biro, who lived three blocks from Nancy and Richard. It took a female officer on the Winnetka police force to crack the case.

When the investigation was still open, though, the Chicago press, and indeed press nationwide, adopted the baseless theory and circulated it without questioning or disapproval. A typical headline was "Victim's Sister Uncooperative in Murder Investigation". One Chicago Tribune front page article was so horrendous that I burst into tears when I saw it. I felt slandered and utterly bereft.

One day, I received an unexpected handwritten note in the mail. It was from Ed Burke. It was courteous and kind. He expressed condolences for the loss of my loved ones. He said how sorry he was that I was being vilified in the press. He encouraged me to keep my head up.

A-3

It was the first note of that kind I had received. It was a rare ray of light breaking through storm clouds. Ed Burke took notice. He reminded me that I was not alone. He exhorted me to go on. I saved, and reread, that note for a long time; it helped get me through the darkest valley of my life. That was his first act of grace.

The second was more than twenty years later. During those two decades, I had never once reached out to David Biro, the young man who killed my family members. But over time, God worked on my heart about the merciless sentence he was serving: life in prison without the possibility of parole, imposed on a 16-year-old boy upon his first conviction. After years of never speaking his name, I reached out to David in forgiveness, and he wrote me back, confessing to the crime for the first time and offering his heartfelt apology. I offered to visit him, and he asked me to come, to talk.

I drove to Pontiac prison to visit David Biro for the first time. Some filmmakers heard about what I was doing and asked if they could document my coming and going to the prison. They drove separately, and in their car was a camera.

During the prison visit, I heard David's apology in person, his story of the murders firsthand; I learned details of Nancy's last moments I had not known. It felt like the first step of many toward healing and reconciliation.

Imagine my shock, then, when a short while later I received a letter from the Illinois Department of Corrections informing me that, because the filmmakers had parked their car with a camera in the wrong place at the prison, I was henceforth permanently barred from visiting anyone in the IDOC. My mind reeled in disbelief.

I wrote back explaining that I knew nothing about where the filmmakers had parked, that surely this was an accident of ignorance rather than a deliberate act of defiance by the crew with the camera. The IDOC responded that my lifetime ban would stand. I reached out to set up a meeting with a legal affairs officer at the IDOC. He was unmoved by my pleas. I would never be allowed to visit my sister's killer again, just as I was starting to learn facts from him that would answer questions that had haunted me for years. I was devastated—and I mentioned my distress to several people in conversation about why I looked so troubled.

A-3

Somehow, word of that distress must have reached Ed Burke, because one day, I got an unexpected phone call from him, less than a minute long, telling me that shortly, I would be receiving a call from the head of the IDOC. And minutes later, I got that call, telling me that my visiting privileges at the IDOC had been restored. It felt like a miracle. I have been visiting David Biro since then, each one a step forward in a journey of forgiveness and reconciliation. I am grateful beyond words.

Ed Burke did not have to do that for me. He did that in exchange for nothing. He did it out of goodness and grace. And I had to tell you, because I could not bear it if you sentenced him without knowing this.

Very respectfully,

Jeanne Bishop

May 22, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

I appreciate the opportunity to tell you about my husband, Edward Burke. I wish for you to know and understand who he really is as a person. Ed is a loving husband, father, grandfather, and friend - he has been my best friend for sixty years.

We met in October 1965 at the Knights of Columbus Hall at 55th and Halsted in Chicago. Ed was weeks away from finishing college at DePaul University and enrolling in law school. He was a Chicago policeman assigned to a beat downtown and going to school at night. We started dating. Our personalities were different but we had similar family values.

Ed had gone to Quigley Seminary in preparation for the priesthood. While he chose to go a different route, I have never met anyone so devoted to Christian service. It is the theme of his life.

Both of our backgrounds were pretty humble. His father was a policeman who became an alderman. Neither of my parents even attended high school. I had only a high school diploma. I dropped out of college after one year. I was a very poor student, probably because I suffer from dyslexia. I was working as a physical education teacher for the Chicago Park District teaching sports skills to children and adults with learning differences. As we learned about each other, we realized we were in love. I was deeply moved by how he cared for people around him - his family, his neighbors, and at work. I knew I would be loved and cared for until the end of our days.

And I was moved by how he treated me. He was always asking me what I was doing and would come out to the park to watch me work with the children. He came to all the events. And he was always concerned what I thought about things. He always had confidence in me and my abilities.

We planned to marry on May 25, 1968. Two weeks before our wedding, Ed's father unexpectedly passed away. Joe was ill for less than three months and his death was shocking. Ed had two younger brothers ages 8 and 11. Ed's mother did not work outside of the home. We quickly learned that we cannot predict how life will go. We married but it was under a veil of sorrow. With Ed's brothers so young, we decided not to move into our apartment. Instead, we moved into the attic of his family's home and began our married life there helping Ed's family.

I tell you this because our journey together in life had many situations that tested us. We weathered these times by leaning on each other and our faith. The most difficult was when our son Emmett died at 30 years old. It is true that the death of a child is the worst experience in life. You may never get over such life trials but you can find your way through them. For me, that path was possible with my life partner Ed and the faith we share. I am the most blessed woman to have met the partner the Holy Spirit meant for me.

My husband would never have called himself a feminist, but that's what he was. He believed in me and constantly encouraged me to believe I could become and do more. I had dropped out of college after one year. When I wanted to expand our citywide track meet for disabled kids, Ed encouraged me to write a grant proposal to the Kennedy Foundation, and my program ended up going worldwide as the Special Olympics.

Ed's constant encouragement also sent me back to college. I then thought about graduate school, but Ed thought I had the potential to be a lawyer and told me that I could do more good as a lawyer. With his encouragement, not to mention his help with the children, I went to law school, and then started my own law practice.

We have five beautiful children, and - best of all - nine grandchildren. We adopted four of the five. When we were in our fifties, we decided to become foster parents. The first baby we fostered was taken away after a few weeks for a more permanent home. Ed's reaction was "Why can't we keep him?" The second was our beloved Travis, who was born with a cocaine addiction and fetal alcohol syndrome. We had to fight in the courts for years to keep him until we could win legal guardianship and eventually adopt him.

Ed was wonderful with all the children. He made it his business to take each one of them on special trips, just the two of them. He encouraged them to read. He went to many games and events. Our daily lives have always been filled with love which helps us through the tough times. I am unable to grasp the thought of us not being together when God calls us home.

At the recent event "Inspired by Faith: Women in Leadership" for Catholic women, you discussed the role faith plays in your working life. Compassion, you said, was a value from your Catholic education that you draw on and that you use prayer before making the difficult decisions you face in your work. I pray that you call upon the Holy Spirit to give you compassion when deciding our future. Your compassion will also be needed in considering the lives of our children, their spouses, and our grandchildren. In particular, our youngest son, who is 28 years old, is financially dependent on us because he is on the autism spectrum. After overcoming many challenges starting with his birth, he has become a wonderful young man in many ways - he is employed and lives in his own apartment. However, he is not fully independent and we oversee his finances and other routine life tasks. This son is extremely close to Ed. They talk daily and Ed knows every detail of his life. Taking away this daily contact between Ed and our son will be miserable for both of them.

Ed is an incredibly loving person. He spent every day of his life thinking of ways to help others without any desire to receive anything in return. He created a scholarship at my alma mater, Maria High School, not for the academic stars, but specifically for people who couldn't continue to afford the school, mostly black and Latino girls who were struggling academically but had promise. This went on for fifteen years. Some of these young ladies ended up going to college, and one even went to the Naval Academy. He also helped a hundred or more kids by paying tuition for them and giving some of them jobs in his office as well. He has supported countless charities and churches with donations and fundraising, including the Greater Chicago Food Depository, Caritas for Children, the Back of the Yards Neighborhood Council, Special Children's Charities, Misericordia, and others.

But what I am most proud of is his day in and day out help for whoever in need came to see him. He always has seen his role as taking care of people, whether they need money, or a job, or help fighting insurance companies. He was always there. It was not something he

A-4

had to think consciously about. His mentality was always infused with Jesus's teaching "whatsoever you do to the least of my brothers."

After everything that has happened, he spends these days still trying to find ways to help anyone he comes in contact with. At the moment, he is helping his cousin who landed in the hospital and will not be able to return home. He is handling the tasks needed to make that transition. Hundreds of people can tell you this, but especially me. As retirees, we get through these days by helping each other with all those daily tasks that are challenging at 80 years old. I am devastated by the prospect that I will not be with Ed at the end of our lives. Please find compassion through the Holy Spirit in your decision.

Respectfully,

*Anne Burke*

Anne Burke

April 26, 2024

Judge Virginia M. Kendall
United States District Courty
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

Thank you for taking the time to read this letter. Please allow me to introduce myself to you. My name is Edward Burke Jr. I am the oldest son of Edward Burke Sr, who is now awaiting sentencing before you.

I am writing to you today to tell you about my father's character and to ask for compassion and leniency for a man I have known to be a good person my whole life. He and my mother adopted me at birth nearly 53 years ago and I have watched him with such pride and admiration my entire life.

My father was already the Alderman of the 14th Ward when I was born, and I knew pretty early on that he was different than other dads. I grew up hearing stories from people who would tell me how he had helped them in some way when they had given up hope to a solution for whatever problem they had. He used to say you have to be a friend to have a friend. I watched him be a friend to thousands over the years, helping people and expecting nothing in return.

I grew up seeing his love for Chicago and his love of the law. My uncle, late brother and I became police officers, and my mom and sisters went to law school to become lawyers because of his love for the law and helping people. He has been a role model to my siblings and now his nine grandchildren. His life and our lives are forever shattered as a result of this case. He has been a good husband to my mother for 55 years and the thought of them being apart now, when they need each other more than ever, is heartbreaking. Simply being found guilty of these crimes has already been a life sentence to my dad. He spent his life being a good person and abiding by the law to the extreme and can't imagine he would have ever knowingly or unlawfully broken the law. That's what makes this so heart breaking.

I join my mother and siblings in asking for your compassion and leniency in his sentence. May his lifetime of good outweigh the facts of this case.

Respectfully,

*Edward M. Burke Jr*
Edward M. Burke Jr

A-5

*Jennifer Anne Burke*
*Chicago, Illinois*

March 21, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

I am Edward Burke's daughter. As you may recall, I sat behind him during the trial. I showed up daily because I love him and I stand with him. I am grateful every day that he showed up for me and took me home when I needed that most.

Edward Burke adopted me in 1970. My birth mother was unwilling to raise me and he came forward to do so. As any adopted child knows, I owe a special debt that someone chose to take me into their home and lives. There was no obligation to do that, he did it to help a child. Of the 5 kids, 4 of us are adopted. He has loved and supported me every day since, in so many ways.

One of my father's priorities is education. He worked his way through college and law school and knew the value of education. He strove to provide that for as many people as he could - starting with my mother. He insisted that she return to college after my brothers and I arrived. I attended both her college and law school graduations. I watched how she got up in the middle of the night to study and then went to school when we did. My father took us to work with him on Saturdays so she could study. It was an early lesson in the importance of school. He went on to fund school for extended family, neighbors, and strangers.

My father provided me with the education I now use to support myself and my family. He drilled into me that I needed a career so that I would not need to rely on a spouse or a parent. His father died young, and he saw that women (my grandmother, my aunt, my mom, my sister, me) need to be able to support ourselves. It was unusual among my peers to have a mother in school and a mother who worked. It was my father who insisted, against social norms at the time, that my mother be educated and able to support herself. This lesson is a critical part of who I am. And I have seen my father help many women be independent as well (after a spouse's death, divorce, or other family event). When he hears that a tragedy has occurred, he does not say to himself "oh, that's too bad." Rather, he runs toward the tragedy, and lines up whatever that family needs to make it through the hard times.

When my father attended my law school graduation in 1995, he launched me into my career. But there was so much more that he did for me during the next 28 years. Whenever I call him, he answers "Hello Darling" and my call never goes to voicemail. I always felt that my father was 100% there for me. Never once have I felt alone – what a gift from a parent, an adoptive

A-6

one.  The prospect of no longer hearing "Hello Darling" on the other end of the line breaks my heart and makes me feel very alone.

And yet, he has room in his heart for more.  When my first child was born, he barged into the delivery room to ensure all was well.  A nurse promptly shoved him out to the waiting room.  I have four sons now.  He is intimately involved with each of them.  My parents and my family lived in the same house during the first six months of the COVID lockdown.  It was a COVID silver lining to be able to spend this time together knowing what was looming in your courtroom.  He took that opportunity to teach the older boys how to drive and spent much time getting to know each of them as young men.  COVID isolation caused one son to need mental health services and my grandpa was instrumental in his care and recovery – driving him to treatment, checking in on how was doing, making sure my son knows grandpa is there for him.

Grandpa knows what is going on with each of my boys and their current struggles and successes.  My sons are in constant contact with grandpa.  He provides them continuous love and attention.  They know they can call him any time for advice or a chat.  My youngest is taking advantage of this remaining time to teach grandpa every board game in the house.  This son was in the courtroom for the verdict and saw the crushing impact on grandpa.  The possibility of prematurely losing contact with grandpa is agonizing for my sons.  He will die in jail – how do I prepare my sons to say goodbye forever when he leaves?

My father is an old man and has aged significantly since fall 2018.  In 2019, he shuffled through his days in a stupor.  He put on his suit in the morning and had nowhere to go.  I provided him with a desk in my office and we spent much time sitting in silence together.  He was unable to deal with the collapse of his law practice and abandonment by clients, colleagues, and friends.  In winding down the remnants of his professional life, I saw first-hand the extent of what he lost - his identity, his life's work, his livelihood, his dignity.  Watching someone who taught me to be independent and self-sufficient go through this was devastating.  His life over the past five years while this case was dragging along has been one of daily suffering.

Please consider how much he has already lost and how much suffering has already occurred.  He gets through these days by focusing on family and finding joy in his grandchildren.  He will deteriorate quickly in jail being separated from this only source of meaning left in his life.  Everything else he treasured has already been taken from him.  Taking this last thing from him will lead to a swift end.


Sincerely,

Jennifer Burke

A-6

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

Prison is a death sentence, plain and simple. I am writing to you as a daughter who is deeply concerned about the impact that any time in prison would have on my father and our entire family. Please consider alternatives to incarceration for my eighty-year-old father, who has been a pillar of strength, a role model for our family, and an exemplary public servant.

As I tried to think of memories and stories I could share to create a full and nuanced picture of my dad, I found a note he gave me just before my second daughter, Abigail, was born. It is titled "Wishes for Baby," and here, in part, is what it says:

> *I hope you help others.*
> *I hope you laugh at yourself.*
> *I hope you never forget you are loved.*
> *I hope you always see the good in people.*
> *I hope you aren't afraid of failure.*
> *I hope you never forget your roots.*
> *I hope you respect the laws and customs of the U.S.A. (the world's greatest nation).*

I don't know if he meant it this way, but to me, that note reads like a personal credo, an affirmation of the things my dad believes in most deeply: a love of family, service to others, the courage to do big things and fail, and abiding faith in our country and its rule of law. As strange as it might sound, my dad's confidence in our system of laws during his six-week trial comforted me. He knew the outcome might be bad for him, but he believed in the process and its fairness. When my older daughter, Holly, mentioned offhandedly the other day that she'd be old enough to vote in the 2028 election, I realized that the most painful consequence of his conviction — perhaps worse even than prison—would be losing the right to vote.

My dad has an equally unshakeable faith in people's goodness and capacity to change. When I was around 12, my parents allowed Henry Cooper to work while he was on probation. Mr. Cooper, a former police officer who, I later learned, had served time for murder, and was living in a halfway house, needed a job as part of his release. My dad showed faith in Mr. Cooper so much that he gave him a job to pick me up and drop me off from school. Most people would not have trusted their daughter's safety to someone with a background like Mr. Cooper, but my father did not give it a second thought.

There were many people like Henry in our lives—people my dad had helped and who became part of our community and our family. My dad's constituents were everything to him. He would

hold weekly office hours at his ward office, getting there early to ensure he would be available for residents with full-time jobs. Some struggled in life, and my dad has always shown great sympathy for people in difficult circumstances.

In these ways, my dad lives many of the teachings of his religious faith. I have my reservations about the church, but I always like sitting in the pew with my dad, who attends every day. It's a time of contemplation for him. Unlike at the dinner table, where he is always holding court and telling stories at church, he's quiet and attentive.

An upside of this difficult experience is that it's prompted me to revisit so many warm memories of my father, to be reminded of the full person he is, brimming with affection, humor, and love. A few stand out to me:

- Whenever I call him, he always answers the phone, "Hello darling."

- When I was born prematurely and in the NICU for six months, he came to the hospital every day to hold me. I learned this only decades later, after I'd sent out an all-staff email at the same hospital where I work. A woman I did not know immediately replied and asked if I was Ed Burke's daughter. I said I was, and she said she was the NICU nurse who had cared for me! "Your dad was there every day in his suit and cufflinks," she recalled. "I'll never forget him."

- My dad loves being with his family especially for Friday night fish fries. He also plays piano at parties.

- My dad's idea of a good time is holing up with five or six books. He always carries books around with him and reads several at the same time—mostly history books. He is a repository of Chicago history—he knows everything about the city. In fact, in my mind, the city and my dad sometimes feel like the same. He taught me how to drive in the Union Stockyards.

- The proudest I've seen my father is when he has an opportunity to honor my mom. He encouraged her to study law. He has always been her greatest advocate, and she's always been his greatest love. I don't know how he will live without her, and vice versa.

When my dad finally retired after 54 years on the City Council, it was a moment for a bit of self-congratulation if there ever was one. Instead, he spoke about the sacrifice of others—police officers and firefighters who had died in the line of duty. That night, he reread the speech at a family gathering. My kids had never seen their grandfather speak at City Hall, so I loved watching them watch my dad read from his yellow legal pad, on which he had written his remarks. Later, I asked my nine-year-old son, Max, what he thought of the speech, and he said, "Wow, Grandpa has been to a lot of funerals."

At some point last year, when the whole family was together for some occasion, I remember my dad telling us a story about a hymn he loved called "It Is Well With My Soul." It had been written, my dad said, by a man named Spafford, who'd lost nearly all his fortune in the Great Chicago Fire and then, just a few years later, learned that his four daughters had perished in a shipwreck. It was on the heels of that tragedy that he wrote these lyrics:

> *When peace like a river, attendeth my way,*
> *When sorrows like sea billows roll;*
> *Whatever my lot, Thou hast taught me to know*
> *It is well, it is well, with my soul.*

I did not think much of it at the time, but I realize now that my dad sharing that story may have been his way of telling us, "Don't worry about me." He wanted to send the message that we should not worry, but that was false hope. I have seen my father and parents struggle over the past six years in the most unimaginable and unexpected ways. His unwavering dedication to my mom, children, and grandchildren is steadfast. The thought of him being separated from us is devastating and would cause immeasurable pain and suffering. His absence from our daily lives will leave a void that cannot be filled.

I respectfully ask for your compassion and understanding in considering his sentence. Given his age and contributions to our community, I believe that there are alternative sentencing options that would be more appropriate for my father. Community service, probation, or house arrest could allow him to continue contributing positively to our family and others while addressing any issues related to his case.

Thank you for taking the time to consider my plea on behalf of my father and family. I trust in your wisdom and sense of fairness in making this decision.

I don't know how to prepare myself for my children's future without my Dad, but I do know that, at this moment, I'm prouder than I've ever been to be my father's daughter.

Sincerely,

Sarah M. Burke

A-7

# FORAN, O'TOOLE & BURKE LLC

ATTORNEYS AT LAW

321 N. CLARK STREET

SUITE 2450

CHICAGO, ILLINOIS 60654

STEPHEN M. BURKE

TELEPHONE: 312.644.1414
FACSIMILE: 312.644.1415
E-MAIL: sburke@foblaw.com
WEBSITE: www.foblaw.com

March 28, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

   **Re:   *Edward Burke***

Dear Judge Kendall:

In March 1990, when you and I were attending Loyola University of Chicago Law's night program, my father passed away suddenly, leaving behind his wife (45-years-old) and his 8 children, of whom I was the oldest. I suddenly found myself in uncharted territory, engaged to be married, losing our family's patriarch and my employer. At my father's funeral, the same priest who had taught him Latin at Quigley decades earlier presided and made this proclamation to a church that was overflowing: "The true measure of your friendship to Tom Burke and his family will be seen a year from now at his first anniversary Mass."

In the following weeks, two people came to visit me at my father's erstwhile firm: Professor Kaufman from Loyola and Ed Burke. Both came to offer their support to my mother, to me and to my siblings. Their visits were unsolicited and completely altruistic. As a law student, I had nothing to offer either Professor Kaufman or, as I called him then, Alderman Burke.

The following year, on the first anniversary of my father's passing, we didn't need a church; we barely needed a chapel. But Ed and Anne Burke were there. And both have always been there for my mother, siblings and me.

