# Exhibit B

# Faith Community Letters

| B-1 | Arreola, Elizabeth |
|---|---|
| B-2 | Brandt, Daniel (Rev.) |
| B-3 | Canary, John (Msgr.) |
| B-4 | Donahue, John (Deacon) |
| B-5 | Foley, Matthew (Rev.) |
| B-6 | Gallagher, James (Fr.) |
| B-7 | Graf, Gary (Rev.) |
| B-8 | Holtschneider, Dennis (Rev.) |
| B-9 | Kub, Francis (Rev.) |
| B-10 | Listecki, Jerome (Rev.) |
| B-11 | Mayall, Daniel (Msgr.) |
| B-12 | McCarthy, Thomas (Rev.) |
| B-13 | Pfleger, Michael (Rev.) |
| B-14 | Velo, Kenneth (Msgr.) |
| B-15 | Watts, Wayne (Rev.) |
| B-16 | Wolfe, Moshe (Rabbi) |

February 10, 2024


Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Il. 60604

Dear Judge Kendall:

I am writing this letter on behalf of Alderman Edward Burke.

My name is Elizabeth Arreola. I have served different communities in the City of Chicago as a community leader and a Food Pantry Director with the Society of Saint Vincent de Paul for 40 years. During the majority of those years, I have had the privilege of working hand-in-hand with Alderman Edward M. Burke. I want to share with you how diligently Alderman Burke has worked for the past 50 years on behalf of the City of Chicago and its residents during times of change and need.

Alderman has been a godsend for the needy in our communities; providing financial assistance to our local food pantries as well as volunteering his time to prepare and pass out bags of food in our pantries in a humble demeanor. His donations have made it possible for our food pantries to be able to provide toys for Christmas time to children, school supplies to students during our Back-to-School events, and food for needy families not only during our Thanksgiving, Easter, and Christmas events but throughout the whole year. This has earned him the love, respect, and loyalty of the residents of his ward and the communities surrounding it. His work as a public servant has made this city a good place to live by bringing new and safer schools and excellent city services to our communities but his kindness and benevolence have warmed the hearts of many. It is for this reason I, respectfully, ask that you grant Mr. Burke some clemency at the time you make your sentencing.

If you need to speak with me, my phone number is ██████████.

Sincerely yours,

Elizabeth Arreola
Director
Society of Saint Vincent de Paul

B-1



B-1

# *Police Chaplains Ministry*

**1140 W. Jackson Boulevard ♣ Chicago, Illinois 60607**

Phone (312) 738-7588                                    www.ChicagoPCM.org



March 5, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall—

As a Catholic Priest and Directing Chaplain of the Chicago Police Department, I am honored to write to you on behalf of a hero of mine: Ed Burke.

I have personally known and called Ed a friend for over 25 years and always respected him, his love of God and others, and his overall kind demeanor.

The Chicago Police Department has lost 600 members in the line of duty, and throughout my tenure as Chaplain, Ed has consistently made it his passion to pay respect and honor to each of them and their suffering families.

I cannot speak highly enough of Ed's rich and active faith life, his good character, and his love of neighbor. As Scripture dictates, Ed has over the years followed the great command to "Love the Lord your God with all your heart, soul, and strength, and love your neighbor as yourself" [cf Matthew 22:37-39].

I pray that in your sentencing, you will exercise the mercy I wholeheartedly believe Ed deserves.

God bless you in your important work!

Gratefully,

Rev. Daniel J. Brandt

B-2

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60004


Dear Judge Kendall,

Greetings.  My name is Fr. John Canary.  I am a priest of the Archdiocese of Chicago.  I am a friend of Mr. Ed Burke.  I have known Ed since we entered high school together in 1957.   We were assigned to the same homeroom classroom as we began our high school years.

I have kept up with Ed over the years.  For several years I assisted at St. Richard Parish on the South side of Chicago which was in the Alderman's Ward and I would have contact with him and his wife, Anne, during those years.  From 2006 – 2013, I was Vicar General of the Archdiocese of Chicago and I had numerous contacts with him as the Archdiocese worked with the city of Chicago on various projects.

I am aware the Mr. Burke has been charged and convicted of criminal behavior.  I know he now awaits his sentence.  As the case moves toward conclusion, there are three things I would like to mention for your consideration.

