# Exhibit C

# Law Enforcement Community Letters

| | |
|---|---|
| **C-1** | Baio, Matthew |
| **C-2** | Cline, Phillip |
| **C-3** | Doyle, Tom |
| **C-4** | Evans, Robert |
| **C-5** | Krupowicz, Kenneth |
| **C-6** | McCarthy, Francis |
| **C-7** | McNamera William |
| **C-8** | McNaughton, Dave |
| **C-9** | Simon, Richard |
| **C-10** | Smith, James |
| **C-11** | Yanez, Carlos |

C-1

April 1, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

My name is Matthew Baio and I have been a Chicago Police Officer for 34 years. I first met Alderman Edward Burke when I was assigned to City Hall in 2007, which is where I continue to serve as a Police Officer today.

I am proud to call Alderman Burke my friend, because he is a Good Man. I can say this with confidence because of my personal knowledge of who he is - a kind man, a man of great faith. To my point, when my wife passed away from Ovarian Cancer in 2008 at 42 years of age, I was a widower with two daughters, ages 10 and 13. At times like that, people try to find a way to comfort you in your mourning. Alderman Burke wrote a Resolution which was then signed by himself and the Mayor in Honor of my late wife, Sandra, and presented it to myself and my young daughters. He took so much time and effort to research Sandra's life, as this Resolution went on for pages, and was glowing in Honor and Respect for my dear wife. To see in writing what so many people felt in their hearts about Sandy meant so much to me, especially at such a heartbreaking time for me and my daughters. I will NEVER forget that.

Since her passing, I would often try to find comfort by going to Daily Mass during my lunch break, at St. Peter's Church in the Loop near City Hall. More often than not, I would see Alderman Burke there, on his knees in a pew in the back of St. Peter's. It is one thing to say that you have Faith, but it is another to Live a Life of Faith, as I have witnessed Alderman Burke do. I have been comforted by his Faith and Kindness.

I thank you for this opportunity to try to let you know what kind of a person Alderman Burke is, and I pray that you keep this in your mind and in your heart when deciding his fate.

Respectfully,

Chicago Police Officer Matthew Baio
Star #4495

C-1

Philip J. Cline<br>
Cpd265@gmail.com

March 04, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

I am a life-long law enforcement professional, and I've made it my life's work to be there for the men and women of the Chicago Police Department who put their lives on the line during each tour of duty. As the former Superintendent of the Chicago Police Department, and in my current position as the Executive Director of the Chicago Police Memorial Foundation, I worked with Mr. Ed Burke, then-Chair of the Chicago Committee on Finance, to ensure officers who were seriously injured in the line of received duty-related benefits to which they were entitled.

Timely delivery of earned benefits limits needless suffering for officers, who already give so much. Lengthy or delayed processes through the Finance Committee adds stress to officers and their families. Mr. Burke was always responsive to our inquiries, and recognized the sacrifices made by Chicago's finest. He worked to provide swift attention to relevant matters impacting the lives of Chicago's officers. His dutiful efforts to support the men and women of the Chicago Police Department were recognized and appreciated.

Sincerely,

*Philip J. Cline*

Philip J. Cline

C-2

C-3

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Your Honor,

My name is Tom Doyle, I have been a lifelong friend of Ed Burke and his family for over 70 years. Our parents were best friends, they shared holidays, birthdays, anniversaries and as kids we often vacationed together in Wisconsin with Ed and his parents. Ed was a few years older than me, but we grew up in the same neighborhood, attended the same grammar school, had mutual friends, he and my sister also attended DePaul University together for four years. I tell you this only to establish how well and how long I have known Ed Burke.

Like Ed I too followed in my father's footsteps into public service and had a 30-year career in various Departments with the City of Chicago. Over the years Ed and I maintained our friendship, I would always volunteer to work with Ed on Election nights to tally the votes as they were reported. During the past few years his legal problems have taken a toll on him both physically and mentally, you could see it. His loss of friendships and social interactions with many of the people he thought were friends due to his indictment hurt him deeply.

