# Exhibit D

# Legal Community Letters

| | |
|---|---|
| **D-1** | Amari, Leonard |
| **D-2** | Callahan, Eugene |
| **D-3** | Callahan, Jack |
| **D-4** | Colman, Jeffrey |
| **D-5** | Connors, Maureen |
| **D-6** | DeLeon, John |
| **D-7** | Dolan, Francis |
| **D-8** | Engel, Terry |
| **D-9** | Forde, Kevin |
| **D-10** | George, Jack |
| **D-11** | Gomolinski, William |
| **D-12** | Griffin, John |
| **D-13** | Healy, Michael |
| **D-14** | Keeling, Kelly |
| **D-15** | Lawler, Christopher |
| **D-16** | Leavitt, Marvin |
| **D-17** | Lydon, Matthias |
| **D-18** | Marutzky, William |
| **D-19** | Motherway, Nicholas |
| **D-20** | Northcutt, Lance |
| **D-21** | O'Gara, Lawrence |
| **D-22** | O'Rourke, John |
| **D-23** | Peck, Kerry |
| **D-24** | Pierce, Daniel |
| **D-25** | Pigott, William Jr. |
| **D-26** | Raucci, Andrew |
| **D-27** | Webb, Dan |

LAW OFFICES

## AMARI & LOCALLO

LEONARD F. AMARI
JOSEPH F. LOCALLO, JR.
JOHN G. LOCALLO
ANTHONY M. FARACE
FRANCO A. COLADIPIETRO
KATHERINE A. O'DELL
JOSEPH F. LOCALLO, III

VESNA MARUSIC
DANIEL R. LYNCH
VINCENT A. OPPEDISANO

734 NORTH WELLS STREET
CHICAGO, ILLINOIS 60654
TELEPHONE (312) 255-8550
FACSIMILE (312) 255-8551
www.amariandlocallo.com

236 WEST LAKE STREET, SUITE 100
BLOOMINGDALE, ILLINOIS 60108
TELEPHONE (630) 307-3700
FACSIMILE (630) 307-3737

OF COUNSEL
RICHARD J. CALDARAZZO
MICHAEL V. FAVIA
BRYAN P. LYNCH
BRUNO J. TASSONE

January 29, 2024

Honorable Virginia M. Kendall
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn St., #2503
Chicago, IL 60604

Re: Character Reference Letter of Edward Burke

Dear Judge Kendall,

I would like to take this opportunity to suggest to you the public reputation, and my personal opinion, of Edward Burke in anticipation of his sentencing.

As a past president of the 32,000 member Illinois State Bar Association (1989-1990), a past president of the Board of Trustees at the John Marshall Law School (2000-2017), a nine-year member of the Illinois Attorney Registration and Disciplinary Commission (1999-2008) and the last three years as Chair, and a 54-year practicing attorney, I believe I am in a fair position to know the reputation of Mr. Burke.

I first met Ed when I was _just_ out of law school in the fall of 1968. My very first litigation matter was a post decree child support matter in the Circuit Court of Cook County. Opposing counsel was a recent law grad, like me, Ed Burke. He was a gentleman then, and from what I recall, a good young lawyer and nice person. Though I can't say we have been close friends ever since, I can say we've been good acquaintances with many, many interactions since.

It is fair to say that Mr. Burke is _highly_ esteemed in the Cook County and Chicago-land area as a leader in the community. He is a career participant in moving our city and county in a positive direction.

It is also fair to say the great esteem in which I hold Mr. Burke is likely shared by most everybody that has had dealings with him over the years. His reputation is that of a truly respected political leader in the community and a wonderful human being. Those of us that have

D-1

had the pleasure of knowing him feel as I do. He is known, and has been throughout his career, as a caring man that goes out of his way to help people.

I can recite two situations in which he has been directly beneficial to me and my family. He provided in-person career advice and direction when my daughter, Katherine Amari-O'Dell, graduated from law school in the early 2000s. Years later when my Chicago Policeman son-in-law needed direction on the job, a simple phone call to Ed and he arranged a meeting with him. My son-in-law, Steve Jaglarski, took Mr. Burke's career advice as a Chicago policeman. It changed his and my daughter's family's life.

From time to time, Mr. Burke would contact me, in my capacity as President of the John Marshall Law School Board of Trustees, asking if I would mind mentoring the son and daughters of friends of his and his wife, Ann, who were interested in pursuing a career in the law. I took great pleasure in saying the six to ten young people Ed sent to me for career advice and direction are all contributing members of the Bar. Just Ed Burke doing what he is known for doing.

The above examples and many, many numerous others I could mention verify my opinion of the quality of Edward Burke as a great humanitarian and certainly support my observation of the positive reputation he has in this community.

Your honor, at the age of 81, I have come to believe none of us are just one thing. I hope that during your deliberation in Mr. Burke's case, you will recognize all the good and positive things he has done and the wonderful results of his entire career.

Sincerely,

Leonard Amari, Esq.

D-1

# Eugene G. Callahan



February 22, 2024

Judge Virginia M Kendall
US District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

As a 60-year friendship, I write this letter on behalf of Ed Burke.

We met when he was a young City of Chicago police officer, attending law school at night, and I was a young assistant states attorney in Cook County. As we had similar family backgrounds and friends, we became extremely close to Ed and his wife Anne over these past 60 years.

A major portion of our social endeavors revolved around the many charitable institutions that Ed supported over the years, which had nothing to do with politics. No matter what the event, he financially supported every major charitable institution in the Chicago area. He had a special connection and commitment to Misericordia, the Greater Chicago Food Depository and St. Gall's parish food pantry.

I do not want to bore you with the lists of these not for profits, but I am sure you have heard from many of them in the letters you have received on behalf of him. In fact, my wife and I attended virtually every trial day and some of these were mentioned to the jury.

As I am sure you are aware, and I do not envy your terrible burden in this matter, a prison term would in effect be a "death sentence" for someone his age. Such a punishment would also be a severe hardship to justice Anne Burke, who in her own right has served the City and State with a record of giving throughout her life, beginning with the founding of the Special Olympics.

Like many others, I urge you to see a way for him to remain home with his family for whatever time he has left. As someone who sat in your Courtroom every day, I did not see the corrupt man as described by the government in Court, and the media.

Sincerely,

Eugene G. Callahan

D-2

March 22, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn
Suite 2300
Chicago, Illinois 60654

Re: Edward Burke

Dear Judge Kendall:

My name is Jack Callahan and I am writing on behalf of Ed Burke. I am a retired Cook County Circuit Court Judge and am currently working as a mediator working in Chicago. My relationship with Ed began at least 50 years ago and started through my uncle. Ed and my uncle became friends through the Cook County States Attorney Office. Through the years I have known Ed in many different settings, in both professional and personal interactions. I respectfully offer the following comments for your consideration.

In contrast to how Ed is often presented in public media, he is a very humble, caring, and <u>GOOD MAN</u>! While he can often appear "all-business", Ed is a very personable man who truly cares about others. He is most admirable while helping others truly in need and out of the limelight. I have never known Ed to look for a pat on the back or any other recognition. From my vantage point Ed is loyal to his family, church and the citizens of Chicago. Like all of us he is always willing to help a friend in need. The thing about Ed is that he is

D-3

Pg 1 of 2

also willing to help a stranger in need. One of Ed's qualities is that he helps people with no expectation of anything in return for his kindness.

I know personally of Ed's care and concern for people. Shortly after my own daughter became paralyzed in 1995, our family journey included helping others with physical challenges. In these efforts Ed was one of the first supporters of these efforts and he sustained that intent in the decades since. Recognizing my daughter's advocacy in getting the Illinois High School Association to allow athletes with disabilities to compete in sports, Ed sponsored a resolution recognizing my daughter in Chicago. Ed sees the best in individuals and wants to celebrate their efforts and success. That is Ed Burke!!

While no short letter can ever fully describe an individual's traits, moral character and positive qualities, my intent is to shed some light on your understanding of Ed. Simply put, Ed is a good man who has always cared for people his entire life. Thank you for reading this letter.

Respectfully submitted,

Jack Callahan

D-3

pg 2 of 2

353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456

**JENNER&BLOCK** LLP

Jeffrey D. Colman
Tel  312 923-2940
Fax 312 840-7340
JColman@jenner.com

April 10, 2024

The Honorable Judge Virginia Kendall
Judge, United States District Court
    for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Chambers 2588
Chicago, Illinois  60604

Re:    Ed Burke

Dear Judge Kendall:

I write, in anticipation of your sentencing decision, to recount for you two extraordinarily good deeds that Ed Burke did for my dear friend, Judge George N. Leighton.

Briefly, by way of background, I have been practicing law for more than 50 years and I have been a lawyer at Jenner & Block for more than 49 years.  I have appeared before you on a few occasions in relatively minor matters.  I have known Ed Burke since I was a young lawyer.  In some matters, I have opposed him; in other matters, I have represented him.  And, as you know, Jenner & Block represents Ed Burke in the matter that is currently before you.

In 1977, together with Tom Sullivan, I represented a defendant in a federal criminal trial before Judge George Leighton.  After the trial was over, Judge Leighton called me and asked me to have lunch with him.  He wanted to talk with me about pro bono matters.  That began one of the most meaningful relationships in my life, and Judge Leighton remained my dear friend until his death in 2018.

On two separate occasions, Ed Burke called me to volunteer to help Judge Leighton in matters that were extremely important to the Judge.

