# Exhibit E

# General Chicagoland Community and Constituent Letters

| | | | |
|---|---|---|---|
| **E-1** | Barrera, Jose | **E-27** | O'Malley, Steve |
| **E-2** | Bobins, Norman | **E-28** | Rabiela, George |
| **E-3** | Boyle, Anne-Michele | **E-29** | Vega, Maria |
| **E-4** | Chu, Christopher | **E-30** | Venckus, James |
| **E-5** | Cooney, Gary | **E-31** | Waldman, Susan |
| **E-6** | Coreas, Rafael | | |
| **E-7** | Davis, Donald | | |
| **E-8** | Dent, Richard | | |
| **E-9** | Dremonas, Stephanie, Jimmy and Vanessa | | |
| **E-10** | Eagan, Timothy | | |
| **E-11** | Evans-Pye, Gail | | |
| **E-12** | George, Diana | | |
| **E-13** | George, Michael | | |
| **E-14** | Harmeyer, Robert | | |
| **E-15** | Hernandez, Joseph | | |
| **E-16** | Johnson, Charlie | | |
| **E-17** | Kosek, Ed | | |
| **E-18** | Kurtis, William | | |
| **E-19** | Loftus, Daniel | | |
| **E-20** | Madden, James | | |
| **E-21** | McGuire, Carmel | | |
| **E-22** | McGuire-Aleksy, Jennie Rae | | |
| **E-23** | Murphy, John | | |
| **E-24** | O'Donnell, Andrew | | |
| **E-25** | O'Malley, James | | |
| **E-26** | O'Malley, John | | |

March 25, 2024

Dear Judge Kendall,

My name is Jose Barrera and I am the founding Principal of Columbia Explorers Academy which opened in June 2001 and is located on 45th and Kedzie in the Brighton Park Community. I have had the pleasure of working with Mr Burke during his tenure as Alderman of the 14th ward. I have been working since 1980 in the Brighton Park Community. Being in the Brighton Park Community, we had an influx of students making our classrooms overcrowded.

While I was a teacher in the Chicago Public School System, Mr Burke would come to our schools to visit and identify deficits within our school building. Once identifying these areas of need, Mr Burke did his due diligence to ensure that the needs of our students and community were met. At Shields Elementary School, he provided us with PreSchool classes, we had an addition built to alleviate classrooms with split rooms and overcrowded classrooms. Mr. Burke provided our community, over 26 schools with additions, preschools and new buildings built. Columbia Explorers was an example of a building that was created to ensure two overcrowded schools were able to adequately provide instruction to students at appropriate class sizes.

I am writing this letter to express my sincere appreciation to his hard work and support throughout my tenure as Principal of Columbia Explorers Academy and kindly request your consideration in providing Mr Burke a lenient sentence. I can recall one summer when his adopted son was helping our students at Columbia Explorers clean up the neighborhood, showing his strong family values. I believe that Mr Burke is a good and honorable person by the endless improvements he has provided within the 14th Ward. He brought endless programs to ensure our students were safe and that our community could grow together. He provided many opportunities for our community to excel, specifically, by providing our community with the SSA 39 program. SSA 39 is a program that provides assistance to property owners on Archer avenue from California to Pulaski, outside of what the City would typically offer to its residents,

these services include, but are not restricted to: storefront renovation rebates, advertising rebates and seasonal shopping promotions, vacant commercial property marketing, shopper shuttle bus service, and strategic planning for the Archer Avenue retail district. As a former police officer, he continued to support the police in every way possible. He also took time out of his schedule to attend and provide neighborhood meetings to ensure that all concerned citizens were heard. Due to all of these experiences, and countless more, is why I am writing this letter as a testament to his character and request of a lenient sentencing.

Sincerely,

Jose Barrera

E-1

# NORMAN BOBINS

████████████████████

February 15, 2024

Honorable Virginia M. Kendall
Judge, United States District Court of the Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Re: Edward M. Burke

Dear Judge Kendall:

I write to offer you information about Edward M. Burke, whom I have known for more than 40 years. I have had the privilege to work with him, as we share a common devotion to the advancement of the City of Chicago.

I am Norman Bobins, a retired, 50-year veteran of the Chicago banking community. I am a proud, lifelong citizen of Chicago. I served as the president and CEO of the LaSalle Bank and a director on the board of The Private Bank and its successor, CIBC. During my tenure, these institutions were actively involved with the Chicago business community, the City of Chicago, and the State of Illinois in their efforts to enhance economic stability and social well-being in Chicago.

In addition to my professional activities, I have been deeply committed to my civic responsibilities to our great city. I am very proud of having served as a board member of the Chicago Public Schools for 15 years. I am a past director of the Civic Committee of the Commercial Club of Chicago. I continue to serve on the boards of WTTW, the public television station in Chicago, Field Museum of Natural History, Brain Research Foundation, Navy Pier, ADL Midwest, and Illinois Holocaust Museum & Education Center.

Mr. Burke has been a pillar of the City of Chicago. He served the city first as a police officer and then as 14th Ward Alderman. Over the course of this time, I have been impressed by his devotion to the city, especially as he served in the pivotal role of Chair of the Finance Committee of the Chicago City Council. I can think of no member of the city council who has served with such dedication.

During his tenure on the Chicago City Council, Mr. Burke adapted as the city changed. He embraced the ethnic change in his own ward by learning to speak Spanish so he could better serve his community, a community that despite its many changes, elected him to represent them over and over again. And represent them he did by never missing a single city council meeting during his time in office and assuring that the necessary services were available to his constituents. This devotion, through thick and thin, including his own battle with cancer, found him arranging surgery and treatment schedules so that he did not miss city council meetings or other civic obligations.

E-2

Page 2

Mr. Burke's two books, one each on firemen and policemen of Chicago, point to his devotion and support for the civic heroes of our city, for whom he has provided unwavering support in many ways. Mr. Burke is well known as an accomplished Chicago historian, offering a wealth of knowledge for children and adults alike.

We all have our flaws, but my wife and I have had numerous encounters with Mr. Burke and observed him in his personal life. We always found him to be an honorable man. We greatly admire his devotion to his faith and his family. He and his wife, Anne, not only voice the importance of charity, but they have lived this commitment by adopting two children into their family. In spite of many challenges and substantial personal sacrifice, the Burkes helped these two children, along with their other children, realize their own potential.

We admire Mr. Burke's commitment to the city he loves and that has been his home for the entire 80 years of his life. We believe that the City of Chicago and its people have benefitted from the efforts of Mr. Burke, both as a Chicago City Council member, and as a valued citizen of this great city.

Sincerely,

Norman Bobins

Norman Bobins

E-2

February 11, 2024

Re: Mr. Ed Burke's Sentencing

Dear Judge Kendall:

I was born in the 14th ward and have been acquainted with Mr. Burke for over 40 years. Mr. Burke has consistently exhibited kindness and compassion to his fellow Chicagoans.

