# Exhibit F

# Friends &
# Family Letters

| | | | |
|---|---|---|---|
| F-1 | Birnbaum, Peter | F-28 | McGlone, Michael and Susan |
| F-2 | Boroff, Joseph | F-29 | McGuire-Clarke, MaryLynn |
| F-3 | Buckley, John and Marlene | F-30 | McMahon, Anthony and Kathy |
| F-4 | Bussler, Eileen | F-31 | McMahon, John |
| F-5 | Caira, Josephine | F-32 | Metz, Ellen |
| F-6 | Callahan, Karen | F-33 | Moran, Thomas |
| F-7 | Callahan, Kathleen | F-34 | Morganelli, Joseph and Roberta |
| F-8 | Carli, Diane | F-35 | Mulcahy, Clare |
| F-9 | Carlins, Joel | F-36 | Murphy, Cathy |
| F-10 | Carlins, Susan | F-37 | Neary, Pete and Pamela |
| F-11 | Casey, Gerald | F-38 | O'Connell, Jim |
| F-12 | Claus, James | F-39 | O'Malley, Gianna |
| F-13 | Conlon, Sean | F-40 | Para, Maria |
| F-14 | Crampton, Holloway | F-41 | Pitre, Clayton |
| F-15 | Crampton, Max and Abigail | F-42 | Popolo, Frank |
| F-16 | Crampton, Ross | F-43 | Rosenbloom, Millie |
| F-17 | Duhig, Larry Duke | F-44 | Steiner, Al |
| F-18 | Durkin, Terrence | F-45 | Tierney, Amy |
| F-19 | Elrod, Marilyn | F-46 | Woltman, Meghan |
| F-20 | Gabinski, Celeste | F-47 | Zallis, Stacy |
| F-21 | Gergits, Joan | | |
| F-22 | Kelly, Valerie | | |
| F-23 | Lanctot, Thomas | | |
| F-24 | Landsberg, Jillian | | |
| F-25 | Leary, Dan | | |
| F-26 | Manion, Thomas | | |
| F-27 | McGlone, Maureen | | |

# PETER J BIRNBAUM



January 30, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

I write to you in the hopes that this letter will assist you in your consideration of a proper
sentence for Edward M. Burke.

My relationship with Mr. Burke dates back 43 years. I attended law school with Ed's wife Anne.
We became fast friends and through Anne I became close with Ed.

While Ed is publicly known as a leader in Chicago politics, my relationship with Ed (and Anne)
has been personal in nature. The Ed Burke I know is kind, generous and loving. The best
example is his adoption of their youngest child Travis. Born to a crack addicted mother, Travis
was frail and fragile when the Burke's took Travis into their home. Travis suffered significant
disabilities when born. His prospects of thriving were very low. The Burke's were originally
foster parents to Travis but eventually moved to become permanent guardians.

The birth mother, a troubled woman, opposed the adoption. Ed was resilient. Despite the ability
to use his position to publicly declare his love for Travis and his belief that Travis could fare
better in the Burke home he remained silent. And stoic.

When the Burke's prevailed and Travis came into the permanent care of the Burke's, Ed devoted
his life to ensuring that Travis was given the same (or even greater) opportunity to flourish that
was given to his four adult children. It was a joy to witness Travis develop under the constant
care and companionship of his unabashedly doting Dad. Until Travis left for college he was
literally always by his father's side. Today, Travis flourishes, pursuing his childhood dream of
working for the railroad.

Judge Virginia M. Kendall
January 30, 2024
Page Two


Ed's deep faith has been tested many times, no more so than when he lost his son Emmett.  It was one of the most heartbreaking funerals I have ever been to.

Despite this and other tragedies and setbacks Ed is resolute in his faith, devotion to family and to the thousands of people whose lives are made better through the kindness and support of this man.

I could relate more stories about Ed, but I hope these give you a deeper glimpse into the man sits before you awaiting your judgment.

Respectfully Yours,

Peter J. Birnbaum

F-1

April 16, 2024

The Honorable Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

I am writing to you on behalf of Mr. Ed Burke.

Mr. Burke was a dear friend of my late father Cy Boroff. Mr. Burke and my Father's friendship spanned nearly fifty years. Mr. Burke was my father's personal attorney, and was a confidant to my father on family matters. During the friendship between my father and Mr. Burke, I benefited from this close friendship. Mr. Burke recommended me to the Former Illinois Attorney General, Neil Hartigan, to be hired as an investigator. This was shortly after my honorable discharge from the military.

I was employed by the Illinois Attorney General from January 1986 through December 1993. I resigned from the Illinois Attorney General to accept an admission to the Chicago Police Academy in December 1993. I served on the Chicago Police Department from December 1993 until my retirement in January 2017 honorably.

Mr. Burke was also of great assistance to myself and my late mother, in that Mr. Burke was able to guide me to the correct state agency to get help for my mentally disabled brother.

Mr. Burke was and always has been a 'second' father to me.

Prior to my father's death, my father fell into financial hardship. Mr. Burke directed me to a fine attorney so as to help my father and mother avoid the embarrassment of losing their home. This attorney was also mentored by Mr. Burke. This was of great importance, because my dad was able to file for bankruptcy.

Your Honor, I have opened my family's personal life and hardships to you because Mr. Burke was a great help.

Your Honor, I have seen Mr. Burke raise fine sons and daughters. He is now a proud Grandfather. Mr. Burke's wife, the Honorable Judge Anne Burke is a fine lady and loving wife to Mr. Burke. And as we all know, he is a loving father and husband.

In closing your Honor, I am asking you to consider great leniency in Mr. Burke's sentence.

Thank you and respectfully,

Joseph S. Boroff CPD (Ret)

March 8, 2024

Dear Judge Kendall:

My name is Marlene Buckley. My husband John and I have worked with Alderman Burke and have known the Burke family for many years. Hopefully this letter will give you more of an insight into the Ed Burke as we have known him. He has always tried to guide and help anyone in every way he could.

Please read just a few short instances:

He's given away turkeys at Thanksgiving and school supplies to children for their upcoming year.

On several occasions he's financially helped students in need at St. Rita High School and other catholic schools with their tuition shortfalls.

He and his son Travis for many years have donated time at a local soup kitchen before sitting down with their family for Thanksgiving dinner.

At the request of an elderly couple living in the community, he visited their home to assist with various legal materials as the husband was gravely ill and no longer able to leave his home.

I believe he may have even contributed to funeral expenses for families in the community without sufficient financial means,

He not only would help residents of his ward, but if he could, anyone reaching out to him.

He and his family are in our thoughts. So much unknown, so much anxiety for them all. We know he has medical issues and in his advanced age the progression and stress will definitely take a toll.

Thank you for your time and for your consideration on behalf of the Alderman and his family.

Marlene and John Buckley

F-3

February 19, 2024

The Honorable Judge Virginia M. Kendall
United States District Court
Northern District Court of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

The purpose of my letter is to respectfully request your leniency in the sentencing of Ed Burke.

My name is Eileen Bussler and I have known Ed Burke since he married my lifelong friend Anne McGlone in 1968, after which Ed had to immediately depart for his military service to our country, his father having passed away only a few weeks prior. At the time he was a hard-working, dedicated young man who loved two things: My friend Anne; and serving others.

My mother Gertrude Noonan was widowed at a young age and raised three girls on the south side of Chicago in Alderman Ed Burke's district. My mother who became his eldest constituent at age 99.5 was a supporter of Ed because he was kind and showed he cared by listening to her and her neighbors and being their advocate to solve local problems within the community. He visited her house the day of her funeral to pay his respects to her family, which meant a lot to us. With him was his son Travis, whom Anne and Ed had adopted, along with several other of their children. One of those children, Emmett was killed in an unfortunate accident, and Ed and Anne's marriage preserved as they supported one another through that and other trying times.

I am hoping you will consider Ed's family in granting a lenient sentence. Ed and Anne are elderly now, and dependent upon one another as they grow old. Anne has always been a dedicated public servant and judge, and does not deserve to die alone. While Ed has been convicted of a crime, the Ed I know also served his community, not only as an elected official but also in countless charities and civic organizations. The Ed I know was a man of faith in his Catholic Church, a loving husband, and a committed father.

Ed is in poor health, including having fought cancer, and incarceration will likely hasten poor prognosis.

I thank the Court for your consideration.

Very truly yours,

Eileen Bussler

F-4

*From the Desk of*

# *Josephine M. Caira*

March 26, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Il 60604

Dear Judge Kendall:

I hope this letter finds you well. My name is Josephine M. Caira. I am the proud American daughter of Italian American immigrants, and I will turn 86 years young in a few days. I am writing to you today about Edward Burke, my very dear, compassionate, and honorable friend of many, many years.

We all have a story, and I'm sure mine is shared by many my age. My father left my mother and me as a baby, to travel to America in search of a better life for us. Due to the great depression and war, it was 10 years before we saw my father again. My father worked hard and sacrificed much to become a legal American citizen, and provide for us. Much of what this actually means is lost on younger generations, who may not know the history and who don't understand what their elders went through to migrate to a new country the right and legal way, and then do the right thing as an American citizen, for your family, community, and country. I learned so much from my father's example, which evolved into my current and steadfast values and beliefs, and provided me with my most cherished friendships. Ed and I have had many conversations on the topic.

My family (my late husband Frank Sr., 2018, my late eldest son Frank Jr., 2015, my younger two sons Tony, 60, and Chris, 52) and I met Ed and Anne Burke in the early 1990's, when Tony worked with their son Eddie. Tony and Eddie became and remain close friends, more so like brothers. Eddie always said he loved my hugs, and would come by often to get one, as he still does today.

When Eddie brought his parents to meet us and visit our modest home for the first time, Ed and Anne brought gifts adorned with what I would later learn was his signature green yarn bow, and a card signed in his signature green felt tip pen. All we knew of Ed and Anne from what we had seen on TV, all the stories of people and communities they helped along the years, including their son Travis and the Special Olympics. Previous to meeting Ed and Anne in person, we were in awe of them. After we met them and got to know them personally, that day and every day since, we learned what down to earth, warm, generous, compassionate, and thoughtful people they were. They complimented and appreciated the warmth of our family and home. They soon became, and remain, a cherished part of our family. I have lost count of the many sweet and thoughtful notes he has sent for no reason at all, except to let me know I'm in his thoughts and prayers, all signed in his cheerful green felt tip pen.

F-5

*From the Desk of*

# Josephine M. Caira

*8140 W. Balmoral Avenue, Chicago, Il 60656*

When I was hospitalized, and later, when my late son and husband fell ill, Ed personally brought us Holy Oil in a Blessed Mother and religious decanters, and consoled us daily. When my son and husband passed away Ed continued to console us with amazing warmth, love, and prayer, long after most people went on with their lives. Having also lost their own young son, I'm sure they knew our pain, but it was much more than that. It was Ed's amazingly big, beautiful, and selfless heart. It was Ed doing what Ed does, what I've seen him do countless times, helping everyone he could, even complete strangers, in every possible way within his means.

