# Exhibit G

# City and State Government Officials Letters

| | |
|---|---|
| **G-1** | Allen, Thomas |
| **G-2** | Bishop, Arthur |
| **G-3** | Boumenot, Albert |
| **G-4** | Claar, Roger |
| **G-5** | Conley, Susan |
| **G-6** | Donovan, Thomas |
| **G-7** | Earullo, Janet |
| **G-8** | Erwin, Judy |
| **G-9** | Gabinski, Terry |
| **G-10** | Griffin, William |
| **G-11** | Hartigan, Neil |
| **G-12** | Kiley, James |
| **G-13** | Levar, Patrick |
| **G-14** | Murray, Stephen |
| **G-15** | O'Connor, Patrick |
| **G-16** | Sposato, Nick |
| **G-17** | Thompson, Jayne |
| **G-18** | Vallas, Paul |

March 28, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois, 60604

Dear Judge Kendall,

Please allow me to introduce myself. My name is Tom Allen and I am writing this letter to you to offer some personal insight into the character of Edward Burke who faces sentencing before you following his recent conviction on federal corruption charges.

By way of background, I have been an attorney licensed in Illinois for over 45 years. I began my legal career as a public defender at 26th St. for 9 years, followed by 5 years as a panel attorney for the Federal Defender's Office at the Dirksen Building. I later served as an Alderman in the City Council from 1993-2010 and then as a Cook County Circuit Court Judge from 2010-2019. In light of my life's background, I am hoping that you might find my comments herein to be of some assistance in passing sentence on Mr. Burke.

I have known Mr. Burke for over 30 years having first met him when I joined the City Council in 1993. In addition to having contact with Ed while we served together on the City Council, I would also see him and his family frequently at Sunday Mass in Wisconsin where we both had summer homes. At the time my four children were young and Ed and his wife Anne would often invite our family of 6 to join them for coffee and donuts at their house after Church. I also know him to be very generous with his time and financial support for the Aquanuts Water Ski Club in Twin Lakes Wisconsin which is a not for profit and provides persons with disabilities hands on instructions on the use of adaptive water skis. Ed and his wife Anne were long time strong supporters of causes associated with persons with disabilities.

G-1

I consider Ed to be a friend, so of course, my personal comments here are rightly subjective. However, I would like to offer these words on my observation over the years of Ed's relationship with people from all walks of life. I have personally observed scores of incidents where Ed has helped people who were down and out and I am not referring to help in the political/clout sense. He has a huge heart and is a good and caring person.

I have the utmost respect for American jurisprudence and more specifically our jury system. Mr. Burke will stand before you in the coming months to face sentencing. As a former criminal defense attorney and one who has tried dozens of capital cases in the 80's I always found sentencing to be the most difficult part of a criminal case. Mr. Burke is now 80 years of age and in declining health. Your Honor has many factors to weigh in determining a fair and just sentence in his case. I hope you will find the few words I have shared here to be of some assistance in that task.

Respectfully,

Thomas R. Allen

G-1

3/6/24

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

RE: Sentencing Letter- Mr. Ed Burke

Dear Judge Kendall,

My name is Arthur Bishop. I have known Mr. Burke and his family for approximately 30 years. My introduction to Mr. Burke and his wife, Justice Anne Burke, came about during my tenure as an employee of the Illinois Department of Children and Family Services. At that time (1996) I had been assigned to the case of a substance exposed African American baby. As licensed as foster parents, the Burkes had taken him into their home.

It was during this time that I gained a tremendous amount of respect and appreciation for Mr. Burke. The genuine love and care that He and Justice Burke showed toward this very high-risk baby, despite the publicity and high-profile nature of the case, was a joy to behold.

As the assigned caseworker, I saw firsthand how love and available resources could change the trajectory of a substance exposed baby, whom they eventually adopted, and who is now a productive adult citizen. This now young man has benefitted greatly from the wisdom and life lessons Mr. Burke has imparted to him. He proudly calls Mr. Burke "Dad". I saw firsthand that Mr. Burke was and is a good and honorable person.

I not only saw the love and concern he had for this baby, I also was exposed to the love, care and concern he has for the citizens in his community and the City of Chicago as a whole. He was a proud historian of the City of Chicago, often, without prompting, pulling me aside and giving me history lessons. Mr. Burke is a strong defender of the city and the role and responsibility of the Aldermanic office to function with a spirit of integrity. I have met several individuals who express their appreciation for his helping their communities and their personal lives.

Since my introduction to the Burkes 30 years ago, I have been appointed to be the Director of the Illinois Department of Juvenile Justice and as Acting Director of the Illinois Department of Children and Family Services. I retired from the state in February 2014.

We have remained close friends over these past 30 years with periodic calls to check on the wellbeing of each of our families. It is my hope and prayer that Mr. Burke receives a lenient sentence.

Respectfully submitted,


Arthur Bishop

G-2

February 8, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Il 60604

Dear Judge Kendall:

My name is Albert Boumenot former Budget Director for the City of Chicago. When I began my career with the City Ed was Alderman and chairman of the police and fire committee and I was a budget analyst. In my capacity as a budget analyst I had many occasions to work closely with Ed, and a friendship grew from this relationship. I found him to be extremely knowledgeable and helpful to me. As my career advanced Ed became more influential as an Alderman and even more helpful to me. When I left city government in 1983 Ed helped me land a position as a Vice President at the First National Bank of Chicago in the public finance department.

