# Exhibit H

# Family Photos

# Childhood






# Anne and Ed Burke








# Burke Family
























