May 23, 2024

US District Judge Virginia Kendall
Everett M. Dirksen Court House
219 S. Dearborn-Chambers 2588
Chicago, IL. 60604

Re: Ed Burke

Dear Judge Kendall,

I have read and seen as much as any Chicagoan has seen about the Ed Burke trial. I do not know Ed Burke. I got a call from him recently and he was looking out for children on the west side he may never meet in his lifetime.

Ed Burke called me on May 14th, 2024 and introduced himself to me and asked me to tell him about a new park for children in wheelchairs and children with autism that I designed after canvassing about 2650 African American mothers on the west side in Austin, an area of Chicago, without any new outdoor children's parks, impoverishment and crime in 37th Ward Alderman Emma Mitts community.

He is the first and only Chicago Politician to call me in a year since I came up with the idea to create the new park/water park. The water park can operate on sensors and open in early April and May on hot days to create a safe alternative for children and families. It is supported by Chicago Police Superintendent Larry Snelling and three of his Chicago Police commanders as well as health professionals and first responders near the new park/water park as a way to help reduce crime and bring back a sense of community and family values. I chose the new park/water park to be located in Austin. It can compete with Maggie Daley Park and Obama Park that were funded by millionaires in Chicago.

The thing is Ed Burke did not have to call me, but he did and he listened, and he got right away what all the professionals see about the value of this park in a high crime area right away, an alternative choice, a safe oasis, an island of hope.

-2-

The first thing he did was tell me that he can do very little other than to listen to me due to his current situation. The second thing was to assure me that no matter what I did in life, I must continue the mission to build this park and not give up on the project because it was going to improve the lives of families and people on the west side in Austin and North Lawndale visitors to the new park/waterpark.

The thing that is most remarkable is that he took the time to put me on his agenda and saw this as project that has value in an impoverished neighborhood that really does not have any connection to him. But he sees that it will improve the lives of children with challenges living in Chicago especially on the west side where there are more abandoned lots than I have seen in Chicago.

You should know that through all my fundraising and funding requests with our Governor of the State of IL., Mayor of Chicago, Chicago Park District Superintendent, it produced zero results and even with a trip to Springfield, IL., it did not produce anything.

But on a night, I was thinking about putting the file away for good, Ed Burke made me promise that I should not give up on this new type of park in Chicago. Please give this small insight of the man with limited time and I am sure bigger worries than I would know of, some consideration, he does stand out in many other good ways.

My best,

*John S. Cronin*

John S. Cronin
Project manager
Recreation 37

