ANDRÉ RICE
P.O. Box 2670
Chicago, IL 60690-2670

June 10, 2024

The Honorable Virginia M. Kendall
United States District Judge
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Re: Mr. Edward M. Burke**

Dear Judge Kendall:

I have had the pleasure of knowing Ed Burke and his wife for some 30 years. Notwithstanding the reason that I am writing this letter, I know them to be upstanding citizens in our community. Ed has given his life to Chicago politics and has served faithfully in that capacity with very few exceptions. I know him to be a good friend to many and a significant philanthropist. As you contemplate the sentencing you might impose on him, I ask that you consider the long trajectory of his life and not just the recent mistakes.

I have faith and trust in the American judicial system, and I respectfully ask that you are impartial to Ed Burke during this moment. I thank you for your service in such an essential role.

Sincerely,

André Rice