**From:** Joe Jensen
**To:** Lynn Kandziora
**Subject:** The Absurd Reactions From The Elite to Burke"s Sentencing! Lock Him Up!
**Date:** Wednesday, June 12, 2024 8:35:07 AM

**CAUTION - EXTERNAL:**

Hello,

Please pass along this citizen's concern due to the amount of top officials and politicians in Chicago who think Ed Burke should be given leniency due to his age and status!

He has been convicted of a crime which is probably just skimming the top of the barrel of his long time corruption and he should be locked up

just like a poor person sent to jail for having too many parking tickets etc!

This man should be made an example of to warn current and future politicians in Chicago the the public is sick and tired of the grift!

Lock him up for the whole 10 years!

Sincerely,

Joe Jensen

Chicago, IL

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.