# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 19 CR 322 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| EDWARD M. BURKE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT EDWARD M. BURKE'S NOTICE OF MOTION

PLEASE TAKE NOTICE that, on Tuesday, June 18, 2023 at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant Edward M. Burke will appear before the Honorable Virginia M. Kendall in Courtroom 2503 in the Everett McKinley Dirksen United States Courthouse, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then present Defendant Edward M. Burke's Conditional Motion to Continue His Sentencing Date (Dkt. 495).

Dated: June 14, 2023                                    Respectfully Submitted,

**JENNER & BLOCK LLP**                         **LOEB & LOEB LLP**

By:  */s/ Charles B. Sklarsky*                   By:  */s/ Joseph J. Duffy*
       Charles B. Sklarsky                                    Joseph J. Duffy
       Kimberly Rhum                                          Robin V. Waters
       353 N. Clark Street                                      321 N. Clark Street, Suite 2300
       Chicago, IL 60654                                       Chicago, IL 60654
       Tel: (312) 222-9350                                     Tel: (312) 464-3100
       csklarsky@jenner.com                              jduffy@loeb.com
       krhum@jenner.com                                 rwaters@loeb.com

**GAIR GALLO EBERHARD**

By: <u>*/s/ Chris Gair*</u>
      Chris Gair
      Blake Edwards
      1 East Wacker Drive, Suite 2600
      Chicago, IL 60601
      Tel: (312) 600-4901
      cgair@gairgallo.com
      bedwards@gairgallow.com

*Attorneys for Edward M. Burke*