# Exhibit I

# Supplemental Letters

| | |
|---|---|
| I-1 | Bauer, William J. |
| I-2 | Sawyer, Roderick |
| I-3 | Donahue, Scott |
| I-4 | O'Malley, Kevin |

**Judge William J. Bauer, Ret.**

■■■

June 17, 2024

Judge Virginia M. Kendall
United States District Court
 Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Re: Edward Burke

Dear Judge Kendall

    I am aware of the volume of letters you have received regarding your consideration of the appropriate sentence to impose on Ed Burke. Each of those letters extols his so very many virtues as a friend, a life-long public servant to the people of the Chicagoland community, as a philanthropist for a considerable list of charitable organizations, as a mentor over the years to an impressive number of law students, attorneys, judges, and persons in other walks of life, as a man of deep faith, and most important of all, as a loving and devoted husband, father, and grandfather. Oh, I forgot to mention also as an accomplished pianist who unfailingly entertains anyone near when there is a piano within reach. I count myself lucky to be among Ed's many, many friends, admirers, and today, supporters. Because of that volume of letters you have been sent regarding Ed, I do not need to belabor all those impressive qualities, so I will direct my attention elsewhere.

    As a life-long student of history, it has been my observation over the years that the United States has always been a carceral society, organized around institutions and methods of punitive social control. Sentencing guidelines generally pay little attention to consideration of a defendant's positive character traits as mitigating factors. Yet, the landscape of our literature is liberally seeded with exhortations from any number of poets,

I-1

prelates, politicians, and others extolling the value of mercy when considering the human condition and assessing a person's character. To offer just a few:

> "The quality of mercy is not strain'd. It droppeth as the gentle rain from heaven upon the place beneath. It is twice blest. It blesseth him that gives and him that takes."
> William Shakespeare.

> "A little bit of mercy makes the world less cold and more just."
> Pope Francis.

> "I have always found that mercy bears richer fruits than strict justice."
> Abraham Lincoln.

I write today to provide you with an example of mercy in practice in federal criminal sentencing. In 1975, when I sat on the District Court, I presided over a trial of several Chicago police officers convicted of extorting more than $275,000 from 28 Austin District tavern owners of "protection money." Following guilty verdicts on all defendants, I sentenced a particular defendant to 15 months in prison. When he reappeared before me following his unsuccessful appeal of his conviction and sentence, I reviewed the presentence report regarding him, which disclosed that in 1942, following the Japanese attack on Pearl Harbor, this defendant, an American-born Japanese teenager at the time, had been relocated first to one, then to a second of the US Japanese relocation camps. He was detained for two years and two months until 1944, when he became old enough to enlist in the US Army. He served in Italy with the storied 442d Regimental Combat Team of American-born Japanese. He fought with distinction, winning four Bronze Stars. Upon returning to America, he joined the Chicago Police Force, where he once again served with distinction. There came a time, however, when, for the first time in his life, he put his own personal gain ahead of his public service, which resulted in his conviction. After having read his presentence report and giving much consideration to his exemplary background as a member of the United States Army and his public service as a Chicago Police Officer, I gave his matter much consideration and imposed a sentence of two years probation. There are more facts to this story contained in the clipping from the Chicago Tribune that accompanies this letter and I recommend that you read it for a more complete picture.

2

I-1

    I offer this information in the hope that you, as I did so many years ago, will factor into the sentence you impose on Ed Burke the measure of mercy that his years of exemplary service to the public, his private and personal works of charity, philanthropy, and his kindness to others, deserve in determination of an appropriate sentence. I also ask that you consider that he is not a flight risk, not a risk to anyone's life or property, his health is compromised, and is at such an advanced age that a sentence of imprisonment likely will result in his permanent separation from his wife and family, imposing a kind of sentence on them.

                                                          Most sincerely,

                                                          William J. Bauer

3

I-1

## Bob Wiedrich
# Judge Bauer's merciful justice



ELEVEN DAYS ago, Masanobu Noro, a former Chicago policeman, walked out of Federal District Court a free man, answerable only to his conscience and a probation officer.

