# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Charles Cui, et al.

Defendant.

Case No.: 1:19–cr–00322
Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 21, 2024:

  MINUTE entry before the Honorable Virginia M. Kendall as to Edward M. Burke. The Court has reviewed the Motion to delay the Sentencing due to the upcoming decision from the Supreme Court [495] and the Government's response [500] and finds that the decision will have little or no impact on the Sentencing requiring such a delay. The Court took into account count the legal landscape of the upcoming decision and the current law when crafting her jury instructions and therefore a delay is not necessary. The Parties shall be prepared to proceed on Monday 6/24/2024 at 10:00 AM with the Sentencing hearing. The Court directs the Parties to notify the Court by contacting her courtroom deputy about the number of witnesses and the length of testimony. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.