U. S. District Court – Northern District of Illinois  June 20, 2024
Honorable Judge Virginia M. Kendall
Courtroom 2503
219 S. Dearborn Street
Chicago, Illinois  60604

Re:  USA, Plaintiff                     )
            v.                                       ) 19 CR 322
       Alderman Edward M. Burke     )

Dear Honorable Judge Kendall,

My name is Jonathan W. Martin and I would like to share my experience with former Alderman Edward M. Burke.  I attended three (3) days of Mr. Burkes' trial beginning on Pearl Harbor Day, December 7, 2023.  First and foremost I would once again like to apologize to this Honorable Court for neglecting to remove my cover (hat) in which your Honor admonished me in open court at the beginning of that days proceedings.   One effect that the admonishment had was that as I removed my cover I rose from my seat to apologized to you for my faux pas and in that moment Defendant Burke and I locked eyes for that brief moment in time.  Of course Defendant Burke would NOT have known whom he was looking at nor would it have mattered to him in my opinion.  Had he known it would have simply been "Business as Usual."

Let me explain to your Honor why this matters to me.  In December of 1996 I began employment with the Cook County Collectors Office under the previous Collector Edward J. Rosewell.  I was in good standing when the new administration took over and began participating in parades with the new Collector, Maria Pappas.  To make a long story short, I eventually fell out of favor after discovering that Pappas Chief Legal Counsel, Peter G. Karahalios, had left the Office in 2003 with $500,000.00 worth of property tax information in order to start his own refund/tax reduction business ala former Alderman Edward M. Burke & former State Representative Michael J. Madigan.

In my misguided attempt to expose Mr Karahalios scheme I was charged with and convicted of three (3) counts of Official Misconduct.  (06CR19427) No crime occurred and it has been a nineteen year journey to eventually clear my name which is now a lot closer to reality since the US Department of Justice has brought charges and a Jury of his peers has convicted Mr Edward M. Burke.

Mr. Burke's part in this endeavor was the favors he performed on behalf of Ms Pappas, whom he shared law offices with, behind the scenes.  I could not confirm any of this up until certain revelations were made at the trial of Mr. Burke.  Namely that he controlled Judicial assignments and whom gets to have the term "Your Honor" placed before their name etc.  The original Judge, the Honorable James Egan, was assigned to Perry Masonesque Courtroom 404, and had thrown out two (2) of the original five (5) charges not once but twice after I was re-indicted.  After the second time the Honorable Judge Egan was transferred from 26th and California to the Daley Plaza and Alderman Burke then arranged for south-side Judge Mary Margaret Brosnahan to be transferred from Bond Court Room 101 to Courtroom 303 and my case was moved before her.  After the States witness passed away Judge Brosnahan ruled that the State could continue the prosecution using "Business Records."  In the end my counsel and co-counsel were ineffective and co-counsel, Susanna Ortiz, was "gotten to" and rewarded with a Judgeship, in 2016, by Alderman Burke as a favor to his good friend who's name appears on the

(1)

checks he receives from the County's coffers for the "tax reductions" he arranges. Counsel Ortiz was providing back door information to Ms. Pappas on trial strategy and knowing I was prescribed Psychotropic Medications because of the way Collector Pappas treats employees whom fall out of favor, began whispering to me "you can't taken the stand Jonathan the wolves are circling Jonathan you can't take the stand" at the conclusion of my trial as Judge Brosnahan instructed me to rise. While incarcerated in the Illinois Department of Corrections I spent considerable time in the Law Library where I discovered case law that indicates that a person under the influence of Psychotropic Medication should not be put on trial until off same. The person responsible for reporting trial information back to Pappas was seated behind the bullet proof partition directly behind the defense table where I was seated and was observed texting vigorously during the entire trial. Her name is Jeannie Bischoff and she was working as a prosecutor in the Cook County States Attorneys' Office until Pappas hired her as Chief Legal Counsel of the Collectors Office for the duration of my trial. Then just as quickly Ms Bishoff moved back to the State's Attorneys Office after my sentencing. All of the aforementioned was verified through the Better Government Association County Employee Database. Why so much special attention on me??

The man whom was allegedly "reluctant" to sign the criminal complaint, former Chief Financial Officer, Daniel R. Degan was rewarded by Alderman Edward Burke and State Representative Michael Madigan with a Judgeship in 2012. If your Honor wishes please Google John Kass Dan Degnan in the same search. You'll find the article as fascinating as I did when reading it after being out of the Illinois Department of Corrections for less then a year for my "alleged" crime(s). Just as I was surprised to find out that my wife, whom spent twenty-two (22) years in the Collectors Vault was "laid off" after I was lead out of Courtroom 303 in handcuffs to begin my three year sentence.

My appeal to the Illinois Appellate Court was all in vain as Justice Shelvin Louise Marie Hall was beholden to Alderman Burke thus I had no chance of success. There was absolutely no point in appealing to the Illinois Supreme Court at that moment in time since Alderman Burkes' wife Anne was serving as the Chief Justice.

In my opinion a sentence of fifteen (15) years in prison would be appropriate for all the back door wheeling and dealing that has gone unabated under the tenure of former Alderman Edward M. ("So, did we, uh, land the tuna?") Burke.

Respectively Submitted,

*Jonathan W. Martin* (signature)

Jonathan W. Martin

(2)