Despite the commonality of surname, there is no familial tie between Ed, Anne and my family. But Ed's generosity, kindness and guidance would suggest that we are family.

A-8

Judge Virginia M. Kendall
March 28, 2024
Page 2

From 1990 forward, Ed and Anne made a point of visiting my mother, dining with her, guiding me in my career and, above all, caring. Ed and Anne have never received anything other than our love and respect.

As an eminent domain attorney, I have sought Ed's advice in terms of real estate matters as well as personal matters. Ed has never asked for anything in return. Not a referral. Not a contact. Absolutely nothing. Ed has given me more in terms of knowledge, guidance, and prayer than I could ever repay; he has never asked for anything from me. That is not only rare today—it's unheard of.

In the midst of Ed's odyssey with the federal government last year, I told him that my wife, after having 6 children, had been diagnosed with uterine cancer. Ed immediately helped me find the best surgeons in Chicago; put me in touch with other specialists; and most importantly, started a Novena, as well as daily Masses, for my bride's recovery. Thanks to Ed, we were able to get the necessary surgery in time to thwart the spread of the cancer and my wife is alive and cancer-free today.

Without writing a tome to recount all of the times Ed has helped my family, allow me to simply say that Ed is the only person in my life who has helped me without asking for anything in return. More than that. Ed was not my friend in 1990 when my father passed way. He was my father's friend. But Ed must have felt some responsibility that only his generation appreciated and chose to help his deceased friend's widow and her children regardless of the fact that they could offer him nothing in return. I was very fortunate that Ed and my father were friends and that, as a consequence, I became a benefactor of his altruism. Without Ed's guidance, support and prayers, I don't know what the last 34 years would have engendered for my wife, six children, mother and seven siblings.

Your Honor, I have seen Ed age immeasurably during this trial. Be kind, I implore you. Allow Ed to live out his years with Anne, his children and grandchildren.

Very truly yours,

Stephen M. Burke

A-8

Travis Burke

██████████████████

██████████

04/3/2024

Judge Kendall
United States District Court
Northern District Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

I hope this letter finds you well.

I was born at Lakeland Hospital in Melrose Park Illinois on a cold valentine's day in 1996. A young black infant Born to a mother, with a cocaine addiction, no father figure, and a broken DCFS system rattled with flaws in child care. It felt as though I had no one in this world that would love and care for me, until I was brought to the home of a loving mother Anne and the best, and only father figure I have in this world Ed burke. Growing up with learning disabilities, I didn't have many friends in school, and I would be bullied from time to time resulting in me being much more introverted as a child. The only person to spend time with me socially was my dad. During our time together, I was able to learn how to become a man and conduct myself in the world. With trips up to Wisconsin, swimming lessons, golf lessons, and other various activities, I spent all my social life as a child with my father. Even after long tireless days and evenings, helping the people of the 14th Ward and his second, love, the city of Chicago, he still made time for me, no matter how tired he was.

As a politician, I've watched him start every morning, going to church and then pour his heart into the residences of the 14th Ward and the city of Chicago when other people wouldn't hear their voices. The various 14th Ward turkey drives on Thanksgiving, and our every year tradition delivering Christmas gifts to poor families around the city are just some of the many examples of how for over 50yrs, Ed Burke made sure the residents of this city had food and joy for the holidays.

It's because of all this 28yrs later, I am the man I am today, and why I am writing to you asking you to please have mercy on this great man in sentencing. My mother needs her husband and partner for over 50yrs, my siblings, and I need our father, my nieces and nephews need their grandfather and we want him in our lives for as long as the Lord decides to keep him on this earth. I'm the only one out of all of my siblings that has not started a family of my own, and I would like when that day

A-9

Judge Kendall
04/3/2024

Page 2

comes around for my father to be there. I please beg you be lenient in his sentence so I can have my father for many more years to come.

Sincerely,
Travis A. Burke

A-9

# Christopher M. Caira
# Attorney At Law

March 26, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

My name is Chris Caira, I am attorney, licensed to practice in the State of Illinois for over 25 years. I do not undertake the writing of this letter lightly. I feel an immense weight and responsibility to share what I know of Ed Burke, as a person, as a family man, as a blessing to friend and stranger alike particularly and especially in their time of direst need. He has been and is an example to myself and my own children of what it means to live a life in service of others, and someone leaps at the chance to give of himself. To make any decision as to what the sum of Ed Burke's character is devoid of this information, and this testimonial, would be missing the best parts of who he is, and I feel a duty to help avoid that.

I have had the privilege and the blessing to have Ed Burke be a part of my life over these last 25 years. I have gotten to know him in both professionally and personally over this time and he's become what I consider an indelible part of my family. There is no one I hold in higher esteem, or with more respect, in my life than Ed Burke.

I've often commented to him that someday I hoped to become one half the empathetic person, one half the guardian angel to those in need, and one half the example of how to live a life for others that he has demonstrated himself to be over these years. I have lost count of the number of times that Ed has heard or read about someone who has suffered some tragedy, accident, or setback and he volunteered himself to aid them in any way he could. He does not wait for people to ask for help, he steps in immediately offering his time, counsel, assistance, and support in unending quantities. He seeks nothing in return, nothing for himself, and only seeks to provide the help and support needed. He has always been that person, without fail, and without exception. There's no one I have ever known that even comes close.

Personally, when my mother faced extensive and dangerous surgery Ed was there, by my side at the hospital, for hours. He lent his shoulder, his prayers, his calming voice, and his support until the clouds had parted and we knew she was safe. He offered the same support for months and years as my brother fought stage 4 lung cancer until it took his life at 55 years old. Even then Ed was there, at the wake and funeral, being there, supporting my whole family, being of service to others. He repeated the same when we lost my father more recently. I mention all these events

A-10

because the central thread running through all of them was Ed's selfless presence and support when so many others let a call or a card or some flowers take the place of real human contact and love. My family, and our losses and tragedies are not unique, but I mention them because I know that over the time I've known him that Ed has not missed a wake, funeral, or memorial for those that he's known, loved and respected. He prioritizes others, their feelings, their pain, and always looks for a way to ease it. He lightens the burdens of others at their time of greatest need, without being asked, without seeking anything in return, and giving of himself freely and totally. That's something everyone should do but that many people don't.

But there are some extraordinary moments that come to mind. When my father-in-law faced a terminal cancer diagnosis Ed stepped in to counsel, support, and aid my mother-in-law and father-in-law in ways that, it would not be exaggerating to say, saved his life. Without Ed's intervention and offer of advocacy against the bureaucracy of the health care system, my father-in-law would have succumbed to that illness inside of six months. Instead, getting the treatment and procedure he needed, he lived another 20 years, able to see grandchildren be born and grow, and make memories with all of his children and family that would not have been possible without Ed Burke, his heart, and his willingness to do anything for anyone in need. He didn't just save my father-in-law's life; he saved that entire family from a life cut short and memories never made. It's difficult to quantify what that has meant to the entire family outside of calling it an everlasting blessing.

While no one is perfect and no one can reasonably claim to be so, the way Ed Burke has lived his life, through faith, and empathy, and love towards family, friend and stranger alike demonstrates that in the final tally he's a man whose heart has guided him to be a rock for others to cling to when their life has hit them with tragedies and pain that would otherwise set them adrift. Anyone would be lucky to have a friend like Ed Burke. His willingness to use his whole self and everything he has to offer in aid to others has, quite literally, saved lives. Which is why I end this letter as I began it. To decide who Ed Burke is, or what level of leniency he deserves, without knowing who he has been to so many in his life is to have an incomplete picture. He has been always a flesh and blood embodiment of the ideal of Christian service to others.

My greatest wish and hope are that, in your discretion Your Honor, you can provide whatever leniency possible and give Ed Burke's family the type of solace, peace and empathy that Ed himself continually gave to myself, my family and so many others over these years.

Sincerely,

_____
Christopher M. Caira

███████████ ██

March 10, 2024

Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:
My name is Dena Carli - Pociask and I have known Mr. Ed Burke for as long as I can remember.
I originally met Mr. Burke through my mother, who was employed by him as well as a friend of
his.  I am now 50 years old, retired from the Chicago Police Department, Former State
Representative, college graduate with multiple degrees and married with 3 sons.  My
relationship with Mr. Burke has grown throughout the years.  It began as my moms friend to a
father figure as well as mentor to me throughout my life.  I have looked to him for professional
and personal  guidance and I have always been able count on him to not only be there for me,
but for my family as well.   Mr. Burke has shared many family events such as births,
promotions, deaths, graduations and any other life events.  Mr. Burke has always been honest,
trustworthy kind and generous with not only myself, but with anyone who needed a helping
hand.

I have so many wonderful memories as a young girl that involve Mr. Burke.  Some early
memories are riding on the fire truck in the Mexican Independence Day and the opening day
for Gage Park Soccer League.  I recently found a report (yes I still have) that I did in grammar
school about the Burke Family.  The report discussed how loving and close the Burke family
was as well as the many things they did for the community and his passion for the City of
Chicago and its citizens.  Mr. Burke is definitely  a Chicago historian.  He can tell you anything
historic that happened in Chicago or about any historic building, monuments, events and
anything else you may be interested about.  He's a walking encyclopedia  for sure.  With our
busy lives, we don't speak as much as we should, but I have seen the toll this case has taken
on him and his health.  When a man who has dedicated so much to this city throughout the
decades of service and the thousands he has helped gets overlooked by this case, I know its
heartbreaking to him as well as myself to watch.  I recall the many times I spent in his office
looking at all the pictures of his family, constituents, business owners, school children,
clergymen, policeman, fireman, civil servants. It was amazing to see.  Throughout the ward
office there were thousands of news articles about all the good he has done, the many awards
he's earned and the many lives he's changed.  I would see on a daily basis constituents come
in to thank him for all his help in resolving any matters and he never expected anything in
return.  The gratitude that had for him, made me want to dedicate my life to service and that is
what I have done.

Your Honor, I respectfully request extreme leniency for Mr. Burke and his sentence.  These are
supposed to be his  golden years.  Years he should be spending with his beautiful wife Anne,
his kids and his grandchildren.  He has missed so many family events over the years due to his
responsibility as Alderman and Chairman and I have seen his health rapidly decline since this
ordeal has began.  Please consider the many lives he has helped throughout his career and the
many doors he opened.  My mother is a wonderful example of this.  My mother is a Mexican
immigrant who was abandoned as a child.  She grew up in public housing and always
struggled.  She was working so hard to better herself when she met Mr. Burke.  He seen the

struggle and fight in her and extended his hand to help without hesitation. He never made it a handout, but an opportunity. He guided her and gave her the tools to become a independent women who can care for her 2 girls on her own.

When Mr. Burke looks at me and my family today, I see the pride in his eyes. He is so proud of not only my success in my career, but the success of my family; and its all because he always believed in us and guided us. He cherishes family. He always compliments the strong family bond that we have and our ability to parent in these trying times. I witnessed throughout my life his loyalty , honor, selflessness, love for this city, and love for his family and friends. He has always been loyal in good and bad times and I will do the same. I am extremely saddened to see his amazing reputation and good work get overshadowed by this situation.

On behalf of myself, my husband and my 3 sons, I once again respectfully request extreme leniency in Mr. Burke's sentencing. He is and will always remain a pillar in our lives and the community. He is a honorable, loving, loyal, respectful, helpful and religious man who has lived his life with good morals and principles and I hope your honor can please take into account all the good Mr. Burke has done in his long life of public service and allow Mr. Burke to spend the rest of his years at home with his family.

Regards,
Dena Carli-Pociask

*St. Bruno and St. Richard Parish*
*5030 S. Kostner Avenue*
*Chicago IL 60632*
*773-585-1227*

February 16, 2024

Judge Virginia M. Kendall
US District Court
Northern Distric of Illinois
219 South Dearborn Street
Chicago IL 60604

Dear Judge Kendall:

My name is Lawrence (Larry) Chyba and I am a Catholic Deacon for the Archdiocese of Chicago. I was ordained in 2000. One of my many ministries back in 2000 was volunteering at The Port on 51st and Ashland Avenue. The late Franciscan, Fr. Gus Milon was the founder and he sent me on mission to the Ward office for help. It was there that I met former Alderman Ed Burke who without hesitation helped us out with a problem. Years later, he moved his family even closer on 51st and Harding and joined our parish. I am a life time parishioner & the deacon assigned here for nearly 24 years. Alderman Burke has become my friend "Ed." When he became a parishioner here, Ed has become a daily worshipper at mass, jumping to assist as a lector, proclaiming the sacred readings as well as a gift-bearer bringing up the bread and wine. And after mass, he was never in a hurry to leave especially if someone approached him for assistance.. It also became quickly clear that we, the parishioners & neighbors were frequent recipients of his random acts of kindness. Whenever, our church needed city services, we always were taken care of whether it was erecting traffic signs, lights, providing barriers for the street for school arrival & dismissal times, providing safety for our school children. And whenever it came to parish fund raising, He was extremely generous not only to us but also community organizations.

One of our late parishioners was one of those recipients of his acts of kindness. He was WWII P.O.W. Henry (Hank) Rutkowski, a very humble man & member of the VFW. Ed petitioned to have the street next to St. Bruno Parish dedicated to him Ed was there for the dedication of the street & spoke proudly of the sacrifices of Hank and all the other men and women who serve our country. It was a powerful moment for all of us. Ed would also show his love of country by attending the many Honor Flights receptions at Midway Airport welcoming our Veterans as they returned home from Washington DC.

One of Ed's favorite neighbors and parishioners was a young special needs man named Radek. He died too young only in his 30s. Alderman Burke was there crying with the rest of us at his funeral. Ed Burke's extended family has been the people of the 14th Ward. He would make certain that not a Christmas or birthday was forgotten either. We could count on a greeting card from his whole family. For some people, it was the only greeting card they would receive. We are grateful.

I continue to enjoy our many conversations together too. It soon became obvious to me, that he has two favorite subjects to talk about outside of his elected duties. One, history especially Chicago history and the other, religion. As a graduate of Quigley Seminary, he would stop to chat with me after Sunday mass and we talk "shop" about the saints and our Lord and Savior Jesus Christ. In fact, Ed carries in his wallet a well-worn picture of St. Padre Pio. Anyone can see it has lots of miles on it. One of St. Padre Pio's favorite quotes, is Pray, Hope & Don't Worry. In conclusion, Ed Burke makes the world a better place for all of us. Thanks for listening to me

Yours in Christ,

Deacon Larry Chyba

A-12

# Mary Ann Ciolfi

March 28, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

My name is Mary Ann Ciolfi, and I write this letter today in support of Ed Burke. I am not a lawyer, doctor, or politician, and just a middle-class senior citizen, living in Wisconsin and I write this letter on behalf of myself, my family, and my recently departed husband, John. We have known Ed for roughly 30 years. He was a frequent customer of the garden center that my husband and I owned for many years in Twin Lakes, Wisconsin. He was always a friendly and kind person to us, but those aren't the attributes that compel me to write this letter today. I write this letter today because Ed Burke, in no uncertain terms, saved my husband's life and, in doing so, gave our family the gift of my husband, and their father and grandfather for the last 20 years that we would not have had without Ed Burke's selfless intervention and advocacy.

20-some years ago, in what felt like a bolt out of the blue, my husband was diagnosed with a cancerous tumor in his liver that was severe enough that his prognosis for survival without immediate intervention was 6 months for less. There were treatments and surgeries available that gave him a chance of survival but, due to being the victim of substandard insurance coverage that was sold to us as comprehensive, we were facing the certainty that John would not be able to obtain the crucial procedure and treatment that would save his life.

To say that this was a "Life and Death" scenario is neither exaggeration nor false. When Ed discovered this situation he stepped in immediately, without being asked, without hesitation to advocate for us, to help us navigate the insurance and red tape, to speak on our behalf, and to help appeal to the better angels of the hospital system in order to allow John to receive the lifesaving treatment he needed while Ed continued to work toward the insurance company honoring their commitment to us and pay for treatment. And he did, Ed succeeded for us. John received the treatment he needed, and the insurance company agreed to pay for the procedures as well.

People misuse "Time is of the Essence" far too often. In the situation of John's cancer, it could not have been more true. Any delay, any red tape, any withholding of services and treatment to John for any length of time and we would have lost him, painfully, and quickly. But, instead, we were able to have John in our lives for another 20 years. He was able to make decades of memories, share his life and experiences with his children and grandchildren. He was able to see them grow to adulthood. He had the opportunity to see the fruit of his family tree grow into their own families. Priceless memories, and the gift of time, were what Ed Burke gave me, my husband, and our entire family.

A-13

Ed didn't do this for a fee, or for prestige, or for the promise of favors returned in the future, or for anything for himself at all. We are blue-collar working-class folks of limited means, but Ed stepped in and saved not just John but our entire family from the tragedy of a life taken too soon. He did it for us, because it was the right thing to do, and because that's exactly who Ed Burke is. He's that person every day and in every way. And this is the type of information I felt the need to share with you, Your Honor, because if anyone I've ever met deserves to have his love, empathy, and kindness returned to him, in the form of whatever leniency this court can afford him, it's Ed Burke.

We've been blessed to have him in our lives, and every moment of the last 20 years has been a blessing on my family due to the love and selfless kindness Ed Burke showed us in our most dark hours. I pray that this letter of support provides you with the kind of context and detail that will help you provide to Ed a small measure of what he's given to so many people.

Thank You,

*Mary Ann Ciolfi*

Mary Ann Ciolfi

A-13



**MISERICORDIA**

Heart of Mercy
Center

6300 North Ridge • Chicago, IL 60660-1017 • 773-973-6300 • fax 773-973-5214
www.misericordia.org

Judge Virginia M. Kendall

United States District Court

Northern District of Illinois

219 South Dearborn Street

Chicago, Illinois 60604

Dear Judge Kendall:

I am still in disbelief as I write this letter. Throughout the 35 years I have known Ed Burke, I have known nothing but kindness and generosity from him. All of these years, whenever I needed some help, Ed, Anne or His Family have always been there for me. Before my current assignment, I served as the Vice President of the College Seminary for the Archdiocese of Chicago at Loyola's Niles and Lake Shore Campuses. Ed was a regular contributor to all of our efforts. I'm not sure if it was His Seminary training many years before, or his strong Catholic Faith. But he was always helpful and responsive.

During those years, in fact May of 1995, I was forced to have open heart surgery from an infection I got through Dental Work. It required me to travel from the Loyola campus out to my doctors in Schaumburg quite often. Ed was always there to lend a hand and get me to my appointments. I will never forget that kindness.

When the Cardinal spoke to me about taking on some of the administration at Misericordia, I was delighted. So was Ed. The original Misericordia was in his ward on 47th street. Ed would regularly be involved with my work, both at the South home and the North, He became alderman of that ward the same year that Sr Rosemary was named to Misericordia. They have worked together all of these years.

It became apparent to us that the South Home needed a lot of updating. The children and adults there were the most challenged under our care. We made a decision to build a new skilled nursing facility at our North Side location. True to form, the State gave us an awful time and would not permit the construction. Ed reached out to the Governor and got him to come and see the home and the residents. It touched the Governor's heart and he reached out to the Departments and they granted the new license. 125 severe and profound, and medically fragile individual enjoy a good life, thanks to the help of Ed Burke.

A-14

I continued to grow close to the Burke Family and consider them among my closest friends. I have had a special bond with their youngest Travis and still remember the days when he came to the Burke household. If it were not for the Burke's I don't know what condition Travis would be in.

Over the years here at Misericordia I have continued to rely on Ed's counsel and support. I have never gone to him when he was not ready to try and help. We owe a great debt to both Ed and Anne for the constant support. I will be forever grateful.

Four years ago I developed lung cancer. I remember waking up in my hospital bed and Ed would often be sitting there. He would catch me up on news, offer to walk me around, or even read to me. I was in St. Francis Hospital in Evanston and he would stop on his way home from the Lake. What a true friend and example!

As the recent twists and turns of His life have happened, I have tried to be there for Him and for Anne. He set the example of what a true friend is. My prayer now is that he will be recognized for the extraordinary goodness he showed to so many. He is older now and the challenges ahead for him will be terribly difficult. He and Anne have been so generous with their time and resources, I hope they will find generous hearts in this time and I beg for leniency for the time ahead.

Sincerely,

Fr. Jack Clair

President/Executive Director



**MISERICORDIA FOUNDATION**
6300 N. Ridge ● Chicago, IL 60660-1017 ● (773) 973-6300 ● FAX (773) 973-5214 ● EIN:23-7285834

March 18, 2024

Dear Judge Kendall,

I am Sister Rosemary, a member of the Sisters of Mercy, Chairperson of Misericordia Foundation and former Executive Director of Misericordia Home. I live on Misericordia's campus. I am an active working member of the Sisters of Mercy serving Misericordia's population of children and adults with mental and physical disabilities for over 53 years.

I have known Ed Burke since 1969 when I was appointed Director of Misericordia Home South. He has been an active member of our community, always there to share life with our residents. He shares our Misericordia mission so generously. He believes our children and adults deserve a good life worth living. He has always encouraged them to do their best. They admired, respected and valued his personal interaction with them. He made them feel important.