Over the years that I have known Ed Burke, at the center of his life has been his family.  Ed comes from a political family, and he has been in politics himself for more than 50 years, and this can be a very demanding life of service, but time and again I have seen the priority Ed gives to his wife and to his family.  They have always come first and he has been a devoted husband and loving father.

A second consideration is his life of service.  For more than 50 years, he served his constituents on the South side of Chicago.   I know firsthand from the parishioners at St. Richard parish that they felt they could go to the Alderman with particular needs and concerns, and they knew that he would do what he could to address their concerns.  The people in St. Richard parish would say they felt attended to and well served by him, which is why he was able to serve them for over 50 years.

A third consideration is an age consideration.   Ed is now in his 80's.   As a classmate, I know our future time is very limited.    It would be a blessing if there might be some quality time remaining for him and his family together.

Thank you for listening to my consideration as this case moves to its conclusion.


Msgr. John Canary

Senior Priest of the Archdiocese of Chicago



# SAINT RITA OF CASCIA HIGH SCHOOL

### AN AUGUSTINIAN COLLEGE PREP SCHOOL

*Veritas* † *Unitas* † *Caritas*

February, 19, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60611

Dear Judge Kendall,

I am writing to you on the matter of Mr. Ed Burke. I would like you to know that St. Rita of Cascia High School has 118 years of service to the south-side of Chicago educating young men in the Augustinian tradition. While I am relatively new to St. Rita as its president, I am aware that Mr. Burke has had a long-standing relationship with our school. Our relationship is based, in part, because Mr. Burke is a strong supporter of Catholic education, and also because Mrs. Burke was a St. Rita cheerleader when she attended nearby Maria High School.

As Alderman, Mr. Burke has always had an open door and has offered his help to St. Rita High School when needed. His assistance was particularly helpful with City of Chicago issues related to our relocation from 6310 S. Claremont to our present location at 7740 S. Western Ave. In addition, Mr. Burke has helped us with fundraising over the years and has promoted our school to young men and their families in his community to help increase our enrollment.

It is my hope that you take these facts into consideration when deciding on Mr. Burke's fate in the matter before you.

St. Rita of Cascia, pray for us!

Deacon John Donahue, J.D., Ed.D.
President

A TRADITION OF EXCELLENCE SINCE 1905
7740 S. WESTERN AVE. CHICAGO, ILLINOIS 60620 PHONE: 773-925-6600 FAX: 773-925-2451 WWW.STRITAHS.COM

B-4

 **ST. GALL PARISH & ST. SIMON CHAPEL**

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I am currently serving as Pastor of St. Gall & Chapel St. Simon in Gage Park Chicago. I have known Mr. Burke since 1989 when he reached out with food pantry assistance at both St. Agatha in North Lawndale and St. Agnes of Bohemia in the Little Village. Most recently he helped our St. Gall food pantry with donations for our back-to-school efforts.

On a personal note, when I began serving as a U.S. Army Chaplain in 2008 Mr. Burke sent care packages to our Soldiers throughout my 4 deployments to Afghanistan. After the recent death of Police Officer Luis Huesca, a St. Gall parishioner, Mr. Burke was one of first to reach out to offer assistance.

I humbly ask that you take into account the service Mr. Burke has offered people throughout his life. Thank you for your service and your time.

Please contact me if you should require more information.

Your Servant in Christ,

Reverend Matt Foley
Pastor St. Gall & Chapel St. Simon
mfoley@stgall.org



5511 S. Sawyer Ave
Chicago, IL 60629-3125

773-737-3113

info@stgall.org
www.stgall.org

B-5



**SAINT ODILO CATHOLIC CHURCH**
2244 East Avenue - Berwyn, Illinois 60402
Phone 708-484-2161 - Fax 708-788-0565
www.saintodilo.org

88 years
of
Strength
Service
Love
*(1927 – 2015)*

*The National Shrine of the Poor Souls*

March 14, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I am writing this letter on behalf of Mr. Edward Burke, asking for clemency
in his sentencing on account of his frail health and advanced age. He has
been one of our most outstanding aldermen in protecting our City through
difficult times.

My first contact with Mr. Burke came when I was serving over twenty years ago
at St. Simon the Apostle Parish.. Mr. Burke, his wife Anne, and their little
adopted son would always be at Mass on Sunday. We would always chat a little
after Mass.