Ed Burke is a public servant who believes public service means helping people navigate life and its many problems, to that effort Ed helped thousands of people over his fifty years of service. Ed supports many charities and causes too numerous to mention. He sponsors kid's sports teams; religious institutions and I believe he is still an active member of the St Gall Food Bank. If I had to pick his greatest accomplishment in life, and I think he would agree, it would have to be what he and his wife Anne did for "Baby T". Baby T was a cocaine addicted newborn that they fostered in their home shortly after birth, holding and nurturing this child through his difficult withdrawal from the addiction. They did this after raising four children. After fostering Travis for months and seeing what he went through and knowing the future problems he faced they decided to fight for guardianship so they could give him a chance for a better life. Ed and Anne were successful and were granted guardianship of Travis. Over the past 20-some years Ed and Anne gave Travis the love, support, care, guidance and opportunity to grow into the independent young man that he is today. This is a side of Ed Burke that most people don't see but this is the Ed Burke I know and respect.

I am writing this letter asking you for leniency when you decide on his sentence but no matter what it is his loss of friendships and the embarrassment of this will never fade, that too will be part of his sentence. Ed at the age of 80 doesn't have a long future I only ask that when determining a fair sentence for Ed you consider the whole body of his life's work. Ed is a good and honorable man.


Respectfully submitted.


Thomas J. Doyle
Former Deputy Superintendent
Chicago Police Department

C-3

Robert E. Evans



Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn St. Court Room 2503
Chicago, IL 60604

March 26, 2024

Dear Judge Kendall,

My name is Robert E. Evans I am not related to Edward M. Burke by birth or by marriage. I grew up in Visitation Parish on Chicago's south side. The same Chicago Archdiocese parish that Edward M. Burke was raised in. I was also a member of the Chicago Police Department for forty years attaining the rank of police commander before retiring on November 16, 2008. I have known of Edward M. Burke since the untimely death of his father, Alderman Joseph P. Burke of Chicago's 14th Ward.

Edward M. Burke was thrust into the position of alderman by circumstances not of his making. He flourished in the position of 14th Ward alderman, serving the community of his birth with distinction. Alderman Burke's approachability and willingness to help residents of the 14th Ward was well known throughout our south side neighborhood.

Alderman Burke eventually rose to the position of chair of the Chicago Finance Committee in the Chicago City Council. It was as chair of the Finance Committee that Edward M. Burke truly demonstrated his compassion and care for others. Chicago police officers that either suffered job related injuries or suffered from life's circumstances rendering them incapable of full duty employment as a Chicago police officer were cases brought before the Finance Committee. These hearings determined whether officers so affected were granted a disability pension or not. Alderman Burke championed the cases of those officers that worked hard and personally sacrificed themselves for the sake of the City of Chicago.

It is because of these positive personal traits that Alderman Edward M. Burke deserves the same compassion he demonstrated to others throughout his tenure as 14th Ward alderman and especially as chair of the Finance Committee.

In gauging a person's character all factors must be considered. The beauty of a stained-glass window cannot be judged by a single pane of its glass. Rather, all the panes of the stained-glass window must be viewed as one to come to a just judgment.

Sincerely,

Robert E. Evans

C-4

27 March 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Il. 60604

Dear Judge Kendall:

My name is Kenneth G. Krupowicz my friendship with Ed Burke goes back many years, to many years to count.

Ed and I never spoke often but I would see him at Police functions, social functions etc where we would have conversations regarding friends and our families.

Ed had helped me personally by taking the time to here my problems and tried to help in anyway he could. He helped me get my son, a crippled child, back on my insurance after I inadvertently had him removed from insurance due to his age at the time not realizing he should have remained on the insurance due to his crippled status.

Ed was a big supporter of charitable and social activities in the ward. He was admired by his constituents.

Due to his professionalism and friendship with all a lenient sentence should be considered.

Thank you for your time,

*Kenneth G. Krupowicz*

Kenneth G. Krupowicz

C-5

C-6

April 1, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL  60604


Dear Judge Kendall:

      My name is Francis McCarthy and I am a retired Chicago Police Captain.  During my police career, I have dealt with many aldermanic offices and aldermen.  The one thing I vividly recall is that Alderman Burke would attend beat meetings on a regular basis.  We knew that when he was in attendance that the meeting would last twice as long as normal.  He would sit and listen to all the local citizens in attendance and ask pertinent questions as to their problems.  Whenever Alderman Burke was at these meetings, people talked more freely.  You can see that they trusted him.  He would also promote conversations with the citizens and the police.  A great many beat meetings did not have that personal relationship.  As the tactical lieutenant in the 9th district at the time, I greatly appreciated the working relationship the alderman presented to the police.  Other aldermanic offices weren't as heavily involved.