The first unsolicited call came in February 2011 shortly after the death of my partner, Jerry Solovy.  I knew that Ed Burke and Jerry Solovy were very close friends.  In this telephone call, Ed Burke told me that in the last meeting he had with Jerry Solovy before Jerry's death, Jerry stated that his fondest wish was to see the courthouse at 26th and California named after Judge Leighton.  Ed Burke told me on the phone that he hoped I would help him honor Judge Leighton and fulfill Jerry's wish.

With the permission of Judge Leighton, I worked with Ed Burke and others to help secure the naming of the courthouse at 26th Street in Judge Leighton's honor.  Ed Burke introduced me to

**CHICAGO   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON, DC**          WWW.JENNER.COM

D-4

The Honorable Judge Virginia Kendall
April 10, 2024
Page 2

Cook County Board President Toni Preckwinkle, County Board Commissioner John Daley, and numerous other people whom I had never met. All of them ended up supporting the effort to rename the courthouse in Judge Leighton's honor. On June 29, 2012, a wonderful ceremony was held at 26th Street officially renaming the courthouse after Judge Leighton. I had the honor of being present, and I know firsthand how important this event was to Judge Leighton, his family, and his many friends. Ed Burke did not ask to speak; nor did he seek any other kind of recognition for this good deed. I can also tell you without any doubt that this never would have happened but for the kindness of Ed Burke and his decency in fulfilling Jerry Solovy's wish.

A number of years later, in 2018, Judge Leighton passed away. A few days after the Judge's death, I once again received an unsolicited phone call from Ed Burke. In that call, Ed told me that he had heard a rumor that Judge Leighton's last wish was to be buried at Arlington National Cemetery. I told Ed that Judge Leighton had advised me of that desire, that I had looked into the requirements for burial at Arlington, and that I was concerned that Judge Leighton's military service during World War II did not satisfy the requirements for burial at Arlington. Ed said he would check into the matter, and he then communicated with Senator Durbin about the requirements for burial at Arlington. Senator Durbin, in turn, had his staff research Judge Leighton's military career. As a result of these efforts, it was determined that Judge Leighton's military record satisfied the requirements for burial at Arlington, and that occurred in the fall of 2018.

I was privileged to attend the ceremony at Arlington together with Judge Leighton's family and other friends. I can tell you, once again, that this was extremely important to Judge Leighton's family and friends, and that this would never have happened but for the decency and generosity of spirit of Ed Burke.

I realize that your sentencing decision turns on many different considerations. I hope very much that you will review these two examples of Ed Burke's decency, kindness, and generosity as part of the overall evaluation you make.

Thank you very much for considering my remarks.

Sincerely,

Jeffrey D. Colman

D-4

Hon. Maureen E. Connors (ret.)



Judge Virginia M. Kendall

U.S. District Court

Northern District of Illinois

219 So. Dearborn St.

Chicago Il. 60604


Dear Judge Kendall,

In 1979 I was sworn in as an attorney in the state of Illinois. I had interviews with numerous firms and the Office of the State's Attorney but no offers were forthcoming. On a very lucky day for me, in search of employment, walking down LaSalle Street, I ran into Alderman Burke. I knew the alderman from his social contacts with my dear late mother. He and I had a nice chat about my search for work and he took me completely by surprise when he informed me that he was looking to hire an attorney at his firm. And would I be interested! I was interested.

So began my working relationship with Ald. Burke. He mentored me in the ways of the legal system and patiently tutored me in legal procedures, pleadings, and how to present a good legal argument. I went with him to numerous court appearances and then really started to get a feel for being a lawyer; I was assigned my own cases. Since I was the only female attorney in an office of six men was a bit challenging at times but Ald. Burke helped guide me through that as well. He was always kind and patient even when I made a rookie mistake in a pleading or two. Ed and I both represented a number of clients without charging a fee; often these

D-5

were folks from the area who truly would have a hard time paying for legal representation. This is when I discovered his great need to help people. He was always interested in what we could do to assist people through their legal issues and not have to burden them with additional legal fees. Also in the office, he was always approachable and found time to help me with whatever of was working on.

Although he never bragged about it, I know that Ed was very generous to many charities and those in need. There was always someone asking him for advice or help and he never refused anyone. He and Anne were devoted to Special Olympics and many many other charitable organizations; he supported numerous groups financially and served on many boards. He is a true believer that giving back is a key part of his Catholic faith.

During my time working with Ed, he encountered great highs and lows. The lowest point was the loss of his son, Emmett. Emmett's death was such a terrible blow to the Burke family; they, like any family, through prayer and time managed to survive the loss of their son and slowly moved on.

A wonderful high point for Ed and Anne was their adoption of their son, Travis. It brought such joy to watch Ed father this new child; these two went everywhere together! They have a father/son connection that is so special. Of course all of the Burke children and grandchildren adore Ed; he tells the best stories and is very connected to all of his immediate and extended family.

My years as a friend and co-worker with Ed have been amazing. I know him as an incredibly smart lawyer, hard working alderman and committeeman, a great mentor, and a devoted and loving father and grandfather. We speak on a regular basis and talk about everything except this recent litigation. I see clearly how this has taken a great toll on him and his family.

I left Ed's firm in the mid 1980's and continued with my legal career. Through all these years Ed has remained an important person in my life. I rely on his wisdom and friendship now as I

have in the past.   He has had such a positive influence on my life; I could not have a better friend.

Please consider leniency in your sentencing for this truly good man.   Thank you so much.


Hon. Maureen E. Connors (ret)

## John R. De Leon
### Attorney at Law

1016 W. Jackson Blvd.                             Office 312-347-0024
Chicago, Il 60607                                 Cell   312-320-0202
johndeleonatty@sbcglobal.net             Fax    312-554-8780

Judge Virgina M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

February 29, 2024

Re: Sentencing letter on behalf of Edward Burke

Dear Judge Virginia Kendall,

I write this letter of mitigation on behalf of Edward Burke. I ask that you consider that though he is facing sentencing by your honor for serious crimes related to his political office, he deserves that justice be tempered with mercy by the court.

I can personally attest that Ed Burke has always been helpful to the Latino Community that he represented as alderman in Chicago. Ed Burke helped countless Latino students and encouraged us to go to college and in my case, Law School. I was a member of one of the first minority student program in 1974 at De Paul University Law School that Ed Burke helped start. Several of us Latino students started the Latino Law Students association which still exists today at De Paul Law School. We began fundraising banquets to raise scholarship money for Latino law students.

Ed Burke was a regular guest speaker at our fundraisers. He also encouraged us in our studies, advised us on law career choices and recommended us to positions in law firms. He was a mentor to me and to many Latino students who became successful professionals and attorneys like myself.

For 30 years, I volunteered as President of the Board of Directors for a community group called, Centro De La Causa – Latin American Youth Center located at, 731 W. 17th St. in Chicago. We provided programs for the youth of the Pilsen community in Chicago. We ran a day care center, youth sports program, summer anti-violence programs, tutoring programs and educational programs to encourage young people to finish highschool and college. Ed Burke was always there to help us with fundraising and mentoring. His support guidance and advice lead us to provide the needs of students as well as the importance of  community outreach.

D-6

Judge Kendall, there are times when the conviction itself, carries with it extreme punishment even before sentencing. Ed Burke's conviction has caused him to fall from grace, lose his place of honor in city government, lose the esteem of the public and suffer public humiliation for himself and his family.

A lifetime of good deeds and unselfish acts of kindness for over 50 years in public life should merit justice be tempered with mercy in his case. I pray this court will not impose a lengthy incarceration sentence in his case. Instead, I beseech the court impose an alternative to imprisonment.

Thank you your honor for the opportunity to submit this sentencing letter on behalf of Edward Burke.

Respectfully yours,

*John R. De Leon*

Attorney John R. De Leon

D-6

# HON. FRANCIS J. DOLAN (Ret.)

April 17, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

      **RE:**   **Edward M. Burke**

Dear Judge Kendall:

      I write this letter on behalf of Ed Burke, a person who I have known for over 50 years. By way of my background, I have been a licensed attorney in the State of Illinois since 1972. Early in my legal career I served in several public interest legal positions, but the vast majority was spent in private practice specializing in business litigation primarily in the Federal Court. I am a past president of the Chicago Chapter of the Federal Bar Association. From late 1999 through early 2009, I was privileged to serve as a State of Illinois judge. After my retirement in 2009, I earned a Graduate Certificate in Canon law. Since 2012, I have been the principal of Canon Law Consultants, Inc., serving as an outside consultant to Roman Catholic Arch(dioceses) and religious orders in various canonical matters.

      Please allow me to share with you some of my experiences with Ed and some observations I have made concerning his political career and personal character.

      In the early 1970's, as a newly licensed attorney, I served in the City of Chicago Law Department, General Counsel Division, as an assistant corporation counsel. As its name implies, that Division was responsible for representing the City's interests in a wide variety of legal matters. At times, those interests were shared by an alderman, especially when the matter to be resolved was impacting, or could impact, his ward. In those situations, it was not uncommon for an assistant assigned to the matter to receive a visit, a phone call, or a letter from the alderman. Like other young assistants in that office, as nascent practitioners of the law, we were sensitive to any contact we had with anyone that might in any manner be inappropriate or even construed as such by others. We were anxious to learn how to walk the line between giving respectful audience to older, well-known, experienced political figures who could vigorously advocate their position, and asserting our own independent judgement of what was required to fulfill the obligations of our public service office as it related to resolution of the matter at hand. Let me rush to add – I am not referring here to unlawful encroachments by the local politicians. I am referring to the subtle intimidation that can be present in situations of perceived, or even real, inequality of positions. Consequently, there was an eagerness among the many young attorneys in the office to find positive examples of these interactions to assist them when placed in those situations.