I have been a Chicago Public Schools teacher for 18 years. About 10ish years ago, one of my bright students, Celena Hernandez, mentioned that she lived in the 14th Ward. When I told her that I grew up there, she was excited to make this connection; so was I. We both knew Mr. Burke and discussed his kindness. Over several months, I learned that Celena's family was a hard-working immigrant family with five kids who wanted to go to college, but didn't have the funds. The next time I saw Mr. Burke, I mentioned Celena and her family. Mr. Burke worked with the Hernandez family to get a scholarship to UIC! This scholarship was instrumental in helping the Hernandez family reach their goals.

There are thousands of Mr. Burke stories like this - illustrating his unwavering kindness and compassion to others. Please consider this information as you sentence Mr. Burke.

Thank you,

Anne-Michele Boyle

E-3

Judge Virginia M. Kendall

United States District Court

Northern District of Illinois

219 S. Dearborn Street

Chicago, IL 60604


Dear Judge Kendall,


I am writing this letter in support of Mr. Ed Burke, who has been a mentor and a positive influence in my life. I was introduced to Mr. Burke through my mother's former boyfriend, Paull Brozek, during my gap year between college and medical school. Mr. Burke provided invaluable guidance and support throughout my academic journey as I worked through navigating the challenges of deciding my future career path in the medical sciences. Chiefly, he not only encouraged me to excel academically, but also emphasized the significance of and responsibility towards serving others and making a positive impact in society.

I am deeply grateful for Mr. Burke's willingness to dedicate time and effort to mentor me, despite our limited acquaintance at the time. To this day, I continue to work on providing a positive impact in society to the best of my ability as a pediatric liver transplant physician.

As a beneficiary of Mr. Burke's tireless efforts, I have witnessed firsthand the positive impact he has had on the community. He has served the community with distinction for many years, consistently prioritizing the well-being of others and working towards positive change.

A lenient sentence considering Mr. Burke's age, frailty, and high risk of morbidity and mortality would not only recognize his years of service but also acknowledge the unique circumstances surrounding his situation.

E-4

I understand the gravity of the situation and the need for accountability. I believe that Mr. Ed Burke is committed to making amends and continuing his work towards a better society.

Thank you for considering my perspective. If you need any further information or clarification, please do not hesitate to contact me.

Sincerely,

Christopher Chu, MD

E-4



**www.WALDOCOONEYSPIZZA.com**

2410 W. 111th Street • Chicago, IL 60655 • 773-233-9781 | 2640 W. 51st Street • Chicago, IL 60632 • 773-434-0313
8541 S. Pulaski Road • Chicago, IL 60652 • 773-585-0965 | 6715 W. 111th Street • Worth, IL 60482 • 708-448-7200

Judge Virginia Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL. 60604

Dear Judge Kendall,

I have the privilege of knowing Mr. Edward Burke for over 50 years as a family friend, neighbor, and alderman. Through his multifaceted roles, Mr. Burke has epitomized unwavering support, not merely through words, but through tangible actions that have uplifted countless lives. His steadfast commitment to the betterment of our community has left an indelible mark.

One of Mr. Burke's most remarkable attributes lies in his unwavering advocacy for local businesses like mine. As a small business owner, I've witnessed firsthand his tireless efforts to create an environment conducive to growth and prosperity. Whether through streamlining bureaucratic processes, championing policies that foster entrepreneurship, or simply being a sympathetic ear during challenging times, Mr. Burke has consistently demonstrated his dedication to the success of our local economy. He was an early champion of my own business when I started over 43 years ago by walking me through the various steps needed to create, sustain, and improve my own business.

Moreover, Mr. Burke's commitment extends beyond economic endeavors to encompass the welfare of all residents, especially those facing hardship. He has worked tirelessly to connect my fellow neighbors and I to various social services and has been a relentless champion for social justice and equity. For example, a local family experienced hardships due to having a child with a physical disability. Mr. Burke worked with this family to make the neighborhood and their own home accessible for individuals with disability. Similarly, he has helped my 88-year-old father-in-law with finding handicap accessible accommodations and social support during the COVD-19 pandemic.

His empathy and unwavering dedication have provided solace and support to countless individuals and families navigating the complexities of life's challenges. In every capacity, Mr. Burke's leadership has been instrumental in shaping our community into a more compassionate and inclusive place for all. My family, like thousands of others in Chicago, has been positively impacted by Mr. Burke. I hope that his more than 60 years in public service and dedication to the community, small businesses, and, most importantly, my family, is taken into consideration for his sentencing.

Gary Cooney
CEO and Founder
Waldo Cooney's Pizza Inc.
Gary@Waldocooneyspizza.com

E-5

March 26, 2024


Judge Virginia M. Kendall
United States District Court
Northern District of Ilinois
219 S. Dearborn St.
Chicago, IL 60604

Dear Judge Kendall:

My name is Rafael E. Coreas. I am a retired City of Chicago employee and a long-time 14th Ward resident along with my family.

This letter is to ask for clemency for Edward M. Burke. During his tenure as Alderman of the 14th Ward, all of the residents of the ward enjoyed the services which make Chicago a city of progress. It is not difficult to find old time residents who can tell anecdotes of how Mr. Burke helped them, their families or their neighbors in their time of need. The help provided was not always in the way of city services but many of them speak of financial help which makes Edward Burke a merciful individual. His hard work on behalf of his constituency and his good heart is what prompted us, the residents of his ward, to keep on voting for him, to keep him in office to make our ward one of the best wards in the city.

I wish I could have the proper words to ask my petition but a simple man of limited education can only depend on the words of those whose wisdom exceeds oneself.
It is for this reason I bring to your attention a portion of William Shakespeare's poem Quality of Mercy.

The quality of mercy is not strain'd
It droppeth as the gentle rain from heaven
Upon the place beneath: it is twice blest:
It blesseth him that gives and him that takes.
'Tis mightiest in the mightiest; it becomes
The throned monarch better than his crown.
His sceptre shows the force of temporal power,
The attribute to awe and majesty.
Wherein doth sit the dread and fear of kings;
It is an attribute to God himself;
And earthly power doth then show likest God's
When mercy season justice.

E-6

This poem reminds me of your position of power, your power to do justice and your challenge to be merciful just as God in Heaven. It is no wonder Jesus Christ told us "Blessed are the merciful: for they shall obtain mercy (Matthew 5:7).

My telephone number is █████████

Sincerely yours,


Rafael E. Coreas

███████████████

"I have always found that mercy bears richer fruits than strict justice".

--- Abraham Lincoln

E-6

Dear: Judge Virginia M. Kendell

My Name is DonalD.T. Davis
I'm writing this letter to
you In reference to
ALD. Edward M. Burke
My Father Thel Davis Sr.
AND FAmily lives in the
14th Ward where they met as
worker with Joseph Burke
the Alderman Father I myself
DiD'T come alone until June 13,
1960 By that time the Family moved
to the Chatham Neighborhood
on the Southside of Chicago,
as time went By I started to
work with my Father going
to meeting at the ward
office meeting and working
with other Families that
was part of the 14th Ward
ORG. AND all the people that
they would help through out
the years.

E-7

As time continues to go by
my little Brother, one sister
my Father and mother passen
away the Alderman was
always their to offer
comfort for my family
and other families in the
one, I remember seeing the
Alderman at the Governor
Ball in May of 2006 and
telling him one of my older
Brothers pass away, often
20-30 years after my parents pass
away the Alderman was still
there for the Davis family.