Ed and Anne are amazing people, and even better friends. There's an old saying that "Friendship means little when it is convenient". I know I'm not alone in being able to say, Ed was there for us when we needed him most, not only for the good times, but more so in the bad times, regardless of whatever else he had going on, or wherever else he needed to be. Ed's kindness is not just reserved for people he knows. I have heard many stories of Ed spreading his kindness and compassion to people he's never even met, because of his deeply philanthropic nature.

Over the course and span of his 80 year lifetime, convenience played no role in all of his good deeds and kind acts, and there was nothing I could ever do to repay his vast love and kindness, except to reciprocate with mutual love and kindness. I've never known Ed to do anything for what he might get in return. His acts of love, kindness, and thoughtfulness have always been selfless. I even find comfort in the way he calls me "Momma Jo", like all the kids do, even though we are only five years apart.

Everyone who knows Ed knows that when you're down and out, it won't be long before he's right there beside you, with a hug, a kind word, a prayer, maybe even a song, or whatever else you might need. I truly believe Ed is the most unselfish man, father, husband, Alderman, and friend we may ever run across in our lives.

Ed has had his own health issues over the past several years, keeping them quiet and to himself initially. But after we found out, and we tried to do for him, all he requested was our prayers.

I could go on and on your Honor, but with great respect for you and your time, I'll end here. I beg you to consider Ed's age, health, positive attributes, kindness, compassion, and loving heart, and what he means to those who really know and love him, when you determine his sentence.

I believe there are politicians and public servants, two very different things, and the latter being the better of the two. I know Ed to be a true and consummate public servant, protecting, representing, and working on behalf of the community, citizens, and country he has served all of his adult life.

I ask you for compassion, mercy, and leniency, your Honor. Please keep in mind all the good my dear and loving friend Ed has selflessly done for me, my family, and so many more, in so many seen and unseen ways.

Thank you for taking the time to read my letter. I hope you understand how deeply we love Ed, and how deeply we feel his love and kindness. May God bless you, and keep you safe, always.

I remain respectfully yours,

Josephine M. Caira

F-5

## KAREN CALLAHAN
### ATTORNEY AT LAW

Judge Virginia Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall,

My name is Karen Callahan and I very much appreciate this opportunity to speak on Mr. Burke's behalf. I have known Ed Burke my entire life. I am honored to call him a friend and consider him to be a blessing in my life and in my parent's lives.

We grew up with the Burke's and their children. Although we saw each other's families occasionally in the city, we spent most of our time together at our respective homes in Wisconsin. I have countless memories with them filled with laughter, teasing, sage advice, history lessons, support and a ton of love. We took vacations together and celebrated holidays together.

Despite being a public figure, very much in demand, Mr. Burke has always understood that being a husband, father and grandfather are his most important titles. I greatly admire his devotion to his wife. I specifically remember as a young girl, Mr. Burke would bring their children to our house for dinner on the weekends so Mrs. Burke could study for Law School. They are from a generation that places a husband's career first - but I never saw that in their relationship. He spoke often and glowingly of Mrs. Burke's accomplishments as a mother, a teacher, a lawyer and a Judge. A lesser man may have been either dismissive or jealous of her success. I have observed him with his children and grandchildren and he is present for all of them in every way that counts. He is in the classroom, the stands or the audience. He wears his affection for them on his sleeve. Just ask him about any one of his children or grandchildren and he will happily fill you in on their interests, friendships, education or careers. To think that they may not have the final years of their lives together as a family is completely heartbreaking.

As a college student I worked for the Committee on Finance during the summer. Later as a law student, I worked for his law firm. I observed first-hand that he was fair, straight-forward and a dedicated team leader. If there was an opportunity for professional growth in either office, Mr. Burke made sure I was aware of it and encouraged me to pursue it. He frequently called me into his office to see how I was doing or if I had any questions. In speaking with other colleagues, I know he did the same for them.

As fellow adoptive parents, I have had many conversations with Mr. and Mrs. Burke about our shared experiences. Mr. Burke was nothing short of generous with his advice and support of me and my husband as we navigated the complicated and often emotional roller coaster of the adoption process. For many years, I was actively involved in a charity that assisted adoptive families and Mr. and Mrs. Burke set aside their schedules to attend events and and on a few occasions, to speak on their experience as adoptive parents. Despite having a large family of their own, their consistent interest in my children has been genuine and much appreciated.

F-6

A few months ago, my husband shared with me an article in the New York Times written by David French entitled "Being There." Mr. French opines that the first commandment of friendship is "presence." He goes on to quote C.S. Lewis in the article: "Friendship is unnecessary, like philosophy, like art, like the universe itself (for God did not need to create). It has no survival value; rather it is one of those things which give value to survival." Ed Burke has literally lived that first commandment of friendship. The number of wakes that he has attended has to be in the thousands. He has spent hours of his life waiting in line without agenda or personal benefit. He certainly had more pressing things to attend to: but he has always understood the importance of "being there."

In terms of "being there" - no one has been a more devoted, present and better friend to my family - specifically to my father than Ed Burke. They met in their twenties when my Dad was an Assistant State's Attorney and Mr. Burke was a police officer. Their young wives were both teachers and they began an epic friendship that has spanned decades. In November of 2003, my sister Lisa died at 34 of cancer. Throughout her 8 year illness, Mr. Burke ramped up his supportive friendship and was an unwavering constant in my parent's life. He took it upon himself to keep my Dad occupied. He called daily and scheduled dinners and outings for just the two of them. In February of 2004, when his beloved Emmett died in a tragic accident, it was my parent's turn to hold them up. They have been holding each other up ever since. For the rest of my life I will remember the sight of my two parents (now 81) sitting day after day in your courtroom. Had the situation been reversed, Ed (and Anne) Burke would have done the **exact** same thing for them. As is the case for my parents, this is a late chapter Mr. Burke's life and his time is precious. It would mean so much to so many if he could spend as much as possible of his remaining days, weeks, months or years with those that love him.


Kind regards,

*Karen Callahan*


Karen Callahan
Attorney at Law

2

F-6

Dear Judge Kendall,

I have know Ed Burke for over forty years. Our fathers served in the City Council together and then my father with Ed.

I know him to only be a generous, kind and caring man. I am very aware of the many people he has helped in various ways. His acts of kindness were never bragged about or mentioned outside our company. He just reached out and stepped up to help anyway he could.

He and his wife have been great parents. Raising a beautiful blended family. I remember when Travis arrived, only to be an "emergency placement". They loved him instantly and cared for all his physical and emotional needs. So after 18 years of "temporary placement" they were able to adopt him. They actually saved his life. He is now a college grad, loving his career. Ed took him everywhere as a little boy and then young man - he was his "side kick".

Ed and my husband have a great relationship. They've shared hard times and great times. They check on each other these three times a week sharing good news and bad. Until they gave up golf they'd play a few holes every week, grab lunch or dinner when available. I know many will tell you that Ed is a daily attendant at Mass - nothing new he's done it for years.

F-7

even on vacation.

You will also probably hear from many about all the Charitable institutions Ed has contributed to.

Ed loved the work he did in the City Council. They called him "The Chairman" not because of the committee he chaired but because he was the only one who knew "Roberts Rules of Order". He was always well informed and researched the matters to be voted on.

Ed loves the City there is nothing he would ever do to hurt the beautiful town he grew up in.

I would hope his future would not take him away from so many who love and care for about him. He will need your most serious consideration and allow this man to continue to do his good works for those who would need his continued support and kindness.

Kathleen Callahan

F-7

Diane Carli

██████████████

February 21,2024

Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Diane Carli and I have known Mr. Ed Burke most of my adult life. Our friendship began over 50 years ago when I was a volunteer helper to a precinct captain. From then on, Ed and I have shared our journey together with our families, occupations, political, and dear friendship that I was honored to have.

Ed and I are both in our senior years, both in our 80's. Our conversations have changed from our kids and work, to our health and mobility. We have always been able to count on each other in good and bad times, and I have seen his mental and physical health deteriorate dramatically since the court proceedings have begun.

Throughout the many years together, we have faced many challenges and Ed has always guided me through his love, strength, expertise and loyalty. Ed has always put others first and was elated when he seen others reach their goals and be successful. He always was an advocate for those who couldn't stand or speak up for themselves. As an Alderman, he fought for his constituents to provide the resources they deserved, but when he seen someone struggling, he always stepped up. I knew this first hand when he helped me when I needed it most. I was a single mom with 2 daughters who were in grammar school and I was struggling to make ends meet. Ed knew I was a hard working woman from immigrant parents who wanted better for my family. Ed asked me to apply for a position within his ward office, and I did. I started working there as a secretary and was able to see first hand how many people he helped daily. He helped anyone who asked, whether it was for a garbage can to a military person killed and the family wanted to honor him such as in the case of Omar Torres. Ed and I have always had an honest and loyal relationship. We were able to speak the truth to each other, even when we knew that we weren't going to like what we heard. Our relationship grew from friendship to family over the years. I trusted him to the point of when I was diagnosed with cancer, I went to him to make sure if anything happened to me that he would always be there for my children. Im happy to say that I beat cancer, but regardless of my health, Ed stepped up and was there for my children anyway. Ed is a true family man. He glows when he speaks about his children and grandchildren. He is always so proud of the love of his life Ann as well. He has decades of public service. Ed has always been open to the changes of society and has always looked for guidance from his faith. Ed went to church every morning without fail and had always been an excellent role model for many.

That being said, I am respectfully requesting extreme leniency when deciding his sentence. He was done so many positives things not only for his ward, but for the City, county, state and country. He has built relationships with many individuals and has helped anyone he can. His many accomplishments are to many to list, but his main one is his dedication to this city for the many decades. His longevity has to speak to the man he is and the millions he has helped. I am saddened when all his good seems to be washed away and focus has turned to this. He is a honest, moral, charitable, family and community man

who gave so many years to us and now I want to do whatever I can to give back to  him by writing this letter.  I wish I can list all he has done over the years, but there wouldn't be enough time or paper.  Judge, please be considerate to Ed and try to remember all the good he has done over 5 decades.  Let him enjoy the last few years of his life with his family.  His family has already been without him for many years due to his grueling  schedule and to take him away would be a deserved.  He has been punished enough through losing his reputation and all his good being overlooked.  Ed is a wonderful man, father, grandfather, friend, colleague, husband and public servant.  He has taken pride in being someone who always had an open door to help anyone in need.  He is definitely and Chicago Historian and he has seen a lot throughout his lifetime.  He will not survive march more and I prayer that you can see who he truly is.