As my career in investment banking continued Ed was always there to lend a helping hand. With his many contacts in local government in the Chicagoland area Ed was always willing to make an introduction on my behalf to further my career. He never once sought anything in return.

I have always found Ed to be a good and honorable man willing to lend his name to any number of charitable organizations. Ed and Ann are particularly partial to Special Olympics which Ann was instrumental in founding while working at the Chicago Park District. Through Ed's tireless work and devotion Special Olympics has grown into the national organization it is today. Ed has also been a big supporter of Misericordia.

These are just a couple of examples of Ed's generosity, he is a great family man and a wonderful person.

I continue to stay in touch with him and have dinner with him with other friends periodically, as recent as last week.

He continues to practice his faith and has maintained his sense of humor throughout this ordeal.

It is my belief that considering Ed's age, health, civic and personal accomplishments he should receive a lenient sentence.

Sincerely,

Albert A. Boumenot

G-3

# ROGER C. CLAAR
## Mayor Emeritus

███████████████████████████████████████████

March 22,2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

Re: Edward Burke

Back in the late 80's, I was elected Mayor of Bolingbrook, Illinois. The Village was quite different then than it is now and I had my work cut out for me. As I started going to different mayoral functions and political functions, I had the honor of meeting Alderman Ed Burke. He was very receptive to our meeting and offered me his advice on any particular issue that he thought he could help me with.

As a suburban mayor, I was thrilled that a Chicago Alderman with his stature would offer the time and knowledge that he had obtained over his years to a young suburban mayor. We met on several occasions at lunch and other social events and he would ask me how I was doing and if there was anything he could assist me with. It was clear that he loved Chicago and his knowledge of Chicago history is matched by no one.

We had a huge issue with our drinking water here in Bolingbrook and felt that the Lake Michigan water would be the solution. Alderman Burke provided me with a considerable amount of knowledge about the Chicago political structure and who we would need to talk to pursue Lake Michigan water.

Additionally, there were a number of other issues because of things that happened in the City of Chicago that impacted the suburbs. He would often share with me how those decisions were made and why and how to work with one of the greatest cities in the world. I found Ed Burke to be one of the most knowledgeable and caring individuals I have ever had the pleasure to work with. I know of numerous situations where he has extended his help and financial resources to those less fortunate. The City of Chicago has been well served by Alderman Burke for more than 50 years and I would hope that his service would be considered in your decision.

He is a great guy, always had a smile and I am proud to call him a friend.

Thank you very much,

Roger C. Claar
Mayor Emeritus
Village of Bolingbrook
bbmayor@aol.com

G-4

May 26, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Susan Conley. When I first met Alderman Burke I was a young girl. My parents had worked for High-Low Food Store for more than 30 years when they suddenly lost their jobs. With five children to raise they needed to find work quickly. As residents of the 14th Ward they attended "Ward Night", which was held every Tuesday evening. My parents were able to secure employment via job listings that were posted at the Ward Office. Alderman Burke, along with his staff, met with residents and assisted them in resolving a variety of issues. Some needed a tree trimmed or a new garbage can. Others needed assistance procuring a business license. Whatever the issue, Alderman Burke and his staff were available to help.

Alderman Burke also helped young people in the Ward find summer jobs. I was able to secure my first job at the age of 16 as an aide for the Chicago Public Library. That was the beginning of what would become 33 years of service to the residents of this city. At age 18 I was given the opportunity to work for Alderman Burke in the 14th Ward city services office. That opportunity changed my life. There I learned what it meant to serve the constituents of the 14th Ward. The Alderman arrived every morning after attending Mass at one of the neighborhood churches. He was a devout Catholic who attended Quigley High School and once considered joining the priesthood. After arriving at the Ward office from the early morning Mass, he would invariably hand one of us a piece of paper with the name, address and phone number of someone who had approached him at Mass with a request. That request became your responsibility to handle. The next morning he would verify that the issue had been resolved. Upon receiving his messages each day he would return every phone call and meet with constituents of the Ward in order to help them resolve their issues. When he wasn't at the Ward Office, he was at City Hall attending meetings related to all aspects of city business. The Finance Committee had been the largest City Council Committee with numerous responsibilities. The responsibilities included Workers' Compensation Claims, Police and Fire Injury on Duty Claims, Small Claims Department as well as introducing new legislation.

In my role as Director of Police and Fire Claims, I learned how passionate Alderman Burke was about the care injured police officers and firefighters received. As a former police officer, he wanted to insure they received the best medical care possible. He would personally speak to any family member of an injured officer/firefighter to address their concerns. Alderman Burke was one of the first people notified when an officer/firefighter died in the line of duty. He would immediately reach out to the family and offer his assistance. At the direction of Alderman Burke, I dedicated myself to ensuring these members had the gold standard of care. Whether it was nursing services, transportation, or home modifications, these members deserved the best. The Alderman expected nothing less.

I would like to share my knowledge of his family life. After losing his father, Alderman Joseph Burke, to lung cancer in 1969, Alderman Edward Burke won the special election to fill the remaining two years of

his father's term. This devastating loss inspired him to champion the first NO SMOKING ORDINANCE in the City of Chicago. After its passage, smoking was not allowed in City Hall or within 15 feet of the entrances. Today this ordinance is part of the Clean Air Act.