There is no doubt the decision by Judge William Bauer to set free the convicted Austin Police District tavern extortionist instead of jailing him caused a few raised eyebrows.

But to us, Bauer's action constituted one of the finest hours in the history of the federal judiciary. For by his compassion and understanding of the human circumstance, Bauer demonstrated what being a judge is all about.

GRANTED, THERE should be few tears shed for Noro, an ex-vice detective who prostituted his oath to uphold the law by becoming a member of a police shakedown ring that extorted an estimated $275,000 from 28 West Side saloons between 1965 and 1969.

Because his role was minimal in the scandal, Noro was first sentenced to 15 months in federal prison by Bauer. Noro appealed the conviction and lost.

So 11 days ago, Noro was prepared to go to prison—for the second time in his life. However, with the wisdom born of human decency, Bauer chose instead to place Noro on two years' probation, balancing off one incident in Noro's life with another.

In that sense, Bauer repaid Noro for the two years and two months he had spent as a teen-ager in two of the infamous relocation camps the United States government established in 1942 for the mass deportation of 112,000 Japanese-Americans from Pacific coastal states.

There are not many of the current generation aware of the details of that forced evacuation of entire families in the first spring after the Japanese attack on Pearl Harbor.

At least two-thirds of those ousted from their homes, businesses, and truck farms in California, Oregon, Washington, and Arizona were American-born citizens, among them Noro, then a 16-year-old high school sophomore in Tacoma, Wash.

Given the tension of the times, the evacuation relieved West Coast military commanders of what they probably viewed as a pool of 112,000 potential spies and saboteurs in an America fearful of a mainland invasion.

But in fact, the relocation was one of the most massive violations of civil rights ever committed in the United States against some of its own loyal citizens, many of whom lost property as well.

People were forced from their homes with little warning and herded into assembly areas like the live stock exposition grounds near Portland, Ore. Then they were hauled like cattle by train to inland relocation centers that today would qualify as concentration camps. And all this was done in the name of war-time expediency in an atmosphere of hysteria.

Perhaps, part of the hysteria was prompted by the then prevalent distrust of the inscrutable Oriental countenance, magnified by the shock of the Imperial Japanese attack on Pearl Harbor. Thus, like thousands of others, Noro and his family were packed off first to a relocation camp at Tule Lake, Cal., then to Jerome, Ark., in 1943.

Noro spent the last of his formative years behind American barbed wire, then volunteered for service in the United States Army in July, 1944. Despite a bitterness against his own homeland that could have been all-possessing, Noro fought with distinction in Europe, winning four Bronze Star medals with the famed 442d Regimental Combat Team of American-born Japanese.

Consistent with that, his service with the Chicago Police Department was impeccable—that is, until he fell in with the werewolves of the Austin Police District vice squad commanded by Capt. Mark Thanasauros.

So then, this was the background with which Bauer was confronted 11 days ago when he read Noro's presentencing report by federal probation officers and heard pleas of clemency by Noro's attorney.

ON THE one hand, he had a convicted police officer who had violated the public trust. But he also had before him a man who had been violated by his own government. Not that that gave Noro a license to steal. But when weighed against the events of 33 years ago, there was obvious room for mitigation. Perhaps, Noro had a legitimate due bill coming.

"I felt that it was time the United States gave him back a piece of what it owed him," Bauer remarked after granting Noro probation instead of jailing him again. Noro did not get a pass. He is finished as a police officer. He has a criminal record for life. He is unemployed.

But the United States, thru the wisdom of one of its judges, met its obligation to Noro by repaying him for the time already spent behind barbed wire. Justice, we think, was well served.

Vernon Jarrett is taking the day off.

I-1

Atty. Roderick T. Sawyer

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Kendall:

My name is Roderick T. Sawyer, and I am a lawyer, licensed in Illinois for 34 years, and served as a 6th Ward Alderman for the City of Chicago alongside Ald. Burke for 12 years. I am also the son of former Sixth Ward Alderman and Mayor of the City of Chicago, Eugene Sawyer.