Ed's involvement has been a gift to our residents. He shows great respect for every person in our care. We are truly blessed by his loving friendship. Any time we reached out for advice or help Ed was there for us or guided us to someone that could assist us. He spent much time representing us on our annual Misericordia Candy Days fundraiser. He has been an advocate to the retired Sisters of Mercy at Mercy Circle on the South Side. Ed is as a man of honor and kindness. He wants to help people. He is a loving husband and father. He is a good friend to many.

Ed has proven he is capable of so much good and I believe if given the opportunity will continue to work for others. As an Alderman, Ed worked for decades to improve the lives of his constituents. He is there for his friends, and his family is the most important in his life.

I write you today to ask leniency on his sentence. Ed is no longer a young man. He has walked the journey with so many of us here at Misericordia. I believe the stress of the trial has taken its toll. It is my greatest hope that he will continue on his journey in the loving care of his lovely wife Anne and their family.

Thank you for your consideration of this letter. God's Blessings on you and your family.

Respectfully,

*Sister Rosemary*

Sr. Rosemary Connelly
Chairperson
Misericordia Foundation

A-15



**LOYOLA**
UNIVERSITY CHICAGO

**Jesuit Community • Ignatius House**
Lake Shore Campus
6324 N. Kenmore • Chicago, IL 60660
**P** • 773.508.8800 **F** • 773.508.2098

The Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

March 17, 2024

**RE: Edward M. Burke**

Dear Judge Kendall:

I write in support of Edward M. Burke.

For the last 50 years, I have served our community and our Church as a Jesuit priest. Assigned to Loyola University Chicago for the last 24 years, I am semi-retired from administrative work as Vice Chancellor while continuing to teach part time in the Law School.

I emphasize that I do not write to dispute the verdict of the jury or to recommend a particular sentence. The first is done, and the second is something at which you are far more able than I. Instead, I give you a sense of Ed as a person and what I truly believe is his inherent God-given goodness, with which I believe the charges of which he has been convicted are so at odds. My hope in writing is that you will take into account the full and good man instead of the caricature that I believe has been presented.

Ed and I were born on Chicago's South Side a few hours and a mile apart. Though in different high schools, we knew of each other through mutual school friends in the late 1950's. We caught up with each other again in the early 1980's, and we have been close friends, confidants, priest/penitent, collaborators and advocates for Chicago's charitable and civic institutions since.

Ed's life has been one of service. From his time as a Chicago Police Officer to Chicago's longest-serving Alderman, I have known Ed as well as anyone, and I know him to be concerned with community and family above all else. He has treated the most and least fortunate among us alike, always mindful, as he puts it, that everyone "deserves a second chance". I have personally seen him use his talents to help literally hundreds of people get jobs, health care, food or medical benefits that they desperately need. I never saw him ask for anything in return. By way of a very small example, during his time as an Alderman, Ed sent a handwritten Christmas card to every constituent in his ward, many elderly shut-ins. In some cases, it was the only piece of personal mail they received all year. He didn't do it because they were voters. He did it because they were human.

A-16

Judge Kendall
March 17, 2024
Page 2.

I asked Ed to help us begin a Council of Regents at Loyola University. This 'Kitchen Cabinet' includes diverse leadership in Chicago, achieved great success and made an invaluable contribution to the school thanks to Ed's key and exemplary work with us.

These last 5 years have been understandably difficult for Ed and all those he loves. He has not faltered but has instead grown deeper in his Faith and more expressive in his spirituality His love of God and neighbor stems from his family of origin and brought to further fruition by Ed's education at Quigley Seminary and DePaul University. I fondly remember a dinner Anne and Ed hosted for the Consul General of Ireland. Our fascinating discussion included how the vicar of the local Irish village became a model of governance for so many of Chicago's leaders. It was knowing the cop who walked the neighborhood beat, to the precinct captains and to the Chicago mayors of the 20th century. This Faith inspired solicitude assured our community of attaining the human fulfillment intended by our Creator. An honorable and giving man, Ed personifies this kind of Faith based service.

I vividly recall personally experiencing Ed's stoicism and Faith. One evening, leaving yet another charitable event, we walked along the Mag Mile. Suddenly, a car sped down Michigan Avenue. The car veered to avoid another slower vehicle. In so doing, the speeding car hit a metal garbage can thus careening it towards the couple strolling just in front of us. Ed sprang into action, phoning the CPD precinct directly and bringing first responders immediately to the scene. His leadership and profound respect by the arriving CPD calmed the now growing crowd, especially the shell-shocked wife. Ed called me to the arriving ambulance and while he directed the rescue, asked me to step in the ambulance and give the Last Rites to the injured. What a privilege it was to witness our local village vicar in his finest hours.

Ed is a family man. Oft told is the story of how he and Anne together raised their children, including adopting a child from dire circumstances, while complementing each other's extraordinary public service. In the many years I have been with the family, I never heard them even raise their voices, but rather discussed how to do more, especially for the downtrodden and marginated in our community.

I trust this letter will persuade you to extend merciful leniency to Ed in his upcoming sentencing.

Yours in Christ,

John Costello.

John F. Costello, SJ
Vice Chancellor Emeritus
Loyola University Chicago

A-16

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, II 60604

April 19, 2024

Dear Judge Kendall,

I respectfully write to you today in support of Mr. Edward Burke and ask you for your consideration of a life's work, dedication and love Mr. Burke has shown his community and the city as a whole. I've known Mr. Burke for almost forty years. His current legal status greatly saddens me. I've always known Mr. Burke to be a good and decent man, above all an honest man. I've always known Mr. Burke to be the person who helped others when they were down and out. Helped others when no one else would. That is the same for me and my family. He helped us when no one else would. My family has been in business for almost 90 years. If not for Mr. Burke's support, we may have been forced to sell the company after my father passed away. If we would have sold our company, it would have meant job loss for many people, black, Hispanic, white etc. With his support we were able to build a recycling center on a piece of land that has been contaminated and polluted for almost 70 years. His request of us, was that we built it state of the art with the best environmental technology available. It took three years to remediate the land and build the building. It stands today as the gold standard in the industry as others now have to meet. That is just one story I share with you today. There are many more and I'm sure others have shared similar stories as well.

I understand you have a job to carry out and I only ask that you consider what I'm saying of Mr. Burke (as well as all the others too) before you sentence him. If ever there were a case for mercy in sentencing, I believe with all of my heart, this is one of those times. Mr. Burke could do so much more with a sentence that would let him serve his time in the community, serving the under privileged or some kind of community serve work, versus being sent to prison for his final days of life. It's heart breaking to think a man who has served so many (when no one else would) could face his final couple of years in prison. I pray and hope that you can find a way within the laws to allow Mr. Burke to serve his sentence, serving the community he helped build and restore, rather than wasting in a prison not serving anyone. That I believe would be the greatest misjustice of all.

Not only does he help others, but he truly cares about them. He cares about the city of Chicago and all its residents. I live in the city, and I know how hard he worked every day to ensure the city was a safe and vibrant city for all of us. We all know the city has been challenged these past few years and the streets aren't always safe. I read stories of people being arrested every day, some for very violent crimes and let go and commit more crimes. I just can't reconcile in my mind how we let violent criminals be let out of jail every day and how someone like Mr. Burke could be facing time in prison? Some say you shouldn't sentence Mr. Burke to home confinement with community service, but I would submit that it would be courageous. The community would benefit, and Mr. Burke could help so many by completing community service rather than sitting in prison.

In Closing, I'd like to thank you for your consideration, and I pray you can find compassion in your heart to be lenient on a man who has lived a life of serving others. I pray that you can see the man Mr. Burke is at his core and how he will serve others for being at home, in the community for his remaining days.

Warmest regards.

Kevin P. Flood

A-17

Judge Virigina M. Kendall

United States District Court

Northern District of Illinois

219 South Dearborn Street

Chicago, IL 60604


Judge Kendall:


My name is Anthony N. Fratto and I am an over fifty year friend of Ed Burke and his family. I met Ed in 1970 when after graduation from the University of Illinois at Chicago I became a budget analyst in the City of Chicago – Office of Budget and Management. Our early careers in public service were somewhat paralleled – Ed as a legislator and a new shining light in the City Council and me as a fledging city finance and budget expert. Our paths crossed regularly at City Council meetings where City finance issues were discussed, debated and voted.

Ed Burke was different from most other Alderman. He was a student of government. He worked hard to master his knowledge of the City Budget. Ed was a quick study and difficult issues were often relegated to the basics that impacted his constituents. I enjoyed our discussions and over the years I got to know the concerned, driven, hardworking, ward centered Alderman. But I also saw the caring, gregarious, respectful, people loving, husband, father, grandfather and friend.

Ed Burke honed his political and governmental craft to became the best Alderman he could be. Ed Burke was first and foremost Alderman of the 14th Ward. Along the way through hard work he became the Chairman of the Polic and Fire Committee and then Chairman of the Finance Committee. Those positions were used for good things for the citizens of his ward and the residents of all Chicago. Keeping taxes in check; spearheading environmental reforms in soaps and phosphate usage; elimination of indoor smoking; supporter of Special Olympics; and bringing governmental services to all areas of the City were only the tip of his contributions.

As my career in City government expanded, I continued higher education and received a M.B.A. and J.D. from DePaul University and a law license from the State of Illinois.  And just

A-18

as Ed Burke worked his way to Finance Committee Chairman through perseverance and hard work. I did the same and was appointed Comptroller / Chief Financial Officer for the City of Chicago in the early 1980's. In my new position I got to know Ed Burke even better.

In the government and budgetary sphere of issues before the Finance Committee, Ed was transparent, open and thorough. No City bond issue or spending program was entertained without complete and thorough airing and discussion on the impact on the taxpayer. All questions from Committee members and the public were allowed. There were no microphone shutoffs or silencing in Ed Burke's Finance Committee. Consequently, over the years, Ed's colleagues developed a respect for his leadership and his interest in their concerns. Not only was Ed Burke a productive Finance Chairman and Alderman, but also a trusted aldermanic colleague. Ed's word was his bond and other Alderman knew and relied on this mantra.

The media hype of "Powerful" Finance Committee Chairman and leader of "Council Wars", belies the real Ed Burke. This is the Ed Burke that was quick to help those in need. I saw Ed always extend himself to aid constituents and others down on their luck. Problems with utility bill payments; short on rent; needing medical assistance; inertia in the bureaucracy; lacking food; needing public safety for home security – Ed Burke always helped with minimally a phone call or even going into his own wallet.

Trying to get into a high school or college, Ed was quick on the letter of recommendation. He knew education was the key to the future and he always tried to help. Ed also believed that it was most important to honor the passing of constituents and their family members, police officers, firefighters, crime victims, city employees, and friends and their dearly departed. I do not know a person that has gone to more wakes and funerals than Ed Burke. This is part of his life in which his feelings of empathy, sympathy, and respect are most heartfelt.

My career in City government was followed by an almost forty year career in Public Finance and Investment Banking. Throughout those years I maintained a close relationship with Ed and Anne. My path in business occasionally required interaction with the City of Chicago and the Finance Committee. The aspect I always admired about Ed was that even though we had a friendship his fiduciary duty to the City and taxpayers came first. I knew that I better be prepared to answer the "public benefit" aspect of any issue needing a vote of the Finance Committee. Consequently, I was always ready in this regard.

Despite his recent legal issues, I believe that the legacy of Ed Burke should be embodied in the good he has provided throughout his career in public service. The scales are overwhelmingly balanced for Ed Burke the dedicated public servant; the tireless Alderman;

the student of municipal government and services; the purveyor of ideas and ordinances with far reaching benefits for Chicagoans; the respectful Aldermanic colleague; the caring provider of real help to those in need; and the forever comforter of first responder widows, widowers and families who have lost a loved one. Over fifty years of doing good for the most number of people as enumerated in this letter should be considered in any result arrived at by the Court for the issues at hand.

I respectfully implore you, your honor, to allow any determination made regarding Ed Burke to be mitigated by his immeasurable good provided by a lifetime of service. Thank you.

Sincerely,

*Anthony N. Fratto*

Anthony N. Fratto

███████████

███████████████

**BACK OF THE YARDS NEIGHBORHOOD COUNCIL**

4555 South Ashland Avenue | Chicago, Illinois 60609
Telephone: 872-281-7832 | Fax: 773-409-5741
www.bync.org

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Il 60604

Dear Judge Kendall,

My name is Phil Fuentes and I am writing to you as the Chairman of the Board of the Back of the Yards Neighborhood Council (BYNC). Our organization is one of the oldest non-profits in the country, we have served the southwest side of Chicago since our inception. The organization has provided tens of thousands of meals, worked on thousands of senior homes through our repair program, driven tens of thousands of residents and seniors to doctor appointments, grocery stores, and pharmacies. Today we work on anti-violence initiatives, affordable housing, and economic development programs. We provide scholarships for students in our underserved community and we also run an internationally renowned cultural dance program called the BYNC Ballet Folklorico which for over the past 30 years has boasted thousands of students as alumni.

On a grander scale one should ask how many lives have been saved because of Mr. Burke's commitment which lead to smoke detectors being installed in every home? How many lives have been saved by Mr. Burke's tireless fight against big tobacco companies?

I write to you this day on behalf Ed Burke who as a lifelong south sider was intimately familiar with the Back of the Yards Neighborhood Council. More importantly, Mr. Burke was responsible for many of those aforementioned successes and literally saved the organization during a very difficult time in our history. We worked together to identify and support those in the greatest need to provide food, jobs and training, transportation, and housing. Before Maria High School closed, Mr. Burke worked with us to identify female students from the Back of the Yards so that they would get equal consideration for scholarships. He arranged for our residents to receive a thousand turkeys before Thanksgiving one year. I can go on endlessly with the contributions Mr. Burke has made to our organization and community.

I have known Ed Burke for over 25 years on a personal and professional level and therefore can speak to his character, integrity, and generosity. With the dealings I've had with Mr. Burke, I can attest that he cared for his community, constituents, and friends with tremendous compassion. I have seen a family that loved and provided for each other as exemplified by the love and sacrifice Ed and Ann Burke made in providing for their adopted son Travis. Despite a very public and difficult process to adopt their son, they persevered and today Travis is a wonderful young man contributing to his community just like his siblings. That usually only happens with a good father and mother who love, and sacrifice. Again, there are far more examples I can provide but I hope this gives you an insight to a man who has done so much for so many.

*"Creating a Better Place"*

A-19



4555 South Ashland Avenue | Chicago, Illinois 60609
Telephone: 872-281-7832 | Fax: 773-409-5741
www.bync.org

I hope that you will read my letter along with others, which will allow you to see all the good this man has done for Chicago and grant him all the leniency possible. He has given so much and I humbly believe he deserves to spend the rest of his life with family,

Sincerely,

Phil Fuentes
Chairman

March 31, 2024


Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Re:     Edward M. Burke

Dear Judge Kendall,

My name is Gabriella Garcia-Martinez, and I am writing to you today on behalf of Mr. Burke, whom I have known for 23 years. I have lived in the 14th Ward since 1989 and prior to meeting Mr. Burke in the Spring of 2001, I only knew of him because of the annual Christmas card he would send to all his constituents. I can say with 100% confidence that meeting Mr. Burke changed the trajectory of my life, and I will forever remain grateful that he came into my life when he did.

My brother and I grew up as "latchkey kids" in Gage Park, a blue-collar neighborhood on the southwest side of Chicago. My parents worked hard to be able to send my brother and me to Catholic schools, however they could only stretch their paychecks so far. To cover the cost of my brother's education at St. Rita H.S., my dad would work there as a custodian after he got out of his full-time job. My mom worked in the rectory at Lourdes to help pay for my tuition, but unlike at St. Rita, tuition was not covered 100%. Instead, they paid my mom $8 an hour for however many hours she worked (usually 10-15 every two weeks). That barely chipped at the amount we owed for my senior year of H.S. My principal, Sister Josita, approached me about two months before graduation to inform me that I would not be able to graduate if my tuition was not paid in full before the end of the school year. However, she had reached out to a friend, a local funeral home, and our Alderman to ask for assistance on my behalf. Her friend and the funeral home both donated approximately $200 to help lower my balance; Alderman Burke wanted to meet me first.

I remember walking into his office and explaining why I was there. It was a brief meeting, approximately 10 minutes, but at the end Mr. Burke cut a check and sent me on my way. When I returned to Sister Josita with the check, she told me it was not enough (!), because the final month installment had come due, and she told me to go back and ask him for more. I was mortified. But I called and made a follow-up appointment with him for later that week. I remember explaining to him why I was there (again) and asking if he would be willing to write a new check for the full amount. He did – and then he offered me a job at the ward. I happily agreed and started working there in June 2001. The following year, he asked me if I would like to work downtown at his law office and I jumped at the opportunity.

A-20

I started as a receptionist at the law firm – and over the years worked my way up to Firm Administrator. Throughout those years, Mr. Burke always fostered an environment that was pro-education. I attended night classes at the City Colleges of Chicago before transferring to NEIU to complete my Bachelor of Arts in Anthropology. If Mr. Burke had not helped me back in 2001, I do not know where I would be today. Having the security of a stable job and a supportive work environment helped me figure out what I wanted to do and allowed me to work towards that goal. Throughout the years, Mr. Burke has always shown his support and given me words of encouragement when I needed them. He did this again recently, with the sudden passing of my mother.

On Father's Day of 2023, my dad called me to tell me that my mom was not breathing. I was at my in-laws' house about to start dinner and just remember going into autopilot: my sister-in-law said, "leave the girls" and my husband grabbed the keys, and we ran. We arrived home within 15 minutes and as we pulled up to the house, I remember seeing the firefighters walking out with an empty stretcher. I knew that could only mean one thing. I will never forget the quiet murmur of the paramedics and police officers in my house, or the way my dad was sitting at the kitchen table, staring at the floor in shock, after just having found his wife of 45 years laying in bed, dead. While we were waiting for the funeral home to arrive, I text my bosses, one of whom is his daughter, Jennifer, who took over the practice back in 2019. She called me immediately to offer her condolences and to let me know to not worry about anything at the office, it would be covered. Ten minutes later, Mr. Burke called me. I remember him offering his condolences and then he got very stern and told me he wanted me to listen to him. That I was to tell my father that Mr. Burke would cover the cost of my mother's funeral arrangements. That if he could help ease the weight of everything by removing the financial burden of a funeral, he would happily do it.

This is the man I know. Kind, thoughtful, and generous.

I saw his acts of kindness throughout the years, many of which were done without accolades. Like the ones he did for me. I also see his kindness as a father, as a grandfather, and as a husband. I have had the pleasure of knowing his daughters, and Mrs. Burke, for many years now. And his face just beams with love and pride when he looks at them, and his grandchildren. It is hard to see the physical and mental toll this trial has taken on him and his family. I have seen the toll not having my mother has taken on my dad, and I imagine it would feel like a death sentence not having Mrs. Burke, and his family near him. Which is why I hope that you will grant Mr. Burke leniency in your sentence.

Sincerely,

Gabriella Garcia-Martinez

A-20

February 20, 2024

Dear Judge Kendall:

My name is Adrienne Geary.  I am a retired teacher, librarian, attorney and State Court Judge.  I am currently 82 years old.  I am writing in full support of Ed Burke who is a devoted husband, father, grandfather and my friend.

I met Ed in the 80's at a political dinner.  We sat at the same table and my husband introduced us.  During the dinner conversation I asked Ed why his wife was not with him.  He said that she was home studying for an exam.  Anne was attending law school.  My husband told Ed that I was starting law school in the fall.  He suggested that I call Anne to give me insights into what to expect.  I thought that it was a nice gesture but had no intention on following up. A week later my husband saw the Alderman and he asked why I had not called Anne.  Well, I did make that phone call and that was the start of an unbelievable friendship.

After passing the bar, I worked for Anne during my summer vacation from teaching. She took me to her court calls and basically taught me the nuts and bolts that I did not learn in law school. We became close friends.  We worked so well together, Ed suggested that we share office space which we did for approximately 12 years.   Ed, Anne, Tom and I became very close.  We went out for dinners, shared dinners in our homes, traveled together, celebrated special family events, etc.

Ed always had time for the people in his Ward whether it was as mundane as getting a garbage can, checking on a City service or consoling a sick spouse.  He spent many hours away from his family to help others.  Ed encouraged young students to continue their education and he helped by trying to get grants, scholarships and even gave from his own pocket. No matter how busy his schedule he attended Mass daily. He attended more wakes than anyone I know.  He understands family loss.

My husband had polycystic kidneys. Ed was instrumental in fighting our medical insurance company so that my husband was able to follow his transplant team to a new hospital where he eventually received a kidney transplant. Four years later, Ed was by my side when my husband was fighting stomach cancer and when he passed.   Ed visited Tom numerous times in the hospital and in our home. He comforted Tom and me.  Ed offered and gave the most beautiful eulogy at Tom's service.