Since I have worked for almost sixty years in the Hispanic Community, I
have known a lot of poor people. Mr. Burke never denied me when I asked
him for help, but responded most generously.

Besides being a priest,, I am also an attorney. I remember one case in
particular where Mr. Burke went out of his way to help a lady who ran a
facility that helped disadvantaged children.

His contribution to our City and his generosity to the poor are reasons
for the greatest clemency to be  shown him.

Most respectfully,

Fr. James Gallagher
(312-909-0511)

B-6

February 10, 2024

Judge Virginia M Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall,

I respectfully, Judge with these words write on behalf of Alderman Ed Burke in response to his invitation to speak to you about his character. I met Ed Burke after just being assigned to St Gall Parish as its Pastor in 2009. St Gall is located at 55th and Kedzie Avenue on the city of Chicago's south side and in the precinct where Ed Burke had been Alderman at the time for almost 40 years. I met him as his car stopped in front of our church one snowy weekday as he was attending daily mass and was clearing the snow for those entering church. He rolled down the window and commented on how long it has been since he saw a priest shoveling snow for his parishioners. I came to discover as he passed by on an almost weekly basis to make sure that our parish food pantry was sufficiently stocked that he was a man that put the word he heard each morning at Mass into practice in his daily life. He furthermore asked on a regular basis if I needed anything for a struggling family who were finding it difficult to feed their own. His concern was not as Alderman or politician but as a man of faith who had an empathy for the marginalized that I have rarely seen in my 40 years as a Priest.

In 2018 after leaving St Gall in 2016 and after 2 years bringing 2 parishes together serving in the Pilsen community of the City I was assigned to bring 3 more parishes together in the Humboldt Park neighborhood. Six weeks after arriving there an accusation against me brought me to be removed from ministry for a period of 7 months. Before I received a call from the Cardinal of the Archdiocese or even members of my own family Alderman Ed Burke called me and told me he was holding me in prayer and that I was an exemplary priest. He called me every week during those 7 months reminding me that he was thinking and praying for me, something only one other brother priest did. I know that I am not alone in identifying the generosity, kindness and concern for those in need that has always been a hallmark of Ed Burke's life but given his present travails I consider it a privilege to now do my small part to let him know through these words that his goodness to me and personal assistance offered to others who had no other recourse in times of extreme need is left unnoticed.

Respectfully,

Rev Gary Graf
Our Lady of the Heights



**ASSOCIATION OF CATHOLIC COLLEGES AND UNIVERSITIES**
One Dupont Circle NW, Suite 650, Washington, DC 20036
ph 202-457-0650 • fax 202-728-0977 • accu@accunet.org • www.accunet.org

February 13, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I am writing as you consider Ed Burke's sentencing. My name is Fr. Dennis Holtschneider, and I served as DePaul University's president from 2004-2017. I now serve as president of the Association of Catholic Colleges and Universities (ACCU) which oversees and serves all 230 U.S. Catholic universities.

Ed and Anne are both graduates of DePaul University, as is their youngest son, Travis. I've known them as proud alums and very proud parents. I also came to know them socially, as they took it upon themselves to introduce me to Chicago when I first came to the city from Buffalo in 2004. Anne and I became especially close when she served as a trustee, and then when I supported her in her work to push the Catholic bishops into adopting stronger policies and procedures for child protection. All of this brought me to their home for meals and, with them, to countless events throughout the city.

I suspect that both priests and judges know that few human beings are as good as they would have us believe, and that no one is as purely bad as their worst actions in life. You will judge the actions before the court, of course. I can simply attest that whatever the situation, Ed loves Chicago. That's not exculpatory, it's simply true. No one learns every arcane detail of city history unless he loves it. No one finds ways to solicit support for so many city charities without actually caring about it. I've watched him use his power and connections to help so many people down on their luck.

My point is a simple one. Humanity is always complicated, and I do hope you'll find the balance required. There's good within.

Gratefully,

Rev. Dennis Holtschneider

Rev. Dennis H. Holtschneider, CM

B-8

*Rev. Francis Q. Kub*



March 17, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

I am the former pastor of Ed Burke's parish community in Chicago. I have known Ed and worked with him in the community for some twenty-three years during my pastorate, and have continued a friendly relationship with the family for another thirteen years. During the time of my pastorate I encountered Ed quite regularly in our mutual activities in the community. Since then I normally visit the family on the major holidays for dinner.