      Whenever we met with other aldermanic offices; that happened with a great deal of frequency, we were presented with multiple issues not always police related.  This sometimes lead to some confusion where the police officers asked what actions were required.  Alderman Burke was the opposite.  He dealt strictly with police related issues and didn't request our services as frequently.  I believe as a result, we had a stronger working relationship with the citizens within his ward.  This was very, very helpful.

      Per Alderman Burke's instructions, his office staff and working staff interacted with the police in a positive and professional manner.  You can't believe how much this was appreciated by the rank and file.  If you had a question, the alderman was always available to respond.  He didn't put you off or avoid issues, he met them head on.  You can see from his actions that he was very personally involved with all the citizens within his ward and the police officers assigned for the betterment of the community.  As a tactical lieutenant, I greatly appreciated his commitment and efforts.  It made our life on the streets a lot better.

      When I watched the news coverage I felt a great deal of sensationalism was portrayed by the media.  I felt that the complete picture of Alderman Burke wasn't being made available for public consumption.  As I have just expressed, he was one of the best politicians to work with because he truly cared about the well-being of the citizens within his ward.  He also supported legislation in City council that supported the police.  He was the longest serving alderman in Chicago City Council.  He truly dedicated himself for the

well-being of the people he represented.  I would hope that you would consider all the sacrifice and positive outcomes he was responsible for.  It was clear with our conversations with the citizens in his ward that he was truly appreciated.

     Thank you for accepting this communication.

Sincerely,

Francis McCarthy

C-7

March 26, 2024

Honorable Judge Virginia M. Kendall

Judge of the US District Court for the Northern District of Illinois

c/o Attorney Robin Waters
Loeb and Loeb, LLP
321 North Clark Street
Suite 2300
Chicago, IL 60654

Re: Alderman Edward Burke

Dear Judge Kendall:

My name is William F. McNamara and I am a retired Chicago Police officer. I am writing on behalf of Alderman Edward Burke to respectfully request that he receives leniency in his sentencing hearing. I was assigned to Alderman Burke's security detail and worked closely with Alderman Burke for nine (9) years.

Alderman Burke has always been a gentleman, maintaining a committed and devoted daily work routine that benefited his many constituents over the years. I was forever impressed with Alderman Burke's genuine care for his constituents. Alderman Burke would regularly meet, in person, with the people whom he represented to hear their concerns. Alderman Burke would then proceed to diligently work with them to resolve any neighborhood issues. It was my privilege to serve as Alderman Burke's bodyguard. Alderman Burke helped me grow to be a better person and police officer.

Sincerely,

*[signature]*

William F. McNamara

# Society of St. Vincent de Paul

## St. Elizabeth of the Trinity Conference

6020 W. Ardmore Avenue • Chicago Illinois 60646 • (773) 763-8228



19 March 2024

Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois

Dear Honorable Virginia M. Kendall,

My name is Dave McNaughton, and I am writing to you today on behalf of defendant, Edward Burke and ask that you consider the most lenient sentence allowed by law.

I served 25 years with the Chicago Police Department and retired at the rank of Deputy Chief. My first encounter with Ed Burke occurred when I was trying to assist a close family friend who was a Catholic Nun that taught grammar school children for many years in the most underprivileged areas in our city. She was trying to obtain care at Northwestern Hospital's Cancer Unit and was told that there were no more openings for new patients. After Mr. Burke was made aware of her predicament, he reached out to hospital personnel, and it was very soon thereafter that Sister Phyllis was admitted for treatment. Sister Phyllis did not know Ed Burke or live in Ed Burke's ward, she had no money to support political campaigns, nor did she possess a large following that could tip the balance in a close campaign. She was simply a good and kind person who loved her students and used her talents to teach children in our city who were most in need. Ed Burke never received credit or recognition for his actions, he simply did a kind act to help someone in need.

As I continued in my police career, I also volunteered for the St. Vincent DePaul Society. I was asked to assist another St. Vincent DePaul Conference on the South Side in St. Gall's Parish as that parish conference was giving away turkeys at Thanksgiving. Upon arrival on the day of distribution there must have been one thousand people in attendance, and it was at that time I learned that all the turkeys were donated by Ed Burke. No one went home empty handed.

Moving forward in my career I became the District Commander of the 8th Police District and Alderman Edward Burke's 14th Ward was in this district. It was at that time that I got to know Alderman Burke. Many times, I would receive a call from Alderman Burke who was calling on behalf of a constituent regarding a crime or disorder problem. I was struck how Alderman Burke, who was considered the most powerful of all the alderman, would take the time to act immediately upon the small concern of a single constituent. Alderman Burke did not call on behalf of the rich and powerful, he knew they had connections to get the assistance they needed. He called on behalf of those who are often ignored or not given priority. He made their problem, his problem, and he accompanied that person until the issue was resolved.