**Judge Virginia M. Kendall**
**April 17, 2024**
**Page 2**

I do not remember exact circumstances when I was in such a position with Ed, who was then a young alderman himself. I do recall there were several such occasions concerning matters of licensure of business establishments in his ward. I can relate with certainty, because of the reputation he earned through his interactions with other assistants in the office, I never went into a meeting with him where I felt the need to anticipate some untoward posturing or insinuation. And, I never left such a meeting being disappointed. His conduct justified his reputation as a conscientious, hardworking honest politician who always respected the efforts of the assistants in their representation of their municipal client. Moreover, it served as an example to myself, and other young assistants with whom I shared my experiences, how the balance between spirited advocacy on behalf of the interests of a ward, and recognition of the larger interests and obligations required for overall good city government, could be achieved. While I have never forgotten those learning experiences, I doubt Ed has ever realized his lasting contribution in this regard to me and many other public interest attorneys.

In October 1999, I was privileged to be appointed a judge by the Illinois Supreme Court to fill a vacancy in the Circuit Court of Cook Court. My continued service in this judicial position required me to successfully be elected to that office in November 2000. Generally accepted calculus at that time indicated that the most probable road to a successful campaign and election was via slating as a Democratic Party candidate. Consequently, I reached out to, and met with, as many committeepersons of the Cook County Democratic Party who would meet with me. But, I started by requesting a meeting with the then-Chairman of the Judicial Slating Committee, Ed Burke. Had I never known him prior to that time I still would have reached out to him first just because he was the Chairman, and I wanted his support. More importantly, given what I knew of him from his reputation and our several interactions of many years prior, I was certain he could be trusted to give me advice about the right way to run a political campaign. He did just that. I took from our meeting that the best chance for a favorable outcome for my campaign – a successful election – was through hard work to get name recognition and earn the votes of the people by going out and meeting them. Moreover, he reinforced that a campaign should be run employing only the highest standards with no shortcuts or conduct undertaken that could undermine, or be perceived to diminish, the election process.

Thereafter, I consulted with many people seeking advice and support leading up to the start of the campaign and during it. Sadly, the opinions and experiences offered by some did not comport with the Chairman's advice. Happily, I saw Ed at a number of political events during that election cycle and he never failed to offer me, and other judicial candidates, encouragement to continue, what, at times, became for us the campaign "grind". He was right; hard work on the high road of campaigning was the winning way. This is another little-known example of the quality political person I know Ed to be.

Sometime after the 2000 election, I had an occasion to see Ed at a small social gathering. During polite conversation among the group, an inquiry was made about my son, FJ, then 24 years

D-7

**Judge Virginia M. Kendall**
**April 17, 2024**
**Page 3**

of age. FJ was born with Spina Bifida, a catastrophic birth defect. It is a very complicated medical condition that has required continued neurologic, urologic and orthopedic care, including more than a score of surgical interventions to date. I recall this occasion because it was during a particularly challenging time for my family. FJ's parents and siblings have always worked very hard to normalize and enrich his life in all manner – social, academic and cultural. However, at that time, our best efforts to gain employment for him that would allow expression of his mental abilities, while recognizing and accommodating his special needs, were being met with frustrating failure. To my surprise, just a few days after that gathering, a call was received from Alderman Burke's Office informing that an opening had been located for FJ within the city's administration. FJ would go on to qualify for the position and continue purposeful public service employment for a number of years until his health circumstances changed. It was a life-changing experience for my son, his parents, and siblings.

I recount this very personal situation to you here because it should be known and understood concerning Ed's involvement that: no request was ever made seeking his assistance to find any employment opportunity; we are not related; we never lived or worked in the 14th Ward; he was under no obligation to assist; there has never been anything sought from us to reciprocate in any way, or even to acknowledge his assistance. In short, there was nothing of gain in the situation for him other than the unsolicited opportunity to lend a helping hand. It is my considered conviction that Ed's quiet expression of kindness in this regard is the mark of a man imbued with great compassion. Moreover, his action supports the belief that he possesses a willingness to perform selfless political and personal acts. I suspect the situation set out above is not an isolated happenstance. Accordingly, I, respectfully, submit that he is worthy and deserving of the most compassionate consideration in the matter of his sentencing now pending before you.

Your Honor, be assured I hold the Court in highest esteem. I thank you in advance for your consideration of my political and personal observations of Ed Burke expressed herein. Moreover, I do hope that they will in some manner assist the Court in rendering its most lenient sentence.

Please do not hesitate to contact me if further information is required.

Very truly yours,

Hon. Francis J. Dolan, (Ret.)

D-7

TERRY L. ENGEL

ATTORNEY AT LAW

300 SOUTH WACKER DRIVE

SUITE 1500

CHICAGO, ILLINOIS 60606

February 29, 2024

Judge Virginia M. Kendall

United States District Court

Northern District of Illinois '

219 S. Dearborn Street

Chicago, Illinois 60604

Dear Judge Kendall:

It is with a heavy heart but as a willing duty and obligation that I write this letter to the Court on behalf of Edward M. Burke to request a lenient sentence at his upcoming sentencing hearing.

I am an attorney and have practiced law in the State of Illinois since 1967 and am also licensed to practice in the State of Florida since 1976.

I have known Ed for over 35 years both as a business associate and as a friend. Ed's law firm and my prior law firm, Deutsch, Levy & Engel (DLE) shared offices at 225 W. Washington Street in Chicago for over 25 years. For a short period of time, Ed was of counsel to our firm, but due to potential client conflicts, we terminated that relationship. Notwithstanding that termination, Ed and his law firm did continue to share space with our firm and I would see him often after the Of Counsel relationship terminated except when his duties and responsibilities to the City prevented him from spending time at the law offices. Ultimately, DLE ceased doing business but we have continued our close relationship to this day.

Ed and his family are also social friends and he and I would often have lunch or dinner together as well as play golf with mutual friends and associates several times each summer. Rarely did Ed have the ability to spend that leisure time without receiving numerous telephone calls from his City staff regarding problems at the City. That always took priority from him.

Over the last 35 years, we have celebrated many happy occasions together and shared some sad times too. Ed and his wife, Anne hosted my wife and I and two of my law partners and their spouses at their home for dinner and we enjoyed numerous other social occasions together. We also mourned with them on the loss of their son, Emmett and attended weddings of their daughters, Jennifer and Sarah, and they attended our son's wedding as well as celebrating other life cycle events with us.

D-8

In the conduct of his daily affairs, Ed's priorities and daily ritual were to attend Church each morning and to attend to his duties at the 14th Ward and at City Hall. Those were his regularly scheduled duties and responsibilities and nothing stood in the way of those obligations.

As I observed Ed in his daily duties, I routinely saw or heard of some of the calls and requests for assistance made upon Ed every day. Those calls were from clergymen of all faiths, business people, other politicians, and those in need of help with issues regarding the City or other governmental agencies or with matters that arise in each of our daily lives. Ed was always there for everyone and willingly and generously provided his assistance without seeking compensation or remuneration. He was generous with his time and contacts to help all those in need without regard to race, creed or religion.

When Ed's ward was in the process of turning to a Hispanic majority, he and his staff took lessons in Spanish so as to better converse with his constituents and help them.

I also observed Ed and Anne throughout the trying legal proceedings they engaged in to become foster parents of their son, Travis. Through their efforts and perseverance they became foster parents and ultimately, the adoptive parents of Travis and have raised him to be a loving son and responsible adult that any parent would be proud to have as a son.

Ed Burke recently turned 80 years of age and as a result of the criminal case against him has suffered the loss of respect of the community, loss of his positions of respect as an Alderman, as Chairman of the Finance Committee and as Ward Committeeman. This has had a tragic and devastating effect upon Ed. It has gone on for over 5 years and is a punishment from which Ed will never recover. To impose further punishment by imposing a prison sentence would be excessive. The circumstances should merit leniency by the Court.

Ed has also had various health issues including prostate cancer, that would justify a lenient sentence so that he does not spend his remaining years incarcerated in prison. Ed is deeply religious, attends church daily, contributes to many charities and to those in need of financial assistance. He has a loving and loyal family. Perhaps the imposition of an alternative form of punishment which would permit him to engage in public service activities would serve Ed and the Chicago community in a more productive and meaningful manner than would incarceration.

I think that it is important to recognize that while the media has spent the last 5 years attacking Ed's character, they have failed to ever comment on his contributions to the City of Chicago, its citizens and his constituents. His service to the City council as a parlamentarian, floor leader and historian have always been acknowledged by his fellow alderpersons and local government officials, not to mention the many noteworthy ordinances he introduced to the council that were adopted because of his selfless efforts to improve the quality of life for the citizens of Chicago. We hope that the Court will take notice of these acts.

Thank you for your consideration.

Terry Engel

D-8

 FORDE & O'MEARA LLP

March 22, 2024

Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago IL 60604

Dear Judge Kendall:

I write the Court to urge leniency in the sentencing of former Alderman Edward Burke.

I have known Ed Burke for almost 60 years and well before he came into prominence. We were both active members in a political organization led by Ed's father, Alderman Joseph Burke. In our Back of the Yards neighborhood, the ward organization did much more than deliver the vote. Indeed, the Alderman's Office was the first stop for the people of this very diverse (and mostly poor) neighborhood looking for help. The problems were as diverse as the neighborhood itself. And Joe Burke listened and did what he could to help, without regard to the pleader's politics.

Ed ultimately succeeded his father as Alderman and, to no one's surprise, he continued his father's commitment to service for the people of that community. I believe that sense of service stayed with Ed his entire career as an Alderman.