Judge Virginia M. Kendall
I Don't know what the
sentencing guidelines are
For the Northern District
of Illinois, but I Do believe
in second chances could
you find it in your heart
to bestow one in this

E-7

April 10, 2024

The Honorable Virginia M. Kendall
United State District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60601

Dear Judge Kendall:

My name is Richard Dent, and I am a former professional football player for the Chicago Bears and a minority business owner in the City of Chicago. My letter to you is a request for leniency in the sentencing of Mr. Edward Burke. I have known Ed for many years, and he has been a great friend and advisor to me.

After my playing days concluded, I needed a career that would sustain me into the future. I started my company RLD Resources, LLC. to provide energy services to businesses and organizations. I was no longer a football star, but a fledgling business owner. I knew as a minority business owner, I had so much to learn. I could always count on Ed to be a great listener and an advisor. He helped me to better understand the business community in Chicago and encouraged me as a minority business owner. He understood that it was vital to the economic growth of a healthy Chicago business community to support and encourage the growth of minority businesses. I am forever grateful for his friendship and his commitment to helping and supporting me and the development of minority businesses in Chicago.

I also have a passion project that is my foundation – The Make a Dent Foundation. I had so many people in my football career who helped me and gave me great advice. I wanted to give back to other minority kids who needed a leg up to get a college education and have a career in athletics, not just as a player. My foundation has helped kids get a college degree in sports management and other fields. I often had conversations with Ed about my foundation and the need to help minority kids in Chicago go to college. Ed was 100% supportive of my ideas and my hopes for the future of minority youth in Chicago. We spent many hours discussing race issues and ways to bridge the racial and economic barriers for kids who needed a helping hand.

I am grateful for Ed's insights, intelligence, and compassion for the people of Chicago and specifically for his understanding that minorities are such a vital part of the future of this city.

Sincerely,

Richard Dent
President and CEO
RLD Resources, LLC

E-8



**Pete's**
MARKET

PETE'S MARKET CORPORATE OFFICE
4333 S. Pulaski Rd. Chicago IL 60632
(773) 843-1400 • PetesMarket.com

Chicago • Calumet City • Evergreen Park • Oakbrook Terrace • Bridgeview • Oak Park • Willowbrook • Wheaton • Glen Ellyn • Lemont • Matteson

Stephanie Dremonas
4333 S Pulaski Rd.
Chicago, IL 60632
1-773-843-1400

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Virginia M. Kendall:

I write to you as Stephanie Dremonas, the Executive Office of Pete's Market, alongside my father, Jimmy Dremonas, and sister, Vanessa Dremonas to plead for your consideration of leniency in the sentencing of former Alderman Edward Burke, a personal acquaintance and esteemed friend. Despite his recent conviction, I implore you to recognize the character of Mr. Burke beyond the context of his legal circumstance.

My association with Mr. Burke spans over three decades, dating back to his instrumental involvement in the establishment of the first Pete's Fresh Market store on 57th & Kedzie. His contributions were pivotal to the success of that venture and every subsequent expansion of our enterprise. While I acknowledge the gravity of his offenses, I must emphasize that they are incongruous with the honorable man I have come to know. Throughout our professional interactions and his service to his constituents, Mr. Burke has consistently demonstrated responsiveness, accountability, and unwavering dedication.

Beyond our professional rapport, I have cultivated a personal friendship with Ed and his wife, Anne over the years, marked by numerous shared moments of camaraderie and support. Their generosity and kindness have extended far beyond the confines of business, with gestures such as offering their home as a venue for my wedding ceremony, personally officiated by Justice Anne Burke. Each interaction with Mr. Burke has been imbued with a genuine spirit of compassion, respect, and concern for others.

Mr. Edward Burke possesses the qualities of a gentleman of integrity, and I trust that he will emerge from this experience with a renewed commitment to ethical conduct and public service.

Respectfully,

Stephanie Dremonas
stephanie@petesfresh.com

Jimmy Dremonas

Vanessa Dremonas

E-9



6.3.2024

Judge Viginia M. Kendall
United State District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

As the President & CEO of Roseland Community Hospital and a long-time friend of the entire Burke Family, I am writing this letter on behalf Chairman Burke to plead for the most lenient sentence possible.

I have personally witnessed Chairman Burke's commitment to his family, the community he served, the religion he has chosen to follow and his never wavering support of first responders.

Professionally, Chairman Burke provided a service for Roseland Community Hospital that can never be rewarded enough. Several years before my administration took over the hospital, the non-profit status was changed and many of the properties were listed on the tax rolls. Unfortunately, we were too late to discover that fact the properties that included the patient's and physician's parking lots were purchased by tax scavengers.

We paid one attorney, who failed, almost $100,000 to solve this issue for our Safety Net Hospital. That is when I turned to Chairman Burke who worked "pro-bono" tirelessly to return the hospital's property.

This is just one example of Chairman Burke's impact on my life professionally. There are many others that showcase his positive character, generosity, faith and commitment to his family… all of which should be taken into consideration.


Sincerely,

*Tim Egan*

Tim Egan
President & CEO
tegan@roselandhospital.org

E-10

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604


Dear Judge Kendall:

My name is Gail Evans-Pye. My father was the late civil rights icon, founder and pastor of Fellowship
Missionary Baptist Church of Chicago, Reverend Clay Evans. Daddy considered Mr. Burke a friend. Their
relationship was built on mutual respect and admiration. While there were some in our African
American community who questioned my father and Mr. Burke's relationship, it didn't matter. In fact,
Daddy said "never allow anyone to choose your friends." If my father were alive I know he would be
honored to speak on Mr. Burke's authenticity, no nonsense manner, helpfulness, generosity and overall
concerned friend Ed Burke.

As my father declined, Mr. Burke visited, prayed and discussed current news worthy topics. My father
passed November 2019. At that time Mr. Burke called our family and participated in the Friday evening
service. January 2020 the city council, serving under then Mayor Lori Lightfoot, honored my father. Mr.
Burke was the last Alderman to pay tribute to Daddy. He got up and his eyes filled with tears as he
recounted their relationship. He stated, they didn't always agree, but respected each other as men.

My husband, the late Dr. Harold Pye, completed his residency training at University of Illinois Chicago.
The scope of his practice was Occupational Medicine focusing on orthopedic injuries. My husband
opened a state- of- the- art medical facility, in the heart of Beverly on Western Ave . Doc wanted to
treat the City of Chicago's work related injuries. Many city employees live in the Morgan Park, Beverly &
Mt. Greenwood areas. My husband asked Mr. Burke if he could be included on a list of approved
providers. Dr. Pye interviewed with the City of Chicago workers' compensation staff. Subsequently, HTP
Associates Occupational Medical Physicians was added to the list. That was a Godsend for the new
practice. Dr. Pye died suddenly of a heart attack, March 2016. Mr. Burke called to express his
condolences and sent a resolution.

Am I endeared to Mr. Burke? YES I AM!!!! He befriended the two most important men in my life. I sadly
followed his trial in the media. All I could do was contemplate, on how I could lend support to our
family friend. Mr. Burke reminds me so much of my father, he is a generous to a fault great man with a
good heart. But also like my Dad imperfect.