Thank You,
Diane Carli

F-8

## Joel M. Carlins

█████████████████████████████

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

I am writing to you in my capacity as a friend of Edward Burke to advocate for him, whom I have known for approximately 50 years. It is an honor to vouch for his character and integrity in my time knowing him.

Several years ago, I was chosen for an award from the Anti-Defamation League, of which Ed was master of ceremonies and presented me the award.

Ed has always displayed qualities of honesty, integrity, and responsibility, as a friend and in personal endeavors. Ed is active in his Catholic religion and he attends mass in his parish. He participates in the food depository which provides food for people in his parish and others in his neighborhood. Ed and Anne adopted a minority child, Travis, when he was an infant. Travis, at the time, was with his mother who suffered from drug addiction. Ed spent a good deal of time with Travis who addressed Ed and Anne as mom and dad. Ed also taught Travis how to play the piano. Ed has been primarily retired and spending more of his time with his family and charitable endeavors.

In addition to the aforementioned qualities, Ed has been actively involved in a number of charitable activities which includes, Big Shoulders which is an organization that provides educational opportunities for children and adults in grammar school and high school. Ed was also an active participant in the Misericordia organization which cares for children and adults with developmental disabilities.

I believe that Ed's conduct and character are exemplary and make him deserving of your consideration. Please feel free to contact me at the number or email listed above should you require any further information or clarification.

Thank you for your time and consideration.

Sincerely,

Joel M. Carlins

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois. 60604

February 29, 2024

Dear Judge Kendall:


My name is Susan Carlins a resident of Lake Shore East in downtown Chicago. My husband, Joel Carlins, and myself met Anne & Ed Burke over 20 years ago at a mutual friend's for a dinner party. We instantly connected & became good friends as we share a lot in common, such as our love of family, our love of Chicago, dance, music, theater etc.

My opinion of Ed Burke is & will always be the epitome of a civil servant. Both he & Anne work tirelessly to insure others, those who have less, are elevated by their service. How one so humble, generous with his time could be in this position at this age is so sad & disturbing. My heart is broken for them; in his & Anne's golden years when your life should be a celebration they have had to face years of this turmoil. I noticed how it has affected their health & well being in a negative way.

Ed & Anne supported many charities but two are dear to my heart. Ed was master of ceremony when my husband was honored by the Anti-defamation Foundation & he participated in a program for Giordano Dance Chicago which raised funds for dance programs in under served public schools.


Very truly yours,


Susan Carlins

F-10

March 21, 2024

Judge Virginia M Kendall
United States District Court
Northern District of Illinois
219 S Dearborn
Chicago, Illinois
60604

Dear Judge Kendall,

Eddie Burke and I grew up in the same neighborhood in a different time and age than today. We identified as Parishioners of Visitation Parish on the south side of Chicago in Englewood. It was our World in so many ways. It was small in size but huge in heart, spirit, and Faith. Msgr. Wolfe, our Pastor, said that we would forever have a "V" emblazoned on our forehead to designate our origin and upbringing. Even today we live happily in that past in some ways.

I have known Eddie for more than 50 years and consider him a very special friend. He was several years older than me but we both were members of Visitation and found one another through so many different channels that emerged from that Parish. We both attended the same Seminary but several years apart.

Anne and Eddie were the inspiration, thought, and force that brought about the first "Special Olympics". It would not be present had they not been there. It became a National Treasure. The Kennedy family subsequently went on to be national sponsors.

Eddie was a past Director, President, and Chairman of the Irish Fellowship Club of Chicago. This organization provided scholarships to Catholic High Schools throughout Chicago. Our other charities made it possible for children to attend Catholic K-8 schools. We now have over 23,000 children able to receive the same education that we were blessed with. Visitation is today one of those schools still giving hope. It gave us hope and it gives them hope for a better future. These children regardless of religion and finances are welcomed with open arms. Every child deserves a chance at life. These children are becoming part of the Visitation Family just as we were.

Eddie was part and parcel of innumerable charities at the local, state, and national levels over the years.

On more personal notes we enjoyed our heritage and its history. We traveled to Ireland together multiple times to experience the times and experiences that our parents or grandparents had shared. We were proud of that heritage but we were even more proud of our citizenship of Chicago and the United States of America.

F-11

Family and Faith were the center of our lives. Eddie and Anne adopted 4 children and had one of their own. One Judge that I knew had a statement that an adopted child does not grow below your heart but in your heart. That was certainly true with Eddie and Anne. One of those children was lost in an accident. The last adoption was an adoption of a child of color. They were castigated by those who felt that it should be given back to the mother who had major physical and psychological issues or given to parents of color. They went to Court to keep their family together. They were successful and Travis grew and prospered and has had a wonderful life.

The Eddie that I know is the one that came to my bedside when I had a life threatening illness and brought me a bottle of Our Lady of Lourdes Holy Water to pray for my recovery.

That is the man that I am humbly asking for your help. Please be compassionate of this man at this very late stage of life. He has done so much good for so many people and yet has made mistakes as well. Please help him as he has helped so many from the parish, the neighborhood, and the City of Chicago in these last 50 years.

Respectfully,


Gerald M Casey MD

F-11



JAMES L. CLAUS

March 27, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL  60604

Dear Judge Kendall:

My reason for writing is to tell you of my high esteem for my friend Ed Burke. I am originally from the Chicago area and have been involved with the hospitality industry since graduating from college. My wife and I have known the Burkes for over 40 years. I am now retired and having moved around the country, including several professional positions and management of properties in Chicago, we have been residing in Connecticut for many years.

Our friendship with the Burkes really blossomed in Lourdes in 2000 when we were together for a pilgrimage for a week sponsored by the Order of Malta. Ed was a caregiver and sponsor for malades. Long before that trip, however, I admired Ed's faith and commitment as a daily communicant. He has been a role model in this way as well as in business and community involvement. He first exposed me to the 100 Club of Cook County which provides support for surviving spouses and dependents of law enforcement officers, firefighters and paramedics who lose their life in the line of duty, and later to the college Seminary of St. Joseph which supported young candidates for the priesthood. Many other organizations and causes followed.

Over the years Ed and I have been together most often in support of organizations to which he has been a benefactor.  Always good natured, humorous and interested in those around him. I have learned from his compassion and service to others and those he has represented in the community. We have also enjoyed his talent of bringing people together, often around a piano, as he did in Lourdes with people from around Europe after a long day at the Grotto and baths. He has been an outstanding ambassador for the city of Chicago and his pride in his Irish heritage along with his respect for the cultures of other communities has benefitted the city.

I believe Ed Burke has been an incredible servant of the city for over 50 years in addition to being a loving father and faithful family man who is supportive of his many friends and constituents - - an all around fine man. During my Jesuit education we were guided to be "men for others". Ed has certainly fulfilled that mission throughout his life.

F-12

Your honor, we are saddened by the anguish the present situation has caused Ed and his family and we greatly appreciate your consideration of his age, many years of beneficial service and strong moral character as you determine the future of this wonderful person's life and future contributions to society.

Thank you for your time.

Sincerely,

*James L. Claus*

Tishman Hotel & Realty - Retired

F-12

# CONLON&C o

## A MERCHANT BANK

March 11, 2024

Judge Virginia M Kendall

United States District Court

Northern District of Illinois

219 S. Dearborn Street

Chicago, IL 60604

Dear Judge Kendall:

My connection with Ed Burke goes beyond mere acquaintance; it is deeply personal. In 1990, as a newcomer to this country without any connections or family, Ed became a guiding light in my early days. After initially meeting, he extended an invitation to Thanksgiving at his home, whether he sensed I was a lost soul or just appreciated my Irish roots, I was incredibly honored. Throughout the evening, I was amazed at his inclusive nature and genuine warmth towards his family and foster children. As he played the piano, I felt not just honored but proud to be Irish and even prouder to become an American.

Yet, Ed's impact didn't end there. Two decades later, he insisted I return to complete my college degree, teasing me with a smile about how else I could lecture my future, and likely unruly, children on the importance of education. (I proudly graduated from DePaul University in 2017.)

In the span of my career in America, amidst countless handshakes and interactions in my real estate brokerages and international merchant banking businesses, I can unequivocally assert that Ed Burke is unparalleled. He graciously shared his time, generously imparted his knowledge, and was ever available to those in need.

16 Edge St | London, W8 7PN

F-13

# CONLON & CO.

## A MERCHANT BANK

Ed's selfless acts, often unnoticed by those around him, have transformed lives, mine included. His influence guided me to success, and in moments of self-reflection, I'm reminded of his random acts of kindness, compelling me to pay it forward. For Ed Burke, who changed my life, I am eternally grateful.

Respectfully,

Sean J. Conlon

Conlon & Co

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

My name is Holly Crampton, and I am fourteen years
old and entering high school this coming fall. My
grandfather is Edward M. Burke. I have always looked
up to my grandpa, and I am proud to have inherited
my interest in history and love of reading from him.
He always has an anecdote to share with me.
Whenever I think of my grandpa, I picture him
with many books nearby and reading outside in
the fresh air. My grandfather always shares interesting
historical facts or stories about Chicago or just random
things. I do not always see the connection, but later,
when I am in school or listening to the news, I
realize that my grandfather shared that information
with me first.

Somehow every time I see him, I manage to learn
something new. For example, when I was about nine
or ten years old, I remember my grandfather shared
a variety of facts about the Declaration of Independence.
Including that the date the document was signed
is not the date we celebrate. I am not sure why I
so vividly remember this moment, but it is one
of my happiest memories. I am with my family,
and everyone is just having a nice night and
enjoying each other's company. I appreciate all the
tidbits and facts that my grandfather shares
with me, and I am greatful for the opportunity to
learn from him.

F-14

I hope you will consider the strong influence my grandfather has on me, my siblings, and the rest of my family. I am lucky to have him in my life, and I hope to continue to share these types of moments together as I grow up and seek his guidance.

Sincerely,

Holloway Burke Crampton

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604


Dear Judge Kendall,

Our names are Abigail and Maxwell Crampton
our grandfather is Edward Burke. We are in
fith and third grade.

GrandPa Burke is nice and generous, and
we enjoy spending time with him at his favorite
restaurants, eating fish fry or fried chicken.
The holidays are lots of fun at GrandPa and
Grandma Burke's house, especially at Christmas.
Grandma and GrandPa adopted a dog
named Luke Skywalker. We love to visit
Luke and take him for walks. GrandPa is close
to Luke, and they enjoy walks together.

GrandPa Burk is a very good grandPa, and we like
it when he comes to our games. We always have
a fun time together. We love spending our summer
vacations with our GrandParents and we look
forward to spending more time with him as we grow
up.