Alderman Burke and Justice Anne Burke had difficulty conceiving a child. After suffering several miscarriages they decided to adopt. They opened their hearts and home to daughter Jennifer, then to sons Eddie Jr. and the late Emmett. The couple's fourth child, Sarah, was welcomed with much joy. Emmett's untimely death echoed throughout City Hall. His wake was attended by thousands of people from all walks of life. Politicians from throughout the City and State stood side by side with janitors and sanitation laborers. The love and respect shown to the Burke family was truly heartwarming.

Satisfied that her family was complete, Anne, with the full support and encouragement from her husband, decided to pursue her legal career. In 1996 the Burkes fostered and later adopted their fifth child, Travis. Born with cocaine in his system, the Burke family was determined to give Travis, a child with special needs, a loving, stable home. After a long legal battle that was both racially and politically charged, they were granted full custody of Travis. I recently asked the Alderman if he was concerned about Travis having any encounters with Chicago police officers. He told me as a concerned father, he and Travis had that conversation when he applied for his driver's license. Alderman Burke told him exactly what to do if he felt he was being racially profiled. As the father of an African American child, those fears are always a reality you have to deal with. Today Travis is a wonderful young man, brother and uncle to many nieces and nephews.

The Alderman was a very kind and generous man. He paid for many funerals and was quick to give out hams and turkeys to needy families. He strove to maintain all the city services that were available to his ward. He purchased, a bus to transport Veterans to and from Midway Airport so they could visit the Veterans Memorial in Washington, D.C. He wanted to ensure that transportation was readily available to any veteran who needed it. When the 14th Ward became largely Hispanic he learned to speak Spanish to better serve the community.

Mrs. Burke is a longtime advocate for children with disabilities. Mrs. Burke was the true founder of the now globally recognized Special Olympics. She was a dedicated supporter of Misericordia, Heart of Mercy. Alderman Burke also dedicated himself to Misericordia by giving financial support and participating in their annual candy drive. He would happily don his red and white apron while holding a donation can. Watching this power couple for the last 40 years, I can truly state they took every opportunity to help the less fortunate and treat everyone with respect. Alderman Burke supported his wife's dreams and ambitions in every way possible.

In conclusion, I hope what I have told you about the Alderman reflects the true character of the man I have come to know. As the song "To Sir With Love" so aptly describes, he is the man who has taken me from crayons to perfume. What I saw every day was a man dedicated to serving residents, not only of the 14th Ward, but of the entire City. Having first been elected in a special election in 1969, he has since been reelected 13 times. That wouldn't happen if the people living in his Ward didn't feel they were being fairly represented. The Alderman was a champion of senior citizens, sponsoring an ordinance that allowed every resident over age 65 living in a multi-family building to apply for an annual $50.00 sewer tax rebate. When it was brought to his attention that condo/townhome owners were paying for private refuse collection, Alderman Burke introduced an ordinance which allowed them to apply for an annual rebate as long as they had a recycling program in place. Alderman Burke is also a man of tradition. His annual Christmas card was sent to the highest city officials as well as every member of his staff. We all loved seeing his growing family and looked forward to his holiday greetings every year. People from all over the city would stop me and tell me how much they loved seeing the Alderman's growing family.

When sentencing Mr. Burke, please consider his age, his long-time service to the City, and the impact his absence would have on his loving family. He has truly done so much good for this City. I would also ask that you consider the devastating effect a lengthy sentence will have on Mrs. Burke after 56 years of marriage.

Thank you again for your kind consideration.

Respectfully yours

Susan L. Conley
Director of Police and Fire Claims (Retired)
Committee on Finance

Thomas R. Donovan

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall,

This is a letter that I never would have thought I'd be writing; however, I respectfully, appreciate the opportunity to do so.

My name is Thomas R. Donovan and I have been a friend of Alderman Burke for 55 years. I came to know him in 1969, when I was a young Administrative Assistant and de facto Chief of Staff for Mayor Richard J. Daley and Mayor Michael A. Bilandic. I served the City of Chicago in that position for ten years.

In those ten years, I had the opportunity to work closely with Ed Burke on numerous endeavors for the City of Chicago. His character and integrity were always beyond question and an invaluable asset as we faced the challenges that our great city encountered. His word is his bond and being trustworthy is his hallmark.

Aldermen Burke's public accomplishments on behalf of the City of Chicago and its people are well known and too numerous to recount in this letter. His City Council leadership over the past 55 years is unparalleled. Aldermen, friend, and foe have always sought his unquestioned knowledge and guidance and he willingly helped all to better understand the rules of the City of Chicago City Council.

If I may, I would like to convey my thoughts about Ed Burke, the private person who I have known for most of my adult life.

The Ed Burke I know is a wonderful family man, a loving husband, father, and grandfather. The man I know is a kind and generous person. He willingly and proactively gives his time, talent, and resources to help those who are in need, unable to help themselves and cannot ever repay him in any way. He seeks no return or accolades. I have personally seen this on numerous occasions. I have always said that I do not know anybody who has helped more people than Ed Burke.

After I left government service, I became the President and Chief Executive Officer to the Chicago Board, a position that I was honored to hold for 18 years. Our careers took different forks in the road, but Ed and I have always stayed in touch with one another. The Burkes are good people and I value the relationship that the Burke and Donovan families enjoy.

Alderman Burke is a good man in every way. I am grateful for his friendship. I will always be his friend. It hurts me to see the situation he faces today at the age of 80 after having fought a battle with cancer.