I have been familiar with Ald. Burke for well over 40 years, and I have to say my first impression prior to meeting him was anger and frustration. I was a student who was very interested in municipal operations and was often at my father's side at political events. My early experience of Ald. Burke was initially through other peoples' opinions in newspaper articles or radio commentary. As an aspiring activist, I took what others said about him as truth; he was a racist, someone who could care less abut black people and was only concerned about success for himself. It was not until I asked my father about him, that I got to begin to know the Ed Burke that I had the pleasure with which to serve.

My first encounter with Ald. Burke was accompanying my father to a campaign event for him in his ward. I remember asking why are we going to "the enemy's" event, and my father proceeded to inform me that he and Ed were good friends and always have been. I was instructed further that you have to be careful about what other people say without having known a person. I watched Ald. Burke that day give a speech, and as he was speaking, he proceeded to speak Spanish to the largely Hispanic crowd. I looked at my father and he told me that as Ald. Burke's ward transitioned, he began to learn Spanish so that he can better represent his constituents. It was this moment that I began to look at him differently.

As my father became ill, Ed was a regular visitor at the hospital. He constantly asked my family if there was anything more he could do to comfort my father. Ed was key in scheduling and providing assistance for my father's funeral service, as if he was his own relative. Our family will be forever grateful for his care during this tumultuous time.

I-2

When I was seated in City Council, Chairman Burke took me under his wing. He assisted me in drafting ordinances, asked me to co-sponsor several initiatives in the Council, and was always available when I had questions. We did not always agree on issues, but our differences never interfered with our civility towards one another. He was never intimidating, nor was he dishonest with me. I sat close to him on the Council floor and he was always engaging, and often quite funny. He spoke fondly of my father and opened up to me often about "Council Wars" and related political issues you would never see in the newspapers during that time. These attributes may seem common, but I can attest that these traits are rare in a politician. This is the Ed Burke that I know.

Although there has been a judicial determination and an upcoming accounting for his actions, I believe that Ed will continue to be a positive influence to his family and those that love and respect him. I have never been a person that abandons friends during troubling periods, and this is no exception. A quote from Nelson Mandela states ""The greatest glory in living lies not in never falling, but in rising every time we fall."

Sincerely,

Roderick T. Sawyer

I-2



SINCE 1887

MERCY HOME FOR BOYS & GIRLS

June 18, 2024

Judge Virginia Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Your Honor,

I would like to take this opportunity to introduce myself. My name is Fr. Scott Donahue, and I have been a priest in the Archdiocese of Chicago for 42 years. For the past 33 years my full-time ministry has been at Mercy Home for Boys & Girls. In addition to serving as President and CEO of Mercy Home for Boys & Girls, I have part-time responsibilities at St. Robert Bellarmine Parish on the northwest side of Chicago.

I am writing to you regarding Alderman Ed Burke and his upcoming sentencing. I've known Ed and his wife Anne for over 30 years. I know Alderman Burke to be a good husband, father, grandfather, and friend to many.

As you are well aware, all of us are created in the image and likeness of God and it involves failings, as the scripture describes it, we all have clay feet. What I know of Alderman Burke is that even with his faults, as we all have, he as been extraordinarily generous and compassionate to the underserved and disadvantaged in the Chicagoland area and beyond. From my perspective, he has always championed the cause of those with little or no voice, enhancing their lives and the lives of the communities in which he served as the Alderman for 54 years.

Alderman Burke is a deeply committed Christian and I have seen his faith put into action over and again. By way of example, being a priest and with my position at Mercy Home, I go to innumerable funerals of folks who have gone home to God. I can't begin to tell you how many times I've walked into a church that is about to celebrate a funeral Mass and Alderman Burke is in the church, usually sitting in the back praying for the one who has died and being present for the family, whether they be rich or poor, famous or not. He accompanies those in some of the most difficult moments in life. For that I have great admiration.