We continue to stay in touch through telephone calls, Christmas cards, letters and occasional trips back home. I know that Ed was convicted of a crime. He is suffering both mentally and physically.  Ed is nearing the end of his life.  He is a good person.  Please allow Ed to spend time with his children and grandchildren.  In light of all the good he has done during his life, he should be given probation.

Thank you for your consideration and God Bless you.


Adrienne M. Geary

A-21

March 25, 2024


Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago IL  60604

Dear Judge Kendall,

My name is Kathleen Gibson,  I am a former employee, a former resident of
the 14th ward and family friend of Mr. Burke.
Many people only know Alderman Burke from what they hear on the news
or read in a paper or online. It's only a headline.  However, that is not the
man I have known for the majority of my life

Mr. Burke is one of the hardest working, loyal  and caring men I have the
privilege of knowing. He has given his time and his wisdom to so many
who, to be honest, are where they are in their lives, business and personal,
because of him and the care he has shown.  The example he has set for so
many has truly changed lives.

People think they know him because they see a blurb on tv or the news,
they have no idea who he is, how important the City of Chicago is to him,
how important his family and life long friends are to him..  He comes from a
generation of those who "show up" .  Believe me, unless you have grown
up with wonderful role models like Ed Burke, many do not know what those
two words "Show Up" mean.  Edward Burke shows up.

 He attends every wake, funeral, wedding, life celebration that he can. He
shows up, in person, when nowadays people just phone it in.

A-22

As I previously stated, I have known Mr. Burke for most of my life. My family lived in his ward for decades. I worked for Mr. Burke for many years and as I have gotten older, he is now my friend.

I am a single mother and going in to tell my boss that I was expecting was a very hard time for me. I respected him so much and I did not want to disappoint him. Instead, I was met with the concern and kindness of a father, mine had already passed away. He reminded me of my faith and how God would be there every step of the way, for a few minutes, I had forgotten.

After my son was born, Mr. Burke was wonderful! He loves babies!

The first few months of my son's life were difficult, he was a sick baby.  I was in the ER on a Sunday evening with my son. I called Mr. Burke letting him know I would not be at work in the morning. He heard my son crying, he never mentioned anything about work, with that same fatherly tone, told me everything was going to be okay, to stay exactly where I belonged, which was with my son and to let him know how my son was doing. Speaking to him the next day, he of course asked how my son was, but asked and really wanted to know how I was doing.  That might not seem like a big deal, but to a single mom, who is exhausted and unsure of herself, that question meant the world to me. I have followed his example of kindness and use it in my life daily.

Taking a moment to check in with someone, whether it is family, friend or an acquaintance is so important and I have witnessed this beautiful act of kindness  for over 30 years from Mr. Burke.  That gift of kindness he showed, forever changed me as he has to so many in the community.

The impact that Mr. Burke has had on local charities throughout the decades is truly a gift of love.

Misericordia is one place that is near and dear to his heart and has introduced so many people to the beautiful residents and amazing caregivers.  I now work with special education students and a lot of what I learned about that specific residence came from Mr. Burke.

Through the years I have watched the care and concern  Mr. Burke has shown for his family, friends and to his community.

When his community was changing, he began taking Spanish lessons three times a week so he could truly communicate with his residents. These lessons did not go on for a month or two, this went on for years. The 14th Ward IS Alderman Edward M. Burke. He gives his heart and faith into every school opening, church event, senior citizen event, and to every resident who needed him, he made time for.

One call that I will always remember, there was a family who tragically lost their young son in his ward. I remember the pain in the fathers voice when he called Mr. Burke, looking for help. The father's english was really broken. Mr. Burke took that phone call, spoke to him for a long time, in spanish, listening to a man grieving, but, not as Alderman to resident, but as father to father, understanding as only a father who has gone through that same grief can. Mr. Burke helped this grieving family properly dress and bury their son. He spoke and prayed with this family going above and beyond what others may have done.

This example of his kindness never hit the papers or nightly news, and Mr. Burke would never want it to.

He was just being the honorable man that he is, the man that his family and friends rely on and need in their daily lives.

Mr. Burke has shown the importance of what faith, family and loyalty is through his daily examples. To the love and support that he has shown to his employees, his community and especially to the families of police officers and firefighters who died in the line of duty. Helping to make sure that their sacrifice will never be forgotten.

I have had the pleasure of watching his family grow! His wife, children and now grandchildren are his pride and joy. Without having him here on a daily basis will be devastating for his family.

The Burke family is strong in their faith and love for one another and they are surrounded with unending love and support.

A-22

Your honor, I understand that Mr. Burke has been charged and convicted in his case. I am asking you for leniency in his sentencing .
 He is a caring man who has given so very much to his family, friends and the community that he served with pride.
His family needs him and his friends need him in their lives, so please consider leniency for Mr. Burke.
 He is an honorable, caring man that can and has given so much to his community, to his city and to his loving family.

I thank you for taking the time to read this letter and ask that you consider leniency when you are sentencing Mr. Burke.

Sincerely,

Kathleen Gibson



Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Your Honor,

I have had the privilege of a lifelong family friendship with Ed Burke and his family. My late father and Ed were friends going back to the 1960's when Ed was a police officer and my Dad was an Assistant Cook County State's Attorney.

Ed Burke is a good man, and has done countless charitable deeds throughout his life, the amount of people he has helped is endless. I know this firsthand from the issues I encountered creating our family. When my son was born 9 weeks premature at 2lbs, 2ozs, and his outlook was grim, Ed called and checked in on me and my family regularly. My son was in the Neonatal Intensive Care Unit for 52 days and Ed frequently checked in providing loving support, comfort and guidance. He shared with me the obstacles he and his wife Anne faced with their youngest daughter, Sarah, and how they had experienced many of the same challenges my husband and I were facing. His soothing words of comfort and support calmed me and brought us inspiration and hope.

When I shared with Ed, we were having a challenging time having a second child and were beginning to consider adoption, without even asking, Ed immediately sprang into action to assist. A close friend of Ed's volunteered with an adoption agency and within hours Ed had us meeting with his friend to receive advice and counsel on the process.

Ed's support and assistance in our time of need was nothing new, for this is how Ed lives his life, always trying to help people in need.

Ed is a very thoughtful and kind man whose deep faith in God has served as a life compass. He is always available for others and makes it a priority to offer support to those who have suffered a loss and share his sympathies in person at wakes and funerals. There is no one I know who goes to more wakes and funerals than Ed Burke, he takes the time to show up in person out of respect and because he genuinely cares.

One of the important lessons I learned from Ed is how to live your life as a good person. Ed often repeated to me a famous Dr. Martin Luther King Jr. quote about life. "In the end, we will not remember the words of our enemies, but the silence of our friends." Ed lives his life by that philosophy and when someone fell into tough times, he was often the first person to reach out and offer comfort. I know this because over the years, I heard from people who when facing a challenging time said to me "you know who called me right away to offer support? Ed Burke." Whether it was an acquaintance from afar or a close personal friend, Ed has always been there for people in their time of need. Ed is a man of strong faith whose kindness, thoughtfulness and charitable deeds have touched the lives of many people.

A-23

I have been involved with Misericordia Heart of Mercy for over thirty years, including serving as a Board Director for the last decade. Ed has been an extraordinarily strong advocate for Misericordia, a home which provides care and support for children and adults who have intellectual and developmental disabilities. For years Misericordia South was located in the 14th Ward and Ed's support of Misericordia and its mission was pivotal. When Misericordia consolidated campuses and moved to its North location, Ed's assistance and generosity never stopped and Ed and his family continue to be strong champions of Misericordia.

Your Honor, my hope and prayerful request is that you please consider as lenient a sentence as possible for Ed. This family has already suffered so much loss and heartache. Twenty years ago, they endured a devastating loss when their son Emmett was killed in a snowmobile accident. A terrible and unimaginable tragedy for any family, and a loss you never recover from. Ed is an 80 year old man whose remaining time on this earth is limited and could be well-served using his time and talents helping charitable nonprofit organizations for the most vulnerable among us.

Thank you for the opportunity to share my thoughts. I hope you will use your most compassionate consideration and take into account the years of good Ed has done for so many people.

Respectfully,

Margaret Houlihan Smith



March 26, 2024

Judge Virginia M. Kendall

United States District Court

Northern District of Illinois    Courtroom 2503

219  S. Dearborn Street

Chicago, IL 60604

Dear Judge Kendall:

I am writing to you on behalf of Mr. Edward M. Burke, whose case was tried before you back in November, 2023.  I have had the great pleasure of knowing Ed & Anne Burke for many years, both before I was ordained a priest and afterwards.

Back in April of 1983 when I was only 16 years old, I sadly had a sister who was violently killed by her estranged husband, leaving my niece and two nephews without their mother.  My parents, Jack & Mary Ann Hurley, who at the time were 56 and 54 years old respectively, fought for custody of their grandchildren.  My parents were introduced to the Burkes who represented them in their legal proceedings for custodial rights.  To this very day, our family will forever be grateful for the compassion and expertise that Ed & Anne Burke showed to us in our time of sorrow and crisis.  My mom, who today is 94 years old, still praises Ed & Anne for their goodness.

I later developed a deeper relationship with the Burkes when I was the Associate Pastor and Pastor of Old St. Patrick's Church from 2003 to 2021.  As they were raising their son, the Burkes were searching for a youth ministry program that would be a good fit for Travis.  We welcomed him and the Burke family to Old St. Pat's and Travis flourished in our program, attending our catechetical programs and participating in our summer Work-Tour immersion.  I came to know Ed & Anne as wonderful people of faith and likewise as good friends.  I have had the great pleasure of being invited to their home for Sunday dinners on many occasions over the past several years.  I have witnessed firsthand the absolute kindness and genuine love of the Burke family.

In March of 2021, after months of struggling emotionally and vocationally in my own life as a priest, I made the courageous decision to step down as the Pastor of Old St. Pat's and discern where God was calling me to be.  After 28 years of being a priest, I was really lost. Some of the first people to reach out

   **@MARISTCHICAGO**

4200 West 115th Street · Chicago, Illinois 60655 · P: 773.881.5300 · F: 773.881.0595    A-24

to me were Ed & Anne Burke. Not only did they continue to invite me to their home, but they listened with the heart of compassion to my struggles and my doubts. On several occasions, as I was preparing to leave their home, Ed would gently say to me "we are here for you and if you need anything please don't hesitate to ask." He was sincere and genuinely cared about me. I couldn't be more grateful to Ed.

When I was Pastor, Ed would always contact me around Christmas time and pay a visit to me at the church offices. On each occasion, we'd sit and chat about the Church and he'd inquire about things that were happening at Old St. Pat's. At the end of each visit, Ed would always make a generous contribution for me to use on behalf of the outreach efforts of the parish.

In my present role as chaplain at Marist High School, even with a trial hanging over his head, Ed would still call and ask if there were any students with financial hardships because he wanted to help them. And he did.

When my brother in law's father died a few years ago, who was the first person in line for the wake? Ed Burke. That's him. Ed is a man of great compassion who knows the value of just showing up and being present to others.

I can't tell you how many hand written notes I have received the past several years from Ed. Whether it was to make a contribution or just to acknowledge his gratitude for a sermon, Ed always takes the time to offer a word of appreciation.

I can't say enough good things about Ed Burke. He loves his family, his faith, and the people of Chicago. I have always been impressed with his knowledge of the city, its history, and his concern especially for the people of the 14th ward. He would tell me often about the Catholic parishes in his area and all the various churches he would visit to attend daily mass.

Your honor, I don't know the first thing about the legal system or sentencing, but I strongly believe that this city and this world would benefit from Ed's service to the community rather than sitting in a prison cell. Please consider the goodness of this man.

Mindful of his age, I am also very concerned about his health and Anne's health as well. My fear is that any kind of incarceration will be an inevitable "death sentence" than anything else. I appeal to your mercy and all the factors surrounding Ed and his state in life.

Sincerely,

Father Thomas J. Hurley

Chaplain, Marist High School & Pastor Emeritus of Old St. Patrick's Church

A-24

Judge Virginia M. Kendall

United States District Court

Northern District of Illinois

219 S. Dearborn Street

Chicago, Il. 60604


Dear Judge Kendall:

Thank you for this opportunity to write on behalf of Ed Burke and his character. I am aware that he has been charged and convicted in a criminal case. I write to make a plea that his good works and service to others for more than fifty years in public life, his age, the impact this has had on his family, as well as the faith culture in which he was raised, be given considerations as his trial comes to closure.

Allow me to introduce myself a little more and to share with you how I have come to know Ed Burke and his family over these many years.

My name is Father Clete Kiley. I have been a Catholic priest in the Archdiocese for almost 50 years In these 50 years I have served as a parish priest, a seminary teacher and rector, a member of Cardinal Bernardin's Cabinet and as the director of the Department of Personnel Services for the Archdiocese, and as a Pastor on 26th Street in Chicago's Little Village. I served for nine years on the staff of the U.S. Conference of Catholic Bishops and in that capacity carried the priests' portfolio and served as the key staff person to a committee of bishops addressing the clerical sexual abuse scandal. During those years I also served on the Board of Visitors of the Western Hemisphere Institute for Security Cooperation, appointed by Defense Secretary Donald Rumsfeld. Subsequently, I served as the President of the Faith and Politics Institute, an interfaith organization on Capitol Hill in DC. I organized the Congressional Civil Rights Pilgrimages with Congressman John Lewis, and conducted weekly reflection groups with members of Congress. Most recently I work with the hotel and restaurant workers union, UNITEHERE, as first, a director for immigration policy, and lately as a Senior Advisor to the General President. I also serve as a special advisor to Cardinal Cupich, and am the current Chaplain for the Chicago Federation of Labor. I often say week-end masses at Misericordia Home and serve on the Board of Directors of Mis.

As a native Chicago Southsider, I certainly knew of Ed Burke over the years. I got to know Ed Burke first through other priests. Many Southside pastors, who were mentors of mine, knew Ed very well. They introduced me to him on numerous occasions. Ed was held in the highest regard by these pastors. I came to know Ed best during my years as a member of Cardinal Bernardin's Cabinet. I headed the Department of Personnel Services for the Archdiocese of Chicago. I know Ed Burke worked closely with us on many initiatives, for example, preserving Mercy Hospital. Ed

helped us keep numerous inner-city schools open. He often made us aware of new initiatives by the City of Chicago, for example, there was a campaign to light up our church towers to serve as beacons of re-assurance in our more troubled neighborhoods. Ed helped us make sure our parishes were aware of this program and helped us implement it. Ed offered personal support to many of our pastors, especially those working in tough neighborhoods. He regularly gathered pastors in his ward to hear their concerns. He often stopped by for mass, and would then take them out for breakfast just to check they were ok and to see if they needed anything. This is what many of us had grown up thinking is what an alderman did as part of his regular routine. He curated these relationships. Ed was old fashioned in that way. But his old-fashioned approach was made our parishes and neighborhoods flourish. That takes faith, patience and real dedication. That is Ed Burke. When I became a pastor, modeling what Ed did with pastors in his ward, I met every month with my local alderman, Ricardo Munoz. This was a real service to the people in our community, I believe. This is the model of leadership Ed Burke gave us.

As an archdiocesan administrator, I know Ed Burke, as an Alderman and Chairman, was always helpful to the church. He connected us to the right agencies. He brought important issues to our attention. And as I indicated above, he always reached out to our pastors when there was any kind of crisis. For example, when a poor immigrant food service worker was murdered on his way home to his family, Ed Burke was the first one on site to help the parish priests and the grieving family in making the arrangements for the funeral in Mexico. There are a million untold stories like this of Ed helping pastors and parishioners carry the burdens.

When I became a seminary rector, my Vice-President, Fr. Jack Clair, and I were in the process of moving the college from Niles, Illinois to the Loyola Lake Shore Campus. The first call we got was from Ed to see what we needed. He helped us on countless occasions resolve difficult situations, and navigate the various agencies of the city. With his help, we opened the seminary on schedule. He also connected us to our new local alderman, to our local police commander, and so on. He took care of us, as we used to say. When the seminary began a fund raising dinner with Cardinal Bernardin, Ed Burke was there to help. For almost 30 years, Ed served as the Master of Ceremonies for the Rerum Novarum dinner for the seminary. His presence always strengthened the program for the seminary. No quid pro quos here- just being helpful.

Later when I was a pastor on 26th Street, one frigid winter morning, a water main erupted in front of the church. I was preparing for 7 Sunday masses for my Mexican parishioners and I had a mess on my hands. Ed Burke was the first person I called at 6:30 that cold morning to figure out who to call in the city. I had a very good relationship with Alderman Munoz, but everything told me Ed was the guy to turn to first in this crisis.

In late October, 2023, the Chicago Sun-Times ran an article by Fran Speilman and Mitchell Armentrout. The headline read "Power and Control" frame Edward Burke's legacy. My reaction was that the authors really didn't know Ed Burke, and were pretty much confined to using a political lens to see everything about him.

What they might have reported, had they dug a little deeper, is that faith, family, and neighborhood were the true legacy of Ed Burke. Ed Burke grew up with his family in a flat in a Southside apartment building in a working-class neighborhood, in Visitation Parish. This was a huge Catholic parish, populated by city workers, police and firemen, school teachers and postal employees, not to mention workers at nearby packing houses. Neighbors knew each other by name. There were no six degrees of separation. There was a sense that all were in this together, and folks took care of each other. The two highest callings were to enter public service or to become a priest.

Ed Burke's first serious decision as a young man was to attend Quigley Seminary. Quigley was not an elite prep school; it was a seminary a young man attended on his way to becoming a priest. At Quigley spiritual values came first. A young man was formed to put that faith into action, caring for the people, accompanying workers as they fought for their labor rights, welcoming immigrants, going to mass regularly but being sent out at the end back to the world to be of service to others. These values were inculcated every day. If anyone wants to know Ed Burke, you must understand this "Quigley" experience; It provided a significant frame for living his whole life. Ultimately, of course, he did not become a priest, but being a "Quigley guy" stayed with many of Chicago's later public servants, not to mention countless police officers, and attorneys. That is a network, based in faith, and with a commitment to serve the community. In addition, Ed Burke continues even to today to attend mass every day.

This is what "frames his legacy" not power and control as the journalists claim. Today such a faith and neighbor rooted culture might seem alien to many who were not raised in it But, those of us raised in that culture, like Ed Burke, know in our bones our mission is always to help others s out. Ed Burke has often done great things, most often in quiet ways, to help people out and in this to promote the common good. Ed Burke is now 80 years and spent more than 50 years serving the public with this guiding hermeneutic for his life.  I again make an appeal to you for merciful consideration for a man whose world and guiding culture have so changed around him, and many more of us.

Let me mention another aspect of Ed Burke's character. That is his family life. Ed is a faithful husband to his wife, Anne. Ed may certainly have had the lion's share of a public life early on in their marriage, but he always encouraged his wife, Anne, who was an active mother, to finish her college and then law school. He encouraged Anne  as she founded the  Special Olympics. As Yeats so eloquently wrote, Ed "loved the pilgrim soul" in Anne and he was the kind of husband who encouraged her every step of the way as her own judicial career developed.  They extended that same love and encouragement to each of their children. That is not a story about power and control, but love and generosity of spirit for others.

As a couple, they have adopted and raised four children. The last of these is their son, Travis. His story is most telling. He came into Ed and Anne's life, later in their lives and because of the work Anne was doing for Governor Edgar on behalf of Illinois children. In fact, Anne gave up a seat as a judge on the court of claims to help the Republican governor resolve the crisis in Illinois

A-25

childcare. This created an interesting political situation for this highly Democrat couple, and yet, together, Ed and Anne took that risk for the common good. When Anne created a program for temporary foster parents, Ed recognized that he and Anne had to be willing to be part of that program if they would ask others to participate. And so they began a new whole life in foster care. Then they met Travis. They brought him home and, like many crack babies, they had to hold him constantly for 24 hours straight as the infant broke the neo-natal addiction. This is the kind of people Ed and Anne Burke are. Again, power and control are not the legacy. For Ed Burke what we need to see is this deep-rooted commitment to serve, and in this case, the most vulnerable of people.

I currently serve on the Board of Misericordia Home and I know from Father Jack Clair the countless times Ed Burke has encouraged business people looking to get more involved in Chicago to "come and see" Mis. This is no "quid pro quo" but a labor of love. I know you will hear similar testimonies from Mercy Home for Boys and Girls, and, again, from as many pastors.

Ed Burke has always been a busy man, but every day starts at mass, somewhere in the city. Things in his calendar may be pressing but there is always built-in a flexibility to attend funerals, wakes, or pay a visit to somebody in a hospital, to be at the ward office to help constituents, to stop in at myriad charity events. Many of us who went to Quigley and did become priests, often kid that at heart Ed Burke is still a pastor, and he runs his ward like a large parish. For myself, I recognized long ago that Ed may be the Chairman, the Alderman, the Ward Committeeman, but certainly to me he is a pastor at heart. That Quigley mentality and vocation never left him.