During the time of my pastorate, Ed was at Church every morning at prayer in the back pew of the church before going to the office. He was involved with Church activities and was a generous supporter of the parish and its works both financially and with his presence, including various parish functions and events. His presence was welcome; and the people attending the events were happy to be able to converse with him, as well as obtain advice and help from him.

While I am not privy to all he did for members of the community, I do know about times Ed helped a recent widow with a family obtain employment that she still maintains these days. He also, on his own without any request from me, helped a family with support when the alcoholic father was unable to support the family. He also assisted the wife of the family to obtain good employment to keep the family together.

Ed was always generous with his time, never seemed to begrudge any constituent who sought time, advice or assistance from him. He is a welcomed person in any gathering and does make people in his presence feel welcome and comfortable at first meeting.

Ed served as a caring and helpful alderman to the people in the ward, but also to others who might have come tlo him from outside the local area. From my viewpoint Ed was an excellent public servant; a model for others in public life, save one careless error; a good family man whose family, both immediate and extended, remain close and caring.

Thank you very much for taking the time to receive my comments in behalf of Ed Burke.

Yours truly,

*Rev. Francis Q. Kub*
*Pastor Emeritus*

B-9



**ARCHDIOCESE** *of* **MILWAUKEE**

March 25, 2024

Honorable Judge Virginia Kendall

Your Honor,

I write to you with a request for leniency in the sentencing of former Alderman Edward M. Burke. I knew Alderman Burke when I was a priest and Auxiliary Bishop of the Archdiocese of Chicago. He and his family were always involved with various charities and supportive of the many civic events.

In my encounters with him, he always presented himself as a man dedicated to the promotion of the common good. I was always impressed by his families involvement in the Church both locally and nationally.

In my plea for leniency, I hope that his charitable generosity and the character of his civic life will be taken into consideration.

Sincerely yours,

*Jerome E. Listecki*

Most Reverend Jerome E. Listecki
Archbishop of Milwaukee

OFFICE OF THE ARCHBISHOP

3501 South Lake Drive | P.O. Box 070912 | Milwaukee, WI 53207
PHONE: (414) 769-3497 | FAX: (414) 769-3430 | www.archmil.org

B-10



Saints Joseph and
Francis Xavier Parish

To: Judge Virginia Kendall

From: Monsignor Daniel G. Mayall

Date: March 27, 2024

I am writing this letter on behalf of Edward Burke. I personally have known Mr. Burke for about twenty years. I served as Pastor of Holy Name Cathedral in Chicago from 2002 until 2016. In that time, I was introduced to Mr. Burke by the late Bishop Timothy Lyne, one of the Auxiliary Bishops of the Catholic Archdiocese of Chicago. Bishop Lyne never referred to Ed Burke with anything but respect. That regard alone would have impressed me; but Bishop Lyne over the years pointed out many ways in which others in the local Catholic Church came to know Ed Burke as a skilled attorney, a famous elected official, a friendly man, and a Christian. It was first from Bishop Lyne, but later from others that I came to learn that Ed Burke's frequent participation in morning Mass was a regular ingredient in the way he began his daily life. Going to Mass and Communion were connected to who he was as a leader in his family and in his community.

Certainly, I felt flattered that a man as famous as Alderman Burke would come to recognize me and understand what my responsibilities in the Church meant to those I tried to serve. We also served together as members of the Loyola University Board of Regents. Shortly after we met, Ed chided me about why I had not been designated with the Church title "Monsignor." To his traditional sensibility, the pastor of the premier Church in the Archdiocese should be known by that title. I tried to point out to Ed that priests of my vintage did not see the title as significant. He and I politely disagreed. Eventually, my superior, Cardinal Francis George, arranged for me and others in similar positions to be designated as "Monsignors" by Rome. Ed Burke smiled and invited me to reconsider that a title

was not for my benefit, but for my ability to get attention paid to what I tried to do for others. I understood that he also saw his celebrity not as a trophy, but as his way to call attention to however he tried to serve others. I think Ed taught me how to positively use my rank.

Common friends of ours have occasionally called Ed Burke's attention to things occupying my personal attention – a hospitalization, a change in my responsibilities, the loss of a relative. Ed Burke always dropped me a note or otherwise expressed his regards. He kindly did so no matter what was on the top of his own personal agenda. To me, he has been a kind friend.