Whenever a first responder in our city was in crisis or tragically passed away in the line of duty, Edward Burke was present and ready to assist. I have been on scene when a department member has died, and an ad hoc procession is organized to bring the body to the Cook County Medical Examiner's Office. Who would be on scene to meet the procession and be present as the body was removed from the ambulance? Ed Burke. And again, no fanfare

C-8

# Society of St. Vincent de Paul

## St. Elizabeth of the Trinity Conference
6020 W. Ardmore Avenue • Chicago Illinois 60646 • (773) 763-8228



(Page 2 of 2)

or recognition, he lined up with the rank and file and as a salute was rendered, he would lift his hand to his heart. Ed Burke who would become the Chairman of the Committee on Finance started his work in the city as a Chicago Police Officer. He wrote the book END OF WATCH, a history that pays tribute and honor to Chicago Police Officers killed in the line of duty. He never forgot from whence he came.

My professional and personal life was in disarray in the aftermath of the police shooting and killing of Laquan McDonald. I retired from the Chicago Police Department. Ed Burke was among the first to call me and check in to see how I was getting by. He certainly could gain no political advantage nor was there monetary value by placing that call. It was just another kind act by a good man who cares for those who are in need. It was the kind of act that Ed Burke does every day.

When I read the newspaper accounts of the trial you learned that much of the evidence was due to a wiretap. I once was certified by the State of Illinois as an ECSO I (Electronic Criminal Surveillance Officer) and was assigned as a wireroom supervisor. Part of that work includes "minimization" which means that if the call has nothing to do with the investigation, the surveillance officer must get off the call, and may periodically get back on to determine if the call is "pertinent". I wonder how many of the calls minimized were of Ed Burke simply helping a friend, a constituent, or another person who was in need. I suspect if one could tally up the hours on these calls it would certainly outweigh by a multitude the evidence used in court.

I am just one of many who know and worked at one time with Ed Burke. I am sure others who worked with him daily could fill volumes of the countless acts of kindness and thoughtfulness that filled his days. I hope they contact the court as well. When considering a sentence for this good and faithful man please weigh all the good that he has done and render a sentence that can reflect justice that is tempered with mercy.

Dave McNaughton

Dave McNaughton
Retired Deputy Chief Chicago Police Department
President, SVDP Conference
St. Elizabeth of the Trinity Parish

C-8



**OUR CITY, OUR SAFETY.**

**BOARD OF DIRECTORS**

CHAIRMAN
Richard Simon
United Service Companies

IMMEDIATE PAST CHAIRMAN
John C. Robak

SECRETARY
Jorge V. Cazares
Tristan & Cervantes

TREASURER
James Kallas
Calumet Hospitality

Jennifer Sutton Brieva

Pamella Capitaninii

Louis D'Angelo
Metropolitan Properties of Chicago

Debra DiMaggio
Debra DiMaggio Law Offices

Michael Distasio
Valor Advisers

Richard Gamble
Realized Value Collaborative

Michael K. Lall
AED Professionals

Matthew Laricy
AmeriCorps

Edward H. Mazur, Ph. D.
City Club of Chicago

Mathew Newberger

Patricia Provenzano
Bank of America

Carmen Rossi
8 Hospitality

Larry Trice
WEC Energy Group

Rob Wilson
The Wilson Companies

Allan Reich
Seyfarth Shaw LLP

Michael Masters
Secure Community Network

Thomas Knauff
EDP

Brad Serlin
United Scrap

EXECUTIVE DIRECTOR
Mary Ann Rose

Dear Judge Kendall

I am writing to you today about my friend of over four decades, Ed Burke. I believe in life we have a scorecard of the accomplishments reflective of the positive things we have done. Regardless of our station in the world the question is: did we leave it a little better than we found it, Today I would like to focus on the positive ways Ed has impacted the lives of others, the community we live in, his family and friends.

While there are numerous deeds over the decades such as he and Anne being adoptive parents, their support of the Special Olympics and so much that made the news there were many things that never received a mention.

These are but a few of many that are an example of the Ed I know.