Similarly, any friend of Ed's, old or new, close or not so close, who suffered the loss of a loved one or was dealing with a serious health issue could expect a call from Ed. That thoughtfulness is a part of his character.

I also would like to comment on Ed's role in the selection of State court judges. There have been many references in the media (in a negative way) about his influence in the promotion of candidates for judge. It is my experience that Ed has used his influence in a positive way. I personally know a number of excellent lawyers that he championed for election to the Bench in Cook County.

When his wife, Anne Burke, was elected to the Illinois Supreme Court she established, with Ed's counsel, a judicial selection committee to evaluate candidates for appointment by the Court to fill vacancies. An appointment frequently led to ultimate election. The Committee was initially chaired by Ben Miller, a Republican

Honorable Virginia M. Kendall
March 22, 2024
Page 2 of 2

and former Chief Justice of the Illinois Supreme Court. I served on the Committee and ultimately succeeded Justice Miller as chair. She also recruited law professors, a law school dean, and former bar presidents. The process allowed any lawyer to apply, all were vetted, and no one was appointed without a favorable finding by the Committee. Many—it seems most—were ultimately elected, generally with Ed's support.

I would say, without reservation, that the Cook County Bench has benefited by Alderman Burke's "influence." This was a public service I hope the Court will consider.

Respectfully submitted,

Kevin M. Forde

KMF/kb

D-9



Jack George

Akerman LLP
71 South Wacker Drive
47th Floor
Chicago, IL 60606

T: 312 634 5700
F: 312 424 1900

March 12, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I am writing you this letter in support of Mr. Edward Burke who is awaiting sentencing in a case that was tried in your Court.

I have known Ed and Anne Burke and their children for 30 years and I have watched their children grow up and become meaningful members of our community.

I have worked with Ed in some of the many charities he has been involved in over the years and in each case he did not lend his name to their charity for resume purposes but instead he was actively involved with furthering the mission of each of these charities. Ed is a practicing Catholic who attends Mass daily and a man who loves his God. He is a gracious and kind man who respects the dignity of each person he deals with no matter what station in life they hold. There is no need for me to list all of his charities since I believe that you have received a number of letters of support from people who are involved in these organizations.

I am a practicing attorney for 57 years and I am still practicing today. This is only the second time I have ever written a letter asking the Court to consider all that someone has done during their life when carefully reviewing the type of sentencing that would be granted to that person. In this case based upon the life that he has led I would request that instead of sentencing him to a penal institution that you consider granting him supervision with a request that he perform community service. This approach would allow him to use his talents to help others in our community who are desperately in need of help on a daily basis. I believe if this approach is taken people in the community would gain more benefit than having him put into a penal institution for a certain period of time.

Sincerely,

John J. George



March 11, 2023

Hon. William E. Gomolinski (Ret.)

████████████████

The Honorable Virginia M. Kendall
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

For over 35 years, I have had the privilege of knowing Ed Burke and his wonderful family. From the very start, he became not just a mentor, but a cherished friend. Ed's influence has guided not only my legal career but also inspired my children, who have followed me. His positive presence has truly shaped generations.

Ed's commitment to his family and our community is unwavering. He embodies the spirit of service, always ready to lend a hand and advocate for the well-being of those around him. Despite his roles in politics and law, Ed's integrity has remained steadfast. His genuine compassion and tireless efforts have made our community a better place. I have never met a kinder, more caring person to his constituents. He was always there for someone in need. Moreover, he has always worked diligently and honorably for the city he loves. He has a generous heart and constantly focused on giving back and moving the community forward.

I humbly ask the court to consider Ed's character and his countless contributions. To separate him from his loved ones and the community he holds dear would be a great loss to all.

In closing, I appeal to your kindness and compassion in considering a lenient sentence for my dear friend, Ed Burke. His continued presence among us would be a gift to cherish.

Sincerely,

Hon. William E. Gomolinski (Ret.)

**GOMOLINSKI MEDIATION**
P.O. Box 1244
Elmhurst, IL 60126
464.202.3900

D-11

Hon. John C. Griffin (Ret.)

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Re: Ed Burke sentencing

Dear Judge Kendall,

Ed Burke, the Burke family, and my family have known each other for over 60 years. Ed is an honorable family man with deep faith. He is one of the most loyal people that I have ever crossed paths with.

My father and uncle, who were both attorneys, represented Ed's father and Ed in election matters. Justice Anne Burke went to Maria High School with my sisters, Connie, and Mary Ann. Anne Burke was in the same class as my older brother, Jim, at St. Rita Grammar School. Tragically, my brother died in 1967 from cancer at the age of twenty-three years old while a freshman at the University of Chicago Law school. A few years ago, Justice Anne Burke made a copy of all her grammar school class pictures, which included my brother, and gave them to me.

In 2007, I was with my daughter, Kerry, at an event at Chicago Gaelic Park, and talked to Ed. Ed asked me about my health because I had had a heart attack, quadruple bypass surgery, and a defibrillator implanted. I said I was okay. It was incredibly kind and considerate of Ed to worry about me. Ed goes to more funerals and wakes than anyone I know. These stories are typical of Ed's compassion, and along with the adoption of their son Travis, are examples of what compassionate and caring people the Burke's are.

D-12

Ed and I served as officers and board members of the Irish Fellowship Club and St. Patrick's Day Parade Committee. These two organizations raise and donate thousands of dollars, particularly for Catholic high school education. Ed is a devout Catholic. This letter is just a short example of his and Justice Anne Burke's impact on my life, and the community. There are countless other untold stories of their kindness and generosity. I sincerely hope you will take this into consideration in considering giving Ed a lenient sentence.

Thanking you, I am yours

Very Truly,

Hon. John C. Griffin (Ret.)

March 21, 2024

**Michael T. Healy**



Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Dear Judge Kendall;

I am writing to share my knowledge of the many good qualities I have personally observed during the many years of my friendship with Edward M. Burke. I am an attorney and retired Judge of the Circuit Court of Cook County, IL.

Ed and I grew up as neighbors in a working class neighborhood in Chicago which was anchored by Visitation Catholic church and Grammar School. We grew up in similar households ( working fathers, "housewife" mothers, and younger siblings). Our families attended the same Church and he and I and our siblings attended the same grammar school where we were taught by Catholic Nuns. Our parents, teachers and priests instilled in us the values of honesty, integrity and compassion for others, as well as the importance of hard work and faith. During our long friendship and many professional interactions I have known Ed to exemplify these values; he has been a role model for me in my personal and professional life.

I have observed over decades Ed's commitment to and tireless work for his clients, constituents and friends. I have personal knowledge of countless instances of him selflessly providing pro bono legal advice and non- legal assistance and guidance to those who came to him in times of crisis when they had nowhere else to turn. He did so for no personal gain and no reward other than helping those less fortunate and giving back to his community.

Ed, in my experience and to my knowledge, truly believed in and acted upon the values we learned as children and young adults. His generosity, faith and compassion throughout his life are, in my experience, second to none. I therefore believe that he has earned my faith in him as a man of outstanding moral character and can without reservation request that he be shown compassion and leniency in spite of his conviction.

Sincerely,

Michael T. Healy

D-13

# Kelly Keeling
**Attorney at Law**
**100 N. LaSalle, Suite 510, Chicago, IL 60602**

March 26, 2024

Honorable Virginia M. Kendall
Everett McKinley Dirksen U.S.
Courthouse 219 South Dearborn
St., #2503
Chicago, IL 60604

Dear Judge Kendall,

I have had the honor of working for and alongside Ed Burke for over 30 years. I met Ed while I was in law school and working for Anne Burke. Ed gave me the opportunity to work for his law firm, Klafter & Burke. I had no connections to Ed or the City of Chicago; my parents were not friends, nor did they have any business with the City. I was just a law student who had done a good job working with Anne, and Ed offered me the opportunity.

I knew Ed as a lawyer who loved to talk about history, law and had an incredible memory of *every* person he met. Over the course of the next 3 decades, Ed counseled dozens of young law students. Even though his days were extremely busy with meetings, he always made time for students or new lawyers. He would talk with them about the history of Chicago (his knowledge of Chicago history is unmatched by anyone) and then sometimes, send them to me so I could let them learn a little bit about real estate tax appeals and ask additional questions. He hired several students. He would write detailed letters of recommendations for their law school applications or for their job applications. He enjoyed encouraging young people to begin careers in the legal profession. I write about this to help express how he much he loves the practice of law and how he never hesitated to help others begin their careers.

He was always extremely busy, but never hesitated to help others. I also benefited from getting to know many of the people in his ward who needed legal assistance. Whenever a person from the ward needed some legal assistance, he'd send them to me. Sometimes it would be a simple question to be answered, sometimes, it would be to help draft a will. There was no charge to these people as they were not able to pay. More importantly, he would always follow up with me about each person to make sure they were helped. He remembered every name, every story. Always.

He is a man of faith, attending daily mass for as long as I can remember. He was completely dedicated to daily mass even though his life was extremely busy.

D-14

Speaking of his life, that came to a halt once he was indicted. Pre-indictment, he had events, meetings, outings, dinners, and lunches with very little free time. Once the indictment occurred, his schedule was completely empty other than meeting with his defense attorneys. It was tremendously sad to see people turn away and stop meeting with him. Clients fled the firm. He stepped down from the practice in order to let those of us remaining try and save what few clients we had left. That was over 5 years ago. He has essentially been serving a prison sentence since then. None of his old life remains, he cannot practice the law which he loves. He cannot mentor young attorneys. Most hurtful of all, he can no longer care for those people in his ward.