I saw Mr. Burke at a funeral not long ago at the church my Dad pastored. I approached he and Justice
Burke and reintroduced myself. He hugged me tightly and I noted a frailer and more forgetful Mr.
Burke.

E-11

I'm writing this letter because my father told me not to allow anyone to be nicer to you than you are to them. Mr. Burke is a FRIEND in every sense of the word. In Acts 13:36 like King David, while in the city council, Mr. Burke served God's purpose for his generation/ contemporaries. I hope I've provided a glimpse into the heart and generosity of The Chairman, Edward Burke.

Respectfully,

Gail Evans-Pye

E-11

March 28, 2024

Judge Virgina M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

My name is Diana George. I live at ███████████████████████████████████. My family and I
have been residing within the 14th ward for the past 26 years. I am the mother of five kids, one of which is
disabled. I am his caregiver and am a stay-at-home mom.

My disabled son, Isaiah George, who is now 24 years old, has a very complex medical history. This includes
his history of Acute Myelogenous Leukemia (AML), esophageal reflux, simple partial onset seizures followed
by impaired consciousness, obstructive sleep apnea, bilateral sensorineural hearing loss, eosinophilic
esophagitis, and laryngeal stenosis requiring many airway reconstructions. Since birth, Isaiah has undergone
procedures and has been taken care of by the medical staff at Ann & Robert H. Lurie Children's Hospital.
About three years ago, my husband's employer switched insurances and resulted in Lurie Children's being
out of network for Isaiah. The insurance was refusing to cover Isaiah's medical care and expenses. As a
mother, this was frightening and overwhelming as many Isaiah's specialists who have cared for him since he
was a baby were no longer able to attend to his needs. I was constantly given the run around when
discussing my son's medical care, needs, and the importance of remaining at Lurie Children's. I felt defeated
as Isaiah was not able to receive the care from providers who know him best.

For this reason, I pushed harder each time for them to extend his insurance. I even went the extra mile to
provide letters from other physicians outside of Lurie's stating they refuse to attend to Isaiah's needs due to
his complex medical history. They even mentioned that they recommended Isaiah to stay with his team at
Lurie's. Enough was enough, I went to Alderman Burke's office and plead my case in hopes for any helpful
information. Burke's office was very welcoming, listened to my concerns, and provided me with information
regarding continuity of care and Isaiah's rights. Burke and his team advocated and fought for my child. He
reassured me that everyone deserves to have access to the best care possible. With his assistance, I was
able to speak with my husband's insurance to maintain Isaiah's coverage at Lurie Children's. My family and I
are extremely grateful for Alderman Burke's expertise, professionalism, caring, and support in advocating
for an individual who is unable to do so for themselves.

In addition, Alderman Burke and his office always strived to assist residents within the community with high
quality service (e.g., ensuring how neighborhood is clean, fixing potholes, placing speed bumps, and making
our community safer). They always made sure we were seen and heard. We ask the court if they can show
leniency when sentencing this humble and kind man who went above and beyond his public duties to help
my family in our time of need.

Please contact me with any questions or concerns at ████████████

Sincerely,

Diana Geage

E-12

MARCH 31, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

c/o
Robin Waters
Loeb and Loeb LLP
321 N Clark Street
Suite 2300
Chicago, IL 60654
rwaters@loeb.com

RE: Edward Burke

Judge Kendall,

My name is Michael George. I was a resident of the City of Chicago for over 35 years. During this time, I was the President of Mid-America Real Estate, a commercial real estate firm specializing in retail properties. Along with my wife Kathi, we raised two boys in Chicago.

The younger, Adam, had always wanted to be in law enforcement. During his college years, he was hoping for summer internships that would help him in his career pursuits. I had asked Lorna Propes, a family friend, for advice. She suggested Ed Burke.

Adam and I met with Alderman Burke who was kind enough to share stories of his early career in law enforcement with the City of Chicago. He spent an hour with Adam and me talking about his experiences, as well as his love for the City and its history. He also introduced Adam to Commander Dan Bitton who presented Adam an opportunity for an unpaid summer internship at the Cook County Department of Homeland Security. The hours spent that summer at Cook County Offices gave Adam a firsthand look at one element of law enforcement. Commander Bitton remains a friend of our family.

My son Adam is adopted. He's African-American and an accomplished equestrian.
Ed Burke's son Travis is also African American and adopted and an equestrian. Adam and Travis are the same age. These are rare similarities that were not lost on Ed. In a fatherly manner, he made certain that Adam and Travis got to know one another, arranging a father-son dinner to provide the introduction. It meant a lot to my son. And to me. Lorna's suggestion was a good one.

Today, my son Adam has a career as a Walworth Co. (WI) Sheriff's Deputy. I would say Ed's willingness to share his experience and help Adam with his advice and the internship certainly encouraged my son's pursuit and added to his commitment to his career direction.

E-13

In our interactions with Ed, he never expressed any expectation. We found him to be genuine, helpful and sincere. There was never any suggestion that his effort was based on anything other than knowing that he'd helped others. Given my brief history with Ed, I witnessed a true concern for my son's pursuit of a career in law enforcement.

I expect there are many more stories over Ed's career that could be added to his resume of good deeds. My simple hope is that Ed Burke's history of good deeds and personal concerns be given appropriate consideration.

Sincerely,


Michael D George

E-13

**Dr. Robert Harmeyer**

March 17th, 2024

Dear Judge Kendall,

My name is Dr Robert Harmeyer and I am writing on behalf of Edward Burke. I came to know this generous man through a mutual friend, but cultivated our relationship because I also had a thriving medical practice in his ward for over 40 years.

We all referred to Ed as "The Chairman" not only because he was the chairman of the financial committee but because he was the most gracious, honorable, compassionate leader I knew. He had a strong commitment to his role and ensured fairness and equality in all he did. All the business owners on the block where my office was located respected the work the chairman did. He took a very personal approach to us all. I fact, I suffered a very serious liver disease where I was in and out of the hospital for 2 years and the chairman would always send flowers and offer any assistance I needed. He became a friend and I trusted him with business advice as well as personal.

Knowing him professionally and well as personally, I am sickened by the decline of his health over the past couple of years. It is evident that this trial has been physically unbearable for him. I appeal to what is right and just as this man has always treated every person whether a millionaire or homeless man with respect, compassion, and service to their human dignity.

Sincerely,

**Dr. Robert Harmeyer**

E-14

February 29, 2024

Judge Virginia M. Kendall
US District Court
Northern District Court
219 S Dearborn
Chicago Illinois 60604

Dear Judge Kendall:

I am writing on behalf the Hernandez Family in supporting a most lenient sentence for Alderman Edward Burke.

I personally have known Ald Burke to be a very kind and caring individual since we first met in 1975.

He has shown kindness supporting my mothers school named after her the Irene C. Hernandez school by attending to events there demonstrating his support to the 900 students enrolled there.

He has always been supportive to my family when Mom died he was influential in passing honorary ordinances praising her career.

The family would participate in picnics and fundraising for Maryville Academy where the Alderman was always there as well to help the less fortunate.

I hope you will grant Ald Burke mercy in his sentencing.