Sincerely,
Abigail and Max Crampton

F-15

March 12, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Ross Crampton. I am Ed's son-in-law. I married Sarah, Ed and Anne's younger daughter, in 2006. Sarah and I have been happily married for almost 18 years and have three children, Holloway (14, Abigail (11), and Maxwell (9).

While I could go on for pages, I am writing to express my hope for a lenient sentence for Ed and will focus on two main areas of why a mild sentence is merited. First and foremost, I have known Ed to be a fair, loving, and compassionate man. He welcomed me from the beginning and over these 20 years I have been the beneficiary and a witness to his unselfishness and care for others in so many ways. I have heard countless stories from individuals I met at events, through my work, or through other social circumstances who have benefited from Ed's generosity and selflessness.

One very personal instance is how Ed and Anne's totally embraced and committed to help my sister and brother-in-law when their first son; Henry, experienced a massive birth injury which led to significant brain damage leaving him wheelchair bound, nearly blind, and non-verbal. Because of their long relationship with Misericordia, they immediately offered to connect my sister with folks there. My sister and brother-in-law where hesitant to take Ed and Anne up on the offer initially but eventually did. This led to Henry spending respite care at Misericorida giving my sister and brother-in-law needed breaks. But even more important than those breaks are the relationships my sister and brother-in-law developed with other families with kids with special needs. These relationships have no doubt sustained them more than the few weekends of respite care they had.

Beyond the practicality of Ed and Anne's generosity was just how they and particularly Ed cared about Henry, my sister and their family. He always asked me about them and at the handful of combined family events that we had it did not go unnoticed that he always managed to corner my sister and brother-in-law to get caught up. It did not go unnoticed to my sister either who has told me how much Ed's interest has meant to her and her husband.

The other reason I hope Ed receives a lenient sentence is that I am terribly worried about the ripple effects. Since Ed was indited 5 years ago I have witnessed and experienced an intense weight on Sarah and Anne's shoulders that I fear will become too heavy to bear if he is sentenced to significant time in prison. I have witnessed Anne's mental state devolve over the last few years and grow particularly concerning since the conviction in December. Like Ed, she is also 80 years old and is facing the rest of her life without her husband, not because of death but jail time.

While my exposure to Anne's mental state is limited to time spent together on weekends, holidays, and the occasional phone call, I have seen, and experienced Sarah's mental state devolve up close and

F-16

personal. If you have not already, please read the letter Sarah wrote to you in support of her father.  That letter not only will tell you something about Ed and his character and Sarah and her character, but also show you Sarah's undaunting love and commitment to her dad.  When I read the letter it also hits home how hard a longer prison sentence may negatively impact Sarah mentally. I hope you will see this same possibility.

From there I go down a path of the potential negative impact on me and most importantly our children, Holly, Abby and Max.  It will be very tough for them to see Grandpa Burke go to jail, but that could be exacerbated by a grandmother and mother who may never be the same.

Thank you for taking the time to read my letter and hopefully you will conclude that Ed deserves as light of a sentence as you can find.

Sincerely,


Roscoe Crampton

Judge Virginia M. Kendall                                    15 Feb. 24
United States District Court
Northern District of Illinois
219 So. Dearborn St.
Chicago, Il. 60604

Dear Judge Kendall: I'm writing this letter on behalf of my friend, Ed Burke. My background with Ed goes back to childhood with a bunch of Pals that hung out together in Visitation Parish. We grew up, went to different high Schools & Colleges, but we have always stayed pretty close to each other - Now into our 80's.

For 35 of those 80 plus years, I was a Chicago Cop in the Patrol Division. In other words - I worked the streets; Quite an experience)! If anything the experience taught me Never to pre-Judge people. There is a lot of Bad out There, but there is a lot of Good in people.

In Ed Burke's case, I think the totality of his Good deeds, both Public and Private show that he is a Good man. I'll give you one example & then sign off: "Baby T."

When that group of Pals from Vis - Were

F-17

... in Their 50's, Ed Burke was becoming a new father again. Yikes! Ed & Ann Burke Took in a cocaine infused baby & reared and raised This child into The Burke Family. From Diapers To Diplomas, Ed Burke provided and guided, and gave This child his name: 30 years later, another Good Man follows in Ed's footsteps.

Judge Kendall: Thxs for Taking The Time To Read This letter — I remember what Judge Earl Strayhorn said To me about being a Judge: "You need The Wisdom Of Solomon & The compassion of Mother Teresa." I hope that holds True for my Friend: Ed Burke.

Best Regards,

Larry "Duke" Duhig

F-17

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
321 N Clark Street
Suite 2300
Chicago, Illinois 60654

Dear Judge Kendall:

Please accept this letter with my best wishes as it discusses the upcoming sentencing hearing of Edward Burke. Mr Burke was convicted by a jury and the issue remaining is his sentencing.

I , and my family, have known Edward Burke for nearly 40 years as a lawyer and friend. Mr. Burke is an excellent father and husband. To this day, Mr Burke proudly gives updates on the lives of his children and always speaks lovingly about his wife of over 50 years. Mr Burke is a generous friend who always has time to accept calls, offer advice or show up at events important to his friends. I recall leaving the church after my dear Mother's funeral mass- there in the back pew was Edward Burke, who offered his condolences to me and my family.

Edward Burke is a deeply religious man with weekly attendance at his church. He is a loving husband proud of his marriage of over 50 years to Ann. He is extremely proud of his children's accomplishments.

Mr Burke and his family remain deeply saddened about his conviction. He and they have suffered through this process and quite frankly, the conviction has broken Mr. Burke. He has expressed to me his deep sadness putting his family through this procress.

Mr. Burke is now 80 years old. His interest in history and love for our City has made him, in my estimation, the leading expert on Chicago City government history. I urge you to use your sentence to take advantage of Mr Burkes knowledge. Perhaps educating people or some form as you deem appropriate. Please show leniency to Mr Burke your Honor. I urge you to take these attributes in consideration as you decide an appropriate sentence. Thank you Judge Kendall for your consideration in this matter.

Sincerely,

Terrence F. Durkin

F-18

**Marilyn Elrod**

March 15, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

I am writing this letter in support of Ed Burke, who has been a close friend of mine, and of my late husband, Judge Richard J. Elrod. My husband and I have had the privilege of knowing Ed for more than 50 years, during which time we have come to deeply appreciate his kindness, generosity, and unwavering compassion.

Throughout our friendship, Ed has consistently demonstrated his commitment to helping others and making a positive impact on the lives of those around him. He was particularly helpful and considerate to us when my husband suffered an injury that left him partially paralyzed. Ed would always call to check in on us, and provide comfort. We enjoyed our social dates with Ed and his wife Anne. We could always count on Ed to provide good cheer and, on occasion, entertainment (Ed is a wonderful and accomplished piano player).

Whether it's through his active involvement in local charities, his volunteer work, his civic work, his attendance at community events (and he never missed one!), or his willingness to lend a helping hand to anyone in need, Ed has always been a deeply caring individual. He goes out of his way to ensure the well-being of those around him. Whether it's offering a shoulder to lean on during difficult times, providing words of encouragement to those facing adversity, or simply brightening someone's day with his infectious smile, Ed has a remarkable ability to uplift and inspire those he encounters.

At my husband's funeral service in April, 2014, Ed recited a poem authored by Adam Linsday Gordon that resonated with me and my entire family. He intended for the poem to reflect on my late husband, but I believe the words ring true today for my good friend Ed Burke:

F-19

*Life is mostly froth and bubble,*
*Two things stand like stone.*
*Kindness in another's trouble,*
*Courage in your own*

While I understand that Ed is facing sentencing for very serious offenses, I urge the court to consider the entirety of his character and the countless ways in which he has made a positive difference in the lives of others.

Thank you for taking into account my perspective about my dear friend Ed Burke.

Sincerely,

*Marilyn Elrod*

Marilyn Elrod

F-19

Celeste Gabinski

███████████████████

March 19, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

I am Celeste Gabinski, a friend of Ed Burke and his entire family for the last forty years.

I met Ed through my husband and often tell people that the "best" thing about being married to Terry is the friends I have met through him. Ed tops that list!

When we have children, we are faced with so many important decisions. But for Catholic parents, the most important decision is who the Godparents will be. There was not a question in our minds or any hesitation when we decided to ask Ed to be the Godfather of our daughter. Among all our family and friends, none followed his Catholic faith better than Ed. He attends Mass, adhered to the Catechism and most importantly practiced the basics of all Christianity, faith, hope and charity.

Being a former Chicago Police Officer, Ed invited us to many charitable events for the police and the One Hundred Club. We would also see him at so many charity events, they are too numerous to name or list. And his charity not only involved monetary donations, but also a commitment of the heart. When Ed and Anne became foster parents, they were willing to give of themselves and their time. They showed this daily from the minute Travis was placed in their arms.

When having children did not seem in the cards for us, we sought advice from Ed and Anne about adoption. They helped us realize that you can accept and love a child that comes into your life other than through biology. They are 100% correct, they shared their time and their invaluable advice with us.

Over the past forty years, I would see or talk to Ed two or three times per month. But I always knew that if I called him, he would have time for me and do his best to help if he could.

I have often heard that all men will eventually get prostate cancer, as Ed did. When he went through his treatments, he did not complain or say "why me." He was stoic, a model for us, me included, as I too have a cancer fight.

I am well aware of the conviction Ed faced. But I can only speak of the Ed Burke I know. At family dinners which we shared often, he is the story teller, the wise man, regaling all of us and the children with

wisdom. He is the friend making us feel like family. He is the husband and the helper, the dad and grandfather, never too busy to listen to or help his children and now his grandchildren.

I am sure we know Ed as a proud man, I can only imagine how this event has taken its toll on him. As cancer patients we are told to avoid stress, almost impossible as we stare cancer in the face daily, but made even harder when outside events negatively influence our health.

I could go on and on listing stories about Ed that attest to his character. But perhaps the picture that answers that question best is the years I watched Ed with Travis. The love, the patience, the guidance that he showed is beyond measure and speaks to the true nature of Ed Burke.

His family needs him, his friends need him. Life is short and at the age of eighty, even shorter. I ask for your leniency. His years of charity, all the help he has offered so many over the years, a chance to live the remainder of his life with his family would be well deserved and such a gift.

Respectfully,

Celeste Gabinski

F-20

March 28, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois.  60604


Dear Judge Kendall,


My name is Joan Gergits and it has been my privilege to work for Ed Burke for the last 54 years.  We grew up in the same neighborhood so I have known him for many more years and our families knew each other.  I have witnessed firsthand the countless number of people he has assisted and empowered during his career as an Alderman.  His dedication and diligence to his community and constituency is boundless.  He has always taken a sense of pride to help any constituent in a very humble manner.


In addition to his civic commitments he has always demonstrated his high moral values for faith, family and friends.   All of these values are evidence of his character as a very good man striving to do his best.  He is one of the hardest working individuals I know.  I sincerely hope these sentiments will afford him leniency when you make your determination for his sentencing hearing.