I hope that you will take into consideration the man that Ed Burke has been over the last 80 years. I hope you will consider his life in totality and recognize the good and positive things that he has done and the wonderful results of his entire career.

I don't think any good purpose would be served by a prison sentence. His governmental career is in the past, his reputation is tarnished, and his legacy negatively impacted, notwithstanding a life of public service and dedication to the people of our city.

Your role is a difficult one. Only a certain type of person can be a judge. In our society, we respect the rule of law, the role of the judiciary and the challenge that you face when deliberating a sentence. I hope that you will make every effort to temper justice with mercy.

Thank you for hearing my plea for leniency and forgive me if I have offended you and our legal system in any way. I believe in the rule of law and Lady Justice.

Respectfully yours,

Thomas R. Donovan

May 26, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Janet Earullo. I am a retired legislative aide with the Committee on Finance, City of Chicago. Ed Burke was the Chairman of the Committee on Finance during the 20 plus years I was employed there.

Alderman Burke was a kind and generous man who greeted every employee with a warm smile. He always asked how you were doing and seemed genuinely interested. I was impressed by the number of women assigned to important positions at the committee. The Deputy Chief Administrator was a woman. The legal section consisted of three attorneys, two of which were women. The Directors of both Police/Fire Claims, Small Claims Division were women. The Supervisors of Workers' Compensation and Police and Fire Claims were both women. There was no lack of equal opportunity for women in Ed Burke's Committee on Finance.

We had an internship program in conjunction with Maria High School. Girls enrolled in the Business Program would come to work for us and receive high school credit for their time. Alderman Burke was very interested in how the students were doing and asked for a monthly report on their progress. As a supervisor I was invited to the students' graduation at the end of the school year. I was very surprised to see Alderman Burke there as well. He took great pride in the program and wanted to ensure the program's success. He felt it was our responsibility to guide and instruct these girls to be good employees.

I met with the Alderman upon my retirement in 2012. I wanted to thank him for giving me the opportunity to serve the residents of this great city. I knew the Alderman was a very busy man but he found the time (over an hour) to express his gratitude to me for the work I had done and my dedication to the people we served.

I would like to plead for leniency in this case, as I know Alderman Burke is a good family man who tried to help whoever he could.

I thank your Honor in advance for your kind consideration. I remain

Respectfully yours,

Janet Earullo
Legislative Aide/Committee on Finance (Retired)

G-7

**Judy Erwin**

**1501 N. State Parkway 6C**

**Chicago, IL. 60610**

April 10, 2024

Judge Virginia M. Kendall

United States District Court

Northern District of Illinois

219 S. Dearborn St.

Chicago, IL 60604

Dear Judge Kendall:

My name is Judy Erwin, and I am a former State Representative and State Agency Director. I have known Ed Burke for 46 years and Anne Burke for 32 years.

I had the privilege of being the Communications Director for IL Senate President Philip J. Rock from 1978-1992. During those 14 years, I worked on a wide variety of policy issues and philanthropic endeavors with Senator Rock and Ed Burke. Specifically, Senator Rock and Ed Burke worked together on many child welfare issues, including foster care and adoption issues which are near and dear to both Ed and Anne Burke.

As a Board member and long-time supporter of Maryville Academy and Mercy Home for Boys and Girls, Senator Rock enlisted Ed Burke's expertise and support on many occasions, too numerous to mention.

Later, as an elected member of the Illinois House of Representatives from Chicago (1992-2002), I continued to have the good fortune to rely on both Ed and Anne Burke's significant expertise on many public policy issues including child welfare, education and public health.

G-8

After leaving the General Assembly, I was the Executive Director of the Illinois Board of Higher Education (IBHE) from 2005-10. During that time and later, I served on an Advisory Board for the Kennedy Forum of Illinois (KFI), a mental health policy and advocacy organization. Anne Burke was a founding member of KFI and with Ed, made very significant contributions in advancing state and federal mental health policy.

There are very few people with whom I have been acquainted that have devoted more time to charitable, community and civic service than Ed Burke. Ed has always given freely of his time and advice, never asking for anything in return.

My deepest hope is that the Court will view Mr. Burke's life in its totality with special attention to the thousands of less fortunate individuals for whom life has measurably improved thanks to Ed Burke 's good works

Thank you in advance for your time and thoughtful consideration,

Judy Erwin

Terry Gabinski

March 17, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Kendall:

Ed Burke has been my best friend for more than fifty years. We were elected as Aldermen in December of 1968 on the same date. We share many stories of helping our constituents. People would say that was our job, but Ed helped thousands that had nothing to do with government. The people in his Ward had many problems, they felt they had no one to turn to, Ed always tried to help them.

Ed had a great office staff, they helped him solve an infinite number of problems. They worked six days a week and had office hours twice a week in the evenings.

One story sticks in my mind, one night Ed was closing his office for two hours to attend a meeting. A longtime resident was at the door looking for help. Ed told him the office would be closed for two hours and to return to see him after the office reopened. It was a bitterly cold night and the elderly man said he would wait outside in the cold. Ed promptly sent his staff to the meeting and said he would be late. Ed brought the man into the office and helped him, that is the kind of man Ed is.

Ed has spent a lifetime of doing the right thing for his family and friends. His charitable work and his religious dedication are further examples of his goodness.

I realize we all make mistakes and often must pay the price for those mistakes. I hope you can consider his goodness. Your honor, I hope you can see the reasons to be lenient in deciding his sentence.