COA COUNCIL ON ACCREDITATION ACCREDITED

Father Scott Donahue • 1140 W. Jackson Boulevard • Chicago, IL 60607 • 1-877-Mercy55 • 1-877-637-2955
www.mercyhome.org

I-3

*Judge Virginia Kendall*
*June 18, 2024*
*Page 2*

Over the years I have reached out to Alderman Burke with the hopes of getting leads for our young men and women of working age for employment. How critical it is that young people have an opportunity to experience work and to get paid for their accomplishments. In this area, Alderman Burke has been very helpful to us at Mercy Home for Boys & Girls.

With all due respect and gratitude,

*Rev. L. Scott Donahue*

Rev. L. Scott Donahue
President and CEO
Mercy Home for Boys & Girls

SINCE 1887
MERCY HOME
FOR BOYS & GIRLS

I-3

June 11, 2024

Judge Virginia M. Kendall
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago IL 60604

Dear Judge Kendall,

My name is Kevin O'Malley, and I am a recently retired Chicago Fire Department Lieutenant. I am writing to you to tell you of my experience with Mr. Ed Burke.

While I was an active-duty member of the Chicago Fire Department, I was a Sergeant in the United States Marine Corps Reserve. After the terrorist attacks on September 11th, I was activated with other members of my Marine Corps unit for the war in Iraq. I took a leave of absence from the Chicago Fire Department to serve my country with the United States Marines in Iraq. As I am sure you are well aware, when members of the United States military are activated during a time of war, this presents many hardships for those members. One of the main hardships being the financial strain placed upon military members while serving overseas in a time of war. The loss of income while serving during a time of war creates incredible stress for military members.

What is not well known by many is the work done by Mr. Burke to help out those members of the Chicago Fire Department and Chicago Police Department while they were activated after 9-11. Mr. Burke created a plan to help supplement the pay for those members of the Chicago Fire Department and Chicago Police Department. Not all fire and police departments in the United States did this for their firefighters and police officers. Mr. Burke's plan was the first in the nation to do this, and his plan served as a model that other departments soon followed. Mr. Burke put the City of Chicago in a positive light and inspired many fire and police departments in other cities to do the same. I can't begin to tell you how much his plan helped myself and other firefighter's and police officers who were serving in the military during the war.

When I returned from Iraq with the Marine Corps, I wanted to thank Mr. Burke for his work that helped so many in the military. I called his office and requested to meet Mr. Burke to thank him in person. He was kind enough to take time to meet me. Upon meeting Mr. Burke, I told him how grateful myself and other members of the military were for the work he had done on our behalf. I found him to be very humble and gracious. Other than a small story in the news about a budget proposal for the City of Chicago regarding activated military members, I do not recall the media reporting on the work he had done on behalf of the activated military members, and Mr. Burke never asked for any recognition. I feel a positive story on Mr. Burke doesn't receive as much coverage as a negative story on Mr. Burke.

During my visit with Mr. Burke that day to thank him, he asked me about myself and my career on the Chicago Fire Department. During our discussion about the many problems the City of Chicago faced, I mentioned to Mr. Burke how often I would see animal abuse in some of the neighborhoods of Chicago while on calls with the Chicago Fire Department. One of the more

I-4

disturbing problems I would see while on duty as a Chicago Firefighter was the illegal breeding of dogs and cats. The most horrific abuse being illegal dog fighting, and the torture of animals. The overbreeding of dogs and cats by illegal dog and cat breeders adds to this problem. The sad disturbing fact is some illegal breeders of dogs and cats provide these animals to members of illegal dog fighting groups to be used as 'bait' to train dogs to fight. It is horrific way for an animal to die. And the problem of overbreeding of animals causes unbelievable suffering and a horrible life for these unwanted pets.

Mr. Burke listened to my concerns and told me who would look into the problem. Shortly after our discussion that day, Mr. Burke proposed a plan to make Chicago require a license and inspection for all animal breeders in the City of Chicago. This undoubtedly would help end the suffering of so many innocent animals. And hopefully will inspire other cities across the United States to follow Mr. Burke's proposal.

I hope that you consider all the good that Mr. Burke has done for the City of Chicago.

Respectfully,


Kevin O'Malley