Ed may not have become a priest, but his commitment to the church is deep and serious. Besides his daily mass attendance, Ed is also a Member of the Order of Malta. This has involved many charitable efforts on Ed's part. Most notably is an image I have of Ed and his wife Anne, serving as *bain cartiers* at Lourdes. They actually helped lift the *invalides* and place them in the healing waters. This is hard and loving work. This image reveals a whole different aspect of what others might only see as a powerful alderman.

I cannot recount to you how many pastors Ed Burke has helped quietly and unrecognized over the decades. I am certainly one of them.  For Ed Burke public service is a pastoral ministry. He has often been a sounding board for many of us pastors. Ed has been there for a number of our priests over the years who were making the decision to leave the ministry. Ed has taken the time to help these priests think through their decisions and given them sound advice. People probably never heard that before. But that is the kind solid guide he is for us faith leaders. Ed's reach and counsel reaches beyond the Catholic world to other pastors like Rev, James Meeks, Rev. Jesse Jackson, Rev. Bobby Rush, Rev, Herbert Martin.

Let me recount three final episodes for Your Honor's consideration:

First from 1997 to 2006 I served on the staff of the US Conference of Bishops. My portfolio covered all things with Catholic clergy in the US. Sadly, by January 6, 2002 the Boston Globe gave us the first horrific accounts of child sexual abuse by Catholic clergy. An aspect of the

response of the US Catholic Bishops was the creation of a National Review Board of lay persons to oversee the response. Among those invited by Bishop Gregory (now Cardinal Gregory) to form the nucleus of that board was then-Illinois Appellate Justice Anne Burke. Justice Burke was named the Vice-Chair and ultimately the acting chair of that board. I served as the principal conference staff person to the board until we could bring in Kathleen McChesney and Sheila Horan from the FBI. While this work really involved Justice Burke more than Alderman Burke, I knew the impact this board and its work could have on the church in general, within our own Archdiocese in particular, and for the board members, and their spouses and family members. This would be a special challenge for boar members and their spouses who were in political life. The chairman of the board was the sitting Governor of Oklahoma, another member was the Chief Justice of the New Mexico Supreme Court, another a former White House Chief of Staff and future CIA Director. The Board's work put these political folks right in the cross hairs with leadership in their own church. My testimony here is that not only did Justice Burke courageously step up, but Alderman Burke was right in there with his support all the way as well. All these folks and the FBI team we engaged all lent their moral credibility to confronting this moral nightmare. Here in Chicago, this ran the risk of straining, and, in fact, did strain the relationship with the sitting Cardinal Archbishop. This would have more of an impact on Alderman Burke than even on Justice Burke as his work was on the ground here in Chicago. But Ed demonstrated the moral courage to support the Board and Anne's participation. I can assure Your Honor both Justice and Alderman Burke absorbed a great deal of negativity from the very church leaders whom they were helping. I saw this first hand. This work on their part reflects moral rightness and courage. This must, in my view, be weighed in Your Honor's considerations of the merits of this case and the appropriate sentencing measures.

Secondly, about fifteen years ago, I was serving as the President of the Faith and Politics Institute in Washington DC. One of the primary works of the Institute was to organize the Congressional Civil Rights Pilgrimages to Alabama with Congressman John Lewis. Alderman Ed Burke, and Justice Anne Burke, and their son, Travis, joined us on those pilgrimages. They did not just come one time and check the box. They came on four pilgrimages to Alabama and one to Mississippi. They found the experiences deeply moving, but most of all they wanted their son, Travis, to be exposed to a history of America which they, as White folks, did not feel they could adequately communicate to him. When Travis and John Lewis laid a wreath where the three civil rights workers were killed in Neshoba County, Mississippi, we all wept. We stood in silence at Money, Mississippi where Chicago teenager Emmet Till had been murdered. We sat riveted at Parchman Prison as Congressman Lewis and Reverend Bernard Lafayette shared the terror of their experiences there as Freedom Riders. It saddens me no end when I hear cynical voices question motives about adopting Baby Travis, who was/is a Black child. Such people just don't know the moral good and the love Ed and Anne Burke have demonstrated. They are rightly proud of the fine man Travis has become today.

Thirdly, is the story of Chicago Police Officer Juan Jacinto. Juan attended Quigley, and also the college seminary where Fr. Clair and I were in charge. Juan decided not to continue for the

priesthood and like so many before him he opted to become a police officer. Shortly after beginning his police career, Officer Jacinto was in a serious car accident in his squad car and lost one of his eyes. He was very depressed as a young officer well might be. Ed took an interest in Officer Jacinto and when Cardinal George put together a delegation to go to Rome when he was named a Cardinal, Ed Burke lobbied the Cardinal to include Officer Jacinto. Fr. Clair and I were delighted to share that experience and were with Ed Burke and Officer Jacinto as the Swiss Guards and the Carabinieri stood at full attention to welcome Officer Jacinto. Ed Burke secured the cost of that pilgrimage for Officer Jacinto. It was life-changing for Juan. That is the kind of thing Ed Burke does time and time again.

There is so much more to appreciate about the character of Edward Burke. A headline asserting his frame is power and control is so off the mark. This man has always been first and foremost about faith, family, friends, neighborhood, and service to those in need. He has been, I maintain, as much a pastor as a politician. I hope people will take off the political lens which seems to impose itself on so much today, and certainly in our media accounts, and see this man for who is and all he has done for others across his lifetime.

At 80 years of age, Ed is not in the best of health as one could imagine. In the past few years, Ed has lost his role as the Dean of the City Council, as Chairman, as Committeeman, as Alderman. All roles to which he has given his all over 50 years. It's all gone That is a huge loss to absorb especially at this chapter of his life. His family has suffered with him these past five years or so. How much more can be asked of a person? I ask Your Honor to take these various things into account as you bring this case to its conclusion.

With sincere deference to Your Honor, I thank you for your service,


Fr. Clete Kiley

950N. Michigan Ave.

Unit #5301

Chicago, Il. 60611


Special Advisor to Cardinal Cupich

Chaplain, Chicago Federation of Labor

Senior Advisor- Immigration Policy, UNITEHERE International Union

A-25

March 1, 2024

Dear Judge Kendall:

My name is Meg Kouretsos and I was the principal at Florence Nightingale School from July 2010 until November 2017. Nightingale School is located in the Gage Park area and at that time it was a Level 3 School and on probation.

I was surprised that Nightingale School did not have a playground and with an enrollment of over 1,000 students, who were 92% below poverty, it was sad that the area did not offer more for these kids. I had called CPS and asked for assistance and the lady said there was no money and hung up on me. I then thought I should see if the alderman could help me and that is when I found out that Ed Burke was my alderman. I made an appointment with him and told him I was begging for a playground, he made a phone call, and told me that someone should be calling me soon. Yes, I got the playground, but because of the size of the enrollment and the property we received 2 playgrounds and that was the start of Alderman Burke helping Nightingale School and the school community.

When Rahm Emmanuel made kindergarten an all day program no one asked if the schools had the capacity to actually make this change and not impinge on other programs. In Nightingale's situation we would have to cancel the pre-kindergarten program in order to house the full day kindergarten. Again I called CPS and they thought nothing was wrong in cancelling pre-k. I then went to Alderman Burke and asked for help in getting a mobile in order to continue the pre-kindergarten program. I then received a 4 classroom mobile and it was up and running in time not to disrupt the early childhood programs when school started.

A very active dad in our community was shot and killed at the bus stop coming home from work.  Within hours Alderman Burke was on the phone asking what he could do to help.  He eventually sent the family to the store to get clothes for the wake and funeral; sent the mom to the grocery store to get a cart of groceries; sent her to the funeral home to make the arrangements and again all of this was supplied to them at no cost.  He then visited the family and brought them gift cards to use. Weeks after this incident he would call and ask about them and actually visited them again with gift cards.

I was saving money out of the budget to buy an electronic message board for outside of the school.  This is an important communication tool in having parents and community members be aware of what is going on in the school when many of our parents did not have computers or e-mail.  I had 86% of the money and again I walked over to see the Alderman and he was kind enough to help me get our sign.

He supported our school in receiving a community grant which helped us have the YMCA after school program, computer classes and English classes for parents at night as well as soccer, basketball, and dance classes after school.  He sent over winter coats as well as gift cards to use for the kids.  He brought the Jesse White tumblers and helped us get Bernie Books for all the families.

I can go on and on about all of the support Alderman Burke gave Nightingale School and eventually the school became a 1+ school with over 1,400 students and I truly believe that this would not have happened without this support.

I am asking you to please be lenient with this man who has given so much to so many.  Please consider his age and his health and keep in mind his generosity to others.  I did not know this man before I pushed myself into his office and asked for help and he was more than willing

to make Nightingale the superior school it has become. I appreciate everything he did for my school and for the Hispanic community.

Thank you for your time and assistance.

Meg Kouretsos



## The University of Chicago

Bennett L. Leventhal, MD
Irving B. Harris Professor of Child and Adolescent Psychiatry, *emeritus*

26 April 2024

The Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

Despite the circumstance, I am honored to write in support of Mr. Edward M. Burke. Mr. Burke is an extraordinary individual who has devoted his life to his family, his faith, and the City of Chicago.

I am Bennett L. Leventhal, MD, the Irving B. Harris Professor of Child and Adolescent Psychiatry, *emeritus,* at The University of Chicago. For nearly 30 years I served as a teacher, researcher, clinician, and supporter of the mental health of the children of Chicago and Illinois. I served as both Director of Child and Adolescent Psychiatry and Chair of the Department of Psychiatry at The University of Chicago, and later Professor of Psychiatry at the University of Illinois. For most of this time, I also worked with the Chicago Board of Education and school districts around Illinois to improve the education and mental health of children, especially those with special needs. In addition, I worked closely with the judges and staff in the Cook County Circuit Court, particularly the Juvenile and Family Courts. I am a founding board member of the Illinois Children's Healthcare Foundation, the Children's Brain Research Foundation, and the Brain Research Foundation. I am an active investigator with more than 300 scientific publications. I regularly "return home to Illinois" to teach and support community programs in the State.

With the permission of Anne, Ed, and Travis Burke, I will briefly tell a story that demonstrates the incredible generosity, caring, and kindness demonstrated by Mr. Burke over the course of decades. The Burke's were directed to me for an evaluation of the developmental progress of their foster child, Travis. Not only was this evaluation clinical important, it also had bearing on the contentious legal proceedings in a very complex Cook County Juvenile Court case called "Baby T." This was a case that demonstrated the harsh reality of how misinformation and scandalous lies not only affected the judicial process, but also how good people are hurt by the press and the court. Nonetheless, I was in a position to sort out the truth and prepare a clinical plan that was sensitive to the needs of a toddler with disabilities and addressing the practical needs of foster parents in a difficult situation. I also tried to attend to the hopes and needs of a biological family trying to restore itself after disruption due to mental illness, substance abuse, and violence.

The Burke's were randomly chosen to care for Travis when they were at an age well past that at which most families would agree to become emergency foster care parents. This was not a political stunt. They felt strongly that they should help when there was a huge shortage of foster care parents, leaving children in hospitals and orphanages rather than in loving homes. Travis, a

drug-exposed, African American infant, placed in the emergency foster care. Caring for Travis was a daunting task that both Ed and Anne took on willingly, even though it meant that the Burke's were up through the night for weeks, caring for Travis as he withdrew from cocaine.

While the Burke's were only to be "emergency foster parents," when it was time for Travis to go home, the family was unable to care for him, and there were no other foster families available. While the Burke's continued to prepare for Travis' return to his family, it became clear that Travis had significant developmental challenges that would require special services, including a high level of treatment that consumed a large portion of the Burke's time and resources. Anne and Ed shared this responsibility, working diligently to help Travis manage what turned out to be Autism Spectrum Disorder (ASD).

I did not know anything about Ed Burke when I met him during my evaluation of Travis. He seemed dour and remote. Indeed, I was worried about his ability to play a necessary and critical role in addressing the medical, social, and behavioral problems associated with Travis' ASD. In contrast, I was completely surprised when I saw Ed alone with Travis in my office. Ed was warm, incredibly sensitive, patient, kind, and creative as he engaged Travis, a child who, due to his autism, was not easy to engage. Indeed, Ed's patience and determination have long played a hugely critical role in treating Travis. Travis was fascinated with trains, even as a small child. Ed would ride with Travis for hours on the "L" because it not only made Travis comfortable but, also, when on the train, Travis could relate and work on his language and independence skills. Throughout Travis' life, Ed's commitment of time and energy has proven to be a "rock" for Travis, forming a solid foundation on which Travis has built his life. Ed's efforts have allowed Travis to complete high school and college, as well as enter the workforce and live semi-independently and be self-supporting. Ed's role in Travis' life has been brilliant and inspiring, not only for Travis but also for many children who have benefitted from the Burkes commitment to research, education, community activities, and research in support of children with disabilities.

Returning briefly to Travis, Ed's role in his life has been and currently is a critical, stabilizing force for Travis. His success in life depends in part on Ed's attention and caring. This is a very special relationship that will be severely taxed by Ed's absence, placing an innocent young man, Travis, in jeopardy. I hope it is possible to avoid this collateral harm.

As a clinician, on a daily basis, I have to make difficult decisions in both legal and clinical cases. This process is guided by two principles: 1. First, do no harm; and, 2. The best interests of the child. I have done my best to follow these principles in the care my patients, including Travis. The outcomes speak for themselves.

I hope the foregoing will be helpful in your deliberations in this case. If I can provide further information or answer any questions, please feel free to contact me.

Respectfully,

Bennett L. Leventhal, MD

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Judge Kendall:

My name is JoAnn Losoya. I've been a court reporter for the past 40 years and have been one of four rotating court reporters that would take down the proceedings at the Finance Committee Hearings. During 36 of those years as a court reporter, I have worked with Ed Burke during his chairmanship of the Finance Committee. As a client, it was a wonderful experience. As a court reporter, meetings of any kind are extremely hard to report and take down a verbatim transcript, but Alderman Burke was always mindful of the extreme difficult nature of our job and made accommodations to try to make our job less stressful. I was appreciative of this as court reporters are often overlooked in a courtroom and deposition setting as the guardians of the record. He always made sure of our well-being.

During those years, I watched firsthand how he mentored young aldermen, how he championed causes for the downtrodden in the City of Chicago, how he uplifted minority causes, and fostered relationships across the aisle with all members of the Council. He sponsored ordinances for ALL of Chicago, not just for his ward. He generously worked with other aldermen to help them produce law and then let them take the credit being the lead sponsor and relegating himself to co-sponsor. One memorable ordinance that Alderman Burke brought to the floor was to requiring landlords to have carbon monoxide detectors in their building apartments. That alone saved hundreds of lives and showed his generous character. He also produced legislation to prohibit sales of Juul vape devices to minors. He brought to the forefront the serious problem of teens buying the hallucinogenic drug Kratom from area gas stations and convenience stores and championed an ordinance to place restrictions on the sale of that dangerous substance. Both of those ordinances, I believe Chicago was the first in the country to regulate these substances -- all due to Alderman Burke's good moral character and his desire to help all Chicagoans live better lives. These are just a few of the many good and honorable things that Alderman Burke has done for the City of Chicago's residents, not for personal gain, but for the health and well-being of everyone.

He is extremely knowledgeable of all things Chicago and would use that knowledge to help guide members of the Council on the correct ways to produce ordinances that would withstand court challenges. As a case in point, after he stepped down from his chairmanship, new leadership tried to pass several ordinances that did not go through the correct noticing requirements. As Mr. Burke pointed these flaws out, it caused the then Chairman to reassess the ordinances he was bringing forth and admitted that they had cut corners and missed several important steps in bring the matter to the floor of the Council and clawed it back.

Mr. Burke during Finance Committee meetings would give respect and attention to everyone, from the City employee to the resident coming to complain about a lack of services or their opposition to a particular ordinance. At one point during a meeting, pipeline protesters disrupted the meeting. Alderman Burke let them have the floor to make their record of their opposition. Even the infamous Mr. George Blakemore was afforded the same respect as every other witness that came to give testimony.

On a personal note, in the early years of my career, I lived in Alderman Burke's ward. The ward office was a place that I could always go to get assistance on whatever matter was concerning me. I recommended my neighbor, a new divorced young mother looking for work, to go to his ward office to see if there was anything available. Even though they

didn't actually need more office help, Mr. Burke employed her to help her get on her feet. To me, that shows the generosity of his spirit, faith, and how he truly cared for the people in his ward.

I truly believe that Mr. Ed Burke should receive a light sentence. It serves the public and the City of Chicago no good to incarcerate him for a long period of time. His talents are best used to help continue to mentor the city officials we have in governance now. I am saddened that Chicago has lost a great champion for our city.

Thank you for your time and attention.

Sincerely,

JoAnn Losoya, CSR, RPR, CRR

A-28

Katherine Marchetti



Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I am a physical therapist, a loving wife, and a mother to two amazing young girls. I am also the first recipient of the Anne McGlone Burke Scholarship, an award that was offered to Maria High School students who demonstrated academic excellence and financial need. That scholarship and the subsequent job opportunity that Mr. Burke provided set me on a path to success.

Due to medical conditions and a failed family business, my parents were struggling in 1994. We were on the verge of homelessness. Despite their financial hardship, my parents were determined to provide their children with a good education. The Burke scholarship was the answer to their prayers. Additionally, Mr. Burke offered me a position working in his ward office that summer and assisted in finding a job for my sister in the City Clerk's office.

Thanks to Mr. Burke's generosity, I was able to continue my studies at Maria High School. I went on to achieve Summa Cum Laude honors at Saint Louis University, started my career as a physical therapist at Loyola Medicine, became a guest lecturer at Rosalind Franklin University, and assistant faculty at Northwestern University. Working in the ward office every summer from 1994 until 2000 taught me invaluable skills including customer service, professional communication, computer skills, and organization. It also gave me the opportunity to contribute to my family and help keep food on our table.

Mr. Burke helped my family and me tremendously and I will always be thankful. I know that I am only one of the many people he has helped over the years. He did more than provide a scholarship, he gave me the tools and opportunity to succeed. I hope that you consider his kindness and generosity.

Sincerely,

Katherine Marchetti

A-29

**Aztec Supply Corp.**
5024 W. 67th St.
Chicago, IL 60638

April 2, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Your Honor,

My name is Daniel Marquez. I grew up in the Back of the Yards. I wish to write a few words on behalf of my friend, the Honorable Ed Burke. Our family grew up just a few blocks from where the Burke family lived.

Although we never knew each other in our formative years, we are proud to say that we were neighbors living in one of the greatest Chicago communities. Made up of many nationalities, this community was inhabited by so many different groups that had emigrated from Europe, and later from Mexico, that it was a true "melting pot" where everybody got along. A hardworking, blue collar neighborhood that defined what Chicago represented to the world.

My dad, Daniel Marquez was a "gas" man working for Peoples Gas Light and Coke Co. He went door to door    throughout the Southside of the city and as he approached each "bungalow" or apartment building, he would yell out "gas man" to let the people know who he was. My dad loved his job as he and my mom, Mary raised six children in the St. John the Baptist parish. And although we were not Catholic, there was never a feeling of not being accepted. When asked where we were from, we would say the St. John the Baptist parish. This was how neighborhoods were defined.

One day, my dad, who had gotten a promotion at the gas company, decided that he could not work inside and wear a shirt, tie and travel downtown to the main headquarters. So one day he went in to work and told his boss that unless he could go back on the street and be a gas man he would have to quit and consequently, he did. With six kids at home this was a very risky thing to do. But he knew that he would find a job. After working for the U.S. Post Office for a while he decided to quit again. Soon after, my dad had heard about the alderman who represented the 14th Ward, Ed Burke. So one day he went to see him at his office on 47th Street. He told him he was looking for a job and that he had worked all of his life and was just looking for a fresh new start. He was very honest and straight forward so when Ed found out that he wasn't Catholic, he couldn't believe it. How could a Mexican-American not be Catholic! He liked my dad's back ground as a

A-30

basketball player at Tilden Tech H.S. and his boxing career which resulted in him winning the All Around flyweight championship while serving this country in the World War II theater. With a letter of recommendation, my Dad was sent to the Chicago Park District where he became a plumber. Later on, he retired as the first Mexican-American plumbing inspector for the City of Chicago. This is the Ed Burke that we have always known. Thanks to him, I was able to go to college at the University of Illinois Urbana because my Dad could afford to send me to a private high school, Luther South, Two of my brothers became union plumbers and my brother Don became a union sheet metal worker. We were proud to be a union family.

Finally, Donnie decided to take the test to be a Chicago Police Officer. During his police career, he served in various police units. His last detail was serving warrants to people who needed to appear in court for various offences. One night, on March 19th, 2002, while attempting to serve a warrant, he was shot and killed in the line of duty. Leaving a wife and four children, we, as a family were devastated, needless to say.