Your Honor, I ask that you consider the graceful man I have come to know when you make your judgment about his sentencing. When a common friend asked me to write this letter, I immediately did so. I consider Ed Burke to be a genuinely kind friend. I will be honored to continue to know him in that positive way.

God bless you,


Msgr. Daniel G. Mayall



## ST. RITA OF CASCIA SHRINE CHAPEL
### SERVED BY THE AUGUSTINIAN FRIARS SINCE 1907

March 27, 2024

Judge Virginia M. Kendall
Unites States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

I am writing to you on behalf of Edward Burke. I have known Ed for 30 years in my role as a priest working at St. Rita of Cascia High School and Shrine. During those 30 years, in addition to being a priest, I have worked with Ed in my role as Principal and President of St. Rita High School. I had regular contact with Ed throughout those years.

I am aware that Ed has been charged and convicted in a criminal case. I will not speak to that fact. I will speak though to the person of Ed Burke that I have known for 30 years. I consider Ed a good friend who has been there for me in my role at St. Rita High School. Ed is a man of deep faith and I have witnessed and experienced that faith first-hand through his attendance at the St. Rita Shrine Chapel. Ed never misses a wake or funeral and has been present for every line-of-death funeral we have hosted at the St. Rita Shrine Chapel. He is not there to be seen but is there to honestly pray with the family and pray for the fallen hero. I saw Ed's genuine character and faith on display.

I have, on numerous occasions, called upon Ed for advice on how to handle situations related to my work at St. Rita. He gave me honest and forthright advice. He truly cared for the St. Rita Family because he is a huge promoter of Catholic education. He knew we were changing lives of the young men we serve, many who would be the first in their families to attend college. He sponsored a 14th Ward Football Game each year where he would speak about the importance of education and institutions like St. Rita High School. He also gave a generous donation to the school's financial aid fund each year. What I truly like is that his father started this 14th Ward Game and Ed continued it in his father's honor. Ed was also proud that his wife is a former St. Rita Cheerleader!

I also saw Ed's charitable work at the St. Joseph College Seminary at Loyola University. I was on the Board of the Seminary for nine years until its closing. We had a huge Gala each year and Ed was the MC and Chairman. His charitable work is second to none. None of this was about Ed but rather it was about the cause he was helping. He helped raise much-needed funds for the Seminary for decades.

My last example will be when we were building a student center at St. Rita. We went through all the proper channels with the City and our Alderman Lane. There was a piece of information

---

7740 SOUTH WESTERN AVENUE • CHICAGO, ILLINOIS • 60620

B-12

from the building blueprints that was missing in our file with the City. Getting nowhere with the proper channels, I went to Ed who was able to solve the problem by knowing where to find the lost document. It was his decades of experience that helped figure out the problem. Ed was not our Alderman but it did not matter. He simply wanted to help. I can honestly say that our student center would never have been built if it was not for Ed's knowledge of the process and his caring enough to help us when he did not have to help.

Judge Kendall, I am asking for your consideration on behalf of Ed for a lenient sentence, especially considering his age and health. I have shared a few personal stories showing you that Ed is truly a man of faith, high character, and unbelievably generous. I thank you Judge Kendall for your consideration of this request. If I can provide any more information to you, please feel free to call upon me at 773-220-4542 for frtomosa@stritahs.com.

Sincerely,

Rev. Thomas R. McCarthy, O.S.A.
Director



# Faith Community of St. Sabina

1210 West St. Sabina (78th) Place • Chicago, Illinois 60620 • Phone (773) 483-4300 • Fax (773) 483-7583

www.saintsabina.org

February 6, 2024

Judge Virgina M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn
Chicago, IL 60604

Dear Judge Kendall:

I am writing this letter in reference to Mr. Ed Burke. I am the Senior Pastor of The Faith Community of Saint Sabina.

I have known Mr. Burke for more the 20 years and in all my personal experiences I have found him to be honest, helpful, and knowledgeable. When I have reached out for guidance, whether when fighting the alcohol and tobacco companies for targeting children or The Jerry Springer Show for its violence or disrespect for women, Mr. Burke always gave me guidance and his support to help.

Mr. Burke has never asked me for anything, including support for his elections. He has always been straight forward with me and clear about his love for the city. I cannot speak to any of the issues brought up in the courts, but I can speak to a person who has always made himself available for direction, a person who is deeply committed to his faith, and deeply concerned about the City of Chicago.