Please consider the efforts he used to help the Chicago Police Memorial Foundation which helps the families of the fallen and catastrophically injured secure the new state license plate issue with the fees going to the CPF and benefiting the officer's families. His efforts in this have aided the CPF in providing millions in assistance of the fallen officer's families.

The efforts he used to get officers protective vests.

Consider the numerous police families that for various reasons needed assistance, almost always people Ed did not previously know, but he was there to aid. In fact, if it involved a first responder or member of the military, he always took interest.

I have been with him on numerous occasions over many years in a local restaurant in various areas of the city and when officers came in to have a meal, he would call the waitress and quietly ask to pick up the bill for the officers. And most times when they realized who was picking up the dinner check, a member of the city council they had never met, they were a little intimidated when they came over to say hello. Ed would talk to the officers like they were old friends and made them feel like the most important people in the room because to Ed, they were. You see Ed never forgot where he came from.

In his working-class neighborhood, his ward, as you know he was re-elected thirteen times and from 1971 to 2007 and had no opponents. Consider that his neighbors thought enough of him to do that, why? Because he took real interest in every person who lived in his ward, he knew who lived where, what they did,

- 2 -

the parents, children, siblings, and more important they knew him. Their actions validate decades of public service Ed delivered to them, from the most basic of services to the more complex in police and fire. That thousands of residents considered him a good neighbor and a good public servant should validate he delivered year-after-year and earned their respect.

In closing, I am sure you know Ed has been a devoted family man and a member of the church. Married to Anne for over fifty years, a public servant in her own right, the father to accomplished children are public facts…but consider the deeds he did for many hundreds of his constituents, as well public servants, and first responders from anywhere, putting groceries in the homes, kids in schools, keeping his neighborhood safe…not when the cameras were there to record it, but when there was no-one watching is a measure of his honor that should be considered.

Thank you for your consideration,

Richard Simon
Chairman, Chicago Police Foundation



C-9

Honorable Virginia M. Kendall
Unites States District Court
Northern District of Illinois
219 S. Dearborn
Chicago, Il. 60604

Your Honor,

My name is Jim Smith, former Inspector with the US Marshals Service and friend of Mr. Ed Burke and the Burke family. I am writing today to ask for your consideration regarding the upcoming sentencing of Mr. Burke. I have known Mr. Burke and his family for over thirty years and feel lucky to call Mr. Burke a friend. I had known Mr. Burke's brother Joe who was a Chicago Police Officer, and a member on Federal Task Forces over the years, our paths crossed frequently.

I know you will receive many letters discussing what Mr. Burke has done for countless Chicagoans over the many years of his public service. As I look back on my relationship with Mr. Burke I simply cannot count the many encounters we shared over the years, each time him asking how my family and my career was going, always willing and offering any guidance or assistance he could provide. I know Mr. Burke has been so helpful to so many individuals and families there are just too many to count.

I also believe it is important to talk about not only what Mr. Burke has done for so many people but as important what he has done for the City of Chicago. In my opinion there has been no one that has been a bigger proponent for our city than Mr. Burke. His career and life have been dedicated to making the City of Chicago a better place to live for all!

I simply ask that you give consideration of the thousands of individuals and families Mr. Burke has helped over the years, I hope and pray that you will weigh a life of service to others when determining a sentence for Mr. Burke.

Respectfully,

Jim Smith

Disabled Officer Carlos A. Yanez Jr. #16022  
007th District Englewood

April 02,2024



To Judge Virginia Kendall,

I am writing this character reference letter on behalf of Mr. Ed Burke, who has been a public servant for over 50 years. I am disabled Chicago Police Officer Carlos A. Yanez Jr #16022, I was critically shot in the line of duty on Aug 07, 2021.

I was told by my father that Alderman Ed Burke and his representatives had reached out to him to offer their support. In addition, Mr. Burke met with him and my family to offer guidance in any way that he could. For that I am grateful, for my family this was such an uncertain and chaotic time. Although, at this time I had not yet met Alderman Burke, this was not the first time that I had heard of him. I had previously learned that he showed his support and compassion to many other officers that had been critically injured.

After I was discharged from the hospital, I wanted to thank him in person at his office. Therefore, I stopped by unannounced. He along with his associates were very welcoming. We spoke in his office for a while, about my rehabilitation, my family and his family. This man dedicated the majority of his life to serving his community and this city and I am hoping, I'm praying that you take that into consideration.

Sincerely,

*[signature]* #16022

Disabled Officer Carlos A. Yanez Jr. #16022

C-11