Ed has been a tremendous gift to my life. When I left the firm after my first child was born, he simply said "you will be back". He said this because he so strongly believes that women need to have their own career and not be dependent on their husbands. He was right, within 2 years, I was ready to come back. At that time, I had 2 kids under 2 and he welcomed me back on a part-time basis. That was an unusual arrangement at law firms in 2001. I continued to work part-time until I went through a divorce and needed full time employment. Ed didn't hesitate to welcome me back full time.

Ed Burke is a truly wonderful man, lawyer, mentor, Father and husband. I implore you to consider the lifetime of giving back to his community when you deliberate on his sentence.

Sincerely,

Kelly J. Keeling

D-14

**Honorable Christopher E. Lawler (ret.)**

███████████████

March 19, 2024

Honorable Virginia M. Kendall
United Stated District Court
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: Honorable Edward M. Burke

Dear Judge Kendall:

I am writing this letter in support of Ed Burke. I first met Ed about 11 years ago, when I was appointed to the Circuit Court of Cook County as a Judge by his wife, Honorable Anne Burke. Prior to that, I had known of Ed's service as a long-serving member of the Chicago City Council.

From the moment I first met Ed Burke, he treated me with respect and quickly became a mentor. His love of the City and his desire to serve and help the residents of the City and his Ward was apparent to me and everyone he encountered. Ed and I often spoke about the Catholic Church and his support of Catholic Charities, a charity which is very dear to my heart. Ed always encouraged me to continue my involvement with charitable and community organizations as he understands their importance to all the citizens of the City and our Country.

Judge Kendall for over 50 years Ed Burke has been been devoted to his family and community and has been a dedicated public servant. During my relationship with Ed, I have never questioned his honesty or his integrity. I ask that you consider his half-century of public service and his charitable works and good deeds and show him the mercy of the Court which I believe he deserves. While I was on the Bench, I tried to always act with Justice and Compassion when making my decisions.

Sincerely,

Christopher E. Lawler

D-15



**G|L**

GRUND & LEAVITT

ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

DAVID I. GRUND
MARVIN J. LEAVITT
ALYSSA MOGUL
ARTHUR M. BERMAN
DAVID C. ADAMS
MELISSA A. GRUND
ADAM C. KIBORT
ROBERT S. KIPNIS
MICKI MORAN
LAURA M. PRESTO
HYMAN RIEBMAN
HOLLY ROBERTS
ILENE E. SHAPIRO
ELIZABETH D. SHINDLER
JENNIFER WINTROUB STOLLER
JODY MEYER YAZICI

OF COUNSEL
RICHARD S. KLOTT
GRUND & ASSOCIATES, P.C.
THE CHILD & FAMILY LAW CENTER

March 25, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

I write on behalf of my friend Ed Burke requesting that there be leniency in the sentence you impose.

The Ed Burke I know is the foster parent who invited a crack addicted baby into his home; who traveled with him to the hospital when the baby showed distress; who used an eye dropper to clear the baby's nostrils so he could breathe easier and sleep peaceably at night; also, enduring numerous court appearances so he could continue to comfort a child who needed his help.

Ed is also the man who upon learning Abraham Lincoln Marovitz got into a car accident on the way to a charitable function left the event to render him assistance.

He is the man who offers support to the families of those in his ward who cannot afford the funeral costs to bury a loved one.

And, of course, he is a supporter of Special Olympics, an organization owing its genesis to his wife, Anne Burke. Ed is a man of faith and has done much good for many.

The ignominy of the conviction already constitutes a harsh punishment for this good man. I am a former judge myself and I know there are many considerations that go into sentencing someone. I am hoping that the support Ed receives in these letters to you attesting to his good character offer him some benefit.

I thank you in advance for any consideration on his behalf.

Very truly yours,

Marvin J. Leavitt

812 NORTH DEARBORN STREET • CHICAGO, ILLINOIS 60610-3317 • TEL: 312.640.0500 • FAX: 312.640.8274 • WEBSITE: GRUNDLAW.COM

600 CENTRAL AVENUE, SUITE 248 • HIGHLAND PARK, ILLINOIS 60035

700 COMMERCE DRIVE, SUITE 500 • OAKBROOK, ILLINOIS 60523

D-16

**MATTHIAS A. LYDON**
**Attorney at Law**



March 27, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago. IL 60604

Dear Judge Kendall:

As an attorney acting on behalf of clients, I have known and interacted with Edward Burke as a member of the City Council for about 40 years. From early on I came to respect him and highly regard him as a municipal public servant. I could always expect an honest, direct and insightful answer to my questions whether he favored or disfavored a client's position. Indeed he was knowledgeable about all aspects of City government, and if he agreed on an issue did not hesitate to contact other City officials to make known his thoughts. I recall only a couple of instances when he made any request of one of my clients. On those occasions he asked if the client would provide bus transportation for students of St. Rita High School to and from a Notre Dame University football game. Of course the client readily honored such a worthy request.

To my mind Ed Burke by example was what should be expected, but rarely found, from City officials, and despite his conviction before you, my appreciation for all he has done for the people of Chicago remains intact.

Respectfully,

Matthias A. Lydon

# WILLIAM F. MARUTZKY

### ATTORNEY AT LAW

SUITE 2000
33 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602

T. 312.647.9300
F. 312.602.3818
E. Bill@MBIZTAX.COM

February 7, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

I am writing to you on behalf of my friend, Edward M Burke. Mr. Burke's facing sentencing in your courtroom. I am writing to ask you to consider leniency for my friend.

I am a practicing attorney with offices located in Chicago. I have practiced since 1977. In my practice, I have represented individuals in criminal matters pending before the United States District Court.

I first became acquainted with Edward Burke shortly after I began practice as an attorney in 1977. There are several examples of his character which I would like to share with you.

The first incident I would like to bring to your attention involves something I will never forget. In October 1979, Pope John Paul II made a visit to Chicago. I was part of the organizing committee on behalf of the Polish community in Chicago. We were trying to obtain a permit from the city of Chicago to allow for a procession down Milwaukee Avenue in the heart of the Polish community. We were initially unsuccessful in trying to obtain a permit from the city of Chicago to allow this Papal procession with Pope John Paul. I called the offices of Edward Burke to ask for assistance in obtaining the permit for the Pope. Not only was the permit obtained but a police captain called and advised me that he would supervise the procession down Milwaukee Avenue.

The second matter I would like to bring to your attention concerns a regular practice of Edward Burke. I like to attend St. Peter's Catholic Church for mass in the mornings. I am not a regular, but I do attend at least once a week. Every time that I have been at mass at St. Peter's, I have seen Ed Burke attending the same mass. From my perspective, it is my understanding that he attends mass every day at this Church. I observed that religion plays a large part in his life.

D-18

On Sundays, I attend mass at Old St. Patrick's Church in the West Loop. Most Sundays, I would see Edward and Anne Burke at the 11 o'clock Sunday mass. I even enjoyed the benefit of arguing over news and politics before mass with Anne. Yes, we argued but the Burkes' tolerated me and would listen to my point of view. It was at Old St. Pat's that I was able to observe the humor of Edward Burke and learned to appreciate his Irish wit.

The last thing I would like to bring to the court's attention concerns how Edward assumed the role of a confidant of my son when he was having a challenging time in his life. My son dropped out of law school and was wondering how to pursue his life. Ed Burke stepped in and mentored my son on a weekly basis. Ed was able to encourage him in a way that I could not accomplish as a father. Some things like this I will never forget.

My request to you for consideration and leniency is based upon my view of Edward Burke and his contributions to the community. These are the things about Edward Burke that I remember about him.

I know that the court must consider and balance imposing a sentence on how the public would perceive incarceration. Edward did many good things to help many people, including my family.

Very truly,

William F Marutzky

D-18

NAPLETON & PARTNERS
*Attorneys at Law*

ROBERT J. NAPLETON
DANIEL T. MADIGAN
BRADLEY Z. SCHULMAN
BRION W. DOHERTY
DAVID J. GALLAGHER
——
BRIAN C. FETZER
JOHN T. GOLDRICK
PATRICK J. GIESE
RYAN A. SCOTT

SUITE 1500
140 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60603
(312) 726-2699
FAX (312) 726-6851
E-MAIL: firm@rjnlawoffice.com
——
NICHOLAS J. MOTHERWAY
OF COUNSEL

March 8, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

Please consider what follows in regard to the impending sentencing of Ed Burke.

I came to know Ed when I was a young Cook County prosecutor and he was a police officer working, I believe, his way through law school. Our interaction at that time caused me to conclude that he was an officer with integrity and a commitment to the truth. At the time, I was working with several officers. Ed stood out as a good one.

I continued to interact with Ed in the years that followed, meeting him at social and political events. He demonstrated a strong commitment to public service, and he was effective in getting things done that benefited the people of Chicago. I believe his record, unblemished until now, deserves consideration in sentencing.

Respectfully,

Nicholas J. Motherway

NJM:sja

D-19

# Lance Northcutt

Attorney-at-Law

**March 30, 2024**

**Judge Virginia M. Kendall**
**United States District Court for the Northern District of Illinois**
**209 South Dearborn Street, Room 2503**
**Chicago, Illinois 60604**

Judge Kendall:

My name is Lance Northcutt.  I am an attorney and a concerned friend of Edward Burke and his family.

I first came to know the Burkes nearly twenty years ago in my capacity as an adjunct professor of law teaching an international advocacy program with students from Chicago and Dublin, Ireland. In furtherance of promoting our academic program and introducing foreign visitors to Chicago, I reached out Mr. Burke to inquire whether he would have any interest in meeting our students. What followed was a consistent and unbelievably gracious pattern of Mr. Burke going to extraordinary lengths to welcome visitors from Ireland on an annual basis.