Sincerely

Joe Hernandez
Park Ridge

E-15

# *Rhine Post* 2729

## VETERANS OF FOREIGN WARS



**5858 ARCHER AVENUE**          **CHICAGO, ILLINOIS 60638**

### Phone: (773) 284-9025 • Fax: (773) 284-1144

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Most Honorable Judge Virginia Kendall.

Let me introduce myself. My name is Charlie Johnson, Commander of Rhine Post #2729 Veterans of Foreign Wars for the past eleven years. I am also a retired Chicago Police Officer of thirty-two and a half years of service.

I have served my city and country honorably. I am a Vietnam War veteran.

I am also a Fourth-Degree member of Daniel Dowling Council #1063, Knights of Columbus. I was the Chairperson of our Tootsie Roll Drive that supports individuals with Intellectual disabilities for seventeen years, (1971- 1988). I met Mr. Edward Burke in 1971 when his wife Mrs. Ann Burke was the Chairperson of the Special Olympics. The Daniel Dowling Council of the Knights of Columbus Council donated a check to the Special Olympics and presented it to Mrs. Burke. Mr. Burke gave unending support to his wife Ann Burke during her tenure with the Special Olympics.

Our VFW Post is an Election Polling location and I always recall Mr. Burke stopping by to say "HI" to the voters and election Judges.

During the 2010 City Ward remapping Mr. Burke became our Alderman. This placed our VFW Rhine Post #2729 at 5858 Archer Ave., Chicago, Il. in the 14th Ward. Mr. Burke has always supported veterans and programs. He would attend our Installation of Officers every year. Always asked if our veterans needed anything that he could help with. The number one thing and most outstanding thing Mr. Burke did for our Veterans and Auxiliary members was donating a bus every year to transport approximately 25 Post and Auxiliary members to the Manteno Veterans Home, in Manteno, Il. Members would play bingo with our veterans, treat them to a pizza lunch. Each Veteran was given a care package that had personal hygiene products. Clothing and books were also brought to these Veterans. Many of these veterans were World War II veterans who were happy to see us. During Covid virus we were unable to visit the Veterans at Manteno. Without the kindness and generosity of Mr. Burke, we would have been able to put smiles on all the Veterans who took part in our Bingo games and enjoy a pizza luncheon. Mr. Burke goes about and beyond to make sure our Veterans and families are not forgotten.

E-16

As our Alderman Mr. Burke donated American flags, hygiene supplies, and treats for our annual Post picnic. He always assured us we would get our picnic permit on time. He helped us get a Jumping Jack from the City of Chicago, as well as asking the Fire Department to come out and talk to the kids about Fire and home safety. Coordinated with Streets and Sanitation to have the street next to our VFW post cleared of vehicles as well as provide blockades to keep traffic from coming down the street during the picnic. Arranged to have the Chicago Police Mounted Patrol officers come out as well if available. Invited the Eight District Community Policing Officer to attend any as well as any Officer working that day to stop by for a meal.

I was a frequent visitor to Mr. Burke's Office enjoying the conversations we shared. Mr. Burke would always ask me if our VFW Post needed anything. He is very cordial and well respected by all in his Ward.

Being a Police Officer for all those years, Mr. Burke gave me a copy of his book "End of Watch." It had stories of how Chicago Police Officers were killed In the "Line of Duty." I enjoyed the book very much and shared it with fellow Police Officers and veterans.

From the first day of becoming our 14th Ward Alderman Mr. Burke has been a good friend of our Post and Auxiliary and to me. I am proud to call Mr. Burke a good friend of mine and to all the Veterans.

In closing your Honor, please consider the wonderful things Mr. Buke has done our Veterans who have served with glory and honor. Some of these Veterans do not have families and with Mr. Burkes' kindness and compassion for Veterans he has made their lives worth the fight they gave for our freedom.

Respectfully

Charlie Johnson

Charlie Johnson – Commander
Rhine Post # 2729
Veterans of Foreign Wars

Ed Kosek

███████████

Dear Judge Kendall,

I first had contact with Alderman Burke in 1970. During this time, I lived across the street from a park. There were young adults that were causing difficulties and creating a lot of noise. When I called Alderman Burke, he responded to my call. He helped to bring extra police to the area and this helped the issue.

Alderman Burke is also a very thoughtful man. In 1970, he came to my dad's wake and said prayers. In 1994, he came to my mom's wake and prayer service.

Alderman Burke is very helpful. In the 70's, I developed a drinking problem. He found out I had this issue and he helped me get into rehab at Lutheran General. Since being in rehab in 1977, I have stayed sober.

Over the years, I would see Alderman Burke at church. He would always be friendly and talk with me and my family. We would always send each other Christmas cards.

Alderman Burke is a great man. I hope you take this letter into consideration when sentencing him.

Sincerely,
Ed Kosek

May 28, 2024

Honorable Virginia Kendall
United States District Court Judge
Chicago, Illinois

Your Honor,

My name is Bill Kurtis, I'd like to offer a few words in support of my friend Ed Burke. We met when I arrived in Chicago in 1966 so you might say we grew up together at least in the setting of Chicago politics.

He was pursuing his career at City Hall and I was on a parallel course in television.

I became familiar with his love of Chicago history and his background with the Chicago Police Department. With the publication of his well researched police history he became an excellent source for me regarding Chicago law enforcement.

More than that it was his devotion to his role on the City Council and his dedication to his constituents that made a lasting impression. He and his wife Ann built a life of service over more than fifty years. That length of time gave me a chance to see if it was real or merely a never ending political campaign. I came to the conclusion that they lived their role for the benefit of their ward. Their dedication grew out of their faith and love of the city. It was what they felt an Alderman should be.

Beyond the daily political duties, they reared a beautiful family and adopted a young 'crack' baby who dreamed of making a career in law enforcement like his father. Over our fifty years, I have thought Ed Burke was the model of what an Alderman should be. I still think that.

Sincerely,


Bill Kurtis

E-18

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Daniel Loftus and I am the CEO of the nonprofit immigrant integration + career center PODER. I founded the organization in 1997 to facilitate the successful societal and workforce integration of our newest Americans and their families. In 2019, after opening numerous satellite sites in the greater Midway Airport area, we identified an abandoned, city-owned building in the 14th Ward to potentially serve as our first permanent home. I contacted Mr. Burke's office to schedule a meeting.

In my twenty-seven years of doing this work, I've met many aldermen and elected officials. Most encounters are brief and to the point: what do you need and how can I help? Mr. Burke was different. He asked about my parents, my background and my Chicago roots. He related my stories to his own and of course worked in historical anecdotes throughout our conversation. I was nervous, viewing Mr. Burke as a Chicago legend, but he put me at ease and we spent thirty minutes talking about everything but the project.

When we transitioned to my work at PODER and my goal of acquiring this building, he asked informed questions. And he listened. It was clear Mr. Burke cared about his community beyond his aldermanic role. He pledged support of our purchase and development.

In January of 2023, we opened PODER HQ as the city's first dedicated immigrant integration + career center after acquiring the building for $1 and receiving $2.75 million from the city for the adaptive reuse. I don't know how influential Mr. Burke was in either of these developments. I do know if he had not supported our project, we would not be open today. And PODER HQ would not have welcomed almost 5,000 visitors and empowered over 2,500 of our newest Americans with essential integration services and supports, from English to job training to mental health, over the last twelve months.