With respect,


Joan Gergits

F-21

# Valerie B. Kelly



April 1, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL. 60604

Dear Judge Kendall,

My name is Valerie Kelly. I have known Mr. Burke for over 40 years. I began my employment with him on a part time basis when I was at St. Ignatius College Prep.

As I continued my education, I became a full time employee until I retired nearly 33 years later in 2016.

I saw Mr. Burke as not only my "boss" but as my mentor and he made me feel like a daughter as well.

I was always able to go to him for advice. Especially, regarding the care for my parents ( who fell ill at a relatively young age). I would have been lost trying to manage their care and life decisions by myself. He truly felt that family came first.

Over the years I witnessed countless acts of kindness by Mr. Burke. I could go on for "pages" and cite all the amazing things he did for others. Even for those people he did not know personally. He really does have a very big heart.

I  really enjoyed working for Mr. Burke. He instilled in us to be better and to never be complacent. I truly admired his acts of kindness. The City of Chicago and beyond is a better place because of Mr. Burke.

Kindly,

Valerie Kelly

F-22

THOMAS E. LANCTOT

March 4, 2024

Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

Re: Edward M. Burke

Dear Judge Kendall:

I write you in strong support of my longtime close personal friend Ed Burke. Following his very modest upbringing in Visitation Parish on Chicago's south side, and inspired by the example of his father, Ed has lived a life of service—as the Jesuits would say, Ed has been a "Man for Others."

Ed, through his civic, charitable and professional activities, established a stellar reputation for enterprise, good character, fairness, honesty, generosity and loyalty. Over many years, quietly and without any expectation of personal gain, recognition or reciprocity, Ed has unselfishly helped in many different ways an enormous number of ordinary people who have been victims of illness, economic hardship, family trauma and other adversity. He is the best of his kind, and sadly perhaps the last of his kind.

Ed started life with very little, and worked his way through college and night law school after graduating from Quigley Preparatory Seminary. His singular career achievement was his 55 years of service to the residents of the 14th Ward, where he worked tirelessly to improve the lives of poor, working and middle class families through better schools and improved city services.

Ed's unselfish charitable work included vigorous advocacy and support for Special Olympics, founded of course by Ed's wife Anne, Misericordia and the Big Shoulders Fund, which supports inner city Catholic schools serving over 25,000 children in Chicago and Northwest Indiana.

As the highly respected former CEO of one of Chicago's largest companies told me after Ed's troubles were disclosed, "No matter what happens, we will always be glad we knew him." Please give this good man every possible favorable consideration as you discern his future

Very truly yours,

Thomas E. Lanctot

F-23

Jill W. Landsberg, Atty

███████████████

March 13, 2024

Judge Virginia M. Kendall
United States District
Northern District of Illinois
219 S. Dearborn Street
Chicago IL 60604

Dear Judge Kendall,

I am writing in support of Ed Burke, a close friend since 1990. I recently lost my husband of 57 years and moved to Virginia from Chicago to be near my daughter.

Ed, Anne, and I met when my husband, a Professor at Harvard Medical School, and I moved to Chicago in 1990. Anne and I hit it off, and after I passed the Illinois Bar, she and I started to co-counsel cases. (In Boston I was a litigation partner but due to "no reciprocity" had to take the Bar exam again). I had no office so Ed graciously let me take over his conference room. Since that time, I have seen Ed innumerable times, in his home and mine, worked with Anne until she went on the Bench and have spoken to Anne weekly at least, so I have a pretty good idea of who they are. My husband, Lewis, and Ed also became close friends, so I write on his behalf as well.

Ed is a traditional gentleman. He never disparages, never brags, and is deeply religious. He and Anne married when they were "kids" and

F-24

each has loved and supported the other through good times and bad (the death of their 30 year old son Emmet and this case).

Anne is an incredible do-gooder. She cannot see a problem without trying to do something about it. In 1994 Governor Edgar asked Anne to be his Special Counsel for Child Welfare. Services. To understand the system better she and Ed trained to be respite foster care parents. She and Ed fostered two drug addicted babies. They were fragile new-born infants who were up at night crying and shaking. Anne and Ed took turns caring for them. One baby was placed with relatives but the second one had no safe place to go so they asked the court for permission to foster him. Each weekend Ed took him on a train ride because the toddler loved trains, or to a pool to swim. Ed became the devoted father the child never had. At age 18 Travis asked the court to allow him to be adopted by Ed and Anne.

For a public figure Ed Burke is very private. He has learned to be because over the years it became obvious that the press was out to get him. Any good thing was distorted. While fostering Travis they made headlines for trying to "Steal black Babies". He learned not to respond to the inflammatory headlines. The press learned "Burke" sold papers.

This is the hardest part to write. Ed has been devastated by the verdict and by the 5 years he had an indictment hanging over his head. It has taken its toll. He has been ostracized, asked to resign from Boards, and worst of all deprived of his life's work. That's what it means to be the "longest serving Alderman". Ed took his job to heart and the best part for him was helping others. Now he is frail. He sits all day, is unengaged, does not eat as he did or exercise. He visits his cousin in a nursing home, attends funerals and goes to church daily.

I urge you to consider what Ed has meant to Chicago, and done for

Chicago, over a lifetime of service and do not send him to prison. He has truly suffered. At 80 years of age, he will not survive without Anne.

Very truly yours,

Jill W. Landsberg

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Dan Leary. I live in Maryland, and I am married with two children who are both in college. I am the director of state and local government affairs for a corporation in its Washington, DC office. From approximately 2000 – 2020 I lived in the Chicagoland area and worked in government affairs. It was during this time that I became friends with Ed Burke.

In the mid-nineties I moved to Chicago from a small town in Minnesota to go to law school at DePaul. I hoped to eventually work in politics. I quickly became aware that Ed Burke was one of the leaders of the Chicago City Council, and a legend in Illinois politics. I even saw him once at a party of business and political leaders playing the piano and singing Irish songs, but I didn't expect to ever get to know him.

A few years later, when I started working on policy matters before the Chicago City Council, I began to encounter Chairman Burke. We quickly struck up a friendship. We found that we shared a deep interest in history and reading. We enjoyed getting together to discuss books, history, and of course - politics. Though we are from opposite political parties, we always loved a good-natured political discussion.

Over the last twenty years I have found the Chairman's advice and assistance to me has been invaluable. He has introduced me to people who have been important to me personally and professionally. He has even helped me beyond Illinois' border. About 10 years ago he introduced me to a consultant in New York City who has proven to be an excellent advisor for navigating complicated New York politics.

Over those years I have also gotten to know some of the Chairman's family. My wife and I are both lawyers. As members of the Illinois Bar, we both have great admiration for Justice Anne Burke. Through my work, I had the pleasure to meet and get to know the Chairman's daughter, Sarah. I always enjoy seeing her at civic events in Chicago. I even had the pleasure to get to know Ed's brother Dan when he was in the state legislature. Seeing Rep. Burke in Springfield was always one of the highlights of going to the Capitol for me. He too could often be found playing the piano for the entertainment of legislators and lobbyists in Springfield.

It has been a great pleasure to call Ed Burke a friend for the last couple of decades. He is a gentleman who has had a real positive influence on my life both personally and professionally.

Respectfully Submitted,

Dan Leary

F-25

April 1, 2024

Dear Judge Kendall,

My name is Thomas Manion. I am a happily married man of nearly 40 years with my lovely wife, Nancy, and a father of five adult children and grandfather to three grandchildren.

I am writing to request leniency in Ed Burke's sentencing. I have known Ed for over 30 years and have consistently found him to be kind, honest, and a responsible individual. I have always admired Ed and his strong family and religious values as he is also a father of five children and a devoted Catholic. Being a father, let alone a father of five children, has its challenges. But a challenge I have never had to experience or overcome is the challenge of losing a child. I have so much love and respect for Ed, his wife, Anne, and their four remaining children for living every day without a son and sibling. I can only imagine that the loss of a child is unbearably painful. How Ed carries himself and outwardly cares for others after experiencing such loss is extremely admirable. This particularly resonates with me after experiencing one of my first and fondest memories I shared with Ed.

Back in 1986, I received a call from a high school friend who informed me about their co-worker's daughter who had severe physical and mental disabilities and desperately needed aid. At that time, I knew Ed more as an acquaintance than a friend. I just so happened to be apart of a meeting with Ed and others when I described the young lady's situation. Ed took it upon himself to assist getting this young lady into Misericordia and she was able to receive the proper care she so desperately needed. It was truly a Godsend. Prior to this, I always thought of Ed as a good man; but after witnessing this act of kindness and generosity to someone he didn't even know, was truly astonishing.

I am fully aware of the charges that he is facing and the consequences of those but looking at the current situation of Ed's age and fluctuating health, I would like to plead for leniency. He is a benevolent, well-mannered, and compassionate gentleman I am sure he will learn from this experience.

I hope you will consider this character reference letter before proceeding with your verdict. In knowing Ed, he will strive to make amends and I am sure we will get to see his good work being done in the community again.

Thank you,

Thomas Manion
tmanion@rorygroup.com
630-235-5064

F-26

February 6, 2024

Judge Virginia M. Kendell
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I am Maureen McGlone, Anne Burke's sister-in-Law, widow of George McGlone Anne's brother.
My first meeting with Ed was in the early '60s when he was a college student and I was working for a
management consulting firm. Ed and his friends and I with my friend were traveling by train to Colorado
Springs for a Notre Dame vs Air Force Academy football game weekend. Our train car was filled with
Notre Dame Fans and we had a delightful weekend (I don't remember who won).
Nor did I know then that in 1968 Ed Burke would marry George's sister Anne; and I would marry George
McGlone in 1970 and that we would spend the next 50+ years in a family relationship.

During all these years Ed has been a devoted husband -encouraging wife Anne to continue her education
where she did become a lawyer and judge- a loving father and now grandfather.

Ed has always been honest with me to the point of giving me answers that were right but I didn't want to
hear. His neighbors and constituents have believed in him for 50 years also.

Yes, I know Ed is convicted in a criminal case, however just mentioning the character of the man I have
known all these years, years devoted to public service, he's 80 now, might tell you a bit more about the
real Ed Burke.

Thank you for listening.

*Maureen McGlone*

Maureen McGlone

F-27

Susan & Mike McGlone

████████████████

March 21, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL  60604

Re: EMB Sentencing

Dear Judge Kendall:

      We are writing this letter to provide a character reference for Ed Burke, who is currently facing sentencing in your court. We have known Ed Burke for over 30 years and have had the opportunity to observe his character, values, and actions during this time.