Thank you,

Terry Gabinski

G-9

# WILLIAM J GRIFFIN

March 27, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60614

Dear Judge Kendall:

I write you on behalf of Ed Burke, my close and loyal friend of fifty years. He is a man of integrity, righteousness, and always eager to help someone in need. I write to provide you with details of my life experiences with Ed and to advocate that you consider his lifetime of distinction, age, and health in your sentencing decision.

Ed is a model husband and father. His love of and devotion to Anne is a shining example of the mutual respect each has for the other in their fifty plus years of marriage. Ed supported Anne's founding and development of the Special Olympics. He encouraged her to attend law school and start a practice dedicated to children, and later take a seat on the court. Their marriage is one of the best I've seen, and I look on Ed as a model for the kind of husband I've needed to be. How unfortunate it would be to see them separated after fifty-six years of a loving marriage and now in the twilights of their lives. He was and is a great father who was very involved in raising his children and kept his family close. We took our kids on small hunting trips on farm fields in Wisconsin. And on occasion he'd invite friends' children to ride aboard the ward's antique fire engine at parades.

Ed and I first met at a plane crash. United Airlines Flight 553 crashed and flattened bungalows on 70th Street during its approach to Midway Airport in the mid-afternoon on December 8, 1972. Ed was a new alderman representing the area of the crash and I was a reporter from the Chicago City News Bureau. I'd raced from the homicide squad room of a nearby police station and on arrival came face to face with Burke. "Where's your hat?" he shouted. It was frigid ten degrees and I had neither hat nor gloves. He turned to an aide and told him to fetch a hat from the trunk of his car. So, I wore a 14th Ward stocking cap to conduct interviews for my stories. Later I moved to the City Hall beat where Burke provided me his insider perspectives on the daily events. He quickly rose to become a leader in the Council and organized a group of fellow newly elected aldermen to stage a coupe that forced an easing of Mayor Richard J. Daley's iron-fisted control of the City Council.

I got to count on Ed when I went to the Tribune and covered politics, and eventually to City Hall where I was chief of staff to Mayor Jane Byrne. Over time our relationship developed into a close personal friendship, and I became beneficiary of Ed's warmth, sincerity, zeal, and patience. His friendship was unconditional. He provided valuable guidance in the adoption of my son. And I know of others he counselled in adoptions. He never asked for anything in return other than to meet these new families.

I saw Burke as a combination of Bing Crosby's Father Flannigan to whom people rushed when they needed help and a Renaissance Man devoted to histories of Chicago, the U.S., and world.

Burke is a man of varied tastes, with a fondness for reading scholarly histories, attending ward nights where constituents crowded into his office to get help after losing a job or seeking advice on dealing with their spouses and children. For a couple of years, Ed and I worked out every evening in a basement health club in the Loop where Ed would be on a treadmill, reading a hefty new history book. Afterwords in the locker room he would share details of his readings and open it up for discussion. He was eager to meet leaders of local, national, and international governments to harvest behind-the-scenes details on historic events.

In the Chicago City Council, Ed was a dynamo who worked himself and those on staff around him. He pressed staff to gather all the information on every proposed ordinance sent to his Finance Committee. His effectiveness was enhanced and given continuity through his own talents of understanding complicated issues of city finance, urban planning, police management, and the media. Burke became the Council's ex-officio leader by spending lengthy sessions with aldermen to build coalitions and attain a total understanding of legislation pros and cons. He took on the tobacco industry by championing an ordinance that prohibited smoking inside commercial buildings and within fifteen feet of doorways. Ed challenged the meat producing industry (my client) to stop squirting oxygen into sealed packets that kept meat from losing its fresh red color. He served as the consigliere to many fellow aldermen in need of his experience and help in drafting and passing ordinances that improved life in a ward and the entire city. And as Chairman of Finance, he understood complicated funding measures and kept the municipal bond community on the straight and narrow and, in the process, saved taxpayers millions of dollars.

My children were among thousands of city elementary school students who took field trips to the City Council where, before the meeting, they were met by Ed who provided the students a short history of Chicago, its municipal government, and then them a glimpse of what they would be seeing at that day's session. Burke did this on a voluntary basis before almost every City Council meeting.

A couple of years ago I met a young lawyer who was the first in his Hispanic family to attend college and law school. He grew up in the 14th Ward and credited Ed for personally guiding him through the law school application process, wrote letters of recommendation on his behalf, and stayed in touch to give advice on class selections. This young man had worked his way through law school and considered dropping out a couple of times. It was Ed who used

tough rhetoric to get him to abandon any ideas of quitting and convinced him to commit to graduating and taking the bar.

Your honor, I have the benefit of knowing Ed Burke beyond the short time he stood trial in your courtroom. And I've had the great benefit of his friendship. He's a man I admire and, never once, did he ever ask for anything in return. I respectfully ask that in your decision making that he put this trial in the context of a lifetime of helping others and being an honorable righteous public leader, family man and friend to so many.

I greatly appreciate your favorable consideration.

Very truly yours,

William J Griffin

Judge Virginia M. Kendall
United State District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL  60604

May 28, 2024

Dear Judge Kendall:

Please accept my sincerest apologies for the delay in sending this letter. I am writing this letter in support of leniency for Edward Burke.