Donnie was the first CPD officer to be killed in the line of duty since 911. As the City of Chicago mourned, our family received the support of the City as we grieved. Ed, having been a police officer himself, came to the aid of our family, including my Mom and Dad. With the help and assistance of Mayor Richard M. Daley, Donnie was given by the City, the largest procession since the death of Richard J. Daley. When the City Council met after the funeral, although there were many aldermen who spoke during the ceremony which took place that day, it was Ed Burke who rose up and gave one of the most beautiful speeches about my brother. With his wife, Maria and their four children, in attendance, it was a heart wrenching ceremony that gave our family the solace and comfort that we sorely needed.

This was and is the Ed Burke that our family knows. His kindness and willingness to help others continued throughout his storied career as a public servant. His love of this great city and its history is what people will remember. His devotion to his wife, Anne, has served as a role model for me and my wife Ellen for over 50 years.

We pray that you will show mercy to a man who we have always known as someone you could count on for assistance, advice and support whenever it was needed. Thank you, your honor, for allowing me this privilege to write on behalf of my friend, Honorable Edward M. Burke.

Sincerely,

Daniel J. Marquez

A-30

# GARRY F. MCCARTHY

March 20, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall,

My name is Garry McCarthy, and I am writing this letter in support of Mr. Edward Burke. My law enforcement career spans forty-two years, starting with the New York City Police Department in 1981. I spent twenty-five years in the NYPD, eventually retiring as the Deputy Commissioner Operations, after spending my last seven years overseeing New York City's crime strategy. In that capacity, I worked closely with Mayor Rudolph Giuliani for two years, and Mayor Michael Bloomberg for five years. After that, I was hired as the Police Director for the Newark New Jersey Police Department by then Mayor (now Senator) Corey Booker, where I worked for five years. In May 2011, Mayor Rahm Emanuel hired me as Chicago's Police Superintendent. I am currently the Police Chief for the Village of Willow Springs. I spent seventeen years at the top of three major police departments in this country, and literally worked with hundreds of elected officials to properly execute my positions in law enforcement. I write this background to offer context for the words I write. I have spent a lifetime doing my best to uphold the rule of law.

In that capacity I have also worked with numerous public officials. My first real exposure to them was in 1994 as a Precinct Commander in the NYPD on Manhattans upper west side. I spent five years dealing with police related crisis situations after that, including being assigned as the Commander of the Seventieth Precinct in the wake of the Abner Louima scandal. I learned quickly that there is a stark difference between an elected official and a public servant. In my opinion, Mr. Burke was a dedicated public servant- more so than any elected official that I have ever met.

I first spoke with Mr. Burke after Mayor Emmanuel announced that I would be the Chicago's next Police Superintendent in May, 2011. I returned to Newark after the press conference, and later that afternoon, Mr. Burke called to introduce himself and welcome me to Chicago. Mr. Burke offered his assistance to help me navigate the morass of Chicago politics and to be a sounding board for issues or concerns. He was always worried about the safety of the city he loves and has been nothing but a friend to me, providing much needed counsel and assisting me in carrying out my duties. Not once did he ask for anything in return. He was selfless in his support of me during my tenure as Superintendent.
I believe that his love of public service and the City of Chicago have been his prime motivating factors.

I am also a personal friend of Mr. Burke. I have been invited to his residence on many occasions. Former Chief Justice Ann Burke performed my daughter's wedding ceremony at their house. The Burke's would entertain there regularly, and I believe that is where the character of Mr. Burke was really on display. I was able to see him as a family man, not the "buttoned up" Chairman of the Chicago City Council Finance Committee. To say that he put Mrs. Burke on a pedestal would be an understatement. The loving loyalty between them is obvious. Ed always

made everyone feel like family on these occasions.

Mr. and Mrs. Burke's five-year public struggle to maintain custody of their adopted son Travis is well documented. Mr. Burke delighted in talking about Travis. How far that young man has come is a tribute to the foundation that the Burke's provided him. Their mentorship clearly changed the trajectory of Travis's life. His success means everything to the Burke's and speaks volumes about their character.

As you know, Mr. Burke held his Aldermanic position for fifty-four years, assuming his father's position after his passing. Mrs. Burke carried on his families call to public service. It is one of the hallmarks of the Burke name. What many people do not know are the many acts of kindness that Mr. Burke would engage in, personally paying for funerals when families could not afford to, or paying medical, rent or grocery bills for indigent families. I have personal knowledge of these events that were never advertised. Since I've only known him for thirteen years, I can't help but wonder how many people he has touched in a similar fashion over the course of his career. Mr. Burke is devoutly Catholic, and those charitable actions reflect his Catholic values.

Judge, I write this endorsement full well knowing the crime for which Mr. Burke stands convicted. As a lifelong law enforcement officer, I am obviously conflicted because of my friendship with the Burke's, but I am sure that I know who Ed really is, beyond the public persona. I cannot fathom myself writing this letter for anyone other than Ed Burke. Enforcing the law has been my life's work. It is hard to reconcile the Ed Burke that I know with the allegations in this case. The jury rendered their decision and as a career member of law enforcement- I fully respect the process. I also know that when sentencing Mr. Burke, you will weigh the good with the bad. And for Mr. Burke, there is so much good that I hope you consider.

I also know how deeply this event has affected the Burke family, particularly Mrs. Burke. It is as if the entire family has been convicted. A lifetime of service by the Burke family has come crashing down on them. The public humiliation has been overwhelming. Fifty-four years as the longest serving Alderman in Chicago's history. Hundreds, if not thousands of personal touches to make life better for his constituents. The strain on Mr. Burke has been at times unbearable, and yet he has put on a brave face for his family.

In closing, I humbly ask that you consider my words of support along with all of the other factors before you in rendering your sentence.

Sincerely,

Garry F. McCarthy

Patrick J. McNulty



March 28, 2024

Honorable Virginia M. Kendall
Judge, United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall,

My name is Patrick J. McNulty and I am a retired Deputy Superintendent of the Chicago Police Department. The purpose of this communication is to request that you consider compassion in the sentencing Edward M. Burke. I first met Alderman Burke in 1996 when I was promoted to Commander of the Department's First District which covers the city's Central Business District.

While he did not represent any of the wards that comprise the First District, I always found him to be extremely helpful in situations that required his knowledge and tact to deal with official procedures of the city. In one instance, an officer assigned to the First District required a kidney transplant due to his severe diabetes. He had been on a list of acceptable candidates and had been slowly working his way towards being eligible for the transplant. However, hospitalization plans were changed and none of the new policies offered coverage at the health care facility where he was registered for the procedure. As a consequence, he would no longer be eligible for the transplant at his hospital of choice. Rather, he would be required to be placed at the bottom of a new list at a new facility. Once made aware of this situation, Edward Burke provided the needed assistance in retaining the officer's position on the original list. Shortly afterwards the officer received the needed transplant and his diabetes was cured.

In another situation a dedicated officer was experiencing great difficulty in returning to full duty after an on-duty accident. Additionally, he was about to be considered for disability. Once again Edward Burke provided the needed assistance to permit the officer to return to full duty. The Department was truly the beneficiary in this situation. The officer was later recognized for his leadership and ultimately promoted to the rank of sergeant as well as lieutenant.

In addition to receiving Edward Burke's assistance in Department matters, I have personally witnessed his concern and kindness in the community. Since my retirement I have been involved in the St. Vincent DePaul District IX food pantry located at St. Gall parish (55th & Kedzie). Every week the pantry assists hundreds of households in obtaining free canned goods, fresh produce and meat. I can honestly say that throughout my 14 years of volunteering, the

A-32

pantry has had no greater supporter than Edward Burke. His involvement in our efforts significantly enhanced the pantry's ability to meet the great need many families are facing.

These are but a few examples of Edward Burke's commitment, compassion and dedication to serving and assisting both Department members as well as our city's residents with responsiveness, kindness and empathy. I plead that you too exhibit similar qualities and display leniency when considering his upcoming sentencing.

Sincerely,


Patrick J. McNulty

A-32



Law Offices

**James D. Montgomery**
**and Associates, Ltd.**

*james@jdmlaw.com*
*(312) 977-0200*

March 5, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I am James D. Montgomery, Sr., a retired lawyer after 66 ½ years in the practice. I have represented many persons charged with crimes including in the U.S. District Court for the Northern District of Illinois. I was an Assistant United States Attorney from 1958 to 1960 during which time I prosecuted 12 successful Jury Trials. My practice in my later years has been limited to Civil Rights, Personal Injury, Product Liability and Medical Malpractice.

I met Ed Burke in the mid to late 60's in Boys Court at 1121 South State Street. Ed was a young Police Officer and was the arresting Officer in my case. We met there and over the years became friends. Over the ensuing years I became acquainted with his public persona as an Alderman.

In 1983 I was appointed Corporation Counsel for the City of Chicago, where Ed was the Chair of the Finance Committee, and we became close friends over the three plus years I served the City. Our relationship facilitated communication with Ed Burke and Ed Vrdolyak who were arch enemies of Mayor Harold Washington's Administration. I developed a healthy respect for Ed Burke over those years. He was the Dean of the City Council. His extensive knowledge of City Government and its political history was without peer.

I have been invited to dinner at Burke's home and he to mine over the following years. I have made contributions to his various campaigns and other fundraisers. He has been a valuable resource to me when I need to access his extraordinary knowledge of the laws and policies and practices of the City of Chicago.

I have admired the work of Anne Burke as a pioneer in creating athletic and other opportunities for children with challenges as well as her service as a Justice of the Illinois Supreme Court. She appointed my wife to the Commission for the Restoration of the Illinois Supreme Courthouse.



Judge Virginia M. Kendall
March 5, 2024
Page 2

     Ed and Anne Burke adopted several children, including a Black "Crack Baby" and raised them through adulthood. Ed was revered by rookie Aldermen. Ed mentored them in the legal and procedural complexities of City Government. He was an astute student of government and by far the most knowledgeable Alderman in the 40+ years he served the City.

     I am fully familiar with the offenses Ed was convicted of committing. They are serious offenses. His crimes were crimes designed to benefit himself and his law firm. Obviously, it is my interest as a friend and colleague to inveigh with you to show Ed some leniency. Ed's age is such that any sentence will represent a substantial part of his future uncertain life expectancy. He is not all bad. He has no prior criminal history. More importantly, his 40 plus years of Public Service for the City of Chicago as a Police Officer and Alderman is a basis for a level of lenity. This conviction has crushed Anne. Any sentence will severely impact her. Perhaps a financial penalty would be an appropriate and principal part of his punishment. I thank you for whatever consideration you afford my quest.

Very truly yours,

James D. Montgomery, Sr.

JDM:ah

A-33



March 23, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall

My name is Ofc. James Mullen and I am a disabled Chicago police officer. On October 16, 1996, I was involved in a shooting incident. I was working in the 24th district as a tactical officer and responded to a shots fired call at 1404 W. Estes. During the course of that incident I sustained a catastrophic gunshot wound which rendered me a ventilator dependent quadriplegic.

During my hospitalization Ald. Burke was a pillar of strength and support for not only me but for my entire family. You can't even imagine the complexities of living with a situation like mine where every day could be a struggle between life and death.

As I began to recover Ed was a constant source of information and resources so that I could begin living again as a disabled person. My entire family has a rich history of serving Chicago. It actually began in the 1920s with my uncle Jim who was a Chicago police officer. After World War II in 1946 my father John Mullen joined the Chicago Police Department and in 1990 I followed in his footsteps and also joined the CPD.

After my injury, the first several months and years were very touch and go. I spent the first three months of my recovery in the ICU. The alderman was a constant visitor to the hospital. My wife Athena now a retired CPD Sgt. relied on Ald. Burke and his office to help create a new life for me. The alderman worked closely with my wife and father to help us construct and create a suitable living space for me that makes life a little easier living as a quadriplegic.

If it wasn't for Ald. Burke and his constant oversight and assistance I truly doubt I would be alive today to even write this letter on his behalf. I have been blessed to have had this man in my life and know him to be honest, religious and thoughtful to all the people he touches in his life. I know that you do not know me personally but I hope and wish that you could consider a lenient sentence for a man who has been a Savior to me and spent his entire life serving his community and the city of Chicago.

Sincerely Officer James Mullen

Mullen Foods, LLC P.O. Box 480392 Niles, IL 60714
(773) 716-9001
Info@MullenFoods.com
WWW.MULLENFOODS.COM

A-34

January 24, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Il. 60604

Dear Judge Kendall:

My name is Mike Mulqueen. I spent 30 years serving my country as a United States Marine and retired as a brigadier general in 1991. I then served my community as the CEO of the Greater Chicago Food Depository (GCFD) from 1991-2006.

As CEO of GCFD, our facility was initially on Tripp Avenue and later on Ann Lurie Place - both locations in Ed Burke's ward. Ed would visit GCFD many times each year and I saw him at military and civic events throughout each year. Invariably, his first question on every visit was, "How can I help you feed more hungry Chicagoans?"

And that's what Ed did. Over the years, he helped us provide food, training and equipment to our 600 soup kitchens, pantries and other locations in Cook County. For example, from 2000-2004 we acquired land and began and completed a $30 million capital campaign to provide funding for the construction of a 280,000 square-foot state of the art food bank to meet the growing needs of hungry Chicagoans. At my request, Ed convened meetings with our development team and key planners at City Hall to help us understand and follow the administrative steps in this complex project, so our organization could carry out this project in a timely and efficient manner.

I believe most people view Ed Burke as a powerful politician, charismatic leader and erudite historian. I saw some of that but also saw a kind, generous, caring and patriotic American who quietly made a difference in the lives of so many. I also saw a father who brought his young son to GCFD and explained to him what we did and why our mission was vital - a loving father educating his son on why it's important for those of means to give back to the less fortunate among us.

In my 45 years as a Marine and nonprofit leader, I've been blessed to serve with some of the best, brightest and most dedicated leaders in our country. I consider Ed Burke one of those servant leaders who led with courage, conviction and love.

I respectfully request you strongly consider Ed Burke's service to the poorest in our community when you decide a sentence. Thank you.

Sincerely,

Brigadier General Michael P. Mulqueen
United States Marine Corp (RET)

A-35

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is James Murphy. I write in support of Edward M.
Burke. I am his son-in-law. I am married to his daughter,
Jennifer. We have been married 26 years. We have four sons:
Daniel, 20; Emmett, 18; Teddy, 17; and Sam, 10. I am 56 years
old.

I met Jennifer in law school in the fall of 1992. I met Mr. Burke
soon after when Jen invited me to her parents' house for
dinner. I was from California. I did not know anyone. I was cold.
Jen's family was welcoming and friendly. Jen and I married in
1997.

Since then Mr. Burke and I have shared many meals together.
Often, after everyone else has left the table, we discuss
Chicago's history and politics, Winston Churchill, Abraham
Lincoln. We never discuss the funerals he has paid for, the
scholarships he has established, or the families of fallen police
officers he has comforted. He is quiet about this part of his life.

During Mr. Burke's trial a lawyer I know approached me on the
street and told me a story. The lawyer said when he was a law

A-36

student at DePaul in the 1980s, Mr. Burke gave a talk to one of his classes about the history of Chicago and its intersection with the law. Mr. Burke presented in a small room; it was hot and crowded. Mr. Burke spoke for over an hour and then answered questions. The exchange was spirited and stimulating. The lawyer said Mr. Burke was animated, kind, and genuinely interested in the students and their futures. The lawyer said he would never forget that day.

I told Mr. Burke the story. He did not remember the event and I was not surprised. What to the lawyer constituted a unique and unforgettable moment, to Mr. Burke was just another day.

I am certain you have received many letters relating stories like the lawyer's. I am sure people have told you how Mr. Burke helped them or changed their lives in some meaningful way, made their lives more interesting or less difficult or brighter. These people, too, will never forget his kindness.

One morning, as I walked Sam, my 10-year-old, to school, I told him I was writing a letter to the judge. I told him why. I knew in class Sam was learning how to identify the main idea or theme in a written passage, so I asked him what he thought the theme of grandpa's life would be. Sam said, "He's a good man."

Sincerely,

5 March 2024

April 1, 2024

Dear Judge Kendall,

My name is Jan Paul Murzyn and I have been a Chicago Police Officer for 25 years. In addition, I am also the Head Wrestling Coach at Br. Rice High School, on the south side of Chicago, where we educate young men to "Act manfully in Christ Jesus." Even though the moto "Act manfully in Christ Jesus" belongs to Br. Rice High School, I feel that Mr. Edward Burke personifies those five words more than most people.

To understand what I am saying, I have to take you back to the late summer of 2008 when I first met Mr. Burke. At that time, Br. Rice had a wrestler who lived in the area that Mr. Burke oversaw as a member of the City Council. The wrestler's name was Michael Avelar, and he was a nationally ranked high school wrestler. One morning, Michael went out to search for his older brother who had not come home from a "night out". Michael went to the usual hangouts where his brother would frequent but had negative results finding him. Unfortunately, as Michael went through Marquette Park looking for his brother, he would discover him deceased hanging from a tree. A victim from an apparent suicide. Mr. Burke went out of his way to assist with caring for Michael and his family through those tough times even though he had never met them prior. In particular, he contacted us at Br. Rice High School and assisted with Michael's tuition balance for that school year. Furthermore, he instructed me as Michael's coach in a "Father caring way" to make sure he graduates. As faith would have it, Michael did graduate from Br. Rice High School and went on and graduated from North Carolina State University as a scholarship member of their wrestling team.

My second encounter with Mr. Burke had to do with my police job in that same area I had mentioned above. I had gotten into a foot chase with a person who stole a car, he crashed it, and then attempted to flee on foot. As I gave chase, I tackled the subject down and placed him into custody. In doing this, I chipped a bone in my wrist that needed medical attention and sidelined me for a few months. When Mr. Burke heard of this incident taking place, he was able to reach out to me and thanked me for serving the neighborhood. It was at this time that Mr. Burke made the connection of me being involved/coach at Br Rice High School and we formed a bond.

Mr. Burke was very interested in the happenings at Br Rice to the point where he was always willing to help with the school's fund-raising goals as well as contributing year in and year out to the scholarship fund that helps kids in need attend the high school. Mr. Burke's kindness just didn't extend to Br Rice High School only. My understanding is that he is also benevolent towards other such schools like: St Rita of Cascia High School, Mt Carmel High School, Pope John Paul the II Grammar School, and St Bruno Grammar School.

The amount of kids that Mr. Burke has helped with their education through his concern and kindness is not measurable in my opinion, but the number is high. One would wonder why Mr. Burke feels the need to help kids and schools in need so often and I feel I may know the reason.

I have gone with my parents on some occasions to the 8 am daily mass at St Bruno's Catholic Church. Each time I was there, I noticed sitting in a rear pew was Mr. Edward Burke fulfilling his

daily obligation. I will allow people to think what they want about Mr. Burke, but the side I know of him is one that still believes in the Immaculate Conception. One that still believes in the Resurrection of Christ. One that still believes in the presence of Christ in holy communion. One that still believes in helping his fellow man because God is present in every man. It is those values of Mr. Burke that makes me feel comfortable in saying that Mr. Burke goes through life acting manfully in Christ Jesus!

Sincerely,
Coach Jan Paul Murzyn
Br Rice High School

February 29, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Re:  Edward M. Burke

Dear Judge Kendall:

I write to you to request a lenient sentence for Edward M. Burke.  I base my request upon my many years of knowing Ed, his wife, Justice Anne M. Burke, his family and observing him to be a good man.

Socrates says the definition of a good man "is a man who always considers his actions and acts in a good and just manner. A good man acts unto virtue and derives his happiness and pleasure from that virtue, so we have a man who is prudent, virtuous, and just."  From my personal observations of Ed, I believe he meets this definition.

I first met Ed in 1994, through his wife, Justice Burke, when she worked for Governor Edgar as his Special Counsel for Child Welfare Services.  I was Anne's Executive Assistant and though this work together began as a business relationship, it quickly became a personal one and I felt included in the Burke family.  The Burkes began to invite my husband, children and me to family gatherings. I was able to know Ed on a personal level and learn who he was, not as a political figure, but as a husband, father and friend.

What I observed is a man who can be strict and stern, but also one who can be entertaining and funny.  He has a strong faith in God, loves his family and is a willing public servant, touching and improving the lives of many.

A-38

He is a deep thinker, an intellectual. When he speaks people listen, perhaps partly because of his past, powerful position as an alderman, but I would hope that they also realize that his words are spoken with considerable thought and wisdom. I can see, expressed in Ed's face, how deeply he ponders his words before he speaks. He may come across as strict or stern, but throughout the years he has been approached by so many people for help in so many areas of their lives that I think he had to structure the conversations and requests, evaluate what could be done and then respond. Sometimes those responses needed some sternness.

Ed attends Mass daily which greatly impressed me. When I first learned this fact, I asked myself "If Alderman Burke can go to Mass every day with all he has to do, why couldn't I" and for the past 20 or so years I have, and Ed was my inspiration. Further, I think it is his faith that has motivated him to remain a public servant these many years. In our Catholic faith we are called to perform "corporal and spiritual works of mercy". I know of many times in which Ed has performed these works with no thought of reward and admiration, but simply because it was the right thing to do.