In the Pursuit of Justice…

Rev. Michael L. Pfleger

*"An African American Catholic Community of Faith, Education and Service"*    B-13

# MONSIGNOR KENNETH VELO



February 20, 2024

Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn
Chicago, Illinois 60604

Your Honor,

Edward M. Burke has been my very good friend for many decades as well as his wife, Anne, and their family. For that reason, this letter is sent to you as you discern the sentence to be imposed following the lengthy trial.

Ed has given much to the City of Chicago. I can only imagine all that he did through his long tenure on the City Council, not only representing his constituents, but more meeting the basic needs of those entrusted to his care in the Fourteenth Ward.

My life has intersected with him in countless ways, including through the Big Shoulders Fund supporting inner city Catholic schools in the Archdiocese of Chicago and the Diocese of Gary. He has promoted our cause for underprivileged children in every way possible. In fact, he helped save Catholic Schools in his Ward from closing.

I mention one important act that Edward Burke performed to help someone. Because of his involvement with the Committee on Police and Fire, he was and is extremely attentive to the needs of Officer Jim Mullen, CPD after the horrific shooting causing him to be quadriplegic these past 28 years. His compassion has made a difference.

Through these last years and months, through news stories, Ed has experienced loss of position and in general, a tremendous reputation built up over the years destroyed. Yes, a great portion of his life has been taken from him. In so many ways, he has already paid a great price for his mistakes.

Your Honor, you are a just and fair judge. Knowing that, I hope that this good man, Edward Burke, is given every consideration possible.

With great respect,

*Kenneth Velo*

Monsignor Kenneth Velo

B-14



Saints Joseph and
Francis Xavier Parish

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I value relationships and see the good in people. As Associate Administrator of Catholic Charities and Pastor of Saints Joseph and Francis Xavier in Wilmette, I continue to foster the relationships I have enjoyed. Today I write on behalf of someone I have known for over 30 years. I write to request a lenient sentence for Ed Burke. I have known Mr. Burke for the entirety of my priesthood. He has always been a man of faith, character, and loyalty.

I met the Burkes when their daughter Sarah was enrolled at Woodlands Academy of the Sacred Heart in 1990. I was the chaplain there. The Burke family generously supported the school in so many ways. They gave of their time and talent and treasure to help this small school survive. With their help the school not only survived but it thrived.

After my time on the North Shore, I was sent to work as a teacher and development officer at Archbishop Quigley Preparatory Seminary. As an alum of the school, Ed Burke encouraged his fellow alumni to help the current students with opportunities, mentorship, and scholarship. We knew quickly that we could rely on Ed Burke. He gave me his cell phone number and said if we ever needed anything to give him a call. He lived up to that promise always.

Ed Burke helps me in my ministry at Catholic Charities, too. My role at Catholic Charities is to encourage awareness and participation in our mission to serve the poor, regardless of their race creed or need. Anytime I needed anything for Catholic charities, I could call Mr. Burke and he would help to make it happen.

Essentially, I know Ed Burke to be a man with a big heart who has helped many people in his career. I also know that his age and frail health would make it difficult for him to spend time away from his family in an institution. My hope and my prayer are that you will deliver a lenient sentence and allow Ed Burke to spend his sentence in his home under the care of his family.

Sincerely,

Rev. Wayne F. Watts

B-15

April 21, 2024


To:
The Honorable Judge V. Kendall
219 S. Dearborn St
Chicago, Il. 60604


Dear Judge Kendall,


I write this letter on behalf of Ret. Alderman Ed Burke. As Chaplain for the Chicago Police and Fire Departments, I have worked with Ald. Burke for over 30 years. He was ALWAYS there to help and assist others in time of need. He always had room on his shoulders for the burden of others.

He went above and beyond the call of duty, to assist the whenever called upon. He was one of the strongest advocates for the Gold Star Families and Gold Badge Society. These are the organizations of the CPD and the CFD of the families that lost loved ones in the line of duty. He touched the hearts of many with his kindness. He is a man of faith who lived his life serving the public.

On behalf of all those that he helped while in office and myself, we ask for any consideration for leniency and forgiveness.

Thank you and God bless you.


Sincerely,

Rabbi Moshe Wolf
████████████████
███████████████
█████████████

B-16