Time and again, Mr. Burke hosted young scholars in the City Council chambers where he drafted and passed resolutions honoring Irish legal dignitaries and guests.  He spoke at multiple events and put his full support behind each endeavor as this remarkable program of cultural exchange evolved.  Mr. Burke's generosity and kindness in this regard was unwavering and appreciated by students, faculty and judges on both sides of the Atlantic.

But on a much more personal level, I have observed in Edward Burke a man whose heart evinces a true kindness and generosity of spirit.  The Edward Burke I have known is someone who is tireless in his compassion for others, deeply rooted in the tradition of his Catholic faith, and boundless in his love for family.

Over the course of many years, I have seen another side of Mr. Burke that exists outside the glare of public life.  While he has been married to Anne Burke for over 50 years, he still lights up whenever she is in his presence, as if seeing her for the very first time.  His love and devotion for Anne is total, as it is for the rest of his family.

It is hard to describe the devastation that these charges have wrought upon Mr. Burke and his family.  Mr. Burke is in his eighth decade of life, and his health and vigor have visibly deteriorated rapidly over the course of the past few years.  I would be gravely concerned as to the impact any term of incarceration would have on him, to say nothing of his family.

D-20

I am aware of the seriousness of the charges against Mr. Burke and the decision of the jury. By sharing my thoughts, I do not mean to minimize the gravity of what Mr. Burke now faces. But from my perspective, I have never met a one-dimensional human being, including Mr. Burke.

Cynicism toward those in public life has evolved to the point of being a rhetorical blood sport. While the federal sentencing guidelines contain an elaborate matrix of decision points that define the degree of penalties a convicted defendant will suffer, this Court also has tremendous power to give grace and mercy, even in cases where the accused is a high-profile defendant.

Mr. Burke's character is by no means the sum total of his worst moments. I would respectfully ask this Court to thoughtfully consider the entreaties of those who have spoken on Mr. Burke's behalf as a powerful collective voice that weighs strongly in favor of discretion and leniency in any sentencing decision.

Respectfully,

s./ *Lance Northcutt*

_____

Lance Northcutt

D-20

**LAWRENCE D. O'GARA**
ATTORNEY AT LAW



March 9, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

I met Ed Burke our first night of law school in January, 1965 at DePaul. Ed was a Chicago Police Officer cadet and I was a Rehabilitation Counselor with the Cook County Department of Public Aid. Over many, many years, I have known Ed during times of happiness and during times of great sadness and distress. I personally do not know any other person who has shown greater compassion for other families, friends, neighbors or even constituents who suffer death, illness or personal misfortune.

As a Cook County State's Attorney for fifteen years, trying hundreds of felony cases and in private practice for eighteen years trying criminal cases in the State and Federal courts, I have encountered numerous attorneys, judges, litigants, clients and their family members. I also had the privilege of sitting as a Cook County Circuit Court Judge presiding over civil jury trials in the Law Division for eight years.

Now in my 82ⁿᵈ year, I believe I have had the life experience, as well as the legal experience to take the measure of a man. Of everyone I have known, Ed Burke has consistently been a person who has reached out to aid and assist more individuals than can be known. Ed has served his community, his constituents and this City ably and well. I am proud to be considered his friend.

Respectfully submitted,

LAWRENCE D. O'GARA

LDO/dj

D-21

February 2, 2024

Dear Judge Kendall:

My name is John C. O'Rourke, Jr. I am the founder of the O'Rourke, Hogan, Fowler and Dwyer Law Firm in Chicago. On December 31, 2017, after more than 40 years I retired from the active practice of law. During the time I practiced law in Chicago I was primarily focused on work in the construction industry and the representation of contractors, architects, engineers and public and private owners.

I write this letter in support of Ed Burke who recently appeared before you.

During the time I practiced law in Chicago I became friends with Ed Burke on a personal and professional level. On many occasions when a client of mine had a difficult issue in connection with a construction contract with the City of Chicago, I contacted Ed to ask for his insight and guidance in resolving the problem. In every instance, Ed acted in a responsive, responsible and professional manner. Ed always kept his focus on protecting the City of Chicago's position while at the same time trying to achieve an equitable and reasonable resolution of the particular issue. Ed recognized that it was in the best interest of the City and my client to resolve the matter short of litigation. In every instance, with Ed's help and insight, we were able achieve an equitable resolution with the City department in question.

On a personal level, before I retired, Ed and I often had lunch together at the Union League Club during which we discussed families, politics, sports and the news of the day. We also met in more formal settings when Ed and I, and on occasions our wives, enjoyed meals together at various private dinners and charitable events. Ed and Anne were fixtures at the numerous charitable events around the City and Ed always focused on maximizing the positive financial impact to the charities involved.

My experience with Ed has been nothing but positive over the past years. As you move forward to the sentencing phase of Ed Burke's trial, I ask that in determining Ed's sentence you consider my letter and all the positive work Ed performed for the entire Chicago community during his many years in office.

Respectfully submitted,

John C. O'Rourke, Jr.

D-22

KERRY R. PECK*
TIMOTHY J. RITCHEY
BRANDON E. PECK
JESSE A. FOOTLIK
KYLE T. FAHEY
PETER M. BRADY

PETER S. COORLAS
DANIEL J. LYNCH
BRITTANY A. RYGIEL
M. CRISTINA PULEO
THOMAS C. WEDGWOOD
LANEY N. REED
JONAH Z. BRANDHANDLER

OF COUNSEL

HON. SUSAN M. COLEMAN (RET.)
THEODORE RODES, JR.
LEONARD J. BRENNER
MICHAEL J. CORNFIELD
STEPHEN J. SCHLEGEL
RICK LAW
ZACH HESSELBAUM
LUANNE ELLISON
JOSEPH PECK, Deceased

# PECK RITCHEY, LLC

### ATTORNEYS AT LAW

321 South Plymouth Court • 6th Floor
Chicago, Illinois 60604

CHICAGO OFFICE:
TEL: 312 201-0900
FAX: 312 201-0803

OFFICES IN:
LAKE FOREST
NORTHBROOK
OAK BROOK

*ALSO ADMITTED
IN FLORIDA

WWW.PECKRITCHEY.COM

April 29, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

**Re:** **Ed Burke**

Dear Judge Kendall,

I write to you requesting mercy in the upcoming sentencing of Ed Burke.

I serve as the Managing Partner of the Law Firm of Peck Ritchey, LLC. Our law practice focuses on trust/estate litigation and protecting older adults from exploitation. As the Past President of the Chicago Bar Association (2000), and while serving in numerous leadership positions locally and national in professional and charitable organizations, I have interacted with attorneys for over four decades, often assessing character.

I met Anne Burke approximately 35 years ago when she was an attorney in private practice. She and I were both serving as Court Appointed Guardians Ad Litem in the Circuit Court of Cook County, Probate Division. The vast majority of the cases involved older adults facing a Judicial determination surrounding their lack of mental capacity to make their own decisions.

Our professional relationship grew quickly. As our professional encounters increased, our friendship grew and my wife and I began socializing with Anne and Ed. We were guests of Anne and Ed in their home for dinner and interacted with Ed, learning his nonaldermanic persona. Ed is a religious man and a loving family man. The close-knit Burke family suffered the tragic loss of Ed and Anne's son Emmett who died at the age of 30 in 2004.

Anne and Ed were foster parents for drug addicted babies. Ultimately the Burkes adopted one of the babies, Travis, an African-American child. This gracious act, to basically save and give Travis a better life, is a significant example of Ed Burke's character. I ask Your Honor to consider the character and courage necessary to adopt Travis. Ed often selflessly helped individuals and the Chicago Community throughout his career.

D-23

PECK RITCHEY, LLC

I have been informed that Ed's advanced age of 81 years old is accompanied by very significant health problems. His blood pressure spikes very high and drops to dramatic lows. Ed has suffered two Transient Ischemic Attacks (TIAs) which I'm advised, are caused by a temporary lack of blood flow to a part of the brain. Ed has battled prostate cancer and I'm advised has suffered serious psychological issues since his indictment approximately six years ago. Anne, who is Ed's primary caregiver, relates that she is currently afflicted with cancer on her neck and face. She has had multiple surgeries as a result of the cancer. Anne was also recently diagnosed with emphysema.

In conclusion, Ed's life has crumbled as a result of these proceedings. Over the years, I have observed the Ed Burke not seen by newspaper reporters. He is a man who put his family, religion, and community first. As Your Honor sentences Ed Bruke in these proceedings, I respectfully ask Your Honor to show mercy to Ed Burke and do not sentence him to prison.

Respectfully submitted,

Kerry R. Peck

D-23

# Honorable Daniel J. Pierce (Ret.)



Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

**RE Edward M. Burke**

Dear Judge Kendall:

I write on behalf of Edward M. Burke who is before you for sentencing as a result of his conviction for violating certain federal criminal laws.

First, I have known Mr. Burke for over fifty (50) years, virtually his entire career as an elected municipal official of the City of Chicago. I have interacted with him in the practice of law, political endeavors, charitable causes and other activities. Frequently these matters involved issues that would impact the quality of life for the citizens of Chicago. During this period of time and based on my involvement in these matters I can unequivocally state that Mr. Burke always demonstrated the highest moral and ethical commitment to accomplish the primary goal of the person or group in need of his assistance.