I leave judgement to a higher power but whenever we needed something from Mr. Burke, he was there for us in a genuine and caring way.

Sincerely,

Daniel P. Loftus

E-19

James E. Madden

████████

February 25, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL. 60604

Dear Judge Kendall,

I am writing to let you know of my support for Ed Burke, describing the many things he has done as a caring and generous Christian man. I first met Ed many years ago through some social contacts. One of the many things I respect Ed for relates to his activities with the St. Gall Food Pantry located at 55th and Kedzie. In addition to his being on site helping at the Food Pantry with his son Travis and the many volunteers he brought with him, he would regularly ask if there were any additional ways he could help the Food Pantry. He did that numerous times over the years. I remember one specific situation relative to his helping the Pantry was the year the Pantry was short of funds and based on my call to him requesting help, he gathered contributions to be given to the Pantry for the turkeys. For numerous years after that he did the same thing, gathering help for the Food Pantry.

Ed is not just a regular attendee at daily Mass, but someone who following the Christian values of a caring person always helping and caring for those in need.

Sincerely,

James E Madden

E-20

Carmel MCGuire

██████████████

██████████████

March 18, 2024

Dear Judge Kendall,

      My name is Carmel McGuire, I have known Ed Burke for over 45 years. In the early 1980s, we were neighbors and fellow parishioners at St. Gall's (5511 S Sawyer Ave, Chicago). As well as being a neighbor, he was also our alderman. The pride that he took in his neighborhood and ward was clear to all of the constituents, always going the extra mile to help.

To fully explain who Ed is as a person, I need only to look back at the kindness that he showed to my in-laws.

Like myself, my mother and father-in-law came to Chicago from Ireland. My mother-in-law (Delia McGuire) would always mention how "Ed Burke always takes time to have good chat with me! What a nice man." This is true, no matter where they were or how (clearly) busy he was, Ed always made Delia feel so special. Sadly, a few years ago we lost both Delia and her husband Tom. Ed Burke was there at both of their wakes and funeral masses. I am sure Delia was looking down saying again, "What a nice man."

Ed's life has been dedicated to his family, friends, faith and community. I can only hope that in the coming years he can continue to enjoy time with his family and friends in the community that he loves. I am proud and grateful to call him a friend.

Thank you for your time.

Sincerely,

Carmel McGuire

E-21

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois. 60604

Dear Judge Kendall:

Growing up in the 14th ward in the 50s and 60s, like everyone in the neighborhood, I knew of and held in great esteem our alderman. I recall, as a young lady listening to neighbors and family members tell of the good work he did for our ward and eventually the City of Chicago.

In my early 20s I became licensed as a certified court reporter. My dad, who had been friends with Ed's father, reminded me of the Burke family's great loyalty to our community and encouraged me to mail the young Alderman Burke an announcement of the opening of my first court reporting agency in 1975.

It wasn't long before I received a call from Ed's secretary instructing me to report to Room 201-A in City Hall for a job. Thanks to Ed, McGuire's became the court reporter of choice for multiple committees but especially the Committee on Finance. My agency, McGuire's Reporting Service, provided a specialized type of court reporting with three reporters besides myself rotating through Ed's hearings and multiple committees for over 40 years from my first assignment until retirement in 2014.

It was awe inspiring to watch Ed in action at City Hall, efficiently leading each meeting, allowing all interested persons their chance to speak and to be heard - always demonstrating his concern for his constituents and all of the citizens of the city he loves.

While reporting, I found many of the hearings over which Ed presided to be life-altering for the citizens of Chicago. Among the examples of those I most remember were Arson for Profit and police brutality hearings. As a young reporter, my admiration for Ed increased as I personally witnessed his principles rise above others as he worked tirelessly to better the City of Chicago. Examples of his effectiveness: Bringing Jerry Springer in to account for his offensive behavior and influence on children, endeavoring to reduce violence in video games, forcing the lowering of rates on ATM machines - among many others. No one worked longer or harder to make our city a better and safer place and to provide the strongest advocacy for the safety and well-being of our Chicago Police and Fire Departments.

Through the years, Ed was approached by numerous agencies in the highly competitive court reporting business. He, however, recognized that McGuires provided excellence in service and was not swayed by incentives offered by other reporting agencies. Providing court reporting for Ed Burke and the City of Chicago was an education and an honor. I will forever be grateful for the opportunity he provided to me and my reporters and above all for his loyalty to my small business and to me personally.

Through our long professional association, I witnessed many kindnesses to others from Ed Burke. Aldermen would line up for his sage advice; he helped them all. The public was never turned away either. So many have been helped by Ed's service to his constituents and to Chicagoans city-wide, with no expectation of pay back in any fashion. While other committees for which I came to report had no hesitation to solicit contributions from my agency, Ed never asked anything of me other than excellence in my job performance. Because of my admiration for him, I, in fact, eventually had to ask to be allowed to contribute to The Friends of Ed Burke Committee.

E-22

During the course of business, as our friendship and mutual respect grew, I also became acquainted with Ed's wife, Anne Burke, whose friendship I still value today. Being from the neighborhood, Anne knew my dad before she and Ed married. She is highly respected and is devastated by the effects of Ed's conviction on their family. Ed and Anne are dedicated to their family, their community and to the church. They have for all of the years I have known them been daily communicants. Even having experienced profound personal loss and heartbreak, with Ed at the head, the Burkes remain a tight family, faithful, and a beacon of strength, honor and dedication to all who know them. I pray that their faith sustains them today during this most difficult time.

Thank you for your interest in learning about my relationship and experiences with Ed. I hope that this letter adequately expresses my high personal regard and professional respect for him. I will add that, like so many others, I am deeply saddened by Ed's conviction. I recognize how significant even a minimum sentence could be in light of Ed's advanced years and compromised health. It is my fervent hope that you recognize that Ed Burke is an authentic, kind and compassionate individual who has with good intention dedicated his life to the service of the people of Chicago. I hope you come to realize he has done so much good in his lifetime and It is my prayer that he be shown leniency. I greatly appreciate your thoughtful consideration. If I can offer additional information or clarification, I am available to be contacted at your convenience.

Sincerely,

Jennie Rae McGuire-Aleksy

E-22

Dear Judge Kendall:

My name is John T. Murphy, Chairman & CEO of Murphy Real Estate Services, LLC, a real estate developer and investor whose headquarters have been in the City of Chicago for more than 25 years.

This letter is being sent to you in support of Ed Burke whose recent trial and conviction in Federal Court are highly variant to my experience with both Ed and his wife Anne over the past decades.

It has been my personal and professional pleasure to have known and worked directly with Ed Burke for the past 20+ years. To that end, I have experienced first-hand both his work ethic, his integrity and what his ongoing generosity has meant to so many.

A good example of Ed's generosity would be his timeless work with me over the past several years on advancing the buildOn Organization. The buildOn mission is to break the cycle of poverty, illiteracy, and low expectations through community service and education. buildOn mobilizes U.S. students from cities throughout the country to transform their local communities through service learning and then are invited to change the world by building schools in developing countries. Ed was instrumental in establishing the buildOn mission here in Chicago which continues to grow in so many communities throughout Chicago and furthermore fueled the development of several schools in impoverished countries throughout the world. From Chicago's most underserved urban high schools to the world's economically poorest countries, the mission builds hope and opportunity where it's needed most. Ed's support and guidance made a difference.