      We understand the seriousness of the charges Ed Burke is facing, however, we firmly believe that Ed  is fundamentally a good person. In our interactions with Ed, we have consistently seen him display qualities of a great leader. He has always shown respect towards others and has been involved in various community activities aimed at helping those in need. As his nephew, my Uncle Ed Burke has been a leader by example my whole life, not just for me, but for numerous people he has helped achieve a better life. Please consider how much Ed Burke has made the world a better place.

      Having met Mr. Edward Burke early on in my career when I was working for Continental Bank and attending Loyola University Chicago for my MBA attending numerous family functions for my husband's family, I always remember how  his family was first and foremost. He had an aptitude for looking out for others. As a mother of 4 sons he would always ask about each one over the years and offer his advice in a proactive  way.

      Please consider our letter of support for Mr. Edward Burke and the request for leniency given his advanced age. Thank you for your consideration.


Sincerely,


Susan and Michael McGlone

F-28

April 11, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I have known Ed Burke for most of my life, which at this juncture is becoming one of many years. Like Ed, I grew up on the Southside of Chicago, at a time in which we described our neighborhood in terms of the local parish. It also was a time in which we knew and cherished our neighbors; and politics was local. I first met Ed through my father, and he through his father Tim McGuire, a Chicago Policeman who walked a beat at 55th and Halstead. My grandfather new Ed's father.

The Burkes and the McGuires emigrated from Ireland, bringing a strong faith and appreciation for the freedoms and opportunities of America. Here they were able to feed and educate their children; they could worship as they chose. It is within this framework that Ed Burke, his wife Anne, and the McGuires interacted: family, faith, education and work. And, it is at these places, where our lives draw meaning, that I have witnessed the best of Ed.

He participated in family gatherings; counseled me when I was considering law school, a course I pursued; encouraged my younger sister when she opened her own business; called when my father was diagnosed with cancer, a disease to which both of our fathers succumbed. And, although I appreciate and recognize all of the many positive interactions with Ed and Anne over the course of a lifetime, it is the times of great loss that demonstrate Ed's and Anne's great compassion and inner strength. I remember when they adopted their first child and when their son died in a horrible accident. They greeted each challenge with dignity and grace.

Ed and Anne were there when my parents' first grandchild died, more than 50 years' ago. Ed travelled on a cold, wintry night in February 2015, to pay his respects to my mother at the visitation of my sister who had died of cancer. He wrote beautifully at the passing of our mother just a few years' ago that he knew we all were certain that she was with our Lord. His reminder of our shared faith was a great comfort and reassurance that we all are connected within the faith of our fathers.

I have known Ed Burke as a husband, father, civic leader, and friend. He is a man of character and compassion. My life and those of my family and countless others is better having known him. I pray that God will continue to bless him and his family, and thank you for your consideration of him and them.

Respectfully and sincerely,

MaryLynn McGuire Clarke

F-29

Judge Virginia M. Kendell
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

February 6, 2024

Re: Edward Burke

Dear Judge Kendall,

I am writing this letter on behalf of Ed Burke.

I have known Ed for almost half a century. During that time, I have known him to be a person of the highest integrity and honesty. We attended Ed's court hearing on several occasions. We chatted with the Burke family and are keenly aware of the toll this has taken on Ed and the whole family.

I believe Ed's extensive efforts to help those in his community stem largely from his deep Catholic faith. He attends mass every day and takes his obligations to those less fortunate incredibly seriously.

Having lived in the 14th Ward, I volunteered for the neighborhood outreach program. In my time volunteering for Ed, the thing that stands out the most was his almost obsessive drive with the wellbeing of his constituents. He cared for his Ward, a humble neighborhood on the city's Southwest Side, almost like a parent cares for his children.

Ed's determination to protect his constituents largely came down to simply getting to know them and trying his best to responds to their needs. If Ed heard that one of his constituents was a victim of a crime, especially violent crime, he felt obligated to reach out to them personally. If a business was robbed, I saw him spontaneously visit that business personally to ask them if there was anything he could do to help; and he always followed up by doing what he said he would. Because many of the residents were undocumented migrants, some of them felt uneasy about contacting the police. Ed made a concerted outreach effort to let those residents know anyone in his ward that was a victim of a crime could contact police without fear. There was gang activity and drugs sold out of an abandoned apartment building at 53rd and Homan, but the neighbors were afraid to call police even though a loaded gun was found in the side bushes. Ed had the building demolished, the bangers moved on, problem solved.

One example of his generosity is that each year around Thanksgiving Ed would give out canned hams to the most needy of residents. Regardless of party affiliation, whether they voted or not, or their citizenship status, Ed would put them on the list for a ham. A truck would park in the parking lot of the ward office which was loaded with the hams. We would then load them into our cars and pass them out to the families. The recipients (about 800 of them) were extremely grateful and I was happy to participate with Ed in this charitable, selfless act. This is one of many kind things I have witnessed.

I pray that you see the kindness in this man, and given his age and health, I hope you can see fit to grant a lenient sentence.

Sincerely yours,

Anthony M. Mahon

Anthony & Kathy McMahon

John K. McMahon

███████████████

March 15, 2023

The Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Dear Judge Kendall:

My name is John McMahon, I am a retired electrician and friend of Ed since 1979. I am proud to call Ed my friend and I ask Your Honor to please give Ed a lenient sentence. Ed is a man of great faith, he is devoted to his wife and family, and he is a generous man always willing to lend a hand to others.

In the early 1990s, I purchased a summer home in Powers Lake, Wisconsin, close to Ed's summer home. Ed was always gracious to my young family and I. When we first purchased the home, Ed and his wife, Anne, welcomed my family to the neighborhood and brought treats for my young children. On Sundays, when we visited Powers Lake, we would attend mass at St. Theresa's Catholic Church with Ed. Oftentimes, my mother would attend mass with my immediate family. There were several instances where there wasn't enough seating, and Ed would quickly give up his seat in the pew for my mother. This is just one example of how Ed has always been a gentleman.

Another example highlighting Ed's moral character is when my wife's car was stuck in the snow in Powers Lake. My wife was alone was with my three young children at the time. Ed came over to our home, shoveled the snow around the car, pushed the car, and successfully had my wife able to drive to the grocery store. Visiting with Ed in Powers Lake was always joyful. It's clear from our visits to Ed's home that Ed enjoys spending his time with his wife, children, and grandchildren.

Ed has always been a friend to my family and I. He is truly a man of great faith and moral character. I ask Your Honor to please be lenient in your sentencing with Ed.

Sincerely,

_John K. McMahon_

John K. McMahon

F-31

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Ellen Metz, and I am writing to share what I know to be true about Mr. Burke. I have known Mr. Burke my entire life because my mom has worked for him since 1969. Additionally, I am close friends with Mr. Burke's youngest daughter Sarah. Given this, I can speak confidently to Mr. Burke's tremendous impact, kindness and moral character.

My mom would regularly share about Mr. Burke's quiet kindness shown to both her and the countless individuals down on their luck that he assisted over the years. As a child, I would see Mr. Burke primarily in one setting: wakes and funerals. I hail from a large Irish-Catholic family, so wakes and funerals are a large part of life. It always caught my attention when I saw Mr. Burke at the wakes and funerals of our family members and friends. He would pay his respects, and in doing so would pay his respects to my mom. This small act of kindness and support really impacted me, and speaks volumes about Mr. Burke's sound moral character.

After college I immediately began my high school teaching career in Chicago Public Schools. I had the privilege of teaching so many wonderful students, one of whom was Gloria Munoz, who happened to live in the 14th Ward. Gloria was exceptionally smart and hard-working and was admitted to Stanford University where she wanted to study politics and government. I wanted to see Gloria have as much exposure as possible ahead of arriving at Stanford, so I thought about the possibility of an internship with Mr. Burke. My path crossed with Mr. Burke (likely at a wake) and I told him all about Gloria and her family. He didn't hesitate on the internship idea, and Gloria was able to gain even more confidence from her time at City Hall. Gloria Munoz is just one person in his ward out of countless Mr. Burke didn't need to assist, but went out of his way to do so anyway.

Through stories both my mom and Sarah have shared with me, I know that Mr. Burke has suffered greatly in recent years due to his legal challenges and health setbacks. I would hope that the entirety of any individual's life arc, community impact and good deeds are strongly considered in a sentencing determination. Mr. Burke deserves this comprehensive consideration as well.

Thank you for taking the time to read this.

Sincerely,

Ellen Metz

F-32

March 8, 2024

To Whom It May Concern,

Regarding Ed Burke…

I have known Ed Burke all his life. He was born five weeks after me. His family lived two doors down from ours. Our mothers and fathers were life long friends. His mother Ann was in my mother's wedding party. At times, I suspect we shared the same playpen, or buggy going to the grocery store,etc.

Together we attended kindergarten, grade school, cub scouts, alter boys, etc. From the beginning, Ed's ambition was to be a priest. He would go to Quigley seminary high school. Ed Burke set a perfect example of what it took to be a priest and serve others. Without exception, he avoided mischief, never swore, never had a bad word about anybody, and a friend to all he grew up with.

Some time after his father, Joe Burke, was elected alderman of the 14th ward, Ed changed his ambition. He would work hard to prepare himself to serve the people of the ward, the people of the city, just like his father. When we where busy playing basketball, Ed was still outside church, after Mass, thoroughly enjoying himself, greeting, and talking, and getting to know everybody.

When Ed's father died, Ed was 25 years old. It was no surprise that Ed would be elected to serve and represent people of the 14th ward, and serve the people of Chicago for the next 54 years. If you needed help with your city services, if your garbage wasn't being picked up, or your alley had serious potholes, Ed was your friend to call. More importantly, he was there for you. I'm sure there is no one, and I mean no one, who has attended more weddings, benefits, and funerals than Ed. When my son had a serious accident, Ed was right there, offering his sympathy and prayers. He found time to be there for everybody, to celebrate, to help, to grieve.

Anyway, the question is….
After all the time and work Ed spent serving us, 54 years of service, how can all of us, and the city of Chicago thank him?

I guess we will find out soon.

Tom Moran

F-33

Dr. Joseph & Roberta Morganelli

███████████████

March 4, 2024

Honorable Virginia M. Kendall
United States District Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Edward M. Burke, Case No. 19 CR 322

Dear Judge Kendall,

We have been friends of Ed and Anne Burke for more than 25 years. We know him to be a good and generous man, a man of faith, loving husband, beloved father, grandfather, friend, and benefactor.

For many, it is difficult to separate Ed from Anne as they have always been a team, particularly when it comes to their commitment to children. They became emergency foster parents and took in a drug-addicted infant. They never imagined the extraordinary care they would need to give this baby as he suffered from constant tremors—only holding and rocking gave him some relief.

Because of the love and commitment Ed and Anne gave this child, he thrived, became part of their family, and has grown into a wonderful young man who has overcome countless obstacles. In the last several years, Ed and Anne officially adopted Travis.