Permit me to take a moment and explain who I am shortly why I am advocating for leniency for Ed Burke. My name is Neil F. Hartigan. I have had the honor of serving as the Attorney General of Illinois, a Justice on the Illinois Appellate Court, a Judge on the Illinois Court of Claims and as the Lieutenant Governor of Illinois. I also practiced with two major Chicago law firms, served as the CEO of the Western Hemisphere for the First National Bank of Chicago, and spent 17 years as the pro bono Chairman of the World Trade Center Chicago.

The Hartigans and the Burkes go back a long time. My Dad and Ed's Dad had offices next to each other and as my Dad was losing his eyesight Joe Burke would walk the halls with him and would identify who people were so that no one knew that my Dad was losing his sight.  I have been close friends with Ed Burke for nearly 55 years and we speak often. I have also had the pleasure of getting to know his wonderful wife, Anne M. Burke. Together, we have all maintained a close and enduring friendship over the years. As young married couples, Marge and I socialized together with them and participated in many civic and philanthropic activities. It has been a privilege to get to know him as a friend and colleague.

Ed Burke was passionately involved in many benevolent activities for which he should be acknowledged. One such philanthropic activity is the Hundred Club which provides support to the families of police officers and firefighters lost in the line of duty. Another organization supported by Ed was Big Shoulders. As you may know, Big Shoulders assists schools in lower income communities to ensure better education for all children.

When Anne created the Special Olympics, Ed and I worked together to obtain Soldier Field as a venue and work to support the "kick off" event. Ed also served as the Chair of the Irish Fellowship Scholarship Committee which provided scholarships to each Catholic High School. Additionally, Ed was involved with the Catholic Extension Program led by Father Jack Wall, which supports Catholic Missions in the U.S., as well as many other charities such as the Catholic Lawyers League.

Ed's connection to his family is a testament to his character. Amidst the challenges they face, Ed, Anne and their four children stand united. Anne's sacrifice of her esteemed role as Chief Justice of the Supreme Court exemplifies the depth of their familial solidarity.

With Ed and Anne—you do not have one without the other. The Burke's are a resilient family. Despite their strength, they have faced significant challenges due to this case, particularly as Ed grows older.

One cannot excuse the conduct that has placed Ed Burke's future in your hands. In my life's experience, I too faced these difficult judicial decisions many times. In reflecting on Ed's enduring impact on Chicago, his legacy is one of significance and value to our community. Given his proven record of success and dedication, harnessing his talents for the benefit of charitable organizations would undoubtedly yield substantial societal benefits.

I respectfully urge Your Honor to consider affording Ed the opportunity to contribute pro bono to the betterment of our city. His skills and expertise could be pivotal in advancing the missions of various charitable endeavors, ultimately serving the greater good of Chicago. Ed is worthy of whatever leniency Your Honor sees fit to provide. Thank you for your consideration.

Sincerely,

Honorable Neil F. Hartigan

# James W. Kiley

April 1, 2024

Judge Virginia M. Kendall

United States District Court

Northern District of Illinois

219 S. Dearborn Street

Chicago, Il. 60604

Your Honor,

I have known Ed Burke since 1983. At that time, I was transitioning from being Assistant to Governor James R. Thompson to becoming the Director of the Illinois Housing Development Authority. It was apparent to me that understanding the affordable housing needs of Chicago was the first step in being successful in my new job.

I met with numerous City officials but without a doubt the most helpful was Alderman Ed Burke. Alderman Burke was a great mentor because, for him it was all about the needs of the citizens of Chicago.

Over the next 40 years I grew to know Ed and his family well and was actually at his home the week he brought their son Travis home. In those 40 years I personally witnessed countless

G-12

acts of mercy and charity of the part of the Alderman. Whether it was the construction of homes for foster care children, the creation of new community schools or just helping a local family cope with a personal tragedy Ed could always be counted on to be there, offering assistance and support.

Never in those 40 years did I ever see him ask for anything in return. Ed was a true "public servant" and dedicated 50 years of his life to serving the people of our city.

I personally attended several sessions of the trial. My only wish was that someone would come forward to speak to all the good that Ed Burke had done for so many without seeking payback or recognition.

Obviously that kind of testimony was not what the trial was about. But it is my hope that as you consider Ed Burke's punishment you will also consider his life of good works with no expectation of personal gain.

Ed Burke is a good man and has been a great friend to those in our town who have needed help. It is my hope that you will consider his 50 years of honorable public service and factor that into your final decision.

Thank you for any consideration you might give.


James W. Kiley

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 N. Dearborn
Chicago, IL. 60604

Dear Judge Kendall:

      I have known Alderman Ed Burke for almost forty years as a friend, mentor, and Alderman. I served with Ed in the City Council for twenty-four of those years. I know him to be a very devoted husband, father, grandfather, son, and brother to his wonderful family. He and his wife, Anne, have always worked hard to provide a meaningful life for their family as well as to provide their children with a good education and instill in them a deep faith.

      They are a very devote Catholic family and I am aware that Ed attends daily Mass. He and his wife have instilled these values in their children. They have also been extremely involved in and donated to various charitable organizations such as Mercy Home for Boys and Girls, Misericordia Heart of Mercy, Catholic Charities to just name a few. I know Ed to be a good, kind, caring, and honest individual. He is a charitable person who has made a positive difference in and outside the community.

      I hope, your Honor, that you will consider all the good works and charitable generosity Ed has given to his community and our city and exercise leniency or mercy in sentencing.