Back in the late 1990s, I was working for the Illinois Department of Children and Family Services (DCFS). One day Justice Burke came to my office asking if I could obtain the appropriate information for obtaining a foster care license. She and Ed were at dinner with some friends the evening before and the friends had told the Burkes how they were volunteering at Maryville Academy to hold cocaine babies, who needed constant tactile stimulation as they went through withdrawal. Maryville needed more volunteers. After hearing about the need, Ed decided to not only volunteer, but for he and Anne to become foster parents and bring a child into their home. Much has been written about one of the children brought into their home, but I do not think the true motivation behind the Burkes' decision has ever been disclosed. It was done from pure charity of the heart to serve children in need.

Another example of Ed's corporal and spiritual acts of mercy is his assistance in organizing a meeting to try and locate an elderly woman who had been buried under her home in Haiti when an earthquake struck. The woman was the mother of a dear friend of mine. My friend was here in Illinois when the earthquake struck, but her two college age daughters were in Haiti visiting their grandparents when the earthquake leveled the building they were in. The two girls and the grandfather were able to get out of the house, but the grandmother was still inside and could not be located. My friend called me for help. I did not know what to do, but I called Ed thinking he might know someone I could call. Instead, he quickly organized a conference call of several individuals who may know how to assist. Fortunately, as we began the call, I received notice that the grandmother had been found, but Ed's willingness to assist will be forever remembered. His actions were not taken out of obligation for a constituent, as the elderly woman was not one and neither was anyone in her family. Ed acted with a pure motive to help an individual and a family in need during a desperate time in Haiti.

Additional good works include studying Spanish so he could better assist his constituency and the people of Chicago. In my position as DCFS Guardian I worked closely with the Mexican Consulate staff to assist Mexican, Mexican-American children and families with child welfare issues. In discussing my concerns with Ed that Chicago City Council members may not be aware of the Mexican Consulate services, Ed hosted a breakfast with other aldermen and the Mexican Consulate staff so that the aldermen were informed of the services Consulate members could provide their constituency.

Further, throughout the years, Ed and Anne have hosted many luncheons and dinners in their home, inviting individuals with various points of view on societal issues to dialogue about these concerns and begin the process of working through differences.

Another example of Ed's good works is that he attends many if not all funerals of fallen Chicago police officers, whether he knows them or not. He attends to show respect for their service. A final example of Ed's continuous thoughtfulness of individuals is the numerous resolutions that he has introduced at the Chicago City Council, recognizing the good works of others.

There are so many other examples of Ed's goodness and generosity I could share, but I fear my initial message may become lost if I do. I began this letter asking for leniency in the sentencing of Edward M. Burke. I based my request upon my view of Ed as a good man and then provided you with information to support my position. Additionally, I ask you take into consideration, Ed's age, 80, and the plight of his family in being unable to spend the last years of Ed's life with him if he is imprisoned. In providing you with details about some of the many virtuous acts Ed has performed, my hope is that these actions will have considerable weight in determining his sentence and that you will have mercy and be lenient to this man, a good man who has served the public for many years.

Thank you for your consideration of my request.

Sincerely,


D. Jean Ortega-Piron

# Joseph P. Roddy

March 28, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

I am writing to you in support of Edward M. Burke and his upcoming sentencing hearing before the Court. More than 30 years ago, I was introduced to Mr. Burke through my in-laws and interacted with him and his family on numerous occasions over the years. Throughout all these gatherings, I saw Mr. Burke as a dedicated husband, father, grandfather and friend to many. He, and his entire family, stood shoulder to shoulder with my wife and her family when my sister-in-law passed away at the age of 34. Shortly thereafter, Mr. Burke lost one of his sons in a tragic accident, but was able to muster the strength to lead his family through an incredibly difficult time and deliver an impactful eulogy for his son. These examples gave me a first-hand view of Mr. Burke's commitment to serving and helping others when most needed. At his core, he is a good an honorable man, who dedicated his life to the service of others and impacted many lives during his 80 years on earth.

He is not without fault and I recognize as much as he stands before you for sentencing on his criminal case. He continues to be the rock of his family and close friends, who have walked with him during these difficult times. I recently saw Mr. Burke and his wife at a wake and observed the toll the trial has taken on his wife. She is carrying the weight of the world on her shoulders, as she struggles with the possibility of not spending time with her husband and celebrating life's milestones with an integral member of the family not present. Moreover, the entire Burke family is saddened by the thought not being together as a family and allowing the grandchildren the opportunity to learn from and spend time with their grandparents.

Mr. Burke has done so much for so many people that it is hard to focus on any specific examples. However, there are two examples that come to me which truly exhibit his selfless nature and commitment to helping those not as fortunate as himself. He and his family started the Burke Scholars Program at Notre Dame High School many years ago and its creation has impacted the lives of numerous developmentally disabled and disadvantaged young people. This program is a legacy to his life-long commitment to inclusion and charitable works. A second example is the annual holiday food pantry at St. Gall's in the Gage Park area of Chicago. My family has participated in this wonderful event for many years and Mr. Burke, along with his family, joins the community to give back during the holiday season. His interaction with the people at St. Gall's evidences his fine moral and charitable character. I hope these examples provide you an impression of Mr. Burke that few people are able to see and appreciate.

Judge Virginia M. Kendall
March 28, 2024
Page 2


      In conclusion, I wish to thank you for taking the time to read my letter in support of Mr. Burke and know that you will give the appropriate weight to all of the letters in support of him when you impose sentence. As you look at the life of Ed Burke and his life-long commitment to the service of others, I am hopeful you will be lenient in sentencing him and appreciate the incredible impact any sentence will have on his wife, children and grandchildren.

      Yours very truly,

*Joseph P. Roddy*

      Joseph P. Roddy

JPR

March 11, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Rebecca Rodriguez. I live at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I live here in the 14th Ward with my son, Adrian Lopez and daughter, Alexis Lopez for the past 21 years. When I heard about Mr. Edward M. Burke being found guilty, I knew I had to tell my story and how he helped my family.

On September 20, 2019, my son was dismissed from Kelly High School. He became another victim of gun violence in Chicago and was hit four times. As a result of being shot, my son is now paralyzed and is wheelchair-bound for the rest of his life. This evil act of violence has affected my son's life and his family forever. Eventually, my home was updated making it handicap accessible. Immediately after the incident, I went to the 14th Ward Service Office to speak with Mr. Burke requesting assistance for Disabled Parking Signs. Adrian is disabled and needs to have parking in front of his home so he could easily get in and out of the vehicle. At the time of my visit to the office, I was informed the process to have permanent disabled parking signs installed took 4 – 6 months. However, Mr. Burke made sure I had cones/signs that same day so I could mark out a parking spot in front of my home. He assured me the Chicago Department of Finance and the Chicago Police Department would not issue citations. He also issued a letter to the Commissioner of the Chicago Department of Transportation on behalf of Adrian so permanent disabled parking signs could be installed immediately "pending passage" of an ordinance. The installation of the permanent signs was expedited within a week or two after my visit to the Aldermanic Service Office.

Mr. Burke also offered any assistance to my family to seek state handicap plates for my vehicle. On Thanksgiving of that same year, he came over to my house to bring my family food. As tough as it has been, I still remember Mr. Burke going out of his way to help my son. Adrian, Alexis and I are truly grateful for everything he has done for us. In my opinion, he is a caring person with a big heart. That is why I am asking for the Court (Judge Kendall) to show leniency to Mr. Burke when issuing his sentence. Adrian, Alexis and I are truly thankful to Mr. Burke, and we beg you to show mercy to a man that has cared for the residents of the 14th Ward for more than five decades.

If you wish to call me regarding this matter, I can be reached on my cell phone at ▓▓▓▓▓▓

Sincerely,

Rebecca Rodriguez

Rebecca Rodriguez

▓▓▓▓▓▓▓

A-40



*Mark K. Rowlands*

March 6th, 2024

Judge Virginia M. Kendall

United States District Court Northern District of Illinois

219 S. Dearborn Street

Chicago, IL 60604

Judge Kendall:

Thank you for taking the time to read my letter. I ask your indulgence in the length and breadth of this correspondence regarding Mr. Ed Burke, but I believe my thoughts and the information contained herein will possibly be unique to the other correspondence you may receive on his behalf.

I am 54 years old and was reared in south central Ohio, the youngest of 5. At an early age I considered being a priest. In my senior year of high school my father passed unexpectedly of a heart attack and my mother, and I determined that I would attend St. Meinrad Seminary in Southern Indiana. Upon the completion of my 4 years of seminary at St. Meinrad I decided not to pursue graduate studies in Theology, but rather entered the police academy to become a Deputy Sheriff in the greater Columbus Ohio area. Over the next 12 years I enjoyed my work and eventually rose to the rank of Captain. However, my vocation never left me and I once again asked my Bishop to pursue the priesthood. He agreed and I left my career and was enrolled at Mundelein Seminary here in Illinois.

It is here in 2004 where I met Mr. Burke during a golf outing to support the seminary. I did not know him or his work at the time and was wholly unaware of the role of an "Alderman". I introduced myself as a seminarian and thanked him for supporting us. Our conversation led to my work as a cop and Ed shared that he too served as a cop many years ago. He also shared that he recently had buried his son Emmet who was the Chief of the Cook County Police Department and had died suddenly because of a snowmobile accident. I assured Ed I would pray for him and his family, as well as Emmet and thought nothing more of it.

1

A-41

Several weeks later, I received a note from Ed thanking me for my commitment to prayer for him and his family with an enclosed police prayer card and picture of Emmet. I was touched by this action of such a busy and powerful person. When I returned to the seminary in the fall of 2005 to begin the final leg of my studies, I was a front seat passenger in a deadly car accident that took the lives of 2 of my fellow seminarians and forever changed my life as well as my friend, who was the driver of the car. In short, a lot of poor decisions were made that evening, not the least of which was we were all consuming alcohol. Furthermore, upon departure from law enforcement, I had kept an Auxiliary Law Enforcement status in Ohio, but was unaware this certification had lapsed during my time in Illinois. As a result, the gun and badge I had in my vehicle at the time of the accident, now evolved into numerous criminal (Felony) charges. My mother died several years after my father from cancer, so as a result, I was left to my own devices to navigate this very serious and public situation. I was arrested several days after I was discharged from the hospital and awaiting my fate on a legal front as well as the disposition of the Catholic Church regarding my ability to proceed to Priesthood. Within days, I received a call from Mr. Burke (he found me..., as I had never given him my telephone number). Mr. Burke assured me I would be ok and told me that he would represent me in the pending case against me. To make a long story short, over the remainder of 2005 and 2006, I was able to accept my responsibility for the errors I had made regarding my judgement to drink and allow a friend who had also been drinking to drive my car, as well as my failure to maintain my law enforcement certification or obtain an Illinois FOID card.

My case took over a year and I eventually pleaded to several low grade misdemeanors and served 1 year probation in the state of Illinois. However, I lost my ability to pursue my vocation to the priesthood and due to my Injuries was unable to work for over 6 months after my accident. In short, I was lost, deeply depressed and financially destitute.

Mr. Burke represented me without cost (although at the time, he really did not know me beyond acquaintance). He simply stated that he believed it to be the right thing to do. It is noteworthy, that due to Ed's many years away from the active practice of any type of criminal case, he hired a very competent attorney from another Chicago firm on my behalf...again, without cost to me.

Without Ed's intervention, considering the seriousness of the charges I was facing, it is without question that my life would have been forever changed in a very negative way without his intervention. I am convinced if I did not have excellent legal representation, I would have been incarcerated (possibly on felony charges) and the direction of my life and career opportunities would have been permanently and negatively impacted.

In 2006 when I was physically able to return to work, Ed offered me a position as his personal aide. There happened to be an empty desk outside his office, and I believe to this day he brought me on board to continue the rehabilitation process in my life. During that time, I was still on probation and engaged in psychiatric therapy. I attended alcohol abuse awareness

2

A-41

classes and performed my community service at the Greater Chicago Food Depository. Needless to say, Ed saved me in more ways than I can even articulate.

For the several years I worked for Mr. Burke I was privileged to observe and be involved in the many acts of humanity and charity that he provided to hundreds of people...just like me. Although, I thought I must have been unique, I was not. I also came to know Mr. Burke as a person...and believe that I have grown to know him better than most people ever have or would. My relationship with him and Anne grew to the point that since 2008, I have become very close to them and now engage regularly with them at family events and stay at their home when I come to Chicago several times a year.

Your honor, because of Ed Burke's interaction in my life... I was spared destruction. I have found a new and successful career in Indianapolis. Today I enjoy an amazing marriage of 15+ years (Mrs. Burke married my spouse and I) and have tried to use my gifts to help and give back to others. I now look back on my tragedy with a sincere knowledge that, but for the grace of God and the help of others, I would not be in the privileged, albeit undeserving, place that I am today.

In order to be in this place, I had to accept the responsibility for my actions and move forward in the light of that reality. I am also proud to say that I maintain an excellent relationship with my former Bishop in Ohio and am a very active member of the Catholic Archdiocese of Indianapolis where I now live and work. I lost much, but never lost my faith.

I started my letter by stating that I know Ed Burke better than many people outside of his immediate family.... I believe that to be true. I have seen his work and know his human capacity to serve others. I have been privileged to see Ed perform these acts of kindness and life changing impacts on hundreds of people in private ways that are unknown to others or the public. I have also spent hundreds of hours over the past 10 years, being with Ed in his home...car and many private times together that I will always cherish.

I am sure you will obtain many letters from people who will rightfully speak to Ed's years of public service and his beneficence to others. My story is obviously unique to me... but it could not be more powerful from my perspective. Ed is a man of deep Christian faith, honor for his heritage and an abiding love for Chicago. Only above that is his love of family... Over the years he has had to bury his son and now endure the humiliation of his life's work being called into question. Indeed, a jury of his peers has delivered their verdict and now we await your judgement.

I can only speak from my perspective, but with what I have shared, I would ask that consider leniency towards Mr. Burke in your sentencing. I have spent countless hours with him over this legal tribulation, and particularly the past 6 months. Although he faces losing his freedom, I can honestly attest that he has already lost more than most can imagine. His work and reputation is everything to Ed. He has lost both in spectacular fashion and he now seems to simply await death as a broken man. Every good thing and act he accomplished over his life is now a coda to

3

A-41

being a convicted felon. Over the past several years, Ed has had to come to grips with having no job, no schedule...and a phone that remains largely silent. I can assure you; it has taken a serious toll on his personal and mental health.

I am hopeful that your consideration of mercy will allow you a pathway to afford justice, while still allowing Ed the ability to be with his wife and family for his remaining years. Although he is now a very old man, I have to believe that good can come from this epic tragedy. It will be with your consideration that this may be allowed to happen.

I will hold your deliberation in my prayer and again thank you for taking the time to read this lengthy letter.

Respectfully,

Mark K. Rowlands

4

A-41



Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

February 29, 2024

Dear Judge Kendall,

My name is Sister Susan Sanders, RSM and I am a member of the Sisters of Mercy of the Americas.

I was first introduced to Alderman Burke when one of our Sisters, Sister Rosemary Connelly, RSM, suggested that I talk with him about how to work with the Village of Evergreen Park to rescind a covenant the Village had with Mercy Circle, a continuing care retirement community sponsored by the Sisters of Mercy and located on Chicago's South Side.

At Sister Rosemary's recommendation, I met with Alderman Burke several times, including when he introduced me to Evergreen Park Mayor Jim Sexton and other governmental officials of the Village to discuss what the Sisters of Mercy might do to engage the Village to consider rescinding a covenant between the Village and Mercy Circle that restricted residence in the facility to nuns, priests, brothers, and other clerics of different religious traditions. At that time, which was about 2017, I was a member of the West Midwest Leadership Team of the Sisters of Mercy, and I was located in Omaha, NE.

Throughout the time of our negotiations with the residents and officials of Evergreen Park, Alderman Burke suggested he and I also meet with the Evergreen Park residents who had opposed the project to see what the Sisters of Mercy needed to do to gain their support. Alderman Burke accompanied me, mentored me, and served as mediator

**Sisters of Mercy of the Americas**
8403 Colesville Road, Suite 400, Silver Spring, MD 20910 **t** 301.587.0423 **f** 301.587.0533 **w** sistersofmercy.org

A-42



during these meetings. With the Alderman's patient and time-consuming help, and his respectful and even-handed negotiation skills, all tempered with kindness and respect, the resident who led the opposition ultimately withdrew her objections and the Village was willing to remove the covenant resident restriction. Subsequently, there was some paperwork for the Sisters of Mercy to file with the Village, and Alderman Burke's law firm provided us with pro bono legal help in this regard.

I couldn't be more grateful to Alderman Burke because without his help, Mercy Circle could well have been facing bankruptcy. Had he not helped, the 80 or so nuns and priests who now live at Mercy Circle could have been without a supportive communal residence that now provides them with the spiritual, social, and health services they need after many years of dedicated service to all God's people.

Your Honor, those of us who call ourselves Sisters of Mercy know well that justice and mercy go hand in hand in serving people who are poor, sick, uneducated, vulnerable, or imperfect. These groups really include all of us. We all need both justice and mercy. I don't know much about Alderman Burke's offense, but I do believe you will impose a just sentence. From my perspective as a Sister of Mercy who has needed Mercy many times herself, and who has made many mistakes, I hope you will also be merciful and lenient in the sentence you impose on Alderman Burke. Although not without flaws, he is a good and generous man who has helped so many, including my Sisters. Please consider granting him leniency and an experience of the mercy that tempers justice.

Thank you for your consideration of my request.

Sincerely,

*Sister Susan Sanders RSM*

Sister Susan Sanders, RSM

**Sisters of Mercy of the Americas**
8403 Colesville Road, Suite 400, Silver Spring, MD 20910  **t** 301.587.0423  **f** 301.587.0533  **w** sistersofmercy.org

A-42

February 2023, Retired Chicago Police Newsletter

Just a Thought……..By Russell Schaefer, 1st Vice President RCPA

In May of 1983 I was assigned to the Mass Transit Tactical Team on the 1st Watch. This Team was special as we were the HBT (Swat) Team for the entire City. As a Sniper and HBT team member I was required to attend regular training which was done at the Great Lakes Naval Training Center, near Waukegan, Illinois. On FRIDAY, the 13th of May (get it?) I was training in a hostage scenario equipped with a Universal 30 Caliber Carbine Rifle when I received a gunshot wound to my face and right eye. This weapon experienced a failure to feed or as we call it, a Slam Fire. In short the cartridge case failed to go entirely into battery and the primer was struck by the bolt and the cartridge exploded sending hot gas, burning powder and metal debris back into my face and both eyes. Besides the bleeding to my forehead my right eye was severely damaged with a large piece of metal debris from the bullet having entered between my right eye socket and Brain. I was taken to Victory Memorial Hospital and two Surgeons were flown in from Northwestern Hospital by the Navy to begin the surgery to remove the bullet debris. Although my right optic nerve was damaged, I was assured that there was no damage to the brain.

After many months on IOD I was notified that I was going to be placed on Duty Disability and kicked out the door even though I begged to work light duty until my condition improved which the Physicians I was working with said it would in time and the CPD was provided that documentation.

At that point I proceeded to climb the ladder of rank asking for assistance in stopping this action against me. The general response was "So sorry but this is out of my hands". Frustrated, I got on the "L" and traveled downtown to the Mayor's office. One of his staff was kind enough to sit with me and look at my documentation but again, it was out of their hands. No one would listen to me!!

As I was leaving City Hall I saw the office of Alderman Edward Burke, Head of the Committee on Finance and a former Chicago Police Officer, who was certainly one of the most important persons in City government and so I entered his office as a last resort. I explained at the front desk my reason for wanting to see Mr. Burke and I was directed to have a seat. Sitting there I saw many people enter and leave the office and finally Mr. Burke came out and invited me in to sit with him. For once I was siting with a person who listened to me, asked questions and appeared to be truly interested in my situation. I left copies of the medical information with him and Mr. Burke said that he would look into it and get back to me. Less than a week later I met again with Mr. Burke and he said that the Medical Section was reviewing my case and that they would contact me soon. When the Medical Section contacted me I was told that I had to qualify with my service revolver before this case could be decided possibly in my favor. I went to the Range and easily qualified. After review by the Medical Section, I was told that I would remain active and months later returned to Duty.

Had it not been for Mr. Burke I would have not remained at a job that I loved and given the opportunity to climb a few ranks retiring as a Lieutenant. I think what I most importantly learned from this experience and practiced, especially as a supervisor was not to discount the issues that my fellow officers would come to me with but most importantly to "listen" and focus on them because that's the only way you could help them, lesson learned. And finally….Thank you Mr. Burke for listening to me and supporting me as you did. Your support allowed me to return to the job I loved for over 32 years, even though I never worked another **Friday the 13th** !!

Stay Safe…...Russell



**SZYKOWNY**

Funeral Home LTD.