Mr. Burke has been a major, positive influence on behalf of countless institutions important to the health, safety and welfare of our community, including St. Rita High School, Misericordia and the Chicago Food Depository. His effectiveness as a public official on behalf of his constituents is evident from his half-century retention as their elected representative. His commitment to helping others and to making their lives better should count heavily in his favor when considering his sentence.

While some have sought to denigrate Mr. Burke's role in the local judicial electoral process, that criticism fails to recognize all the good he has injected into the quality of our judiciary. To be sure, Mr. Burke for many years was actively involved in judicial elections. In my opinion, Mr. Burke has been instrumental is the slating and election of numerous qualified judges in Cook County. While I leave myself off this list, I make no apologies for asking for his assistance in my appointment and election as a Circuit

D-24

Honorable Virginia Kendall
Page 2

Court Judge and my eventual assignment as a Justice of the Illinois Appellate Court, First District. That being said, I can state without reservation that his concern, objective and insistence was for a strong, committed and dedicated local judiciary committed to work tirelessly within the law to effectuate justice on behalf of all.

Additionally, I ask that Mr. Burke be credited with the outstanding family life he has led. His children have all grown into outstanding and productive members of our community.

I appreciate the important considerations you will weigh in sentencing Mr. Burke. I, and others, urge you to give favorable consideration to Mr. Burke's age, his remarkable history and commitment to doing the right thing, helping better the life of others and his tremendous contributions in making our community one that we all love and respect.

Thank you for your consideration. In the event there is any reason to contact me in this regard I would welcome the opportunity to discuss Mr. Burke with you.

Respectfully,

Hon. Daniel J. Pierce (Ret.)

DJP:pjd

D-24

April 1, 2024

From:  Colonel William N. Pigott, Jr, USMC, Retired,
To:    Judge Virginia M. Kendall, United States District Court, Northern District of Illinois,
       219 S. Dearborn Street, Chicago, IL 60654

## SUBJ: LETTER REQUESTING LENIENCY ICO <u>UNITED STATES V. EDWARD M. BURKE</u>

Dear Judge Kendall:

Please allow me to briefly address how Alderman Burke and His Dad touched the lives of my family and me; address why I have so much respect for Ed; and respectfully request leniency on his behalf.

I. GENERATIONAL CONNECTION BETWEEN THE BURKE AND PIGOTT FAMILIES.

I grew up on the south side of Chicago in Saint Gabriel's Parish. My Father, along with all of my Aunts and Uncles were long time family friends of Joseph P. Burke, our Chicago Alderman in the 1950 - 1960's. The story behind my family's rich tapestry of public service are the result of the beautiful, enduring friendships with Joe Burke and his son Ed, spanning nearly seventy years.

My Uncle James E. Barrett was an infantryman in the U.S. Marine Corps during the 1950's and was honorably discharged as a Staff Sergeant. When my uncle was missing and presumed dead during the Korean War, Joe Burke and the Red Cross were able to locate him and discover that he had been wounded in combat and was still alive. I remember when I was a little boy my Aunt Loucille telling me how Joe Burke himself walked to their house at 537 West 44th Place to pass the good news and tell the story of how Sergeant Barrett was wounded during combat action against North Korean and Chinese soldiers, enemies of the United States at the time. My Aunt Lou saved his medals and kept them in a shoe box. She would show the medals to us and talk about how proud she was of her younger brother. I remain in awe today how Joe Burke was able to locate my uncle in a field hospital more than 6,000 miles away during a time without the internet. Reflecting back on that story and the medals, I am confident Aunt Lou's memories led my her son John and my Dad to enlisting in the Marines.

My Dad, William N. Pigott, Sr. was honorably discharged as a Corporal from the U.S. Marine Corps in 1965. He passed all of the screening tests and was found highly qualified to attend the Chicago Police Academy. When he reported into the Police Academy in 1966 however, he was a few pounds under weight and thus disqualified and sent home. My Dad explained to Uncle Jim how embarrassed and worried he was about his future and that of his young family. My Uncle Jim and my Dad went to visit Alderman Joe Burke and explain what had transpired. Our Alderman hand wrote a note to the Chicago Police Department Superintendent which resulted in my Dad being reenrolled in the Academy the very next day. My Dad, two Brothers and Sister all had remarkable careers with the Chicago Police Department. Notably, my Dad was severely wounded in the line of duty at the Democratic National Convention in 1968. He miraculously recovered and was recognized for heroism and saving the lives of several citizens during his time on the job. I've attached a May 8, 1972 story from the Chicago Tribune addressing how he and his partners saved Harold Drumm's life. By the time my Dad was recognized with the life saving award, Alderman Joe Burke had passed away and I was only six years old. I never met Joe Burke but I heard all about him throughout my childhood, and am grateful beyond words still to this day due to the profound impact that he had on my Father, and by extension our entire family. I can objectively say that much later on I followed in my Uncle Jim and Dad's footsteps. I wanted to be a U.S. Marine just like them.

1

D-25

SUBJ:   LETTER REQUESTING LENIENCY ICO <u>UNITED STATES V. EDWARD M. BURKE</u>

II.  WITHOUT ALDERMAN EDWARD M. BURKE'S WISDOM, GUIDANCE AND SUPPORT I WOULD HAVE NEVER BECOME AN ATTORNEY.

In 1996, I was on active duty and serving as a Captain in the U.S. Marine Corps. I was finishing up my tour on recruiting duty in Chicago with plans to become a Chicago Firefighter. On short notice I was directed to make remarks at a scholarship fundraising dinner for the Congressional Medal of Honor Society. During the cocktail hour of the event, I was introduced to Chicago Bears Coach Coach Mike Ditka. Coach Ditka told me about his Dad, who was a Marine Corporal who served and fought in Korea. He told me everything he learned about leadership came from his Dad. Over a beer with him, I shared that I felt the same way about three other Marines, my Dad, Uncle Jim and cousin John. Coach Ditka asked me to smoke a cigar with him, but I declined as I was not and am not a smoker. I excused myself and as the cocktail hour was ending, I ran into Alderman Burke. Despite hearing about his Father all of my life, I had never yet met Edward Burke up until this moment. I remember telling him how I just met Mike Ditka and already regretted not smoking a cigar with him. He cautioned me about smoking and argued passionately that smoking should be banned in restaurants and bars, reminding me that his Dad died from lung cancer. I quickly shared the stories about how his Dad helped my family through the years, and how much his legacy effected our lives. I will never forget that evening. I can still remember telling Alderman Burke his Dad would be so proud of him and the tears in his eyes as we talked about this great man who touched the lives of so many. Alderman Burke asked what was next for me. I explained that the Marine Corps offered me a scholarship to attend law school in exchange for an additional 9 - 10 years of active-duty, but that I intended to turn it down feeling that four years of college was enough. I had passed all the tests, found well qualified to be a Chicago Firefighter and planned on hanging it up in a few months. He gave me his card and asked me to call him sometime the next week.

My friendship with Alderman Burke began immediately thereafter. He convinced me I could make it through law school and that I would have a greater impact for others as an Illinois attorney. I accepted the offer from the Marines and attended law school from 1996 – 1999. I finished law school and was assigned to the Legal Service Support Section in Camp Pendleton, CA.

While I was waiting for the results of the Illinois State Bar, I vividly remember attending a professional military education (PME) event at the Officer's Club in Camp Pendleton. The PME was hosted by our Commanding General, Major General Jim Mattis, USMC. We were delighted to have Steven Pressfield with us to discuss his second novel, <u>Gates of Fire</u>, which was about the Spartans and the Battle at Thermopylae. At some point a during the author's presentation and the PME, a payphone began to obnoxiously ring in the background. At first, I found it funny until MajGen James Mattis, USMC barked out "someone answer that phone." Someone answered the phone and to my absolute horror the Marine informed the room that there was an important phone call for Captain Bill Pigott. It was Alderman Burke on the phone from Chicago, who wanted to be the first person to tell me I had successfully passed the Illinois State Bar Examination. I hung up and the Commanding General yelled at me to inquire if everything was all right. I said "yes Sir, that was Alderman Burke from Chicago to let me know I passed the Illinois State Bar Examination." The whole room erupted and 500 or more U.S Marine Officers cheered for me. I remember the proud look General Mattis gave me and Steven Pressfield smiling at me.

During the next twenty years I served as a Judge Advocate and completed four combat tours in Iraq and Afghanistan. As a Staff Judge Advocate for operational commands, I deliberately worked in support of

D-25

**SUBJ:   LETTER REQUESTING LENIENCY ICO <u>UNITED STATES V. EDWARD M. BURKE</u>**

our warfighters assigned to find and kill our enemies including high value terrorists. I also worked just as hard to preserve civilian life and minimize collateral damage everywhere I served. As I continued my active-duty service, I remained close with Alderman Burke and he became like a Father to me. In 2019, Chief Justice Anne M. Burke retired me from active duty at the Illinois Supreme Court in Chicago. Chief Justice Burke commented that my life story was really incredibly inspiring and I knew <u>the bottom line was that but for Joe and Ed Burke my life would not have been inspiring at all</u>.

III. I HAVE SO MUCH RESPECT AND FRATERNAL LOVE FOR ED BURKE AND HIS ENTIRE FAMILY.

Your Honor, I share these stories not to highlight myself or my family's accomplishments, but to demonstrate that Ed Burke grew up and learned from his Dad what it was like to truly put service before self. Joseph Burke built a legacy based on helping others, and inspired a generation in this city for public good. Ed Burke has spent his life seeking to expand this legacy of helping others that he witnessed firsthand every day from his own Father. I've heard in church it takes just one person, with one act of kindness, to start a chain reaction that can have a positive effect on the entire world. This is what I think of when I consider the consequences of the simple acts of kindness from Joseph and Edward Burke that I have described above. These Men instilled in my family a recognition of the importance of public service, helping others, and how a small act of kindness can definitively shape the course of another's life. I know for a fact that my Father would not be who he is today without the help and guidance of Joseph Burke. I am equally certain that I would not be who I am today without the help and guidance of Edward M. Burke.