On a more personal note, I asked Ed to meet with my daughter to offer career guidance while she was attending Loyola Law School and at a point in time when future opportunities and pursuits can take on a clouded perspective. Ed selflessly took time to connect with her and with Anne's support, completed an internship at the Illinois Supreme Court and is now a successful real estate attorney. It meant a great deal to me that Ed, amid a very busy schedule, took time to care, took time to guide.

Please, your honor, I plead for you to consider giving Ed probation or something along the lines to where he could at least be close to his family and his faith. I am sure there are merits to his conviction and am respectful of the court and the conviction. I am simply requesting would your leniency in his sentencing.

Thank you!

E-23



**FIRE of MUSEUM**
GREATER CHICAGO

**Museum Location**
5218 S. Western Ave
Chicago, IL
(No mail to this location.)

**All Mail & Packages**
517 Senon Dr
Lemont, IL 60439
630-484-1467

*Executive Board*

Philip M. Little
*President*

Timothy Connors
*Vice-President*

John H. Connors
*Secretary*

Andrew O'Donnell
*Treasurer*

*Directors*

Michael Charnota

John H. Connors

Timothy Connors

William Edwards

John Hadfield

Michael Kovac

Philip M. Little

Andrew O'Donnell

Russ Pac

Steve Redick

Jeff Stern

March 29, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
319 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kindall:

In 1997 a group of Chicago fire fighters and fire enthusiasts banded together to explore the possibilities of organizing a fire museum in Chicago, a city with a rich fire history and fire department. That reality became The Fire Museum of Greater Chicago, a chartered non-profit educational entity.

We just celebrated our 25th anniversary. We started off by using unused classrooms at St. Gabriel Grammer School in the Canaryville neighborhood where one of our board members was the pastor.

Looking for more space and a place to call our own to have the ability to display antique fire apparatus and other large memorabilia, we located an abandoned former fire station on Western Avenue. Contact with then Alderman Edward Burke of the 14th Ward proved to be one of the best decisions ever made. His cooperation in gaining a lease of this facility and ultimately a transfer of several unused old pieces of fire apparatus ready for the scrap yard was flawless.

We met with Mr. Burke as a board of directors several times and then another board member, now deceased, and I were appointed as the contact persons to work with Mr. Burke. Our relationship could not have been better. Together we took lease of an abandoned eyesore and made it into a building of pride and honor for the community.

A 501c3 non-profit organization dedicated to the preservation of the history and traditions of the fire service.
All donations are tax deductible to the fullest extent of the law.
www.FireMuseumofGreaterChicago.org

As a group of totally unpaid volunteers, we have been operating the very first fire museum in the great City of Chicago. Without Mr. Burke's assistance we would not be in the position we are in today.

Mr. Burke would stop by and monitor our progress from time to time and we could see the sparkle in his eyes as he saw what we accomplished together. We saw nothing in Mr. Burke but the utmost of integrity, pride, and willingness for what was accomplished.


Respectfully,

Andrew O'Donnell
Treasurer

A 501c3 non-profit organization dedicated to the preservation of the history and traditions of the fire service.
All donations are tax deductible to the fullest extent of the law.
www.FireMuseumofGreaterChicago.org

E-24

March 31, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

My name is James O'Malley and I have known Mr. Burke since I was a small child. I have seen all the good he has done first hand.

For years, I would go into the 14th ward office and have coffee and socialize with him and his staff. I have seen people come in and out for years with nothing and have hit rock bottom, and Mr. Burke would always be there to pick them up and get them on their feet. I have seen Mr. Burke make the necessary phone calls needed to get them to be where they needed to be. Mr. Burke was very selfless, never asking for anything in return.

During the Lenten season, I would attend church every day and would always see Mr. Burke In the back row of the church. Mr. Burke has a solid faith and sees the good in people. Mr. Burke is a dedicated family man, adopting 5 children at birth in hopes to give them the best life possible besides the other acts of generosity he has done throughout his lifetime. Mr. Burke believes in people having what is best for them in life and if he is able to help he is more than willing.

Mr. Burke has a heart of gold and I never met anyone in my 64 years of life that can come close to what he has to give. The road ahead is going to be a tough one, however if the determination of his sentence can be lenient in anyway possible, it will be for a good person with a heart of gold.

Thank you for your time, Your Honor and hope this letter finds you well because it came from the heart.


James O'Malley

E-25

March 25, 2024

Dear Judge Kendall:

My name is John O'Malley, a retired firefighter of the Chicago Fire Department, residing in the Garfield Ridge neighborhood. With 33 years of service, primarily in the Englewood area, I write to you today regarding the sentencing of Edward Burke. Our families share a long history in the community, both deeply rooted in the service and betterment of our city. My father was a member of Leo Thirteenth Knights of Columbus in Visitation Parish alongside Joe Burke, Edward's father, marking the beginning of a legacy of service that Edward would continue with distinction.

Edward Burke's contributions to Chicago, especially in communities like ours, have been profound and multifaceted. From his early days, his commitment to public service was evident. I remember the morning ritual of seeing his black car parked in front of St. Gall Church at 55th and Kedzie, a testament to his devout faith and presence in the community.

In June of 1974, Edward established a pivotal six-week physical fitness class at Cornell Park, specifically designed to prepare young men and women for the Chicago fire exam. This initiative was not just a class; it was a lifeline for many of us aspiring to serve our city as firefighters. The program focused on physical strength and endurance, key components of the fire exam. I can personally attest to the impact of this program, as it was instrumental in my own success in joining the fire department.

Edward's approach to service was inclusive and equitable. It didn't matter your background or status; he and his father before him always took the time to listen and act on the community's concerns. This ethos of accessibility and commitment to all residents of Chicago is what I most admire about Edward Burke.

While I understand the gravity of the circumstances leading to Edward's sentencing, I also believe in the power of redemption and the impact of a lifetime of service. It is with a heavy heart that I request leniency in his sentencing, considering not only his past contributions but also his potential for continued service and rehabilitation.

Edward Burke has indeed made mistakes, but his life and work have also significantly benefited our community. It is my hope that his sentencing will take into account the entirety of his contributions and offer a path that allows for redemption and continued service to the community.

Thank you for your time and consideration.

Sincerely,


John O'Malley

E-26

Dear Judge Kendall,

First I would like to introduce myself.