Ed has led much of his life in a spirit of Christian charity, evident from his abundant generosity for good works and his mercy toward the least of us.

It is in this regard we would ask for leniency for his remaining years.


Respectfully,

Joseph and Roberta Morganelli

F-34

Clare Mulcahy

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

March 31, 2024

Dear Judge Kendall:

My name is Clare Mulcahy and my family grew up a few homes down from the Burke family during summers on Powers Lake, Wisconsin. I first met Mr. Burke when I was about 7 years old and my oldest sister began babysitting for Jennifer, Eddie, Emmett, and Sarah Burke. I became friends with Emmett and Sarah and remain one of Sarah's friends 40 plus years later. Spending most summer days running in and out of the Burke home I can share with you what I know of Mr. Burke from a family and friend perspective. As Sarah would say, the teddy bear that most people do not see.

Writing this on Easter Sunday I am reminded of Mr. Burke's devotion to his faith, attending mass every day during Lent. As children I remember him quizzing us after mass about the homily to make sure we were paying attention. If you answered correctly you got to ski first. Classic parent move.

His only greater devotion is to his family. Mr. and Mrs. Burke have lovingly chosen to adopt four children and were blessed with one of their own. The family struggled through Emmett's death and fought to adopt Travis to provide him with a healthy and loving home. A home where he is needed to be with his wife, children, and grandchildren. The community, church and family will all greatly benefit from Mr. Burke being home.

Sincerely,

Clare
Clare Mulcahy

F-35

April 3, 2024

Dear Judge Kendall,

My name is Cathy Cox Murphy and I proudly write in support of Alderman Ed Burke. I have known Mr. Burke and his family for over 30 years. I attended high school at Woodlands Academy of the Sacred Heart with Mr. Burke's daughter Sarah. We have been lifelong friends since then, and I have spent a great deal of time with Mr. and Mrs. Burke and the Burke family. Sarah and I remain close friends to this day and she was in my wedding and the Burke's were in attendance.

Mr. and Mrs. Burke have always been gracious and kind to me, my family and all of our circle of friends. They are devout Catholics who have contributed so much to people in need in the Chicagoland area. Among other things, I know Mr. Burke is an avid supporter of Misericordia. This means a lot to us personally, because my oldest son is a 15 year old with special needs and Mr. and Mrs. Burke have been instrumental in helping introduce us to the Misericordia community. They have also supported Special Olympics and many other causes for children. My son participates in Special Olympics basketball and track at Hinsdale Central thanks to their pioneering efforts. Their support has truly changed the lives of those with special needs.

I will be always be grateful to Mr. Burke and his family for their lifelong friendship and will continue to support him.

I hope you will take these items into consideration and I appreciate your taking the time to read this.

Sincerely,

Cathy Cox Murphy

F-36

February 19, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Pete Neary, and I've known Ed Burke since we were kids from the same neighborhood. We went to the same grammar school-Visitation. Ed came from a wonderful home. His parents were always kind and welcoming to us kids.

Ed was always a religious person. He attended Quigley, which was a Seminary preparatory high school. I believe he entered the Seminary for a while.

Ed served his country by entering the United States Army. He was promoted to Lieutenant and received an Honorable Discharge.

Ed not only served the City of Chicago as an alderman, he was also a Chicago Police officer. In addition to Ed serving his 14th ward constituents, he sponsored Little League and the 14th ward high school football game.

Ed and his wife, Anne, were loving and responsible parents. They were devastated by the loss of their son, Emmitt, who died in a snow mobile accident.

Ed has helped a lot of people in need - helping them get back on their feet, and getting on with their lives.

In conclusion, Ed Burke is truly a caring, religious, and wonderful human being!

Sincerely,

Peter and Pamela Neary

F-37

Judge Virginia M Kendall
United States District Cour
Northern District of Illinoi:
219 S Dearborn Stree
Chicago, IL. 60604

Dear Judge Kendall:

I am writing you on behalf of an old and dear friend of the O'Connell family, Ed Burke. Our ties go back over 70 years as my grandfather and Ed's father became friends through their association with the 14th Ward Democratic Organization.

F-38

I first met Ed at the Madonna K of C annual Mother's Day Parade circa 1968. Men of St. Gabriel's Parish march every Mother's Day through the Canaryville neighborhood ending with Mass and a small breakfast afterwards in the Parish hall. Ed was in attendance that morning as he was the guest speaker at the affair. I don't have total recall of his remarks, however he did reflect on his father's death, and the influence Joe Burke had on Ed's young life.

As the years passed, I witnessed Ed's benevolence by his sponsorship of little League baseball teams, softball and basketball leagues, and various grammar and high schools not only in the 14th Ward, but throughout the city proper as well. Some other organizations which have benefitted from Ed's generosity include Special Olympics, Misericordia, and Veteran groups to name just a few.

I know you have a tough task ahead of you with regard to handing down a sentence. For the jury's findings, however, a sentence of years in confinement would serve no real purpose. A man of Ed's character and accomplishments would best serve society volunteering and working with his fellow men and women, not wasting away in a prison cell.

I hope you weigh all the good that Ed has done for his community and Chicago as a whole, and show some leniency in handing down your sentence.

Sincerely,

Guy O'Connell
Proud friend of Ed Burke
and his family

F-38

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

My name is Gianna O'Malley and I have known Mr. Burke since I was a teen. I was a typical teen looking for a job in the summer and my father having a close friendship with Mr. Burke said I know a place that can hire her for the summer. I will be forever grateful for Mr. Burke because the job is the job that made me grow from a teenager to a responsible adult. I grew in ways I did not even think were possible and made me a better person and I have to owe it all to Mr. Burke.  I currently am still employed at the same job as now I work full time there as an assistant department head.  A few summers, Mr. Burke has offered for us to go visit him at his lake house for the day. Mr. Burke taught me how to water ski as an uncoordinated teenager and He was displayed great patience as I was having a very difficult time. The love he has for his wife, children, grandchildren, and great grandchildren is more than anyone would ever ask for. Our family has been ever so grateful for everything Mr. Burke has done for us as we can never repay him for his gratitude and selfness. The road ahead is tough but if the determination of his sentence can be lenient in anyway possible, it will be for a good person.


Thank you for your time, your honor


Gianna O'Malley

F-39

Maria Para

████████████

February 28, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I hope this letter finds you well. I am writing you today with a heavy heart but also with deep sense of duty to advocate for someone who has been an integral part of my life for many years - Mr. Burke. My name is Maria Para, and I have had the privilege of working as a full-time housekeeper and nanny since 1993. Over the years, I have witnessed firsthand his unwavering kindness, compassion, and generosity towards everyone he encounters.

In 1997, when their son Travis came into their lives, I became the full-time nanny for him, and my bond with the Burke family only grew stronger. Mr. Burke has been a pillar of support to not only his immediate family but also to me and my loved ones. He has always treated me like family, inviting me to share in their joyous celebrations, supporting me during difficult times, and even going as far as

F-40

taking my family and I on weekend trips to their lake house in Wisconsin.

Mr. Burke's character shines brightly through his dedication to his community. He has always been eager to lend a helping hand and has made significant contributions to multiple different charities including the Polish Highlander Community of which I am a proud member of. His generosity has no bounds, and his positive impact on those around him is immeasurable.

However, I write to you today not only to praise Mr. Burke's virtues but also to express my concern for his well-being. At the age 80, Mr. Burke is facing significant health challenges, including prostate cancer and a history of skin cancer. Despite these adversities, he remains remarkably resilient and continues to be actively involved in the lives of his loved ones.

The recent legal troubles Mr. Burke is facing have deeply affected his family and friends, myself included. However, amidst these challenges, his spirit remains unbroken, and his determination to stay positive is truly inspiring. It pains me to see him grappling with his health issues while also

F-40

dealing with legal proceedings.

Your Honor, I implore you to consider the entirety of Mr. Burke's character and his contributions to his family and community as you deliberate on his case. While I understand the importance of upholding the law, I also believe in the power of compassion and mercy. Mr. Burk is not just a defendant; he is a beloved fathe grandfather, and friend who has touched the live of many.

In closing, I want to reiterate my unwavering support for Mr. Burke and my sincere hope that you will take his health and his legacy into account when making your decision. Thank you for your time and consideration.

Sincerely,

Maria Para

F-40

# *MIDWESTERNERS*

## Founded 1958



Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Kendall,

We the Midwesterners, a Chicago Social Club established in1958, is known through the Greater Chicago community as one of the leading social clubs in the area. We have provided scholarships for underserved students in Chicago, specifically supporting students who attend Chicago Urban Prep and Chicago Public Schools. As a club we are making it a priority to continue our scholarship efforts.

Today, we are writing on behalf of our member, former Alderman Edward M. Burke, who is a long-standing member of the Midwesterners for over 20 years. Edward Burke has been an engaging, supportive, and sustaining member of the club's mission.

We, the Midwesterners, understand that our member, Edward Burke, will appear before you in court in a few weeks for sentencing. We request that in your deliberations regarding our member, consider that during his lifetime, Alderman Burke has provided many years of service to the community and the citizens of Chicago.

The Midwesterners strongly feel that Edward Burke is a valuable contributor to not only the underserved communities of the City of Chicago, but to everyone that considers Chicago home. In closing, we strongly urge you to consider our request in your deliberations.

Sincerely,

Clayton Pitre, Jr, President
CC: Stephen H. Pugh, Esq.
William Von Hoene, Jr. Esq.

F-41

### *Members*

*Barnes, Eric*
*Blacksher, Michael*
*Borges, Ernesto*
*Burke, Edward*
*Dorsey, William*
*Gray, Daniel*
*James, Louis*
*McCullom, Cornell III*
*Mix, Jr. Goldman*
*Nevels, Malik*
*Pitre, Jr Clayton*
*Pugh, Stephen*
*Sawyer, Ernest*
*Sawyer, Randall*
*Smith, Otha*
*Von Hoene, William*
*White, Maurice*

Dear Judge Kendall,

Not sure how to present these words. I want to tell you whom Ed Burke is as a person. I've known him since we went to Visitation grammer school as neighbors in the early 1950's. Ed has been a devote catholic his whole life. He entered Quigly preparatory H.S. in hopes of being a priest after grammer school. We lived in a blue collar area of the city. Hard work & discipline were the norm. Ed came from a similiar family, though his dad Joe was the aldoman, he was a non-college blue collar guy.

Ed Burke was an is a good friend to many, and has never forgotten his roots. He attends daily mass — he has maintained the relationships we had from those early days. He has always attempted to help anyone in need, wheater he knew the person or not. This situation has had a strong effect on him. I believe he has with-drawn because he can't help the many he served. He has helped people secure employment, assisted kids in supporting tuition, he

F-42

(2)

has helped churches of all denomin-
-ations. His support of charities is
defined.