      Thank you for your time and consideration.

Sincerely,

Patrick J. Levar Sr.

Patrick J Levar, Sr.
Retired Alderman City of Chicago

G-13

March 19, 2024

Honorable Virginia M. Kendall, Judge
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Stephen Murray and I and my family are dear friends of Ed and Anne Burke and their family. I was employed with the City of Chicago Finance Committee from 1973 to 2005, when I retired. I worked with Ed for over twenty years, the last fifteen years as his Chief of Staff at the City Council Committee of Finance.

During my service at the Finance Committee, Ed worked tirelessly for his constituents and citizens of the City of Chicago. He introduced and sponsored legislation that has helped and aided the health, safety and welfare of all Chicagoans. Some examples of legislation he sponsored or resolutions are: fire and smoke alarms in all city residences, prohibition or restriction of the use of tobacco products in public housing projects; monetary rebates for condominium owners for private scavenger and health insurance coverage for City employees who have LGBTQ Partners.

I have always held Ed in high esteem. He is a devout and practicing Roman Catholic. I would see Ed at daily mass at St. Peter's Church during the Lenten season. He attended wakes and funerals almost on a daily basis.

Ed would go out his way to help his friends, employees of the City of Chicago and the constituents of his Ward. During my fifteen years as his Chief of Staff, he allowed me to administer the City's Worker's Compensation program, the small claims against the City program, and the Police and Fire medical claim program, free from political influences.

I hope that you would consider his past service and high character in considering his sentence. Considering Ed's age and years of public service to all the citizens of the City of Chicago, I urge you to take these factors into consideration at the time of sentencing. Thank you in advance for my request of leniency for Ed Burke.

Very truly yours,

Stephen M. Murray

G-14



O'CONNOR ⚖ NAKOS
ATTORNEYS AT LAW

Phone 312-546-8100 • 312-I-N-J-U-R-E-D • Fax 312-546-8101

April 3, 2024

Judge Virgina M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

I write this correspondence to you in behalf of Ed Burke, as you undertake your responsibility under the law to determine what his sentence will be as a result of his recent conviction.

I have known Ed and his wife, Anne, since 1983. I was elected that year to represent the 40th Ward on Chicago's northside and I served with Ed as a colleague until my defeat in 2019.

Although the unfortunate truth is that I have had the opportunity to write a letter such as this many times over, given the number of elected officials that were my contemporaries during the years I served, this is the first and only time I have ever felt the need to write a letter asking for a measure of leniency for someone about to be sentenced.

I do this out of a heartfelt need to express to your honor that I believe in our justice system, and also in the symbolism of the statue of the blindfolded woman holding the scales of justice in her hands.

When I look at Ed Burke's career, I have known him to show compassion and empathy for those in need, including fallen city employees and their survivors. He called the families offering his help and insured that the city's bureaucracy didn't victimize families' further. I cannot count the times he visited hospitals, attended wakes and funerals and followed up on concerns for surviving spouses and their offspring. His concern and willingness to be helpful was not limited to police, fire and injured workers but included others whose particular circumstance called out for Ed's help and intervention. Many individuals lives have been made better through his willingness to go beyond what was required of his job title.

I do not minimize the actions that have brought Ed to this point in his life, but if there is a place for the scales of justice to be considered, his kindness and compassion for Chicagoans and people throughout Illinois would go toward helping to balance those scales to some extent. I humbly ask that you take into consideration the totality of Ed Burke's life and show lenience.

Respectfully yours,

Patrick J. O'Connor
PJO/lda





**Nicholas ✷ ✷ ✷**
# SPOSATO

Alderman Sposato Working For You.

38th Ward • 3821 N. Harlem, Chicago, IL 60634

May 6, 2024

The Honorable Virginia M. Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**RE: Former Alderman Edward Burke**

Dear Judge Kendall:

I am writing to you on behalf of my friend and former colleague, Alderman Ed Burke. I was elected to the Chicago City Council as the Alderman of the 36th Ward in 2011. I served with Ald. Burke in the Council for 12 years, and currently serve as 38th Ward Alderman.

Ed Burke is a decent man who is the first to share his knowledge and expertise to help others. He impressed me with his down to earth ability to help countless people, treating everyone from the maintenance workers to the Mayor with the same respect. He never looked down on anyone. Unfortunately I have been wheelchair bound for the past 8+ years due to Multiple Sclerosis. Ed has always gone out of his way to accommodate my needs.

Ed Burke has served the City of Chicago for many years and has helped countless people and organizations along the way. I am one of them. I would appreciate your taking into consideration all the good he has done for the City throughout all his years in office.

I very much appreciate your time and attention. I can be reached on my cell phone at 773-616-3636 should you wish to reach out to me.

Sincerely,

Nicholas Sposato
Alderman, 38th Ward

NSS/mg

G-16

Jayne Carr Thompson

March 26, 2024

Juge Virginia M. Kendall

United States District Court

Northern District of Illinois

219 S. Dearborn Street

Chicago, Illinois 60604

Dear Judge Kendall:

My husband, Governor James R. Thompson and I were close friends with Ed and Anne Burke for almost fifty years and since my husband's death, I have remained in regular contact with them. I ask this Court to consider the following facts in determining the sentence to be imposed on Ed in this case.

During my years as a practicing attorney and my fourteen years as President of the Board of Directors of the Chicago Public Library I came into contact with Ed in his official capacity as Chair of the City Council Revenue Committee and always found him to be straightforward and honorable in his dealings with those appearing before the Committee.