4901 South Archer Avenue
Chicago, Illinois 60632
Phone: 773-735-7521
Fax: 773-735-8766

February 29, 2024

Judge Virginia M.Kendall

United States District Court

Northern District of Illinois

219 S. Dearborn Street

Chicago, Illinois 60604

Dear Judge Kendall:

My name is Jonathan F. Siedlecki. I am a Fourth Generation Funeral Director and owner of Szykowny Funeral Home. I have had a lifetime of Community involvement and an ongoing relationship with Ed Burke. His dedication to the development and growth of the Community are without question but to me one quiet unannounced act defines his character.

To protect the Surviving Family I will keep the names confidential. The Father of a young immigrant Family was working at a fast food franchise. He was on the late shift and was responsible to close the franchise after midnight. One night he was waiting for a bus home at 2:00 am when he was attacked and killed by some "gangbangers" driving by at random. The story did make some TV news. It was very sad because he did leave a wife and young Family with no insurance or income? That day Ed Burke called my office and asked if we could help this Family. The Family had been in touch with us and was undecided what to do because there were no funds. Ed Burke told me to do whatever his family wanted to do and send his office the bill. We made the arrangements with the Family and this man had a visitation and funeral thanks to Ed Burke. He further attended the funeral and after the funeral interacted with the surviving Family to help them recover from this tragedy. This was all done discreetly and to this day I know very few people are aware of this incident and Ed Burke's kindness. This was not the only time Ed Burke came to the aid of a Family in need but this incident has stayed in my mind and probably always will.

It is moments like this that actually show the true character of this "Good Man"

Jonathan F. Siedlecki

*FUNERAL AND CREMATION CONSULTANTS SINCE 1913*

A-44

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

William Singer
To Call Writer Directly:
+1 312 862 2142
william.singer@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

March 21, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

I write in the hope that the sentencing of Alderman Ed Burke will reflect his many contributions to the City of Chicago and will therefore, be lenient.

Ed Burke and I were elected to the City Council in Spring of 1969 in special elections to fill vacancies. We were both re-elected in 1971 to full terms and I left the City Council in 1975, having run for mayor and lost. During the six years I served in the Council with Ed Burke, I cannot think of a single instance where we were on the same side of any contested matter. In fact, Alderman Burke was frequently assigned the job of attacking my positions on the issues where we disagreed.

But it was never personal, and privately, Ed Burke was always available for advice to someone like me who did not grow up, as he did, in the inter-sanctums of Chicago politics.

During my time in the Council and thereafter when I was in private practice, I frequently took Ed Burke up on his offer for advice and when I had matters, as an attorney, before the Council on behalf of clients, I had many occasions to discuss the substance of those matters with Alderman Burke and to solicit his support. I want to state emphatically that at no time during any of these conversations, while in the Council and thereafter, did Ed Burke ever solicit legal business in exchange for his advice and/or support.

As Chairman of the City Council Finance Committee, Ed Burke steered so many meaningful matters for the benefit of Chicago and its citizens, that it's hard to pick out any one of them, but I know that mayors could not have achieved the many good ends they did for the citizens of

Austin   Bay Area   Beijing   Boston   Brussels   Dallas   Hong Kong   Houston   London   Los Angeles   Miami   Munich   New York   Paris   Riyadh   Salt Lake City   Shanghai   Washington, D.C.

A-45

## KIRKLAND & ELLIS LLP

Judge Virginia M. Kendall
March 21, 2024
Page 2

Chicago without the hard work of Alderman Burke. Indeed, I would say there are very few in the annals of Chicago City Council members, whose overall contributions come close to his.

While we were not particularly close social friends, I very much enjoyed interacting with Ed and his family, and was able to observe very closely the love and support for every member of his family.

I would also like to note that his research in frequent treatises on Chicago history were a welcome contribution to our City. These were labors of love for Ed and we all benefitted therefrom.

All of the above to me is a testament of his good character and many contributions for the benefit of the City. I hope they will be taken into consideration.

Sincerely,

William S. Singer
Retired Partner



March 26, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall

My name is James Spratte, I retired from the Chicago Police Department as a Captain 14 years ago, after 32 years with the Chicago P.D. Subsequent to my retirement, I spent an additional 5 years as Deputy Chief of Investigations for the Cook County States Attorney's Office.

The purpose of this letter is to ask that you consider leniency in the sentencing of Alderman Edward Burke.

I would like to preface this letter by stating that I am not now, nor have I ever been a resident of the 14th Ward. I have met Alderman Burke on several occasions, and have seen him on other occasions, but would not consider myself a personal friend, nor in all actuality would I even be considered an acquaintance of the Alderman, and I would be extremely surprised if he even knew who I was.

All that I wish to accomplish in this letter, it to inform you of my perceptions of the Alderman, as for all intents and purposes, a disinterested third party.

In 1996, as a newly promoted Sergeant, I was assigned to the 9th Police District. The Commander of this District, Thomas Folliard had knowledge of my extensive experience with Hispanic street gangs as a Gang Specialist formerly assigned to the Gang Crimes/ Gang Investigations Sections of the Chicago Police Department, and as such assigned me as the Beat Coordinator for Beat 915, a primarily Hispanic area, and I later discovered, the Beat upon which Alderman Burke resided. Chicago at that time had become very involved in "Community Policing" and my responsibility was to attend monthly meetings, and ensure a proper police response to any incidents I was made aware of that were police related. I attended these meetings for several months. The meetings were normally attended by 15-30 people who were there for advice, complaints, requests for service, etc. and never lasted more that one hour. Then I was informed at one of these meetings, that the next meeting would have the Alderman present. That meeting had over 300 people in attendance, and lasted in excess of 4 hours. It was there that I first witnessed Alderman Burke in action. He patiently listened to anyone willing to address the meeting, responding to each and every resident and their comments or requests, no matter how inane, and took the time to not only answer each one, but to explain the reasoning for his answer. This meeting went on for over 4 hours, because the Alderman would not let them end it until everyone had their say. In addition, the Alderman remained

A-46

behind at the end of the meeting talking to anyone that approached him, not leaving the building until everyone had been heard. In all my years, including the interaction with a number of other Alderman, and other politicians, I've never witnessed this patience, and general care for his constituents.

It's been my misfortune, during my police career, to have attended the wake and funeral services for a number of Police Officers killed in the line of duty. The wake itself is a two to three hour process of waiting in line to pay your final respects to that fallen officer's family. While waiting, oft times in rain, or freezing weather, it was quite common to see a parade of local and state politicians being escorted to the front of the line, so they didn't have to wait. I never saw this with Alderman Burke. Every wake that I attended, I would see the Alderman, regardless of the weather, most times accompanied by his wife, either in line as I passed by to go to the rear, or in line after I had paid my respects. He was unaccompanied other than with his wife, and always engaged in chatter with whoever was in front and rear of him standing in line. I never saw him take advantage of his position to escape the elements or the wait.

Judge Kendall, I'm not in the habit of writing a letter to any criminal court, state or federal asking for leniency, after 37 years in law enforcement, its just not in my makeup. I did not really follow this case in the media, and I do not question the outcome of the trial. That was decided in a court of law.

My request is simple, I have never seen an elected official so caring for his constituency. Never seen one that would not take advantage of his Office, refusing special treatment. I saw this in Alderman Burke on a number of occasions. I only ask, as he is entering the twilight of his life, that you take this into consideration when you sentence the Alderman. Please allow him to enjoy what time he has left, and if you do deem incarceration as a must, that you consider his age, and sentence him to a period that he could feasibly serve, and what would not be considered a "Life Sentence" due to his age.

Thank you, your honor, for your service to us.

Sincerely,

James Spratte

A-46



# Rev. John J. Sullivan

March 21, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Il 60604

Dear Judge Kendall:

I hope this letter finds you in good health.

### Background

     Ed Burke is my best friend and we have known each other since childhood. Our families were in the milieu of Visitation Parish, the 14th Ward Regular Democratic Organization which my grandfather founded and Garfield Boulevard for four generations.

I share the name of my father and grandfather who served on the Circuit and Appellate Courts benches; respectively.

### Experiences

Ed's hallmark is being of service while always working within the law.

A few examples:

<u>Undoubtedly passing up millions in fees over 50 years in service to Archdiocese of Chicago. This *pro bono* activity also includes assistance to Cardinal Bernardin when he faced a sexual allegation; assisting sisters, brothers and priests and their entities; the needy, and his constituents; assisting families of deceased public servants, including Metcalf's and Reynolds.</u>

Assisted a teaching sister; 50 years professed, in receiving care at Northwestern Memorial Hospital; He also worked with diocese in getting pastor to pay. And worked with her order to have hospice at her sister's house instead of the mother house.

After I suffered a devastating misdiagnosis, Ed facilitated arranging an appointment to see his exquisite ophthalmologist at Northwestern.

A-47

Assisted me always as a police chaplain for 47 years with the Chicago Police Department, Cook County Sheriff's Police and currently with the Illinois State Police.

He was always one of the first at the hospital to respond to first responders when injured or worse.

When a young mother he barely knew lost her husband suddenly; he picked up her mortgage payment for 6 months and she was not a constituent.

The people of his Ward consisting of 80% Hispanic; worship him and in a recent election he beat a Hispanic opponent 10 to 1.

Made sure Jim Mullen and many others received the <u>absolute best</u> of medical care.

Helping the ward's populace; including teens in trouble with gangs and narcotics, helping to find runaway teens (and runaway parents!).

Getting families situated with housing after fires, etc.

Ed referred an excellent secretary of mine to a position with the Illinois State Department of Motor Vehicles.

He helped a cousin of mine to become the Deputy Superintendent of Cook County Schools. He also helped another cousin become a CPD Lieutenant.

Not at all blind to the Church failures, he was irritated when the diocese decides to close St. Pope John Paul II School in his ward without due process. He subsequently raised $8 million in one day to assure its existence in perpetuity.

While I was pastor of St. John Church in Glenwood (1998-2013) I about had him on speed-dial. My predecessor encouraged racism and malfeasance. I was also saddled with a thief as a secretary who also had been having assignations in the rectory with the janitor, parishioners and vendors.

A former music director stalked the new director choir from two hundred yards away in the dark. I made it a police matter. The incompetence in the chancery insisted I RETAIN these people.

As always, my "older brother "Ed was priceless and backed me which enabled me to remedy all the above.

Ed also persuaded Comcast and Comm Ed. to serve us (Glenwood is considered semi-rural) and give us proper service via replacement of a cable under Cottage Grove Avenue.

A-47

I have never known of or heard of him doing anything wrong. I am at Ed and Anne's for dinner for all the holidays.

They have adopted four of their five children.

Travis was born cocaine addicted and they spent hundreds of thousands of dollars on emergency medical and legal fees. Thank God, all are well and productive today.

Since 1990, Ed and I have met for dinner every month or two. I trust him implicitly and he is on all my financial affairs, has my power of attorney and is in charge of my funeral arrangements.

His wallet contains a relic of St. Padre Pio: a quote from Dr. Martin Luther King and two holy cards marking the passing of his son Emmett and brother Joseph.

And he is a life-long daily Communicant.

To me, it is inconceivable that Ed is in this situation, and this is the first time I have written to a jurist regarding a pending matter voluntarily. I had also offered to testify at the trial.

Ed is afflicted with hypertension, impaired hearing, and some memory loss. He is also a cancer survivor.

I truly beg you for leniency.

In closing, Judge, I wish you health and continued success.


Given the stress of your occupation; I am sure you can use a chuckle. For a great laugh, ask my dear friend Billy McNamara about him, Ed, and the "John Ormond" caper.

Mass remembrances,

Rev. John J. Sullivan

A-47

January 31, 2024

Dear Judge Kendall:

My name is Daniel J. Walsh, Co-Chair of THE WALSH GROUP, a 125-year old 4th generation national builder and investor whose headquarters have been in the City of Chicago since 1898.

This letter is being sent to you in support of Ed Burke whose recent trial and conviction in Federal Court tell a much different story than is my experience with Anne and Ed Burke over all these years.

It has been my unique pleasure to have known Anne and Ed Burke for the past 50+ years; and to have experienced first-hand a level of integrity and generosity unrivaled across the Chicago and Illinois communities. In my experience, Ed has helped more people in need than most people could ever imagine yet eschewed any public or private recognition. Ed tirelessly, honorably, and respectfully represented his neighborhood, his neighbors, and the entire Chicago community for decades. Politics is a tough business in Chicago which makes any Alderman's job very difficult and frequently ugly. Ed in my opinion has always acted properly and professionally in exercising his public responsibilities and his private priorities.

Regarding Ed's recent conviction, my prayer is that any sentencing decision be tempered by his years of outstanding public service; and a lifetime of loving and compassionate family and community stewardship. Ed and Anne have lead sterling lives while championing issues of social justice, equal opportunity, faith in God, and good government.

Here is just one example of my own gratitude for Ed's tireless generosity. My wife, Patty, and I, have an adult child, Amy Walsh, with lifetime developmental disabilities. Amy works and lives at Misericordia Home in Chicago where Ed and Anne have been lifelong benefactors, volunteers, and supporters. Misericordia is a much better place today because of Ed and Anne's selfless generosity of their time, talent, and treasures. In addition, Amy is an passionate athlete in Special Olympic of Illinois which was founded by Anne Burke in 1963; and enthusiastically supported by Ed Burke ever since. For this and many other blessings, we ask for leniency for Ed in your sentencing decisions.

As you consider this difficult sentencing decision, your consideration of these reflections is greatly appreciated.

Thank you!


Daniel J. Walsh
Co-Chair
THE WALSH GROUP
929 W. Adams
Chicago, IL 60607
312-563-5401 (W)

A-48

Sister Margaret Zalot, SSC

March 17, 2024

Judge Virginia M. Kendal
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I am Sister Margaret Zalot, SSC (a Sister of St. Casimir) and former President of Maria High School in Chicago (Marquette Park). I had the pleasure of meeting Mr. Ed Burke on numerous occasions, but one special one of note: at a time in the nineties when we were struggling with student enrollment and families were struggling with tuition payments my responsibilities included finding creative ways to assist families with scholarships and other financial assistance. And low and behold we had a special surprise event in our gym on Anne Burke's 50th birthday and a surprise for me as well: Ed Burke's announcement of the Anne Burke Scholarship, an announcement that would begin by assisting one rising senior, struggling with tuition payments with a $3000 Anne Burke Scholarship for her senior year at Maria High School. Thus began an annual Anne Burke Scholarship shortly renamed: Anne McGlone Burke Scholarship.

Twenty-six young women received these scholarships beginning with junior, Katherine Steinhable, who received the first one announced in February 1994, at Anne's 50th birthday party in Maria High School's gym to be given to a junior who would graduate the following June! In the beginning years, one student was chosen each year by a small committee at the school including myself, based on her financial need and her academic potential and school involvement. Later, two students were chosen. Beginning in 2007, three students were selected. All totaled, this was a gift of $78,000 given to Maria High School over the sixteen years that would be used to cover a significant portion of each of the 26 student's tuition for her senior year. This, I believe, shows a different side of Mr. Burke – his willingness to support young women with financial need. For that I am very grateful.

The students chosen were from different neighborhoods, had different racial-ethnic backgrounds, and all were eager to complete their education at Maria. The Burke's lived in the Brighton Park neighborhood of the city. Sometimes, if the student lived

A-49

nearby, Anne would invite the student to tutor their adopted son, Travis, at their home on a regular basis, after school. Sometimes, Anne would also invite the students to take summer jobs in her law office. These after-school/summer jobs supplemented their tuitions and made it possible for the students to complete their education at Maria with no debts. Recently I spoke with Vanessa Contreras. She told me how much she enjoyed the time she spent tutoring/sometimes babysitting Travis. She also appreciated her summer job and experience at Anne's law office.

There was one family, the Rolands, I think with 14 or 15 children, 4 of whom received Anne McGlone Burke Scholarships (I believe 7 Roland girls attended Maria, some of whom graduated before the scholarship was established). The parents were very happy with these scholarships and the impact they had on tuition payments. I am including a few lists I had with some information about the recipients – year of graduation, addresses, etc.

As our scholarship program grew, we began having a scholarship breakfast in our school's cafeteria. I found a photo of three students from the class of 2007 who received notification in May 2006 of their Anne McGlone Scholarships with both Ed and Anne Burke! Time taken out of their busy schedules.

I offer these few words about Ed Burke, husband of a 1962 Maria alumna, Anne McGlone Burke, in support of some good that he did for Maria High School and its students from the goodness of his heart, no strings attached, no political gain. From my experience with Mr. Burke, I believe he is a good and honorable person and has done good things, and I believe it would be helpful for him if you would be lenient in deciding his sentence.

May God bless you in your work.

Sincerely yours,


Sister Margaret Zalot, SSC
President Emerita Maria High School

enclosures

**Anne McGlone Burke Scholarship Recipients**

Scholarship Inaugurated in 1994 at Anne Burke's 50th
birthday party at Maria High School

| Name | Year of graduation |
| --- | --- |
| Katherine Steinhable | 1995 |
| Erin Smith | 1996 |
| Kara McEldowny | 1997 |
| Ellen Roland | 1998 |
| Nina Solava | 1999 |
| Margoth Rodriguez | 2000 |
| Laniece Thomas | 2001 |
| Maria Perez | 2002 |
| Susana Martinez | 2003 |
| Maria del Carmen Saenz | 2003 |
| Megan Kubiak | 2004 |
| Nicole Yerkes | 2004 |
| Vanessa Contrares | 2005 |
| Stephanie Roland | 2006 |
| Annette Roland | 2007 |
| LaTia Taylor | 2007 |
| Samantha Rafinski | 2007 |
| Lucia Avila | 2008 |
| Diane Sahagun | 2008 |
| Attiyya Wright | 2008 |
| Megan Hederman | 2009 |
| Diana Ramos | 2009 |
| Genevieve Roland | 2009 |
| Erin Hederman | 2010 |
| Brittany Dunigan | 2010 |
| Jennifer Rodriguez | 2010 |

Judge Virginia M. Kendall
United States District Court Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Your honor, it is with a heavy heart I re-visit my experience with losing my first-born son, Daniel Zizumbo. I have lived in the 14th Ward for 22 years. My husband and I moved our big family of seven to Archer Heights from Pilsen in 2002. My oldest son, Daniel had graduated from Benito Juarez and at 17 enlisted with the United States Marine Corps. This was a heartbreaking but proud moment for me as a mother. He went off and served four years for his country and came home. For the next few years, he applied for jobs in Chicago and briefly attended college before enlisting in the Army, serving Operation Enduring Freedom. In 2005 he left Chicago and headed to Afghanistan.

Tuesday, February 27th, 2007, Vice President, Dick Cheney came to visit my sons base in Bagram.  Once Vice President, Dick Cheney entered the base, the base was on an immediate shut down. Just a month before, my son came home to visit us and before he left, he filled his rucksack with toys, pencils, notepads, and outgrown clothes from his younger siblings to give to the children of Bagram. He had expressed to me that there would be children every day at the entrance of the doors waiting to play, or to simply see what they would get from the US Soldiers. On this Tuesday, my son was outside of the base when an explosive detonated off a suicide bomber trying to reach VP Dick Cheney, but instead killed my son and 21 other children.

The news came knocking on my door, representatives from the Army extended their condolences. They came and they left, and they said that they would only cover $8,000 of my son's funeral expenses. As we prepared for the celebration of Daniel's life, we still owed the funeral home $2,000. My husband and I scraped up our savings to fulfill the balance and when I went to go pay, the lady at the funeral home told me that Alderman Burke had covered the rest of the expenses. This was a surprise as I had no contact with Mr. Burke, I do remember it being big news in Chicago, and more specially in Archer Heights. Mr. Burke lives down the block around the corner from us and it was a sentimental act of kindness for me. I was able to express my gratitude to Mr. Burke at my son's funeral, I had explained to him how good of a son and person Daniel was and that he loved his country, and his heart was pure of gold trying to bring peace to the War by helping the kids with what he could.

A year later Mr. Burke contacted me and asked for my blessing to name a new school in the Ward in honor of my son. Instant tears poured from eyes; my sons death put me into a deep depression. Mr. Burke brought back hope for me. I had something to look forward to. I love my son and I would've done anything to have him here today. I feel like this school is a part of him. If he were here today, I know he would've done anything for children to grow and succeed in

life and what a better way to honor my son's life by naming an elementary school, "Daniel Zizumbo". I honestly felt that Mr. Burke truly empathized and listened to me when I mourned my Daniel's death to him. I never would have thought that Alderman Burke would have impacted mine and my family's life for eternity. This is something that my whole family is able to enjoy and even my grandkids and my great grand kids.

Throughout the years I've been aware of passing of other veterans and first responders and I've seen Mr. Burke reach out to every single family in the area like he did with mine. This is something that I couldn't even dream of and Mr. Burke from the kindness of his heart and thoughtfulness for others, helped us move on from our son's death. He made my son's legacy eternal. A true hero to never be forgotten, mil gracias a Mr. Burke.

Sincerely,

Daniel Zizumbo's mother, Julia Zizumbo

A-50