IV. ED BURKE'S POSITIVE CONTRIBUTIONS TO CHICAGO AND LACK OF A CRIMINAL RECORD DEMONSTRATE HE IS NOT AND HAS NEVER BEEN A THREAT OR DANGER TO SOCIETY.

I am aware Alderman Burke was charged and convicted in a federal criminal case. I took a day off from work to attend the trial. I specifically attended the trial on the day Your Honor instructed the jury on the applicable federal law to his case. Notwithstanding his federal conviction, I am steadfast in my belief that Edward Burke, like his Dad, is a good and honorable person.

All of Alderman Burke's civic volunteer efforts, public service and servant leadership in Chicago point to a well-developed sense of purpose, kindness, and patriotism, all learned from his Father. He served honorably in the United States Army during the 1960's. Like my Dad, Brothers and Sister he served and protected Chicago citizens as a Chicago Police Officer. Alderman Burke has dedicated his life and accomplished so much for the great city of Chicago. I can only imagine how many people he helped avoid disease from second smoke when he led the Chicago City Council to change the ordinance and banned smoking in restaurants and bars in 2006.

Looking at Ed and Anne Burke's family, who have all chosen lives of public service in one form or another, it is clear that he has passed on the wisdom, the drive, and the kindness he gained from his Father on to his own children. Just thinking of the far-reaching influence for good that I have personally witnessed from this man over the course of my own life, it is difficult to estimate just how many lives he has touched in a similar, positive way. I am steadfast in my belief that the City of Chicago itself is better because of Ed Burke's selfless work spanning over fifty years.

Since 1996, I have stayed in touch with Ed Burke. Regardless of the austere locations I lived and worked in over the years, I have written letters, called and texted him every month. I attended the 2022 Chicago Veteran's Day Commemoration Ceremony with him and active-duty Marines at Soldier's Field. Despite

D-25

**SUBJ: LETTER REQUESTING LENIENCY ICO <u>UNITED STATES V. EDWARD M. BURKE</u>**

the looming federal trial, I was the proudest person at Soldiers Field that cold morning with Alderman Burke by my side. The last time I spoke with Alderman Burke was yesterday on Easter Sunday 2024. I am aware Ed is in his 80's, has cancer and like my 81-year-old Father is extremely frail. I know he is an incredibly supportive Husband and Father to his children. Ed Burke attends Catholic Mass daily and is one of the most devout men that I know. He has donated his time and money to support the Chicago Police Memorial Foundation and the Congressional Medal of Honor Scholarship Foundation.

Based on my personal firsthand observations of this great American, I respectfully request leniency on his behalf. He is not and has never been a threat to society. In my view, any period of incarceration would be detrimental to his entire family and him. In the event Ed is sentenced to any period of incarceration, I respectfully request his sentence is served in a minimum-security federal prison in Wisconsin.

Thank you for considering my letter Judge Kendall. POC for this matter is myself at ▮▮▮▮▮▮▮▮
or ▮▮▮▮▮▮▮

Very respectfully,

W. N. Pigott, Jr.

4

D-25

# Back of Yards Council Lauds City Police

*Chicago Tribune, Monday, May 8, 1972*

BY PHILIP WATTLEY

THE Chicago Police Department received a huge pat on the back last night from the Back of the Yards Council during the community group's annual dinner.

Some 400 delegates, representing neighborhood organizations belonging to the council, adopted a resolution to honor the department after Police Supt. James James B. Conlisk spoke to them.

In the wake of allegations of police mistreatment of blacks by policemen, Conlisk told the group that one of the main problems of police-community relations has been in communicating with the public.

Conlisk said that on occasion some factions of the police or public think they are without fault and the other side is wrong. "There are steps being taken in the Chicago Police Department to bring us together," he said.

"All citizens must be treated with dignity and policemen should be treated with respect by the community," he said.

Several times during his speech, Conlisk was applauded and at one point he said he supported the council's resolution to stem the flow of pornographic literature and movies.

During his speech, Conlisk also reiterated several points of the police community program announced last Wednesday in the City Council chambers.

During the affair, the Back of the Yards Council presented awards to Patrolmen John Jarvis, William Pigott, and James Manganiello, who recovered the severed arm of 13-year-old Harold Drumm on April 13.

The boy's arm was severed after he had been playing in a t r a s h compressor near his home at 1758 W. 43d Pl., and the machine started cutting the youth's arm.

Police Supt. James Conlisk [left] honors three policemen who recovered severed arm. Receiving awards from left are Mrs. James Manganiello, who filled in for her husband, William Pigott and John Jarvis.

TRIBUNE Staff Photo: By Charles Osgood

Store Hours Downtown:

y and Thursday, 9:15 to 7:00; Tuesday, Wednesday, Friday and Saturday, 9:15 to 5:45.

D-25



**Veteran's Day Commemoration Ceremony**

November 11, 2022 in Chicago, IL

Nell and Bill Pigott, Jr, Alderman Edward Burke, Gunnery Sergeant Mike Russell, USMC, Zach Bligh, Major General David Bligh, USMC, Jimmy O'Connell, Master Gunnery Sergeant Maxx Williams, USMC

(left – right)

D-25

**ANDREW M. RAUCCI**



March 25, 2024

Honorable Virginia M. Kendall
Judge
United States District Court
Northern District of Illinois
219 S. DearbornStreet
Chicago IL 60604

Re: Edward M. Burke

Dear Judge Kendall:

I am writing to you to share my observations over 60 years concerning Ed Burke.

I am a now retired lawyer who specialized in lobbying the General Assembly, election law and representing suburban community colleges. I served for over 17 years as a Judge of the Illinois Court of Claims (4 years as Chief Justice) and for 5 years as a member (3 as President) of the Illinois Board of Admissions to the Bar.

I have known Ed Burke since the 1960s when we were both students at the Uptown Campus of DePaul University. It was natural that we would become friends since we both had an interest in Democratic politics. He was the son of an Alderman and Democratic Committeeman, and I had been interested in politics for years.

Over the years, I got to know him intimately both professionally and personally. Over the years I represented him in several electoral matters, had contact with him at various civic and political events, and a strong personal bond with he and his wife, Anne.

Besides seeing them at various social events and dinners, I spent numerous holidays and weekends with them at their summer home in Powers Lake, Wisconsin. This gave me the opportunity to see, and participate in, their family life. I observed Ed's devotion to his family, his Church, his generosity, and his unending work to help his constituents, many whom were grappling with the confusing bureaucracies of government. Even during weekends and holiday periods, he would be talking with constituents and helping them solve their problems.

D-26

Honorable Virginia M. Kendall
March 25, 2024
Page Two

His family comes first to Ed and I know how proud he is of them. Public life can be very demanding but he always managed to be sure that those demands did not take from his family. Those times that I was present for his singing and piano playing for family and friends were truly among the most enjoyable times in my life.

I hope that in reaching your determination you will consider the more than 50 years of dedicated service that he gave to the people of the 14th Ward and the City of Chicago. Surely that positive service significantly counterbalances any negative on the Scales of Justice.

Ed Burke is a good and decent man who now faces the inescapable fact that, as a man past the age of eighty years, the shifting sands of time are running out.

I hope that you will recognize that the good he has done far outweighs any bad.

Sincerely yours,


Andrew M. Raucci

D-26



**WINSTON**
**&STRAWN**
LLP          NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

35 W. Wacker Drive
Chicago, IL 60601
T +1 (312) 558-5600
F +1 (312) 558-5700

**DAN K. WEBB**
Partner
(312) 558-5856
DWebb@winston.com

April 23, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

**Re: Sentencing Letter Regarding Ed Burke**

Dear Judge Kendall:

I write this letter in connection with the upcoming sentencing of Alderman Ed Burke.

Ed and his family have been personal friends of mine for the past 40 years as I have practiced law in the City of Chicago. In addition, over those years, I would occasionally interact with Alderman Burke in connection with City Council matters that my clients had an interest in.

In connection with my personal and professional interactions with Ed, I have always found him to be an extraordinarily honorable and decent person. At no time did I ever see any indication that he was other than a dedicated public servant, always interested in serving the citizens of the City of Chicago. On many occasions, I would see him go out of his way to help and assist people in his personal and professional interactions with people in Chicago.

I should also mention that on occasions when I had personal issues to address in my life, he and his wife were always quick to reach out to offer me any assistance they could provide. But far more important, Ed has been of great assistance to thousands of Chicagoans in times of need.

And let me be very clear. On no occasion did I ever receive any information from any source that disparaged his outstanding reputation as an honorable and dedicated member of the Chicago City Council.

Your Honor, I truly believe that sentencing is a time to evaluate the totality of the person being sentenced. I can say with absolute certainty that at his core, Ed was a decent, honorable and extraordinarily well-respected member of the Chicago City Council for decades. His commitment to the City of Chicago has been second to none.

D-27

WINSTON
& STRAWN
LLP

April 23, 2024
Page 2

In closing, I am also hopeful that at sentencing, Your Honor will give significant consideration to Ed's health and age.

Your Honor, thank you so much for considering this letter in connection with Ed Burke's sentencing.

Very truly yours,

Dan K. Webb

D-27