My name is Steve O'Malley, a retired Fire Lieutenant with the Chicago Fire Department. I had a professional relationship with Alderman Burke. The company I retired from was Tower Ladder 39 which was located at 2215 W 51st Street just two blocks out of Alderman Burkes Ward. Mr. Burke was always a supporter of the Chicago Fire and Police Departments. On November 2nd, 2012 our firehouse suffered a line of duty death of Captain Herbert Johnson. Alderman Burke immediately showed support for the members of Engine123, Tower Ladder 39, Ambulance 8, Battalion 19, and the family members of Captain Johnson. Moving forward a new innovative piece of equipment was introduced to the fire service. This piece of equipment known as a vent-master roof saw. This piece of equipment was being used by surrounding suburban Fire Departments but was not being considered by the Chicago Fire Department. I contacted Alderman Burke and explained to him the need for this piece of equipment and the changes it would make in fire suppression and rescue. Because of the respect Alderman Burke has for the members of the Fire Department and the citizens of Chicago he was able to get this very important piece of equipment placed on every Tower Ladder, Truck and Squad Company. This piece of equipment changed the way Fire companies ventilate roofs. Prior to distribution of the vent-master fire companies would use axes to chop open roofs to ventilate the roof releasing superheated gases and smoke, a very time consuming task. By issuing the vent-master it allowed companies to open roofs in a faster and more efficient way, saving countless lives of civilians and assisting the firefighters in making a faster coordinated fire attack on the seat of the fire.

I believe Alderman Burke is a good man and he always had the citizens of Chicago in his best interest. I feel as though Alderman Burke has done a lot of good for the citizens of Chicago and I ask you to show leniency in sentencing Alderman Burke. I Thank You for your consideration regarding the future of Alderman Burke and the Burke family.

Sincerely,

Steve O'Malley

April 10, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is George Rabiela. I have been retired from the Chicago Fire Department for over 18 years. I had the honor of working with Mr. Edward M. Burke for many years during the time I was stationed at Engine 13 located at 259 N. Columbus. I was the Station Captain in charge of the Fire House.

Mr. Burke helped me honor a fallen Firefighter by the name of Walter Watroba. Watroba was trapped on November 22, 1976 for 7 1/2 hours. The fire department doctor had to cut his leg in order to free him, unfortunately Watroba died in route to the hospital. Mr. Burke was moved with compassion and ensured FireFighter Watroba was honored.

I am asking that you have the same compassion for Mr. Edward M. Burke, a man who has helped me pass so many city ordinances in donation for fire departments in Mexico. Please have Mercy on this man that helped so many people around the world. Let's not forget all the good that he has done!

Respectfully Submitted,
George Rabiela

E-28

**Maria S. Vega**

February 2, 2024

Judge Virginia M Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Judge Kendall:

I am Maria Vega, a longtime resident and business owner from the city's Brighton Park community. Please accept this letter of support for Edward Burke whom I have known personally since 2005.

I first met Mr. Burke in 2005 when Pope John Paul II Catholic Elementary School, the school that my children were attending, was slated to close in 2005. At that time, my daughter Victoria was enrolled in pre-school. Our family was devastated hearing the news that the school was scheduled to close at the end of the school year.

Mr. Burke was the alderman at the time in our neighborhood. I contacted him with the devastating news and asked him how he was able to help us. Pope John Paul II Catholic Elementary School was the last catholic school in the Brighton Park community. Mr. Burke, himself a devout Catholic, became very involved in the school's events, such as marching in the "Save Our School" Penny parade. The parade marched through the streets of Brighton Park, raising funds needed to save Pope John Paul II Catholic Elementary School.

I only have great things to say about Mr. Burke. Ours is among the hundreds of students and families that are very grateful to him for standing with us to preserve Catholic education on the southwest side of Chicago. Nineteen years later, Pope John Paul II Catholic Elementary School remains a beacon of education for the children of Brighton Park and surrounding neighborhoods.

E-29

It has provided the opportunity for many of our future leaders to graduate from here. My children went on to attend Saint Ignatius College Preparatory High School and have graduated with Business degrees from the University of Illinois In Champaign Urbana. There success might not have been possible had Mr. Burke joined parents fighting to ensure a strong Catholic educational opportunity remained accessible to them locally.

In closing, please look with leniency on Edward Burke. I admire him for the sum total person he is and the good he has done for my community. Like me, Mr. Burke is a person of faith. He, his wife Ann, and his entire family have been in my daily prayers since we heard that he was convicted in a criminal case.

I ask you to please consider all that I have shared as you consider what his sentence should be.

Respectfully,

Maria Vega

E-29

February 19, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago,Illinois 60604

Dear Judge Kendall

My name is Jim Venckus and I have known Ed Burke and his family for over 50 years. He was active in the Back of the Yards, Visitation, and St. John the Baptist parishes.

My close relationship evolved when I left U of I to begin my career with the Chicago Park District. My first park assignment was Wagner Playground, located at 51st S. Peoria from 1966-70 next to St. John the Baptist School. During these years, the 14th Ward was generously donating to many of our Park/School programs.

Ed Burke's neighborhood generosity began when I became Supervisor at Cornell Square Park, 51st S. Wood from1970-85. The Alderman stepped up and started the 14th Ward Youth Foundation that enabled my Park and other Parks in the Ward to sponsor numerous activities, such as T-Ball, Softball, Flag Football,  Basketball, and Soccer. Ed supplied T-Shirts, trophies and equipment to enhance these programs.

When he was able, he attended the youth programs, Gym Shows, Water Carnival (Cornell Pk. had an outdoor pool), Pre School Graduations etc. He always made time to talk to the parents and youth about their concerns.

Another community event was The Annual Sr. Softball Tournament held annually in July. Over 20+teams from the city competed in the weekend event. Ed again donated awards and refreshments to all.

The former IRC organization for mentally challenged adults was a charity close to Ed and Anne's heart. They began an annual 10K Run Charity Race which they entirely funded. 100% of the entry fee went to the IRC. Over 200 runners competed.

As a former CPO, Ed became an annual sponsor to The Battle of the Badges Boxing Event.  Over 1 Million dollars was raised from 2007-2021 for CPD/CFD Charities.

Finally, Your Honor, Ed Burke is a compassionate and caring man who has dedicated his many years of service to his community.

Respectfully,

Jim Venckus

E-30

Susan A Waldman

March 20, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Il 06604

RE: Mr. Burke

Dear Judge Kendall:

I am writing on behalf of Edward Burke, or as I know him as Alderman Burke. I had the great
pleasure of having him as my Alderman in the City of Chicago Council. Our Ward was kept clean, all
our city needs were met, and I was very proud to be in The Fourteenth Ward.

For a short time, I work for the Alderman at his office in City Hall. This man was always on the go,
with meetings held downtown and in the Ward. Doing business for the City of Chicago does not
always fit into a 9-5-time frame. Alderman Burke was at Civic meeting, workshops, BEAT meetings,
along with volunteering with his wife Ann at the Special Olympics functions. Ed has given up his
family time for the City of Chicago more than anyone I have known.

Once Alderman Burke knew you, you were family. If you had death in your family, he was at the
wake and sent flowers to the family. If your family was celebrating a special day, Alderman Burke
had a proclamation done for you at the City Council and you received a beautiful document stating
this issue. Alderman is a very thoughtful person.

My cousin has just come out of Federal prison, and he is 46 years old. The two-year term has aged
him twenty years. He will not talk about any of this just yet. His mother told me the medical care
was one of the worst that she knew of. One could get an appointment, but it took six months to get
it. Knowing this I fear for the worst for Ed Burke knowing his age.

I really feel Alderman Burke has given up his time and his life, for the people of the City of Chicago
and his family.
 I am asking for a lenient sentence however you can. I feel Mr. Burke and his family has paid
enough.

Sincerely,
Susan A Waldman