The Burke family reflects all of his
attributes. adopting 2 children — 1
(Travis) being a minority child. This
in itself reflects the kind of person
Ed Burke is —

His voting history can be tracked
to reflect a consistent position supporting
the less popular view. The lower
level individuals have always been
supported by Ed Burke.

He has used his political position
for so much good — to Education —
the church — the city — race relations etc.

Ed has been a loyal friend to
many over the years. He's never lost
sight of his roots — still seeing
the people of our youth.

The sad part of this situation is that
the good Ed Burke has done for 50 plus
years will be forgotten. His legacy
will be a negative — this is just
not fair.

F-42

(3)

It should also be noted that as the demographics of his ward changed to spanish. Ed adapted, embraced the culture & language and continued to help his constituents on all levels.

I've known Ed Burke for 75 yrs - we are both 80 years old.

I can imagine myself having to go away at this time of life - away from family. Health issues are also a reality.

I assume the point has already been made - to add the issue and punish this good man further doesn't seem right.

We would hope you have a feeling whom Ed Burke is - you control his future & life. We ask that you consider the contributions he's made to Chicago & its people. We ask that you consider his family and the all the good he's done for so many.

Please be fair & realistic in the position you take.

Thank You,
Frank Coppolo
(Ed Burke friend)

F-42

March 28, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I am writing to you in support of Mr. Ed Burke, whom I've had the privilege of knowing for decades. As a close friend, I've had frequent interactions with Ed and his family, witnessing firsthand the impact this case has had on them. While I am aware of the charges and conviction he faces in this criminal matter, I refrain from expressing any opinion on his guilt or innocence, as that is for the court to decide.

Ed Burke is a man of unwavering integrity and compassion, deeply committed to his community and loved ones. Despite the challenges he faces, he remains steadfast in his dedication to his family and constituents. His commitment to public service as an alderman has been exemplary, always advocating for the betterment of his constituents and tirelessly working to address their concerns.

Beyond his public role, Ed is a devoted husband and father. His family holds a special place in his heart, and he goes above and beyond to support and care for them. I've witnessed countless instances of his generosity and kindness, always willing to lend a helping hand to those in need.

Moreover, Ed's involvement in civic and charitable endeavors is commendable. He has been an active participant in various community initiatives, from youth mentorship programs to local fundraising events. His dedication to improving the lives of others is evident in his numerous contributions to charitable causes, making a meaningful difference in the lives of many.

In terms of his character, Ed Burke exemplifies integrity, humility, and resilience. He has faced adversity with grace and dignity, never losing sight of his values or principles. His faith and moral compass guide him in all aspects of his life, serving as a beacon of hope and inspiration to those around him.

Your Honor, I urge you to consider the entirety of Ed Burke's character and contributions to society when determining his sentence.

Sincerely,

Millie Rosenbloom

F-43

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall

I have known Ed Burke for more than 70 years. I lived a block from the Burke house as a boy where I met Ed. Ed's dad, Joe was our Alderman and the Burke house was always welcoming for us youngsters. Ed became a good friend. There were 12 or 13 of us that were all about the same age and we all bonded. Eventually we called our group "the corner" as we met at 53rd and Racine routinely. In our teens we went off to different high schools, Leo, De La Salle, Mt. Carmel and St. Ignatious. Ed went to seminary to study for priesthood. After high school we went separate ways. Marines, Air Force and college. Ed became a Chicago Policeman and went to law school. When Ed's dad, Joe, passed away Ed decided to run for Alderman. I worked with Ed and his wife Ann on the campaign. That began Ed's political career. Ed's loyalty to family and friends has never changed. Ed and Ann were always there for weddings , funerals, communions, etc.I know of many cases where Ed was there for Firefighters, Police and city workers. I believe that Ed has devoted his life to family, friends and the City. He is a good man.

I don't see Ed very often as I now live in Northeast Wisconsin. Last year one of the guys from the "corner" passed away,a retired Chicago Policeman. Those of us that are still here payed our respects, gathered in the back pews ,as usual, and mourned the loss of our friend. Ed was there with us. Just one of the guys.

It is sad to see such a good man being humiliated. Ed Burke's life and devotion to the city should be celebrated.

Respectfully,
Al Steiner

F-44

Amy Tierney



March 2, 2024

Judge Virginia M Kendall

United States District Court
Northern District of Illinois
219 S Dearborn St.
Chicago, IL 60604

Dear Judge Kendall,

I have known Alderman Burke and his entire family for well over thirty years. I have been a close friend and classmate of Alderman Burke's daughter, Sarah Burke, since the beginning of high school. Our close friendship continues to this day. The entire Burke family has been loyal, generous, sincere and completely devoted to their dedication in helping people. I am beyond certain most people remain unaware of their true givings to people and society.

During our freshman year, the Burkes were kind enough to include me as well as many other classmates for dinner and spending the night at their home. Justice Burke cooked for us and both Alderman and his wife sat down for an eventful and lively family style dinner. I vividly remember our table conversation. Alderman Burke explained a book he had just finished reading. He went on to explain that the book researched the most recognized and popular people in the world. Our conversation ensued within our teenage selves guessing: Madonna, Christian Slater, Tom Cruise ...., as Alderman patiently waited to see these young girls processing. Upon Alderman Burke's final entertainment of our teen girl banter, he revealed and explained who the top of the list was, Jesus Christ.

I share this story for many reasons. First, it exemplifies Alderman Burke's deep faith, dedication to morals, kindness toward all citizens, and devotion to family and friends. Second, the next morning we all attended his local Catholic Church with Alderman Burke and Justice Burke to practice the faith the Alderman so believes. This impacted my core beliefs and faith at such a young and impressionable age, and I have tried to carry these values in my own life, still to this day, over thirty years later.

F-45

Another story I must share was around the death of my father. Alderman Burke had become a friend to my entire family those thirty some years ago. Even though Alderman Burke was going through his own challenges, he was the first person I saw in the pew at my father's memorial mass. This further demonstrates the devotion to friends, as well as Alderman Burke's character constantly putting others before himself, his challenges and his difficulties. Clearly this represents his deep care and support for myself and my family during such a difficult time. Alderman Burke attending with a hug and smile made such a dark day so much brighter.

Judge Kendall, I have shared these personal stories because I truly hope, am asking, and praying you will consider the evidence of Alderman Burke's actions which have directly impacted me, my family and all those I touch in my life. Alderman Burke and his family have made me a better person. I kindly ask you for leniency on his behalf.

Thank you for your time, attention, service to our citizens, and your consideration.

Respectfully yours,

Amy Tierney, LMFT

F-45

April 2, 2024

The Honorable Judge Virginia M. Kendall
United State District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I write to ask the court to take into consideration all the positive contributions that Ed has made during his long career as a public servant. While most know Ed by what they read in the paper, my relationship with him was personal.

I met Ed when I first moved to Chicago more than twenty years ago, fresh out of graduate school and eager to take on this great city. I moved from Kansas City and was introduced to Ed by his and Anne's lifelong friend, who my father happened to know through Church and work in Kansas City.

Since that first meeting, Ed and his family have been unwavering supporters of me and my family. At every step, Ed has been there to offer support and encouragement. Despite the many demands on his calendar, he was never too busy to take my call. And I know that I am not alone in this experience. There are countless others in our city who, over decades, have been so fortunate to benefit from Ed's friendship and willingness to lend his time and ear.

I know Ed to be a person of great faith, a committed husband, a caring and loving father and grandfather, and a generous mentor to me as a young, new resident of Chicago. At his advanced age, it saddens me to think that his grandchildren will ultimately bear the burden of a long sentence. I respectfully hope that the appropriate and fair assessment of Ed Burke as an individual and the many lives he has positively impacted, including my own, be considered when the Court imposes its sentence in this case.

Sincerely,

Meghan Woltman

F-46

Mar 1, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL.  60604

Dear Judge Kendall:

I am writing this letter on behalf of Alderman Edward M. Burke, who was not only my alderman
for the first 26 years of my life, but also the alderman I was privileged to work under.  Over the
course of my time as a resident of the 14th Ward, I saw first hand how dedicated and committed
he was to the ward he served.  I saw first hand what it meant to live in a ward where the
alderman and those who were precinct captains cared about the people of the neighborhood
and did all that they could to meet the needs of the constituents.  Although the Alderman has
been found guilty of the charges brought against him, I find it only right to speak to the Alderman
I grew up with and admired.

Growing up, I attended the Alderman's community block parties that were held annually to bring
the community together and to provide opportunities for the children of the ward to play in the
street.  Children rode on the Alderman's 14th Ward fire truck, played in the streets, and ran
through the fire hydrants which the Fire Department turned on just for the occasion.  At the time,
I assumed that was the norm, but as I grew older I soon realized that was not the case.  Not
many kids could say that their alderman threw block parties where kids were allowed to be a
kid.  Alderman Burke was a rare gem of the City of Chicago.  Growing up in the 14th Ward
created so many lasting memories, for not only myself, but the other children in the
neighborhood.  Honestly, this is where my admiration for the Alderman began.

You see, my love of public service started at a young age and I attribute that to Alderman Burke.
As a child, my father was an active member of the 14th Ward and would bring me to many
events that the Alderman would sponsor.  Seeing how those who attended these events loved
and admired the Alderman, only showed how much he took care of his constituency.  I soon
began to volunteer at community events.  There were barbecues, football games where we
tailgated, and senior picnics.  Watching all the good that Alderman Burke brought to the
community I called my home made me desire to one day be a public servant.  Alderman Burke
epitomizes what a public servant should be.

Fortunately for me upon graduating from Northern Illinois University with a political science
degree, I was able to begin my career in public service in the office I knew had provided support
and services to the community that I grew up in.  As a member of the 14th Ward Office team, I
soon realized how much the Alderman did for his community, beyond what I knew as one of his
constituents.  I saw the good that he and the precinct captains did for the elderly in our

F-47

neighborhood, the lengths they went to to ensure that our neighborhood was safe, and to provide services that made the 14th Ward a place people wanted to live.

My time in the Ward Office only increased my admiration for the Alderman.  Seeing him interact with his constituency, work to get things accomplished to better his ward, and to see those things come to fruition, only made my pride grow.  I can vividly remember the constituents that would come into the office or call to thank the Alderman for something he did within the ward. Working under someone who put his constituency first and who worked tirelessly to improve the ward speaks volumes for the type of person Alderman Burke was during his time as alderman of the 14th Ward.

I am asking that you take all the good that Alderman Burke brought to the people of the 14th Ward as you look at his sentencing.  I know that I am only one in a sea of many who can speak to the Alderman's character as the leader of the 14th Ward, but I hope that it paints a picture of the person I grew to admire and still admire today.

Sincerely,

Stacy A. Zallis

F-47