As the Court may recall, in the mid-1990's, the Burkes were involved in a highly contentious custody case involving their foster son, Travis. I believe Ed's behavior during this particularly emotional and grueling personal situation to be relevant in the Court's sentencing determination here. During the lengthy and contentious custody hearing preceding the Burke's adoption of their foster son, Travis, both Ed and Anne were sorely stressed and agonized over the prospect of losing custody of a child whom they both loved and who had become a full member of their family. Yet, in a case where the stakes were more important than any financial or business gain, Ed followed the law and the Court's directives and behaved in an honorable manner—never attempting to use his position to influence the Court.

Ed and Anne are loving parents to all their children, including Travis, and remain in daily contact with them. All of their children have grown into responsible and law-abiding adults amd some now have families of their own.

This trial has had a serious impact on Ed's emotional well-being. At the end of last year, he had his eightieth birthday—not a happy occasion generally but certainly not for someone facing years of incarceration  He is very depressed by the conviction and by the prospect of being separated from his wife and family. I know that Anne is doing her best to keep him from sinking into deeper depression, but

a lengthy sentence of incarceration would separate him from the strong, daily support of his wife and family.

Respectfully, I ask this Court in imposing sentence on this 80 year old man to consider the many years of dedicated public service and the many civic and philanthropic contributions that Ed has made to the People of Chicago; his good character and his upstanding conduct in highly stressful personal situations like the custody and adoption proceedings for his son, Travis; his dedication to his wife and children throughout the years and his trusted friendship to so many of us who consider him a close friend and a good and decent man. I ask you to show mercy in your sentencing of Edward M. Burke.

Most sincerely,

Jayne Carr Thompson

Page Two

G-17

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago IL  60604

April 12, 2024

Dear Judge Kendall,

My deep apologies for the tardiness of this letter. My name is Paul G. Vallas. I am the former Chicago Director of the city's Office of Budget and Management, and CEO of the Chicago Public Schools.

My post-Chicago career took me to New Orleans, where I was tasked with rebuilding the public school system after Hurricane Katrina decimated more than 100 school buildings, including the central office.

Due to my rebuilding experience in New Orleans, the Inter-American Development Bank in 2010 recruited me to lead the international coalition tasked with rebuilding the education system after Haiti was struck by the earthquake that killed an estimated quarter of a million people. As a result of that work, I served a decade as finance chair of a prominent nonprofit NGO that supported 50,000 internally displaced Haitians for six years. This NGO continues to provide disaster relief work worldwide, including delivering more than three million COVID-19 vaccinations in eight major US cities, including Chicago.

In my capacity as a consultant during the Obama administration, at the direction of interim U.S. Attorney General Sally Yates, I led a project designed to modernize and create both greater efficiencies and better outcomes in the federal Bureau of Prisons' education and occupational training systems. This effort was the final phase of President Obama's signature criminal justice reform initiatives. We created a vastly improved system that seemed guaranteed to reduce recidivism. Unfortunately, we were prevented from implementing the plan due the change in presidential administration.

I have known Edward Burke and his wonderful wife, the distinguished Illinois Supreme Court Justice, Anne Burke since **1992.** We became professional colleagues during my tenure as Mayor Richard M. Daley's city Revenue Director, Budget Director, and later, Chicago Public Schools CEO.

G-18

My public service assignments in Chicago always involved taking responsibility for institutions that were in crisis and had seen their share of controversies and scandals. My reforms and my willingness to attack "sacred cows" at city hall, and to terminate both ineffective employees and bloated contracts of the politically connected led some members of the "political machine" to shun me, and certainly all of them to tread lightly around me.

Not so Alderman Ed Burke. As Chairman of the City Council Finance Committee, Ed was always supportive of my reforms and encouraged me to do the right thing for the average Chicago citizen, no matter how powerful were the feathers I ruffled. I honestly cannot recall a single time that he ever questioned my judgment, asked me to back down from a politically risky decision, or asked me for any consideration or favor. In short, Ed was a true professional whom I always felt met my standards for ethics. He never once made me feel uncomfortable. Especially in my younger years, when I was new to city hall, Ed's support and advice was very comforting as I learned to navigate Chicago's treacherous political waters.

Ed and I remain good friends, and I have a true affection for him. We have talked periodically over the years, keeping in touch even during the periods my career took me far from Chicago. Most of our conversations included his thoughtful commentary on a project I had undertaken or an article I had published. He often voiced concern for Chicago's budget woes and worried about the impact of various city policies on the average Chicagoan. I know he truly cared, not only for his own constituents, but for all of Chicago and for the success of our great city. His professional impact on Chicago is a great legacy.

Finally, and on a more personal note, Ed and Anne were also very comforting to my wife and I when we lost our youngest son in 2018 at the age of **25.** Given that they also had lost a son too early, their empathy was boundless. Their care, and the time they took to repeatedly express it, made a difference in our time of immense grief.

I am, of course, well aware of the criminal conviction. I have every confidence that Your Honor will make the correct sentencing decision based on the evidence. But I will tell you without hesitation, that given my years of first hand observation of Ed's body of civic and charitable contributions - and those of his wonderful wife who is no doubt devastated by the trial's outcome - Ed is worthy of whatever leniency you see fit to provide. Thank you for your consideration.

Very Truly Yours,

Paul G. Vallas